# Exhibit 1

| Drivers' Last Names | Rodabaugh  Tedford | | Page 1 of | 13 |
|---|---|---|---|---|

Juvenile Involved ☐ Yes  ☒ No   **ARKANSAS MOTOR VEHICLE CRASH REPORT**   Severity  ☒ Fatality  ☒ Injury  ☐ PDO

Rev. 2015-1

| # of Motor Vehicles *Automobiles, Motorcycles, etc.* | 2 | | Crash Report # | 2020-00019415 |
|---|---|---|---|---|
| # of Non-Motorists *Pedestrians, Bicyclists, etc.* | 2 | Investigating Agency | Bentonville Police Department | |

| Investigating Officer | Corporal | Pippin | Kerry | Lynn | 952 | Signature |
|---|---|---|---|---|---|---|
| | Rank | Last | First | Middle | Suffix   Badge # | |

## CRASH DATE AND TIME

| Date of Crash *(MM/DD/YYYY)* | Time of Crash *(HH:MM AM/PM)* | Date Police Notified | Time Police Notified | Date Police Arrived | Time Police Arrived |
|---|---|---|---|---|---|
| 04/16/2020 | 12:54 PM | 04/16/2020 | 12:56 PM | 04/16/2020 | 1:01 PM |

## CRASH LOCATION

| County | City | Latitude | Longitude |
|---|---|---|---|
| Benton | Bentonville | 36.408185937 | -94.216543568 |

| Road/Street/Highway | | Section | Log Mile | At Intersection With |
|---|---|---|---|---|
| N WALTON BLVD | US 71 B | 19b | 6.78 | NW A ST |

Not in City, but _____ of the City Limits of _____
Distance (feet or miles to two decimal places)   Direction (N/S/E/W)   City

Not at Intersection, but _____ of _____
Distance (feet or miles to two decimal places)   Direction (N/S/E/W)   Reference point

## CRASH FACTORS AND CONDITIONS

| First Harmful Event | 205 | Location of First Harmful Event | 100 | School Bus Related | 000 | Roadway Surface Condition | 100 | Weather Conditions |
|---|---|---|---|---|---|---|---|---|

**First Harmful Event** — 205

Non-Collision:
100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
113 Fell/jumped from motor vehicle
115 Object thrown or fallen on or near motor vehicle
198 Other non-collision

Collision with Person, Motor Vehicle:
200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

Collision with Fixed Object:
300 Impact attenuator/crash cushion
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or support
318 Fence
319 Mailbox
398 Other fixed object

999 Unknown

*If 198, 298, or 398, describe below:*

**Location of First Harmful Event** — 100

100 On roadway
101 Shoulder
102 Median
103 Roadside
104 Gore
105 Separator
106 In parking lane or zone
107 Outside shoulder
108 Outside right-of-way (trafficway)
999 Unknown

**Type of Collision** — 201

100 Single vehicle crash
201 Front to rear
201 Front to front
202 Angle
203 Sideswipe, same direction
204 Sideswipe, opposite direction
205 Rear to side
206 Rear to rear
980 Other (describe below)

**Relation to Junction** — 101

000 Non-junction
100 Intersection
101 Intersection related
102 Entrance or exit ramp
103 Entrance or exit ramp related
104 Railway grade crossing
105 Crossover related
106 Driveway access
107 Driveway access related
108 Shared-use path or trail
109 Acceleration or deceleration lane
110 Through roadway
198 Other location within an interchange area (median, shoulder, and roadside)

999 Unknown

**School Bus Related** — 000

000 No, school bus not involved
100 Yes, school bus directly involved
101 Yes, school bus indirectly involved

**Type of Intersection** — 101

000 Not an intersection
100 Four-way intersection
101 T-intersection
102 Y-intersection
103 L-intersection
104 Traffic circle
105 Roundabout
106 Five-point or more

**Road System** — 101

100 Interstate
101 US highway
102 State highway
103 County road
104 City street
105 Frontage road
106 Ramp
999 Unknown

**Property Classification** — 100

100 Public property
101 Private property

**Trafficway Classification** — 100

100 Trafficway, on road
101 Trafficway, not on road
102 Non-trafficway (describe below)

999 Unknown

**Roadway Surface Condition** — 100

100 Dry
101 Wet
102 Snow
103 Slush
104 Ice or frost
105 Water (standing or moving)
106 Sand
107 Mud, dirt, or gravel
108 Oil
198 Other

999 Unknown

**Light Condition** — 100

100 Daylight
101 Dawn
102 Dusk
103 Dark - lighted
104 Dark - not lighted
105 Dark - unknown lighting
198 Other

999 Unknown

**Environmental Factors**
*Check all that apply:*
☒ 000 None
☐ 100 Weather conditions
☐ 101 Visual obstructions
☐ 102 Glare
☐ 103 Animals in roadway
☐ 198 Other:

☐ 999 Unknown

**Weather Conditions**
*Check all that apply:*
☒ 100 Clear
☐ 101 Cloudy
☐ 102 Fog
☐ 103 Smog
☐ 104 Smoke
☐ 105 Rain
☐ 106 Sleet
☐ 107 Hail
☐ 198 Other

☐ 108 Freezing rain or freezing drizzle
☐ 109 Snow
☐ 110 Blowing snow
☐ 111 Severe crosswinds
☐ 112 Blowing sand, soil, or dirt

☐ 999 Unknown

**Roadway Conditions**
*Check all that apply:*
☒ 000 None
☐ 100 Backup due to prior crash
☐ 101 Backup due to regular non-recurring incident
☐ 102 Backup due to regular congestion
☐ 103 Toll booth / plaza related
☐ 104 Road surface condition (wet, icy, snow, slush, etc.)
☐ 105 Debris
☐ 106 Ruts, holes, or bumps
☐ 107 Work zone
☐ 108 Worn, travel-polished surface
☐ 109 Obstruction in roadway
☐ 110 Traffic control device inoperative, missing, or obscured
☐ 111 Shoulders (none, low, soft, high)
☐ 112 Non-highway work
☐ 198 Other:

☐ 999 Unknown

## WORK ZONE CRASH INFORMATION

| Work Zone | 000 | Location Relative to Work Zone | 970 | Work Zone Type | 970 | Worker(s) Present | 970 | Law Enforcement Present | 970 |
|---|---|---|---|---|---|---|---|---|---|

**Work Zone** — 000
000 No
100 Yes
999 Unknown

**Location Relative to Work Zone** — 970
100 Before the first work zone warning sign
101 Advance warning area
102 Transition area
103 Activity area
104 Termination area
970 Not applicable
999 Unknown

**Work Zone Type** — 970
100 Lane closure
101 Lane shift or crossover
102 Work on shoulder or median
103 Intermittent or moving work
198 Other

970 Not applicable
999 Unknown

**Worker(s) Present** — 970
000 No
100 Yes
970 Not applicable
999 Unknown

**Law Enforcement Present** — 970
000 No law enforcement presence
100 Officer present
101 Law enforcement vehicle only present
970 Not applicable
999 Unknown

CRASH REPORT - CRASH SUMMARY

| Crash Report # | 2020-00019415 | | Page | 2 | of | 13 |

### ATTACHMENTS

| Photos Taken | Type | Description |
|---|---|---|
| ☒ Yes | | |
| ☐ No | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### NON-VEHICULAR PROPERTY DAMAGE

| Description of Property Damage | Damage Estimate | Owner Contacted | Name | Address Street City State Postal Code |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### WITNESSES' CONTACT INFORMATION

| Last Name | First Name | Middle Name | Suffix | Address | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CRASH REPORT - ATTACHMENTS / PROPERTY DAMAGE / WITNESSES

Produced in Rodabaugh v. KMA, et al.                    KMA000002

| Motor Vehicle #  1 | **ARKANSAS MOTOR VEHICLE CRASH REPORT**  **VEHICLE INFORMATION** | Page **3** of **13**  Crash Report # **2020-00019415** |
|---|---|---|

## DESCRIPTION AND IDENTIFICATION

**Check if this vehicle had no driver** ☐

**Hit and Run**
000 No, did not leave the scene
100 Yes, vehicle & driver left the scene
101 Yes, only driver left the scene — 000

**VIN**
KNDJN2A28H7422845

**Vehicle Year, Make, and Model**

| 2017 | Kia | Soul |
|---|---|---|
| Year | Make | Model |

**License Plate**

| AR | 125YTO | 2020 | ☐ Missing |
|---|---|---|---|
| State | Number | Year | ☐ Unknown (fill in all known details) |

**Trailer #1 License Plate**

|  |  | ☐ Missing |
|---|---|---|
| State | Number | ☐ Unknown (fill in all known details) |

**Trailer #2 License Plate**

|  |  | ☐ Missing |
|---|---|---|
| State | Number | ☐ Unknown (fill in all known details) |

**Owner Name** ☒ Same as driver   ☐ Unknown

Thomas R Rodabaugh

**Owner Address** ☒ Same as driver   ☐ Unknown

| 14   HEBRIDES LN | Bella Vista | AR | 72714 |
|---|---|---|---|
| Street | City | State | Postal Code |

**Motor Carrier Type**
000 Personal transportation
100 Interstate carrier
101 Intrastate carrier
102 Not in commerce - government
103 Not in commerce - other truck
999 Unknown

**Motor Carrier ID Numbers**
USDOT #
MC/MX #
State # _____ State _____

**Motor Carrier Name** ☐ Unknown
, ,

**Motor Carrier Address** ☒ Unknown

| Street | City | State | Postal Code |
|---|---|---|---|

**Cargo Body Type**
000 No cargo body
100 Bus
101 Van / enclosed box
102 Grain / chips / gravel
103 Pole trailer
104 Cargo tank
105 Log
106 Intermodal container chassis
107 Vehicle towing another vehicle
108 Flatbed
109 Dump
100 Concrete mixer
111 Auto transporter
112 Garbage / refuse
198 Other
999 Unknown

**GVWR/GCWR**
100 10,000 lbs or less
101 10,001 - 26,000 lbs
102 More than 26,000 lbs
970 Not applicable

**Hazardous Materials Placard**
000 Placard not required
100 Placard displayed
200 Placard required but not displayed
999 Unknown

**Hazardous Material ID**
(4-digit or name from middle of diamond or rectangular box)
**Hazardous Material Class**
(1-digit # from bottom of diamond)

**Hazardous Materials Released from Vehicle Cargo Compartment**
000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable (not carrying hazardous materials)

**Vehicle Body Type** — 101

**Passenger Vehicles**
100 2-door
101 4-door
102 Hatchback
103 Convertible
104 Station wagon
105 Pick-up
106 Mini-van
107 Passenger van (seats any number if personal, up to 8 if business)
108 Cargo van (10,000 lbs or less)
109 Sport utility vehicle
110 Large utility vehicle
111 Motor home/recreational vehicle
198 Other passenger vehicle

**Truck (> 10,000 lbs)**
200 Single unit truck (2 axles)
201 Single unit truck (3 or more axles)
202 Single unit truck with trailer
203 Truck tractor only (bobtail)
204 Tractor/semi-trailer
205 Tractor/doubles
206 Construction/maintenance equipment
207 Farm equipment
298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)

**Bus / Van / Limo (9 or more seats, including driver)**
300 School bus
301 Transit/city bus
302 Motor coach/intercity/cross-country bus
303 Limousine
304 Van (seats 9-15, including driver)
390 Other vehicle (seats 9-15, including driver)
391 Other vehicle (seats 16 or more, including driver)

**Cycle / Low Speed**
400 Motorcycle
401 Motor scooter
402 Moped
403 ATV (3, 4, or 6 wheels)
404 Snowmobile
405 Golf cart
406 Low speed vehicle
498 Other motorized cycle/low speed vehicle

**Unknown**
999 Unknown type of motor vehicle
If 198, 298, 390, 391, or 498, describe below:

## INSURANCE

**Insurance**
☐ Uninsured at time of crash   ☐ Unknown (fill in any known details)

**Insurance Company**
Progressive

**NAIC #**
16322

**Policy #**
934095395

## DAMAGE

**Damage Severity** — 102
000 No damage
100 Minor damage
101 Functional damage
102 Disabling damage
999 Unknown

**Damage Estimate**
16000.00

**Damage Prior to the Crash**
☒ No prior damage
☐ Yes (describe below)

**Initial Contact Point** (check 1)

|  | 7 | 8 | 9 | 10 | 11 |  |
|---|---|---|---|---|---|---|
| 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ 12 |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |  |
|  | 5 | 4 | 3 | 2 | 1 |  |

☐ 000 Non-collision
☐ 100 Cargo loss
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

**Damaged Areas** (check all that apply)

|  | 7 | 8 | 9 | 10 | 11 |  |
|---|---|---|---|---|---|---|
| 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ 12 |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |  |
|  | 5 | 4 | 3 | 2 | 1 |  |

☐ 097 No damage
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

## TOWING

**Towed** — 101
000 Not towed
100 Towed, but not due to disabling damage
101 Towed due to disabling damage

**Towed By** Bentonville Towing

**Towed To** Impound Lot

| Street 904 SE 8th St | City Bentonville | State AR | Postal Code 72712 |
|---|---|---|---|

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

**Produced in Rodabaugh v. KMA, et al.**                    **KMA000003**

| Motor Vehicle #<br>1 | **ARKANSAS MOTOR VEHICLE CRASH REPORT**<br>**VEHICLE INFORMATION** | Page 4 of 13<br>Crash Report # 2020-00019415 |
|---|---|---|

## MOTOR VEHICLE CIRCUMSTANCES

### Vehicle Usage — 000
000 No special function
100 Taxi
101 School bus/school transport
102 Church bus
103 Transit/commuter bus
104 Intercity bus
105 Charter/tour bus
106 Shuttle bus
107 Military
108 Police
109 Ambulance
110 Fire truck
111 Non-transport emergency services vehicle
112 Incident response
999 Unknown

### Emergency Vehicle Usage — 100
100 Non-emergency, non-transport
101 Non-emergency transport
102 Emergency operation, emergency warning equipment not in use
103 Emergency operation, emergency warning equipment in use
970 Not applicable
999 Unknown

### Travel Direction — 100
100 Northbound
101 Southbound
102 Eastbound
103 Westbound
104 Not on roadway
999 Unknown

### Vehicle Maneuver — 100
100 Movement essentially straight ahead
101 Negotiating a curve
102 Backing
103 Changing lanes
104 Overtaking/passing
105 Turning right
106 Turning left
107 Making U-turn
108 Leaving traffic lane
109 Entering traffic lane
110 Slowing
111 Parked
112 Stopped in traffic
198 Other
999 Unknown

### Vehicle Defects *Check all that apply.*
[X] 000 None

[ ] 100 Brake
[ ] 103 Steering
[ ] 106 Tires
[ ] 109 Tail lights
[ ] 112 Mirrors
[ ] 115 Fuel system
[ ] 198 Other

[ ] 101 Exhaust system
[ ] 104 Power train
[ ] 107 Wheels
[ ] 110 Turn signals
[ ] 113 Wipers
[ ] 116 Cruise control

[ ] 102 Body or doors
[ ] 105 Suspension
[ ] 108 Headlights
[ ] 111 Windows or windshield
[ ] 114 Truck coupling, trailer hitch, or safety chains

[ ] 999 Unknown

### Traffic Control Device Types and Statuses
*Check the box next to each traffic control device that was present at the location of the crash.*
*Use the codes to the right to record the status of each traffic control device present.*
100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type<br>*Check all that apply.* | Device Status<br>*Use above codes* |
|---|---|
| [ ] 000 None | |
| [ ] 100 Flashing traffic control signal | |
| [ ] 101 Traffic control signal | |
| [ ] 102 Stop sign | |
| [ ] 103 Yield sign | |
| [ ] 104 Slow or warning sign | |
| [ ] 105 Person (officer, flagman, crossing guard) | |
| [ ] 106 School zone signs/device | |
| [ ] 107 Pedestrian signal | |
| [ ] 108 No passing signal | |
| [ ] 109 Words or symbols painted on roadway | |
| [X] 110 Traffic lanes marked | 100 |
| [ ] 111 Railway crossing with gate and signals | |
| [ ] 112 Railway crossing with flashing signals only | |
| [ ] 113 Railway crossing with crossbuck only | |
| [ ] 198 Other | |
| [ ] 999 Unknown | |

### Trafficway Description — 200
100 One-way trafficway
200 Two-way, not divided
201 Two-way, not divided, with a continuous left turn lane
300 Two-way, divided, unprotected (painted >4 feet) median
400 Two-way, divided, positive cable barrier
401 Two-way, divided, positive concrete barrier
498 Two-way, divided, other type of positive barrier

999 Unknown

### Roadway Surface — 101
100 Concrete
101 Asphalt
102 Gravel
103 Dirt
198 Other

999 Unknown

### Roadway Grade — 100
100 Level      999 Unknown
101 Hillcrest
102 Uphill
103 Downhill
104 Sag (bottom)

### Roadway Alignment — 100
100 Straight
200 Curve left
201 Curve right
299 Curve, direction unknown
999 Unknown

### Total # of Lanes — 5

### Posted Speed Limit — 45
*Use the posted speed limit that applied to this vehicle at the time of the crash.*

## MOTOR VEHICLE EVENTS

**Sequence of Events**  1: 205  2:  3:  4:  5:  6:  7:  8:  9:  10:

**Most Harmful Event**  205

### Non-Collision
100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
105 Equipment failure (blown tire, brake failure, etc.)
106 Separation of units
107 Ran off roadway right
108 Ran off roadway left
109 Deliberately crossed median
110 Unintentionally crossed median
111 Crossed centerline
112 Downhill runaway
113 Fell/jumped from motor vehicle
114 Reentering roadway
115 Object thrown or fallen on or near motor vehicle
198 Other non-collision

### Collision with Non-Fixed Object
200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

### Collision with Fixed Object
300 Impact attenuator/crash cushion
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or support
318 Fence
319 Mailbox
398 Other fixed object

*If 198, 298, or 398 is used, describe below:*

### Unknown
999 Unknown

CRASH REPORT - MOTOR VEHICLE CIRCUMSTANCES AND EVENTS

**Produced in Rodabaugh v. KMA, et al.**                    **KMA000004**

| Motor Vehicle #<br>1 | ARKANSAS MOTOR VEHICLE CRASH REPORT<br>DRIVER INFORMATION | Page 5 of 13<br>Crash Report # 2020-00019415 |
|---|---|---|

## DRIVER INFORMATION

**Name** ☐ Unknown

Rodabaugh (Last)    Thomas (First)    R (Middle)    (Suffix)

Date of Birth/Age: ▇ / 71   **Sex** ☒ Male ☐ Female ☐ Unknown

**Race** 100
- 100 White/Caucasian
- 101 Black/African-American
- 102 Hispanic
- 103 Asian/Pacific Islander
- 104 American Indian
- 198 Other
- 999 Unknown

**Address** ☐ Unknown

14 HEBRIDES LN (Street)    Bella Vista (City)    AR (State)    72714 (Postal Code)

## DRIVER LICENSE INFORMATION

**License Status** 100
- 000 Not licensed
- 100 Valid license
- 200 Suspended
- 201 Revoked
- 202 Expired
- 203 Cancelled or denied
- 204 Disqualified
- 999 Unknown

**License Number** ▇

**License State** ▇    **License Class** ▇

**Is Commercial Driver License?** ☐ Yes ☒ No

**Endorsements on License** *Check all that apply.*
- ☒ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Endorsements Violated** *Check all that apply.*
- ☒ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Restrictions on License** *Check all that apply.*
- ☒ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

**Restrictions Violated** *Check all that apply.*
- ☒ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

## DRIVER SEATING AND SAFETY INFORMATION

**Seating Position** 110

**Standard Vehicle Seats**

| Row | Left | Middle | Right | Other |
|---|---|---|---|---|
| 1 | 110 | 120 | 130 | 140 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

**Other Seating Positions**
- 800 Sleeper section of cab (truck)
- 801 Passenger section of bus
- 802 Enclosed passenger/cargo area
- 803 Unenclosed passenger/cargo area
- 804 Passenger/cargo area, unknown if enclosed
- 805 Trailing unit
- 806 Riding on motor vehicle exterior

**Unknown**
- 999 Unknown

**Bus Seating Position**

*(Complete if 801 was selected for Seating Position above.)*

| | Driver | | | Front | | | |
|---|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F | |
| 2A | 2B | 2C | | 2D | 2E | 2F | |
| 3A | 3B | 3C | | 3D | 3E | 3F | |
| 4A | 4B | 4C | Aisle | 4D | 4E | 4F | |
| 5A | 5B | 5C | | 5D | 5E | 5F | |
| ⋮ | ⋮ | ⋮ | | ⋮ | ⋮ | ⋮ | |
| ##A | ##B | ##C | | ##D | ##E | ##F | |

**Restraint Systems Used** 000
- ☒ 000 None used - motor vehicle occupant
- 100 Shoulder and lap belt used
- 101 Shoulder belt only used
- 102 Lap belt only used
- 103 Restraint used - type unknown
- 104 Child restraint system - forward facing
- 105 Child restraint system - rear facing
- 106 Booster seat
- 107 Child restraint - type unknown
- 198 Other
- 970 Not applicable
- 999 Unknown

**Air Bags Deployed** *Check all that apply:*
- ☒ 000 Not deployed
- ☐ 100 Deployed: front
- ☐ 101 Deployed: side
- ☐ 102 Deployed: curtain
- ☐ 198 Deployed: other
- ☐ 970 Not applicable
- ☐ 999 Unknown

**Motorcycle Helmet Usage** 000
- 000 No helmet worn
- 100 DOT-compliant motorcycle helmet worn
- 101 Non-DOT-compliant motorcycle helmet worn
- 102 Helmet worn, unknown if DOT-compliant
- 999 Unknown if helmet worn

**Eye Protection Usage**
- ☐ Yes
- ☐ No
- ☐ Unknown

**Ejection** 000
- 000 Not ejected
- 100 Ejected, partially
- 101 Ejected, totally
- 970 Not applicable
- 999 Unknown

**Extrication** 100
- 000 Not extricated
- 100 Extricated
- 999 Unknown

**Ejection Path** 000
- 000 Not ejected
- 100 Side door opening
- 101 Side window
- 102 Windshield
- 103 Back window
- 104 Back door/tailgate opening
- 105 Roof opening (sun roof, convertible top down)
- 106 Roof (convertible top up)
- 198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
- 970 Not applicable
- 999 Unknown

CRASH REPORT - DRIVER INFORMATION

Produced in Rodabaugh v. KMA, et al.      KMA000005

| Motor Vehicle # 1 | **ARKANSAS MOTOR VEHICLE CRASH REPORT** **DRIVER INFORMATION** | Page 6 of 13 |
|---|---|---|

Crash Report # 2020-00019415

## MEDICAL INFORMATION

| Injury Status | 1 | Type of Medical Transportation | 101 | EMS Notified | | EMS Arrived | |
|---|---|---|---|---|---|---|---|
| 1 Fatal injury | | 000 Not transported | | 04/16/2020 | 12:56 PM | 04/16/2020 | 1:02 PM |
| 2 Incapacitating injury | | 100 EMS air | | Date | Time | Date | Time |
| 3 Non incapacitating injury | | 101 EMS ground | | Transported to Medical Facility By | | | |
| 4 Possible injury | | 102 Law enforcement | | Bentonville EMS | | | |
| 5 No apparent injury | | 198 Other | | | | | |
| Trauma Band # | | 199 Transported, but method unknown | | Medical Facility Transported To | | | |
| | | 999 Unknown if transported | | Northwest Medical Benton Co | | | |

## DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash**
*Check all that apply*
- [X] 000 Apparently normal
- [ ] 100 Physically impaired
- [ ] 101 Emotional (depressed, angry, disturbed, etc.)
- [ ] 102 Ill (sick) or fainted
- [ ] 103 Asleep or fatigued
- [ ] 104 Under the influence of medication or drugs
- [ ] 105 Under the influence of alcohol
- [ ] 198 Other
- [ ] 999 Unknown

**Driver Distracted By** | 000
- 000 Not distracted
- 100 Manually operating an electronic communication device (texting, typing, dialing)
- 101 Talking on hands-free electronic device
- 102 Talking on hand-held electronic device
- 103 Other activity with an electronic device
- 104 Passenger
- 980 Other distraction inside the vehicle
- 981 Other distraction outside the vehicle
- 999 Unknown if distracted
- *If 980 or 981, describe below:*

**Speeding Related** | 000
- 000 Not speeding
- 100 Racing
- 101 Exceeded speed limit
- 102 Too fast for conditions
- 999 Unknown

**Driver Suspected of Alcohol Usage**
- [ ] Yes
- [X] No
- [ ] Unknown

**Alcohol Test Type Given** | 000
- 000 No test given
- 001 Test refused
- 100 Blood test
- 101 Breath test
- 102 Urine test
- 198 Other type of test
- 999 Unknown if tested

**Alcohol Test Result Status** | 970
- 100 Results pending
- 101 Results received
- 970 Not applicable
- 999 Unknown

**Blood Alcohol Content**
- [ ] Result received from Crime Lab

**Driver Suspected of Drug Usage**
- [ ] Yes
- [X] No
- [ ] Unknown

**Drug Test Type Given** | 000
- 000 No test given
- 001 Test refused
- 100 Blood test
- 101 Urine test
- 102 Both blood and urine tests
- 198 Other type of test
- 999 Unknown if tested

**Drug Test Results**   [ ] Result received from Crime Lab

**Results Pending or Negative**
- [ ] 000 Results negative
- [ ] 100 Results pending

**Not Applicable or Unknown**
- [X] 970 Not applicable
- [ ] 999 Unknown

**Positive Results**  *(check all that apply)*
- [ ] 200 Amphetamines
- [ ] 201 Barbiturates
- [ ] 202 Benzodiazepines
- [ ] 203 Cannabinoids
- [ ] 204 Cocaine
- [ ] 205 Methadone
- [ ] 206 Methamphetamines
- [ ] 207 Opiates
- [ ] 208 Oxycodone
- [ ] 209 Propoxyphene
- [ ] 210 Phencyclidine (PCP)

[ ] 299 Other positive result (describe below)

**Citations**

| Citation # | Charges |
|---|---|
| | |
| | |
| | |
| | |

## DRIVER ACTIONS AT TIME OF CRASH

**Check all that apply:**
- [X] 000 No contributing action
- [ ] 999 Unknown

**Disregarded Traffic Signs or Controls**
- [ ] 100 Disregarded red light
- [ ] 101 Disregarded other traffic signal
- [ ] 102 Disregarded stop sign
- [ ] 103 Disregarded yield sign
- [ ] 104 Disregarded other traffic sign
- [ ] 105 Disregarded other road markings
- [ ] 106 Disregarded officer or flagman

**Swerved or Avoided**
- [ ] 200 Swerved or avoided due to wind
- [ ] 201 Swerved or avoided due to slippery surface
- [ ] 202 Swerved or avoided due to motor vehicle
- [ ] 203 Swerved or avoided due to non-motorist in roadway
- [ ] 204 Swerved or avoided due to object in roadway
- [ ] 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
- [ ] 300 Improper right turn
- [ ] 301 Improper left turn
- [ ] 302 Improper U-turn
- [ ] 303 Improper backing
- [ ] 304 Improper passing
- [ ] 305 Improper lane change
- [ ] 306 Improperly parked

**Improper Use of Lights or Signals**
- [ ] 400 Driving without lights
- [ ] 401 Failed to dim headlights
- [ ] 402 Failed to or improper signal

**Unsafe Operation**
- [ ] 500 Reckless operation
- [ ] 501 Aggressive operation
- [ ] 502 Inattentive, careless, negligent, or erratic operation
- [ ] 503 Under the influence of alcohol
- [ ] 504 Under the influence of drugs

**Other Actions**
- [ ] 600 Impeding traffic
- [ ] 601 Ran off roadway
- [ ] 602 Crowded off roadway
- [ ] 603 Crossing median
- [ ] 604 Failed to yield right-of-way
- [ ] 605 Failed to keep in proper lane
- [ ] 606 Wrong side of road
- [ ] 607 Wrong way
- [ ] 608 Followed too closely
- [ ] 609 Cutting in
- [ ] 610 Over-correcting or over-steering
- [ ] 980 Other contributing action (describe below)

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

| Motor Vehicle # 2 | **ARKANSAS MOTOR VEHICLE CRASH REPORT** **VEHICLE INFORMATION** | Page 7 of 13 |
|---|---|---|

Crash Report # 2020-00019415

## DESCRIPTION AND IDENTIFICATION

Check if this vehicle had no driver ☐

**Hit and Run** — 000
000 No, did not leave the scene
100 Yes, vehicle & driver left the scene
101 Yes, only driver left the scene

**VIN**
5N1ED28TX3C678712

**Vehicle Body Type** — 109

**Passenger Vehicles**
100 2-door
101 4-door
102 Hatchback
103 Convertible
104 Station wagon
105 Pick-up
106 Mini-van
107 Passenger van (seats any number if personal, up to 8 if business)
108 Cargo van (10,000 lbs or less)
109 Sport utility vehicle
110 Large utility vehicle
111 Motor home/recreational vehicle
198 Other passenger vehicle

**Truck (> 10,000 lbs)**
200 Single unit truck (2 axles)
201 Single unit truck (3 or more axles)
202 Single unit truck with trailer
203 Truck tractor only (bobtail)
204 Tractor/semi-trailer
205 Tractor/doubles
206 Construction/maintenance equipment
207 Farm equipment
298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)

**Bus / Van / Limo (9 or more seats, including driver)**
300 School bus
301 Transit/city bus
302 Motor coach/intercity/cross-country bus
303 Limousine
304 Van (seats 9-15, including driver)
390 Other vehicle (seats 9-15, including driver)
391 Other vehicle (seats 16 or more, including driver)

**Cycle / Low Speed**
400 Motorcycle
401 Motor scooter
402 Moped
403 ATV (3, 4, or 6 wheels)
404 Snowmobile
405 Golf cart
406 Low speed vehicle
498 Other motorized cycle/low speed vehicle

**Unknown**
999 Unknown type of motor vehicle
If 198, 298, 390, 391, or 498, describe below:

**Vehicle Year, Make, and Model**
2003 (Year) Nissan (Make) Xterra (Model)

**License Plate**
AR (State) 754YRM (Number) 2020 (Year)
☐ Missing
☐ Unknown (fill in all known details)

**Trailer #1 License Plate**
(State) (Number)
☐ Missing
☐ Unknown (fill in all known details)

**Trailer #2 License Plate**
(State) (Number)
☐ Missing
☐ Unknown (fill in all known details)

**Owner Name** ☐ Same as driver ☐ Unknown
Leigh A Tedford

**Owner Address** ☒ Same as driver ☐ Unknown
4417 W ARLINGTON DR (Street) Rogers (City) AR (State) 72756 (Postal Code)

**Motor Carrier Type**
000 Personal transportation
100 Interstate carrier
101 Intrastate carrier
103 Not in commerce - government
103 Not in commerce - other truck
999 Unknown

**Motor Carrier ID Numbers**
USDOT #
MC/MX #
State # ____ State

**Motor Carrier Name** ☐ Unknown
, ,

**Motor Carrier Address** ☒ Unknown
(Street) (City) (State) (Postal Code)

**Cargo Body Type**
000 No cargo body
100 Bus
101 Van / enclosed box
102 Grain / chips / gravel
103 Pole trailer
104 Cargo tank
105 Log
106 Intermodal container chassis
107 Vehicle towing another vehicle
108 Flatbed
109 Dump
110 Concrete mixer
111 Auto transporter
112 Garbage / refuse
198 Other
999 Unknown

**GVWR/GCWR**
100 10,000 lbs or less
101 10,001 - 26,000 lbs
102 More than 26,000 lbs
970 Not applicable

**Hazardous Materials Placard**
000 Placard not required
100 Placard displayed
200 Placard required but not displayed
999 Unknown

**Hazardous Material ID**
(4-digit # or name from middle of diamond or rectangular box)

**Hazardous Material Class**
(1-digit # from bottom of diamond)

**Hazardous Materials Released from Vehicle Cargo Compartment**
000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable (not carrying hazardous materials)

## INSURANCE

**Insurance**
☐ Uninsured at time of crash
☐ Unknown (fill in any known details)

**Insurance Company**
State Farm

**NAIC #**
25178

**Policy #**
338 3249-B22-04

## DAMAGE

**Damage Severity** — 102
000 No damage
101 Functional damage
102 Disabling damage
999 Unknown

**Damage Estimate**
6000.00

**Damage Prior to the Crash**
☒ No prior damage
☐ Yes (describe below)

**Initial Contact Point (check 1)**

```
      7   8   9  10  11
  6  ☐  ☐  ☐  ☐  ☐  ☒12
  6  ☐  ☐  ☐  ☐  ☐
      5   4   3   2   1
```

**Damaged Areas (check all that apply)**

```
      7   8   9  10  11
  6  ☐  ☐  ☐  ☐  ☐  ☒12
  6  ☐  ☐  ☐  ☐  ☐
      5   4   3   2   1
```

☐ 000 Non-collision
☐ 100 Cargo loss
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

☐ 097 No damage
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

## TOWING

**Towed** — 101
000 Not towed
100 Towed, but not due to disabling damage
101 Towed due to disabling damage

**Towed By** Bentonville Towing

**Towed To** Impound Lot
904 SE 8th St (Street) Bentonville (City) AR (State) 72712 (Postal Code)

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

| Motor Vehicle # 2 | **ARKANSAS MOTOR VEHICLE CRASH REPORT** **VEHICLE INFORMATION** | Page 8 of 13 |
|---|---|---|

Crash Report # 2020-00019415

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage**  000

000 No special function
100 Taxi
101 School bus/school transport
102 Church bus
103 Transit/commuter bus
104 Intercity bus
105 Charter/tour bus
106 Shuttle bus
107 Military
108 Police
109 Ambulance
110 Fire truck
111 Non-transport emergency services vehicle
112 Incident response
999 Unknown

**Emergency Vehicle Usage**  100

100 Non-emergency, non-transport
101 Non-emergency transport
102 Emergency operation, emergency warning equipment not in use
103 Emergency operation, emergency warning equipment in use
970 Not applicable
999 Unknown

**Travel Direction**  103

100 Northbound
101 Southbound
102 Eastbound
103 Westbound
104 Not on roadway
999 Unknown

**Vehicle Maneuver**  106

100 Movement essentially straight ahead
101 Negotiating a curve
102 Backing
103 Changing lanes
104 Overtaking/passing
105 Turning right
106 Turning left
107 Making U-turn
108 Leaving traffic lane
109 Entering traffic lane
110 Slowing
111 Parked
112 Stopped in traffic
198 Other

999 Unknown

**Vehicle Defects**  *Check all that apply.*

[X] 000 None

[ ] 100 Brake
[ ] 103 Steering
[ ] 106 Tires
[ ] 109 Tail lights
[ ] 112 Mirrors
[ ] 115 Fuel system

[ ] 101 Exhaust system
[ ] 104 Power train
[ ] 107 Wheels
[ ] 110 Turn signals
[ ] 113 Wipers
[ ] 116 Cruise control

[ ] 102 Body or doors
[ ] 105 Suspension
[ ] 108 Headlights
[ ] 111 Windows or windshield
[ ] 114 Truck coupling, trailer hitch, or safety chains

[ ] 198 Other

[ ] 999 Unknown

**Traffic Control Device Types and Statuses**

*Check the box next to each traffic control device that was present at the location of the crash.*
*Use the codes to the right to record the status of each traffic control device present.*

100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type *Check all that apply.* | Device Status *Use above codes.* |
|---|---|
| [ ] 000 None | |
| [ ] 100 Flashing traffic control signal | |
| [ ] 101 Traffic control signal | |
| [X] 102 Stop sign | 100 |
| [ ] 103 Yield sign | |
| [ ] 104 Slow or warning sign | |
| [ ] 105 Person (officer, flagman, crossing guard) | |
| [ ] 106 School zone sign/device | |
| [ ] 107 Pedestrian signal | |
| [ ] 108 No passing sign | |
| [ ] 109 Words or symbols painted on roadway | |
| [X] 110 Traffic lanes marked | 100 |
| [ ] 111 Railway crossing with gate and signals | |
| [ ] 112 Railway crossing with flashing signals only | |
| [ ] 113 Railway crossing with crossbuck only | |
| [ ] 198 Other | |
| [ ] 999 Unknown | |

**Trafficway Description**  200

100 One-way trafficway
200 Two-way, not divided
201 Two-way, not divided, with a continuous left turn lane
300 Two-way, divided, unprotected (painted >4 feet) median
400 Two-way, divided, positive cable barrier
401 Two-way, divided, positive concrete barrier
498 Two-way, divided, other type of positive barrier

999 Unknown

**Roadway Surface**  101

100 Concrete
101 Asphalt
102 Gravel
103 Dirt
198 Other

999 Unknown

**Roadway Grade**  100

100 Level            999 Unknown
101 Hillcrest
102 Uphill
103 Downhill
104 Sag (bottom)

**Roadway Alignment**  100

100 Straight
200 Curve left
201 Curve right
299 Curve, direction unknown
999 Unknown

**Total # of Lanes**  2

**Posted Speed Limit**  30
*Use the posted speed limit that applied to this vehicle at the time of the crash.*

## MOTOR VEHICLE EVENTS

**Sequence of Events**  1 [205]  2 [ ]  3 [ ]  4 [ ]  5 [ ]  6 [ ]  7 [ ]  8 [ ]  9 [ ]  10 [ ]

**Most Harmful Event**  [205]

**Non-Collision**

100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
105 Equipment failure
     (blown tire, brake failure, etc.)
106 Separation of units
107 Ran off roadway right
108 Ran off roadway left
109 Deliberately crossed median
110 Unintentionally crossed median
111 Crossed centerline
112 Downhill runaway
113 Fell/jumped from motor vehicle
114 Reentering roadway
115 Object thrown or fallen on or near motor vehicle
198 Other non-collison

**Collision with Non-Fixed Object**

200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or
     anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

**Collision with Fixed Object**

300 Impact attenuator/crash cushion
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support

317 Other post, pole, or support
318 Fence
319 Mailbox
398 Other fixed object

**Unknown**

999 Unknown

*If 198, 298, or 398 is used, describe below:*

CRASH REPORT - MOTOR VEHICLE CIRCUMSTANCES AND EVENTS

| Motor Vehicle # | ARKANSAS MOTOR VEHICLE CRASH REPORT | Page 9 of 13 |
|---|---|---|
| 2 | DRIVER INFORMATION | Crash Report # 2020-00019415 |

## DRIVER INFORMATION

| Name ☐ Unknown | | | | Date of Birth/Age | Sex ☒ Male | Race 100 |
|---|---|---|---|---|---|---|
| Tedford | Jackson | N | | / 20 | ☐ Female ☐ Unknown | 100 White/Caucasian |

Last   First   Middle   Suffix

| | Race (continued) |
|---|---|
| | 101 Black/African-American |
| | 102 Hispanic |
| | 103 Asian/Pacific Islander |
| | 104 American Indian |
| | 198 Other |
| | 999 Unknown |

**Address** ☐ Unknown

4417 W ARLINGTON DR
Street

| Rogers | AR | 72756 |
|---|---|---|
| City | State | Postal Code |

## DRIVER LICENSE INFORMATION

| License Status | 100 | License Number |
|---|---|---|
| 000 Not licensed | | |
| 100 Valid license | | |
| 200 Suspended | | |
| 201 Revoked | | License State   License Class |
| 202 Expired | | |
| 203 Cancelled or denied | | **Is Commercial Driver License?** |
| 204 Disqualified | | ☐ Yes   ☒ No |
| 999 Unknown | | |

**Endorsements on License**
Check all that apply.

- ☒ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Endorsements Violated**
Check all that apply.

- ☒ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Restrictions on License**   Check all that apply.

- ☒ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

**Restrictions Violated**   Check all that apply.

- ☒ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

## DRIVER SEATING AND SAFETY INFORMATION

**Seating Position** 110

**Standard Vehicle Seats**

| Row | Left | Middle | Right | Other |
|---|---|---|---|---|
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

**Other Seating Positions**

800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo area
803 Unenclosed passenger/cargo area
804 Passenger/cargo area,
   unknown if enclosed
805 Trailing unit
806 Riding on motor vehicle exterior

**Unknown**
970 Not applicable
999 Unknown

**Bus Seating Position**

(Complete if 801 was selected for Seating Position above.)

| | Driver | | | | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| : | : | : | Aisle | : | : | : |
| ##A | ##B | ##C | | ##D | ##E | ##F |

**Restraint Systems Used** 000

000 None used - motor vehicle occupant
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward facing
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

**Air Bags Deployed**
Check all that apply:

- ☐ 000 Not deployed
- ☒ 100 Deployed: front
- ☐ 101 Deployed: side
- ☐ 102 Deployed: curtain
- ☐ 198 Deployed: other
- ☐ 970 Not applicable
- ☐ 999 Unknown

**Ejection** 000

000 Not ejected
100 Ejected, partially
101 Ejected, totally
970 Not applicable
999 Unknown

**Ejection Path** 000

000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof,
   convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck,
   torn-off roof, car cut in half)
970 Not applicable
999 Unknown

**Motorcycle Helmet Usage** 000

000 No helmet worn
100 DOT-compliant
   motorcycle helmet worn
101 Non-DOT-compliant
   motorcycle helmet worn
102 Helmet worn,
   unknown if DOT-compliant
999 Unknown if helmet worn

**Eye Protection Usage**

- ☐ Yes
- ☐ No
- ☐ Unknown

**Extrication** 000

000 Not extricated
100 Extricated
999 Unknown

CRASH REPORT - DRIVER INFORMATION

Produced in Rodabaugh v. KMA, et al.   KMA000009

| Motor Vehicle #<br>2 | **ARKANSAS MOTOR VEHICLE CRASH REPORT**<br>**DRIVER INFORMATION** | Page [10] of [13]<br>Crash Report # [2020-00019415] |

## MEDICAL INFORMATION

| Injury Status [4]<br>1 Fatal injury<br>2 Incapacitating injury<br>3 Non-incapacitating injury<br>4 Possible injury<br>5 No apparent injury | Type of Medical Transportation [000]<br>000 Not transported<br>100 EMS air<br>101 EMS ground<br>102 Law enforcement<br>198 Other | EMS Notified<br>04/16/2020   12:55 PM<br>Date            Time |
| | | EMS Arrived<br>04/16/2020   1:02 PM<br>Date            Time |

Transported to Medical Facility By

| Trauma Band # | 199 Transported, but method unknown<br>999 Unknown if transported | Medical Facility Transported To |

## DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash**
*Check all that apply*
- [X] 000 Apparently normal
- [ ] 100 Physically impaired
- [ ] 101 Emotional (depressed, angry, disturbed, etc.)
- [ ] 102 Ill (sick) or fainted
- [ ] 103 Asleep or fatigued
- [ ] 104 Under the influence of medication or drugs
- [ ] 105 Under the influence of alcohol
- [ ] 198 Other

- [ ] 999 Unknown

**Driver Distracted By** [000]
000 Not distracted
100 Manually operating an electronic communication device (texting, typing, dialing)
101 Talking on hands-free electronic device
102 Talking on hand-held electronic device
103 Other activity with an electronic device
104 Passenger
980 Other distraction inside the vehicle
981 Other distraction outside the vehicle
999 Unknown if distracted
*If 980 or 981, describe below:*

**Speeding Related** [000]
000 Not speeding
100 Racing
101 Exceeded speed limit
102 Too fast for conditions
999 Unknown

| Driver Suspected of Alcohol Usage<br>[ ] Yes<br>[X] No<br>[ ] Unknown | Alcohol Test Type Given [198]<br>000 No test given<br>001 Test refused<br>100 Blood test<br>101 Breath test<br>102 Urine test<br>198 Other type of test<br>**Breath Test**<br>999 Unknown if tested | Alcohol Test Result Status [101]<br>100 Results pending<br>101 Results received<br>970 Not applicable<br>999 Unknown<br>**Blood Alcohol Content**<br>0.00<br>[ ] Result received from Crime Lab | Driver Suspected of Drug Usage<br>[ ] Yes<br>[X] No<br>[ ] Unknown | Drug Test Type Given [000]<br>000 No test given<br>001 Test refused<br>100 Blood test<br>101 Urine test<br>102 Both blood and urine tests<br>198 Other type of test<br>999 Unknown if tested |

**Drug Test Results** [ ] Result received from Crime Lab

**Results Pending or Negative**
- [ ] 000 Results negative
- [ ] 100 Results pending

**Not Applicable or Unknown**
- [X] 970 Not applicable
- [ ] 999 Unknown

**Positive Results** *(check all that apply)*
- [ ] 200 Amphetamines
- [ ] 201 Barbiturates
- [ ] 202 Benzodiazepines
- [ ] 203 Cannabinoids
- [ ] 204 Cocaine
- [ ] 205 Methadone
- [ ] 206 Methamphetamines
- [ ] 207 Opiates
- [ ] 208 Oxycodone
- [ ] 209 Propoxyphene
- [ ] 210 Phencyclidine (PCP)

- [ ] 298 Other positive result (describe below)

### Citations

| Citation # | Charges |
|---|---|
| E139670 | **27-51-502**<br>Fail To Yield On Left Turn |
| E139670 | **27-37-702**<br>Seatbelt Not In Use / No Seatbelt |
| | |
| | |
| | |

## DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*
- [ ] 000 No contributing action
- [ ] 999 Unknown

**Disregarded Traffic Signs or Controls**
- [ ] 100 Disregarded red light
- [ ] 101 Disregarded other traffic signal
- [ ] 102 Disregarded stop sign
- [ ] 103 Disregarded yield sign
- [ ] 104 Disregarded other traffic sign
- [ ] 105 Disregarded other road markings
- [ ] 106 Disregarded officer or flagman

**Swerved or Avoided**
- [ ] 200 Swerved or avoided due to wind
- [ ] 201 Swerved or avoided due to slippery surface
- [ ] 202 Swerved or avoided due to motor vehicle
- [ ] 203 Swerved or avoided due to non-motorist in roadway
- [ ] 204 Swerved or avoided due to object in roadway
- [ ] 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
- [ ] 300 Improper right turn
- [ ] 301 Improper left turn
- [ ] 302 Improper U-turn
- [ ] 303 Improper backing
- [ ] 304 Improper passing
- [ ] 305 Improper lane change
- [ ] 306 Improperly parked

**Improper Use of Lights or Signals**
- [ ] 400 Driving without lights
- [ ] 401 Failed to dim headlights
- [ ] 402 Failed to or improper signal

**Unsafe Operation**
- [ ] 500 Reckless operation
- [ ] 501 Aggressive operation
- [ ] 502 Inattentive, careless, negligent, or erratic operation
- [ ] 503 Under the influence of alcohol
- [ ] 504 Under the influence of drugs

**Other Actions**
- [ ] 600 Impeding traffic
- [ ] 601 Ran off roadway
- [ ] 602 Crowded off roadway
- [ ] 603 Crossing median
- [X] 604 Failed to yield right-of-way
- [ ] 605 Failed to keep in proper lane
- [ ] 606 Wrong side of road
- [ ] 607 Wrong way
- [ ] 608 Followed too closely
- [ ] 609 Cutting in
- [ ] 610 Over-correcting or over-steering
- [ ] 980 Other contributing action (describe below)

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

| Total # of Passengers | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page **11** of **13** |
|---|---|---|
| 1 | PASSENGER INFORMATION | Crash Report # **2020-00019415** |

Complete this sheet for passengers in each motor vehicle.

## PASSENGER INFORMATION

| MOTOR VEHICLE # | 1 | | | | PASSENGER # | 1 |
|---|---|---|---|---|---|---|

**Name**
Rodabaugh (Last)   Christine (First)   L (Middle)   (Suffix)

| Date of Birth/Age | Sex | Air Bags Deployed |
|---|---|---|
| ▓▓▓/69 | ☐ Male ☒ Female ☐ Unknown | *check all that apply* ☒ 000 Not deployed ☐ 100 Deployed: front ☐ 101 Deployed: side ☐ 102 Deployed: curtain ☐ 198 Deployed: other ☐ 970 Not applicable ☐ 999 Unknown *If 198 is checked, describe below* |

**Address**
14 HEBRIDES LN (Street)   Bella Vista (City)   AR (State)   72714 (Postal Code)

Race: 100

| Injury Status | Seating Position | Ejection | Ejection Path | Extrication | Restraint Systems | Helmet Used |
|---|---|---|---|---|---|---|
| 3 | 130 | 000 | 000 | 000 | 100 | |

| Type of Medical Transportation | EMS Notified | | Transported To Medical Facility By | Eye Protection |
|---|---|---|---|---|
| 198 | 04/16/2020 (Date MM/DD/YYYY) | 12:56 PM (Time HH:MM AM/PM) | Self | |
| | EMS Arrived | | Medical Facility Transported To | Trauma Band # |
| | 04/16/2020 (Date MM/DD/YYYY) | 1:02 PM (Time HH:MM AM/PM) | Northwest Medical Benton Co | |

| MOTOR VEHICLE # | | | | | PASSENGER # | |
|---|---|---|---|---|---|---|

**Name**
(Last)   (First)   (Middle)   (Suffix)

| Date of Birth/Age | Sex | Air Bag Deployed |
|---|---|---|
| | ☐ Male ☐ Female ☐ Unknown | *Check all that apply.* ☐ 000 Not deployed ☐ 100 Deployed: front ☐ 101 Deployed: side ☐ 102 Deployed: curtain ☐ 198 Deployed: other ☐ 970 Not applicable ☐ 999 Unknown *If 198 is checked, describe below* |

**Address**
(Street)   (City)   (State)   (Postal Code)

Race

| Injury Status | Seating Position | Ejection | Ejection Path | Extrication | Restraint Systems | Helmet Used |
|---|---|---|---|---|---|---|
| | | | | | | |

| Type of Medical Transportation | EMS Notified | | Transported To Medical Facility By | Eye Protection |
|---|---|---|---|---|
| | (Date MM/DD/YYYY) | (Time HH:MM AM/PM) | | |
| | EMS Arrived | | Medical Facility Transported To | Trauma Band # |
| | (Date MM/DD/YYYY) | (Time HH:MM AM/PM) | | |

| MOTOR VEHICLE # | | | | | PASSENGER # | |
|---|---|---|---|---|---|---|

**Name**
(Last)   (First)   (Middle)   (Suffix)

| Date of Birth/Age | Sex | Air Bag Deployed |
|---|---|---|
| | ☐ Male ☐ Female ☐ Unknown | *Check all that apply* ☐ 000 Not deployed ☐ 100 Deployed: front ☐ 101 Deployed: side ☐ 102 Deployed: curtain ☐ 198 Deployed: other ☐ 970 Not applicable ☐ 999 Unknown *If 198 is checked, describe below* |

**Address**
(Street)   (City)   (State)   (Postal Code)

Race

| Injury Status | Seating Position | Ejection | Ejection Path | Extrication | Restraint Systems | Helmet Used |
|---|---|---|---|---|---|---|
| | | | | | | |

| Type of Medical Transportation | EMS Notified | | Transported To Medical Facility By | Eye Protection |
|---|---|---|---|---|
| | (Date MM/DD/YYYY) | (Time HH:MM AM/PM) | | |
| | EMS Arrived | | Medical Facility Transported To | Trauma Band # |
| | (Date MM/DD/YYYY) | (Time HH:MM AM/PM) | Northwest Medical Benton Co | |

## PASSENGER CODES

**Injury Status**
1 Fatal injury
2 Incapacitating injury
3 Non-incapacitating injury
4 Possible injury
5 No apparent injury

**Race**
100 White/Caucasian
101 Black/African-American
102 Hispanic
103 Asian/Pacific Islander
104 American Indian
198 Other
999 Unknown

**Type of Medical Transportation**
000 Not transported
100 EMS air
101 EMS ground
102 Law enforcement
198 Other
199 Transported, but method unknown
999 Unknown if transported

**Ejection**
000 Not ejected
100 Ejected, partially
101 Ejected, totally
970 Not applicable
999 Unknown

**Extrication**
000 Not extricated
100 Extricated
999 Unknown

**Motorcycle Helmet Used**
000 No helmet worn
100 DOT-compliant motorcycle helmet worn
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn, unknown if DOT-compliant
999 Unknown if helmet worn

**Ejection Path**
000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
970 Not applicable
999 Unknown

**Restraint Systems Used**
000 None used - motor vehicle occupant
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint unit - forward facing
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

**Eye Protection Used**
000 No
100 Yes
999 Unknown

**Vehicle Seating Position**

| | | Front | | | 800 Sleeper section of cab (truck) |
|---|---|---|---|---|---|
| Row | Left | Middle | Right | Other | 801 Passenger section of bus |
| 1 | 110 | 120 | 130 | 180 | 802 Enclosed passenger/cargo area |
| 2 | 210 | 220 | 230 | 280 | 803 Unenclosed passenger/cargo area |
| 3 | 310 | 320 | 330 | 380 | 804 Passenger/cargo area, unknown if enclosed |
| 4 | 410 | 420 | 430 | 480 | 805 Trailing unit |
| 5 | 510 | 520 | 530 | 580 | 806 Riding on motor vehicle exterior 999 Unknown |

**Bus Seating Position (use if 801 is selected)**

| | Driver | | Front | | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | Aisle | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| ⋮ | ⋮ | ⋮ | | ⋮ | ⋮ | ⋮ |
| ##A | ##B | ##C | | ##D | ##E | ##F |

CRASH REPORT - PASSENGER INFORMATION

Produced in Rodabaugh v. KMA, et al.                    KMA000011

## ARKANSAS MOTOR VEHICLE CRASH REPORT
## NARRATIVE

Page [ 12 ] of [ 13 ]

Crash Report # [ 2020-00019415 ]

---

Report #2020-19415

Op #1, Thomas R Rodabaugh was traveling north in the inside lane of US Hwy 71B/N Walton Blvd at the intersection of NW A St when the front of his vehicle was struck by the front of Op #2's vehicle.

Op #2, Jackson N Tedford was traveling west from NW A St making a left turn onto US Hwy 71B/N Walton Blvd.

Op #2 was turning left across US Hwy 71B/N Walton Blvd when he failed to yield to V1 and the front of his vehicle struck the front of V1.

Officer Notes: All statements are consistent with damage. See case report 2020-19415 for further investigation.

Cpl. Kerry Pippin 952

Dash Cam: Yes, unit #2010-73

CRASH REPORT - NARRATIVE



Produced in Rodabaugh v. KMA, et al.            KMA000013