# Exhibit 4



# Bentonville Police Department

## Summary



**Print Date/Time:** 01/14/2021 14:41  
**Login ID:** cobpd\tiffanys  
**Case Number:** 2020-00019415  

Bentonville Police Department  
**ORI Number:** AR0040100

## Case

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2020-00019415 | | **Incident Type:** | Accident with Injuries |
| **Location:** | N WALTON BLVD / NW A ST AR 72712 | | **Occurred From:** | 04/16/2020 12:54 |
| | | | **Occurred Thru:** | 04/16/2020 16:30 |
| **Reporting Officer ID:** | Pip1047 - Pippin | | **Disposition:** | |
| | | | **Disposition Date:** | |
| | | | **Reported Date:** | 04/16/2020 12:54 Thursday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 90Z | 27-51-502 | Fail To Yield On Left Turn | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Other Parties | 1 | Rodabaugh, Christine L | 14 HEBRIDES LN<br>Bella Vista, AR 72714 | (419)230-9109 | White | Female | 69 |
| Other Parties | 2 | Jaworski, Becky | 6 BLAKENEY LN<br>Bella Vista, AR 72714 | (479)295-3195 | White | Female | 62 |
| Suspect | 1 | Tedford, Jackson N | 4417 W ARLINGTON DR<br>Rogers, AR 72756 | (479)595-2066 | White | Male | 20 |
| Victim | 1 | Rodabaugh, Thomas R | 14 HEBRIDES LN<br>Bella Vista, AR 72714 | (419)230-9109 | White | Male | 71 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|
| 1 | Suspect Vehicle | SUV | 2003 | Nissan | Xterra | TAN | 754YRM | AR |
| 2 | Victim Vehicle | Passenger Car | 2017 | Kia | Soul | GRAY | 125YTO | AR |

Produced in Rodabaugh v. KMA, et al.                                   KMA000014

Case Number: 2020-00019415. ORI: AR0040100.  Page: 2 of 10

## Initial Report-Pippin

Report #2020-19415

On April 16, 2020 at 1254 hours, I was dispatched to the area of US Hwy 71B/N Walton Blvd at the intersection of NW A St for a two-vehicle head-on crash and that one of the occupants was possibly unconscious. I was also advised someone on scene was doing chest compressions.

Upon arrival, I observed Bentonville EMS on the driver side of V1 with the driver on the ground and they were giving chest compressions and were prepping him for transport.

I spoke with the passenger (Christine L Rodabaugh) of V1 and confirmed she was okay and asked her what happened. She stated they were traveling north on US Hwy 71B/N Walton Blvd when V2 pulled out and struck the front of their vehicle. Christine also stated she saw Op #2 (Jackson N Tedford) looking at his phone as he was pulling out and he never saw them coming.

I asked Christine if she and the driver (Op #1, Thomas R Rodabaugh) had their seatbelts on at the time of the crash and she stated they did. It should be noted that Christine's seatbelt was locked out leaving slack indicating she did have her seat belt on at the time of the crash; however, Thomas's seatbelt was in the retracted position which indicated he did not have his seat belt on at the time of the crash.

Thomas was transported to Northwest Medical Center by Bentonville EMS for further treatment and Christine Rodabaugh was transported to Northwest Medical Center by family.

I spoke with Op #2 (Jackson N Tedford) and confirmed he was okay and asked for his driver's license, vehicle registration, and insurance which he provided. I asked Jackson what happened and he stated he pulled up to the intersection of SW A St and US Hwy 71B/N Walton Blvd and stopped, put his seatbelt on and then proceeded to make his left turn when the front of his vehicle was struck by V1.

I began marking the vehicles while Officer Brockmeyer and Sgt. Ball took photographs of the scene.

I went back to speak with Jackson regarding his phone and asked him if he was using the phone at the time of the crash and he said "No". I asked Jackson if he would give consent for a search of his phone to confirm it was not is use and he agreed. I took possession of the phone and later met Jackson at the Bentonville Police Department where he signed a Consent to Search of his phone (See attached Consent Form).

Bentonville Towing arrive on scene and transported both vehicles to their impound lot.

Sgt. Woodhams conducted the download of Jackson's phone (See Supplement Report). Sgt Woodhams did state based on the information downloaded, Jackson was not making or receiving calls or text messages and was not on any social media at the time of the crash.

While Jacksons phone was being downloaded, he also gave consent to a test of his breath where he gave a sample of .00 (See attached consent and test results).

During this time, I was advised by Officer Holland that Thomas Rodabaugh had died at the hospital from his injuries. Benton County Coroner Andrea Henson was notified and later arrived at Northwest Medical Center where she examined Thomas.

Jackson was given his phone and was released with no charges at the time and was advised this was still an ongoing investigation.

After looking at all the evidence and having City Prosecutor Camille Thompson and Benton County Prosecutor Josh Robinson look at the case, it was determined there were no criminal charges that would be filed against Jackson N Tedford.

On April 17, 2020, Officer Holland and I went to Bentonville Towing to take photos of the vehicles and it was discovered that both Jackson's seatbelts were in the retracted position and locked in that position which indicated that Jackson did not have his seatbelt on at the time of the crash.

On April 17, 2020 at 1430 hours, Jackson was issued two citations for Failure to Yield on Left Turn and No Seat Belt and was given a Bentonville Court date.

On April 21, 2020, I spoke with Becky Jaworski who assisted with getting Thomas out of the vehicle and performed CPR until EMS arrived. Becky stated when she arrived at Thomas's vehicle, she felt for a pulse and could not find one and with the help of two men, they pulled Thomas from the vehicle and onto the roadway where Becky started CPR. I asked Becky if she remembered Thomas

having a seatbelt on and she stated Thomas did not have one on at the time he was removed from the vehicle.

**CONCLUSION:**

**Op #1, Thomas R Rodabaugh was traveling north in the inside lane of US Hwy 71B/N Walton Blvd at the intersection of NW A St when Op #2 pulled into Op #1's path of travel and the front of V1 truck the front of V2.**

**Op #2 Jackson N Tedford was traveling west from NW A St making a left turn onto US Hwy 71B/N Walton Blvd when he failed to yield to Op #1 and the front of V2 struck the front of V1.**

**The injuries Thomas Rodabaugh sustained from striking the steering wheel with his chest were fatal. Thomas also sustained injuries to his knees when they struck the bottom of the dash and his head where he struck the sun visor. It should be note that there were no airbag deployments in Thomas's vehicle.**

**An Arkansas State Police Fatal Crash report was completed (See attached report).**

**Currently there are no criminal charges being filed against Jackson N Tedford.**

**Cpl. Kerry Pippin 952**
**Dash Cam: Yes, unit #2010-73**

Produced in Rodabaugh v. KMA, et al.  KMA000016

Case Number: 2020-00019415. ORI: AR0040100.                                                                                                                     Page: 4 of 10

## Original docs

### ARKANSAS STATEMENT OF RIGHTS

NAME OF SUBJECT AND DL # _____ DATE AND TIME OF INCIDENT _____

**PART ONE** – READ ALL SECTIONS TO SUBJECT AND HAVE SUBJECT INITIAL AND SIGN WHERE INDICATED

You are advised that any person who operates or is in actual physical control of a motorboat or motor vehicle in this state is deemed to have given consent to one (1) or more chemical tests of his or her breath, saliva, or urine for the purpose of determining the alcohol or controlled substance content of his or her breath or blood if the person is:

(1) Involved in an accident while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle; or
(2) The person is arrested for any offense arising out of an act alleged to have been committed while the person was driving or boating while intoxicated or driving or boating while there was an alcohol concentration of eight-hundredths (0.08) or more in the person's breath or blood; or
(3) At the time the person is arrested for driving or boating while intoxicated, the law enforcement officer has reasonable cause to believe that the person, while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle, is intoxicated or has an alcohol concentration of eight-hundredths (0.08) or more in the person's breath or blood; or
(4) UNDER 21 ONLY – The person is under the age of 21 and is arrested for any offense arising out of an act alleged to have been committed while the underage person was driving or boating while under the influence or driving or boating while there was an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08) in his or her breath or blood; or
(5) UNDER 21 ONLY – The person is under the age of 21 and is stopped by a law enforcement officer who has reasonable cause to believe that the underage person, while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle, is under the influence or has an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08) in his or her breath or blood.

#### HAVE SUBJECT INITIAL EACH SECTION

_JhT_ If you refuse to take a chemical test, none will be given, but you will subject yourself to the penalties provided by law, which includes, but is not limited to, the suspension or revocation of your driving privileges, and if you are a commercial driver's license holder, the disqualification of your commercial driving privileges.

_JhT_ If you choose to take a chemical test, and the results reflect an alcohol concentration of eight-hundredths (0.08) or more, or the presence of a controlled substance, or any other intoxicant, your driving privilege will be suspended or revoked, and if you are the holder of a commercial driver's license, your commercial driving privileges will be disqualified.

_JhT_ CMV OPERATOR ONLY – If you choose to take a chemical test, and the results reflect an alcohol concentration of four-hundredths (0.04) or more or the presence of a controlled substance or any other intoxicant for a violation occurring in a commercial vehicle, your commercial driving privileges will be disqualified.

_JhT_ UNDER 21 ONLY – If you are under age 21 and you choose to take a chemical test, and the results reflect an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08), your driving privilege will be suspended or revoked.

_JhT_ If you take the chemical tests requested by law enforcement, you may also, at your own expense, have a physician, registered nurse, lab technician, or other qualified person of your choice administer an additional chemical test. The arresting law enforcement agency will assist you in obtaining such a test. If you choose to have an additional test, and are later found "Not Guilty" of a violation of The Omnibus DWI or BWI Act or the Underage DUI or BUI Law for this arrest, the arresting law enforcement agency will reimburse you for the cost of the additional test.

DO YOU UNDERSTAND ALL PARTS OF THESE RIGHTS?   _X_ YES  ___ NO

Test chosen by officer (Circle One):  (Breath)   Urine   Saliva

WILL YOU TAKE THE TEST?   _X_ YES  ___ NO

Subject's Signature: X _____   Officer's Signature and Date/Time: _____ 4-16-20 / 14:40

#### SECOND TEST – IF OFFICER DEEMS NECESSARY

Arkansas law permits an officer to require one or more chemical tests of the breath, urine, or saliva of a person arrested for driving or boating while intoxicated. Having taken my first test, you are now requested to submit to a second chemical test of your breath, urine, or saliva.

Test chosen by officer (Circle One):   Breath   (Urine)   Saliva

WILL YOU TAKE THE SECOND TEST?   _X_ YES  ___ NO

Subject's Signature: X _____   Officer's Signature and Date/Time: _____ 4-16-20 / 1455

**PART TWO** – TO BE COMPLETED BY OFFICER WHEN THE SUBJECT HAS TAKEN ALL TESTS IN PART ONE

Having taken the officer's tests, you have the right to an additional test or tests to determine the alcohol, controlled substance, or other intoxicant content of your breath or blood.

DO YOU WANT ANOTHER TEST AT YOUR OWN EXPENSE?   ___ YES  _X_ NO

Subject's Signature: X _____   Officer's Signature and Date/Time: _____ 4-16-20 / 1455

**PART THREE** – OPTIONAL BLOOD TEST IF SUBJECT VOLUNTARILY CONSENTS

If you are asked whether you consent to a blood test, you understand that you do not have to consent to such a test. A blood test will not be taken unless you voluntarily agree or a search warrant is issued. Furthermore, you understand that, if you choose to withhold consent to a blood test, you will not suffer criminal penalties and your driving privileges will not be suspended or disqualified.

DO YOU VOLUNTARILY CONSENT TO TAKE A BLOOD TEST?   ___ YES  ___ NO

Subject's Signature: _____   Officer's Signature and Date/Time: _____

Produced in Rodabaugh v. KMA, et al.                                                   KMA000017



# BENTONVILLE POLICE DEPARTMENT
## CONSENT TO SEARCH

I __Jackson N Tedford__ have been informed of my constitutional right not to have a search made of the premises, property, and/or automobile owned by me and/or under my care identified below without a search warrant. However, knowing my rights to refuse consent to such a search, I hereby authorize __Cpl. Pippin__ and __Officer Holland__ of the Bentonville Police Department or their agents to conduct a complete search of my __Cell Phone__.

I also understand that I can revoke this consent at anytime by calling (479) __271__ - __5170__.

__Apple iPhone__                              __A1633__
Brand of Computer/Cell Phone                  Model

__35 568207 0455536__               __Passcode      0000__
Serial Number                         Other

(And other such items listed on the receipt as set forth below)

I understand that said officers or their agents will search my computer system(s) or other electronic storage devices at the Bentonville Police Department while not in my presence. These officer(s) are authorized by me to take from my premises and/or property the computer system(s), CD-ROM's, videos, DVD's, photos, cell phones, publications, documents, or any other electronic equipment capable of storing, retrieving and/or accessing data or necessary to assist in the accessing of said data pertinent to their investigation. This written permission is given by me to the above named officer(s) voluntarily and without any threats or promises of any kind, at __14:29__ am/__pm__ on this __16__ day of __April__, 20 __20__. I fully understand that I will be given a receipt for property taken.

Signed X __[signature]__

Name X __Jackson Tedford__
                Printed

Officer __[signature]__           Officer __[signature]__
__Kerry Pippin__                  __Josh Molland__
    Printed                           Printed

Case Number: 2020-00019415. ORI: AR0040100.  Page: 6 of 10

```
               Intox EC/IR-II: Subject Test

            Installation Certificate Number: 003

                      State of Arkansas
                      BENTONVILLE P.D.
        Serial Number: 011698     Test Number: 3574
                  Test Date: 04/16/2020
            Operator's Name: Pippin, Kerry L
            Operator's Certification No.: 82227
            Place of Employment: BENTONVILLE PD
            Date Observation Began: 04/16/2020
              Time Observation Began: 14:25
                   Traffic Related: Yes
            Subject's Name: TEDFORD, JACKSON N
              Subject's Date of Birth:
              Driver's License Number:
                   State of Issuance: AR
                Subject Involvement: Driver
                Date of Incident: 04/16/2020
                  Time of Incident: 12:54
                   County Occurred: BENT
                        Accident: Yes
                     Injury Involved: Yes
                    Fatality Involved: Yes
                       Requested By: Law
                    Dry Gas Target: .095
        Lot Number: AG904501    Exp Date: 02/14/2021
                    Tank Pressure: 340 psi

                Test       g/210L     Time
                DIAG       Pass       14:45
                BLK        .000       14:45
                STD        .095       14:46
                BLK        .000       14:47
                SUBJ       .000       14:48
                BLK        .000       14:49
                SUBJ       .000       14:51
                BLK        .000       14:52

              Smpl   Durn    Vol      Time
                #    (sec)   (cc)
                1    4.50    2218     14:48
                2    4.12    2053     14:51

                          Success

              Final Result Time: 14:51 CDT
                  Final Result: .000

                     Operator Signature


                       Observed By:


                       Rights Read By:

```

Produced in Rodabaugh v. KMA, et al.                                KMA000019

```
                    Intox EC/IR-II: Subject Test

                 Installation Certificate Number: 003

                          State of Arkansas
                          BENTONVILLE P.D.
       Serial Number: 011698          Test Number: 3574
                    Test Date: 04/16/2020
              Operator's Name: Pippin, Kerry L
         Operator's Certification No.: 82227
         Place of Employment: BENTONVILLE PD
         Date Observation Began: 04/16/2020
         Time Observation Began: 14:25
                Traffic Related: Yes
           Subject's Name: TEDFORD, JACKSON N
           Subject's Date of Birth:
           Driver's License Number:
                State of Issuance: AR
             Subject Involvement: Driver
             Date of Incident: 04/16/2020
              Time of Incident: 12:54
               County Occurred: BENT
                    Accident: Yes
               Injury Involved: Yes
              Fatality Involved: Yes
                 Requested By: Law
               Dry Gas Target: .095
       Lot Number: AG904501    Exp Date: 02/14/2021
                Tank Pressure: 340 psi

              Test      g/210L    Time
              DIAG      Pass      14:45
              BLK        .000     14:45
              STD        .095     14:46
              BLK        .000     14:47
              SUBJ       .000     14:48
              BLK        .000     14:49
              SUBJ       .000     14:51
              BLK        .000     14:52

            Smpl   Durn    Vol     Time
              #   (sec)   (cc)
              1    4.50   2218    14:48
              2    4.12   2053    14:51

                         Success

              Final Result Time: 14:51 CDT
                  Final Result: .000

                   Operator Signature
                   _____

                     Observed By:
                   _____

                    Rights Read By:
                   _____
```

Produced in Rodabaugh v. KMA, et al.                                                                       KMA000020

# Misc docs

## Bentonville Police Department

### Call For Service Detail Report - CFS 196

| Address | N WALTON BLVD @ NW A ST, Bentonville | | | | |
|---|---|---|---|---|---|
| Common Name | | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | 1-North | Quadrant | Station 3-1 | District | |
| Caller Name | | Caller Phone | (501) 425-4348 | Call Taker | COBPD\brittneyp |
| Create Date | 4/16/2020 12:54:05 PM | Clear Date | | Nature Of Call | |

### Agencies

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Accident With Injury | In Progress | High | COBPD\brittneyp | 4/16/2020 12:55:15 PM |

### Call Narrative

*** 4/16/2020 ***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 2:41:16 PM | 479-426-5568 | Rowan,Andrew | | C2019102 |
| 1:50:51 PM | provided traffic control | Stanhope,Danielle | 934 | N202078 |
| 1:50:05 PM | Took initial photos of the scene then provided scene security | Brockmeyer,Henry | 970 | N202051 |
| 1:49:15 PM | Male that was doing CPR called to give his information in case PD needs to get a statement from him - Mason Van Sickler DOB ▇▇▇▇ / 479-903-8528 | Pullen,Brittney | | C2019100 |
| 1:28:51 PM | PD command staff notification email has already been sent | Pullen,Brittney | | C2019100 |
| 1:10:29 PM | 961 will be heading in and will get the camera | Pullen,Brittney | | C2019100 |
| 1:08:53 PM | contact 961/ 914 bring camera | Johnson,Kiersten | | C201996 |
| 1:04:57 PM | c11's notified | Kinder,Josef | | C2019102 |
| 1:03:39 PM | 952/ code 11 have them stage | Johnson,Kiersten | | C201996 |
| 1:00:58 PM | 915/ ill advised if we need more units | Johnson,Kiersten | | C201996 |
| 1:00:12 PM | 946/ CPR still in progress | Johnson,Kiersten | | C201996 |
| 12:58:37 PM | Someone on scene (not on the line with dispatch) is doing chest compressions | Pullen,Brittney | | C2019100 |
| 12:57:09 PM | No involved parties have called yet | Pullen,Brittney | | C2019100 |
| 12:56:25 PM | 952/ c3 | Johnson,Kiersten | | C201996 |
| 12:55:44 PM | Driver of the Kia might possibly be unconx per RP | Pullen,Brittney | | C2019100 |
| 12:55:19 PM | second caller Gene Lollis 417 434 8312 | Kinder,Josef | | C2019102 |
| 12:55:12 PM | 1st RP not involved. | Pullen,Brittney | | C2019100 |
| 12:55:02 PM | head on style nissan xterra vs kia suv | Kinder,Josef | | C2019102 |
| 12:54:17 PM | On Walton | Pullen,Brittney | | C2019100 |

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

Case Number: 2020-00019415. ORI: AR0040100.                                                                 Page: 9 of 10

| | | | | | | |
|---|---|---|---|---|---|---|
| VanSickler, Mason |  | | (479) 544-3831 | | | C201996 |
| Rodabaugh, Thomas | | | | | | C2019100 |
| Tedford, Jackson | | | | | | C201996 |
| Rodabaugh, Christine | | | | | | C201996 |

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| | | | Plate Inquiry | | | 125YTO |
| | | | Plate Inquiry | | | 754YRM |

### Call Dispositions

| Name | Count |
|---|---|

### Unit Dispositions

| Name | Unit Number | Disposition Date |
|---|---|---|
| Assisted Other Unit | 915 | 4/16/2020 1:55:55 PM |
| Assisted Other Unit | 934 | 4/16/2020 1:50:56 PM |
| Assisted Other Unit | 946 | 4/16/2020 2:02:37 PM |
| Assisted Other Unit | 970 | 4/16/2020 1:50:11 PM |

### Call Log

*** 4/16/2020 ***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 2:41:16 PM | Narrative Added | 479-426-5568 | Andrew Rowan | C2019102 |
| 2:02:37 PM | Unit Status Action | Unit 946 Available | Ken Trimberger | N202052 |
| 1:55:55 PM | Unit Status Action | Unit 915 Available | Andy Ball | N202086 |
| 1:51:03 PM | Person Updated | Name: VanSickler, Mason Lawrence, Contact Phone: (479) 544-3831 | Kiersten Johnson | C201996 |
| 1:50:56 PM | Unit Status Action | Unit 934 Available | Danielle Stanhope | N202078 |
| 1:50:51 PM | Narrative Added | provided traffic control | Danielle Stanhope | N202078 |
| 1:50:38 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Global Subject Named: (VanSickler, Mason) | cad testing | NWSCNEPROD |
| 1:50:37 PM | Person Updated | Name: VanSickler, Mason Lawrence, Contact Phone: (479) 544-3831 | Kiersten Johnson | C201996 |
| 1:50:20 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Global Subject Named: (VanSickler, Mason) | cad testing | NWSCNEPROD |
| 1:50:20 PM | Person Updated | Name: VanSickler, Mason Lawrence, Contact Phone: (479) 544-3831 | Brittney Pullen | C2019100 |
| 1:50:13 PM | Person Updated | Name: Vansickler, Mason | Brittney Pullen | C2019100 |
| 1:50:11 PM | Unit Status Action | Unit 970 Available | Henry Brockmeyer | N202051 |
| 1:50:05 PM | Narrative Added | Took initial photos of the scene then provided scene security | Henry Brockmeyer | N202051 |
| 1:50:04 PM | Person Updated | Name: Van Sickler, Mason | Brittney Pullen | C2019100 |
| 1:49:46 PM | Person Updated | Name: Vansickler, Mason | Brittney Pullen | C2019100 |
| 1:49:36 PM | Person Updated | Name: Sickler, Mason | Brittney Pullen | C2019100 |
| 1:49:26 PM | Person Added | Name: Van Sickler, Mason | Brittney Pullen | C2019100 |
| 1:49:15 PM | Narrative Added | Male that was doing CPR called to give his information in case PD needs to get a statement from him - Mason Van Sickler DOB ▮▮▮▮ / 479-903-8528 | Brittney Pullen | C2019100 |

## 2020-19415 DFIU Preliminary Report

 On April 16th, 2020, I assisted Corporal Kerry Pippin with a fatality accident investigation by analyzing a cell phone associated with the case.  The phone, described as an iPhone 6s (Model A1633, IMEI 355682070455536), belonged to Jackson Tedford.  Jackson was a driver of one of the vehicle's involved in the accident and Cpl. Pippin asked that I examine his cell phone to determine if there was any activity on it during the time frame of the accident.
 Cpl. Pippin had obtained written consent to search the phone from Jackson and provided a copy of the consent to search form and the phone to me on April 16th, 2020.  After photographing the device and paperwork, I began efforts to examine the contents of the phone.
 Using Cellebrite UFED 4PC software (Version 7.28.2.8), I was able to conduct an Advanced Logical extraction that completed at 1452 hours on the same date.  It should be noted that the phone presented in a good condition with a protective case and there were no connectivity issues between the phone and examination device.  I also confirmed that the phone was in Airplane Mode prior to extraction.
 After examining the contents of the phone, I located logged activities and usage around the time of the accident.  According to the extraction, the phone logged health-related data related to steps taken and flights climbed ending at approximately 1252 hours.  The next recorded activity on the phone took place at approximately 1253 hours and consisted of a phone call from the user to a contact named "Mom" at 479-903-5415.  The accident was reported to our agency at approximately 1254 hours.
 After extensive review, I did not locate any data on this extraction that would suggest the user was actively utilizing any applications at the time of the accident.  The phone was returned to Cpl. Pippin after the extraction and a copy of the extraction will be retained by this agency for any further review.
Det. Sgt. Josh Woodhams

**Produced in Rodabaugh v. KMA, et al.**                                                                                 KMA000023