# Exhibit 17

Page 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

```
ADVOCACY TRUST, LLC, as           )
Special Administrator and         )
Personal Representative of        )
the Estate of THOMAS ROY          )
RODABAUGH, Deceased,              )
         Plaintiffs,              )  Case No.
                                  )  5:21-CV-05064-PKH
vs.                               )
                                  )
KIA MOTORS CORPORATION, KIA       )
MOTORS AMERICA, INC., AND         )
JOHN DOES 1-3,                    )
         Defendants.              )
```

VIDEOTAPED DEPOSITION OF CHRISTOPHER CARUSO
Las Vegas, Nevada
Monday, February 6, 2023
9:08 a.m.

Reported by:  Jill E. Shepherd, RPR, NV CCR 948
Job No. 5666684; Firm No. 068F

Page 89

1  A. Yes.
2  Q. And we will walk through those alternative
3  theories and -- alternatives theories as to what may
4  have happened?
5  A. Yes.
6  Q. I think the last sentence of the
7  next-to-last paragraph on page 8, "Clearly, the
8  frontal impact damage was well above any reasonable
9  air bag deployment threshold for belted and unbelted
10 occupants and should have deployed seat belt
11 pretensioners in addition to at least stage one of
12 frontal impact air bags."
13      You made that statement in your report?
14 A. Yes.
15 Q. And that comes from the time period of your
16 vehicle inspection in November of 2020?
17 A. Yes.
18 Q. How did you make the determination that
19 seat belt pretensioners and frontal impact air bags
20 should have deployed?
21 A. Based on my initial assessment of the
22 delta-V and the principal direction of force.
23 Q. And what was your initial assessment of the
24 delta-v and the PDOF?
25 A. That it would have been somewhere around 20

Page 108

1  were other fault codes present, we don't see them.
2       So my basic point here is we know this one
3  fault code, if it's present, we know what the system
4  is going to do by design.  If it happened during the
5  crash, obviously they are saying that it wouldn't
6  have affected anything.  So -- and I'm not disputing
7  that; I couldn't confirm that.
8       So I'm just basically summarizing again
9  that, you know, even though this is a high
10 probability of, you know, why this whole thing
11 failed, it isn't conclusive.  It can't -- you can't
12 say absolutely this was it.  And that's why, if I
13 could, I would have backed off all the other
14 opinions.  There wouldn't be any reason to write up
15 the other opinions.
16      But at this point, I think even though I
17 think we're all convinced this is most likely a
18 factor.  Well, you just said something that I had
19 not heard before but I agreed with you, this could
20 have happened, you know, I say post-collision, the
21 fault code, the condition could have happened during
22 the collision.
23      The next ignition cycle could be when it
24 finally ends up saying, Oh, we've got the condition,
25 set the fault code.  Can't dispute that.  That's

Page 109

1  another possibility, that the fault code occurs
2  after the event; meaning, it happened during the
3  event, but it wasn't diagnosed until after the
4  event.
5        So that said, I believe that there's enough
6  information that we all probably believe this is the
7  problem, but I don't think anybody on either side
8  can absolutely confirm this is it.  And that's why I
9  didn't back off on my other theories of possible
10 defect or possible failure.
11    Q.   We're going to talk about impact placement
12 and design.
13       So we are still in the general category of
14 talking about why the EDR did not write data, right?
15    A.   Yes.
16    Q.   Okay.
17       So this is another reason why the EDR may
18 not have data in it, correct?
19    A.   I think the big thing on this one is this
20 could more or less be a factor for the failure to
21 deploy, not necessarily the failure to record.
22    Q.   Okay.
23    A.   However, the reason I put it here was
24 because I had several other cases for vehicles using
25 a Bosch system and the description is called EOS,

Page 142

1  information to, say, fire.
2        The other sensor, which is not even being
3  damaged in this crash, may be just below the
4  must-fire condition, which puts all the pressure on
5  the one that we know failed at some point.
6     Q.   While we're on the topic of the crash test,
7  this portion that you have excerpted in your
8  report -- this is the NCAP test -- you are aware
9  that the second generation Kia Soul received a NHTSA
10 five star rating for NCAP frontal and side crash
11 testing?
12    A.   Yes.
13    Q.   And then the same, the 2017 Kia Soul was
14 evaluated against the IIHS test, including small and
15 moderate overlap test, it received a good and
16 adequate rating?
17    A.   Yes.
18    Q.   And then the 2017 Kia Soul complies with
19 and passed all occupant protection at the BSS?
20    A.   When the air bags deploy and the
21 pretensioners deploy, I have no question this
22 vehicle performs adequately.  It met all of the
23 critical conditions when the air bags deploy.
24    Q.   Did you run any test to see if the
25 passenger FIS survives in a bumper underride offset

Page 190

1  token, I think the forensic evidence seems to point
2  to that as to more probable than not.  But
3  nonetheless, right, we can't conclude based on lack
4  of data -- not based on data, based on lack of data
5  that it absolutely was the root cause.
6      Q.   And then we discussed the energy reserve
7  earlier as well.
8           Another alternative theory, you can't say
9  but for the energy reserve that the 2017 Kia Soul
10 had in place, the air bags would have deployed; we
11 just don't know for sure?
12     A.   Remember, the reason it doesn't show up
13 here is because the issue with energy reserve only
14 has to do whether we got crash regarding or not.
15 There was never a claim that that led to the failure
16 to deploy the air bags.  So that's why it's not
17 showing up here as an alternative design.  Yeah, we
18 could have had longer energy reserve if that ended
19 up being a factor.  All that would have done is got
20 us crash recording.  It wouldn't have affected
21 anything else.  So that wasn't meant to be an
22 alternative design, it was just a statement that
23 it's one way we didn't -- one way we could end up
24 with no crash record.
25     Q.   I got it.

Page 197

1    Q.   Your next opinion discusses the appropriate
2    alternative designs that could have been employed
3    and the failure to employ one or more of them
4    resulted in a defective vehicle.
5         We discussed your alternative design those
6    are?
7    A.   We have.  And this goes back to the idea
8    that, you know, protecting the sensors, changing the
9    software, all of that stuff could have been done
10   anyway, even if it wasn't the final root cause in
11   our collision.  So one or more of these things could
12   have resulted in getting the air bags to deploy.
13   Q.   We're not sure which one would have
14   resulted in your opinion in deployment of air bag
15   systems?
16   A.   Right.  As we discussed, none of these,
17   because of the lack of data, can be proven
18   unequivocally to have been the root cause, but each
19   one of them shows the proper symptoms to result in
20   the non-deployment.
21   Q.   But we can't say that any one of these
22   alternative theories but for its existence would
23   have kept -- would have allowed the air bags to
24   deploy?
25   A.   Based on the data we have, that is a

Page 198

```
 1   correct statement.
 2       Q.   "Any of the safe or alternative designs
 3   would have not impaired the utility of the vehicle's
 4   safety systems if properly developed and employed."
 5            We've discussed those alternative designs?
 6       A.   I believe we have.  And I don't think there
 7   was anything I saw in any of the documents from Kia
 8   that would have made any of the proposed alternative
 9   designs somehow cause more harm than good, that kind
10   of thing.
11       Q.   If there was, if there was an alternative
12   design that caused more harm than good, such as an
13   inadvertent deployment, that might change your
14   opinion here?
15       A.   Absolutely.  And that's why I tried to
16   propose alternative designs that I'm familiar with,
17   that I'm comfortable, that I know have been
18   implemented on other vehicles in this time frame
19   successfully.
20       Q.   And the safer alternative designs were both
21   economically and technologically feasible at the
22   time the vehicle left the control of Kia?
23       A.   Nothing here I would have proposed would
24   be, you know, $30,000, you know, change, you know, I
25   mean, like per vehicle.
```