IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC, as Special Administrator and Personal Representative of the Estate of THOMAS ROY RODABAUGH, Deceased,<br><br>PLAINTIFFS,<br><br>V.<br><br>KIA MOTORS CORPORATION,<br><br>KIA MOTORS AMERICA, INC.,<br><br>And JOHN DOES 1-3,<br><br>DEFENDANTS. | **CASE NO.: 5:21-CV-5064**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S EXHIBIT LIST

| Pltf. No. | Will/May | Date Offered | Object. | Stip. | Rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1. | Will | | | | | Kia Recall Letters (Composite) (RODA000012-RODA000015) (KC002193-KC002194) |
| 2. | Will | | | | | Kia Defective Car List (KMA009390-KMA009407) |
| 3. | Will | | | | | Medical Records: Emergency Room (RODA-T900005-900017) |
| 4. | Will | | | | | Coroner's Report (KMA001396-001404) & (RODA700270-166975) |
| 5. | May | | | | | Autopsy Photographs |
| 6. | Will | | | | | Photographs of Site (RODA700296-700297) |
| 7. | May | | | | | Photographs of Scene (RODA700024-700057), |
| 8. | Will | | | | | Photographs of the Rodabaugh family (RODA000251-000268) |

| # | | | | | | Description |
|---|---|---|---|---|---|---|
| 9. | Will | | | | | Photographs of the subject Kia (RODA700072-700143),( RODA700144-700173) |
| 10. | Will | | | | | Photographs of the subject Nissan (RODA700191-700220) |
| 11. | May | | | | | Arkansas Motor Vehicle Crash Report (KMA000001-000013) |
| 12. | May | | | | | Bentonville Police Department Summary (RODA700021-700023) |
| 13. | May | | | | | EDR Download Report (RODA700271-700276) (RODA700289) |
| 14. | Will | | | | | Hyundai MOBIS 17MY Soul ACU Inspection Results (KMA009636-KMA009640) |
| 15. | May | | | | | Video of Hyundai MOBIS Inspection of 17MY Soul ACU |
| 16. | Will | | | | | All photographs taken during Hyundai MOBIS Inspection of 17MY Soul ACU |
| 17. | Will | | | | | All scans taken during Hyundai MOBIS Inspection of 17MY Soul ACU |
| 18. | May | | | | | DTET Action Recommendation Report (KMA007544-KMA007546) |
| 19. | May | | | | | Consumer Affairs Department Reports (KMA001535-KMA002049) (KMA001405-KMA001534) |
| 20. | May | | | | | NHSTA Recall Reports (RODA000012-RODA000015) (KMA002065) (KMA009516) |
| 21. | May | | | | | NHSTA Investigation Reports |
| 22. | May | | | | | NHSTA Investigation Complaints |
| 23. | May | | | | | Kia B162000 SRS Fault Code Documentation |
| 24. | Will | | | | | Kia Recall 22V031 Documentation (RCAK-22V031-3284, RCLQRT-22V031-5618, RCLQRT-22V031-7805, RCLRPT-22V031-6787, RCMN-22V031-4463, RCMN-22V031-5326, RCONL-22V031-1764, RCONL-22V031-2192, RCONL-22V031-6844, |

|   |   |   |   |   |   | RCRIT-22V031-2809, RCRIT-22V031-2809, RMISC-22V031-8725 |
|---|---|---|---|---|---|---|
| 25. | WILL |   |   |   |   | 07 25 22 Kia ACU Scan Results (RODA700304) |
| 26. | WILL |   |   |   |   | All photographs/videos/scans taken during Kia ACU scanning/Inspection on 07 25 2022 |
| 27. | WILL |   |   |   |   | Deposition Designations for Aaron Riley |
| 28. | WILL |   |   |   |   | Deposition Designations for Alan Dow |
| 29. | WILL |   |   |   |   | Deposition Designations for Andrea Henson |
| 30. | WILL |   |   |   |   | Deposition Designations for Becky Jaworski |
| 31. | WILL |   |   |   |   | Deposition Designations for Gary Jaworski |
| 32. | WILL |   |   |   |   | Deposition Designations for Jackson Tedford |
| 33. | WILL |   |   |   |   | Deposition Designations for Jae Haeng Yoo |
| 34. | WILL |   |   |   |   | Deposition Designations for Dr. Joel Jones |
| 35. | WILL |   |   |   |   | Deposition Designations for Cpl. Kerry Pippin |
| 36. | WILL |   |   |   |   | Deposition Designations for Kyo Lee |
| 37. | WILL |   |   |   |   | Deposition Designations for Michelle Cameron |
|   |   |   |   |   |   | Plaintiff reserves the right to introduce any exhibit listed by any Party to the case. |
|   |   |   |   |   |   | Plaintiff reserves the right to introduce any document disclosed through discovery or attached to any deposition. |
|   |   |   |   |   |   | Visual aids related to the parts of an airbag system. |
|   |   |   |   |   |   | Visual aids related to the timeline of events involved in this case. |
|   |   |   |   |   |   | Visual aids and pictures regarding Kia, its products, and its advertisements. |
|   |   |   |   |   |   | Visual aids reflecting the Plaintiff's theories of liability. |
|   |   |   |   |   |   | Visual aids and pictures related to the harms and |

|  |  |  |  |  |  | losses suffered by the Rodabaughs. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Visual aids and pictures of the scene of the accident. |
|  |  |  |  |  |  | Visual aids and summaries of expected or previous expert testimony. |
|  |  |  |  |  |  | Plaintiff expects to use various enlargements and explanations of exhibits and documents already in evidence. |
|  |  |  |  |  |  | Plaintiff expects to use flip charts, drawing pads, and other mediums to create visual aids during trial based on the testimony of witnesses and presentation of evidence. |
|  |  |  |  |  |  | Plaintiff reserves the right to use any visual aid which may be helpful to the jury in understanding the evidence presented at trial. |