IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH



ADVOCACY TRUST, LLC, as Special
Administrator and Personal
Representative of the Estate of
THOMAS ROY RODABAUGH, Deceased,

    Plaintiff,
v.

KIA CORPORATION,
KIA AMERICAN, INC.,
And JOHN DOES 1-3,

    Defendants.
_____/

VIDEOTAPED DEPOSITION OF ALAN DOW

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 2, 2022
11:34 A.M. TO 2:17 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
GABRIELA GONZALEZ, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

1  on as soon as I turned the key to the on position, it
2  stayed on steady for the whole time period that the key
3  was in the on position.  So, the airbag warning lamp is
4  functioning properly in the subject vehicle.
5      **Q    And that was after the subject crash, correct?**
6      A    Yes.
7      **Q    Is there any way to show a history of the**
8  **warning lights when they're illuminated?  Is there any**
9  **kind of diagnostic testing, any kind of printout that**
10 **you would get that shows throughout the life of the**
11 **vehicle when the warning lights have illuminated?**
12     A    Well, so there's no way to know directly.
13 However, there could be a way to know how long certain
14 diagnostic trouble codes are or have been present in
15 memory.  That's what's available.
16     **Q    And did you run that test on this airbag**
17 **warning light?**
18     A    I looked at the diagnostic trouble code data
19 and I looked at the diagnostic trouble code status and
20 there was no data that I could read that existed before
21 my inspection.
22     **Q    Why -- do you know why there was no data?**
23     A    I don't.
24     **Q    What -- is that unusual or does that -- is**
25 **that something that happens regularly?**



877.291.3376
www.UCRinc.com