# Exhibit 2

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION

ADVOCACY TRUST, LLC,
as Special
Administrator and
Personal                   CASE NO.
Representative of the
Estate of THOMAS ROY       5:21-CV-05064-PKH
RODABAUGH, Deceased,
       Plaintiffs,

   vs.

KIA MOTORS
CORPORATION, KIA
MOTORS AMERICA, INC.,
and JOHN DOES 1-3,
       Defendants.

                    - - -

  Videotaped Deposition of KELLY B. KENNETT, MS,

          Taken by Jennifer J. Artman,

           Before Jennifer D. Hamon,
            Certified Court Reporter,

  At the Offices of Veritext Legal Solutions,
              Roswell, Georgia,

           On Friday, February 3, 2023,
 Beginning at 10:10 a.m. and ending at 2:21 p.m.

                    - - -
```

Page 151

1  door, ergo the arm mark and all that.  And he's
2  moving towards a more open section, so the near
3  side versus far side occupant would -- would
4  affect the kinematics to some degree.
5       Q    And then a seat belt restraint.  Do
6  you know if she was restrained?
7       A    Absolutely she was.
8       Q    And Mr. Rodabaugh was not.
9       A    Correct.
10      Q    You agree there was no physical
11 evidence showing Mr. Rodabaugh was wearing a seat
12 belt?
13      A    I stated as much in my report.
14      Q    And no witness testified he had it on
15 either?
16      A    I mean, there are various people that
17 say various things.  I'm an engineer.  I've
18 examined the seat belt.  I'll be very clear on
19 the record.  Mr. Rodabaugh was not wearing his
20 seat belt.
21      Q    You'd agree a driver who's unbelted
22 and has an airbag deploy may sustain injuries
23 even though the airbag did deploy.
24      A    Sure, as a general prospect.
25      Q    And you would agree that a driver