# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH


ADVOCACY TRUST, LLC, as Special
Administrator and Personal
Representative of the Estate of
THOMAS ROY RODABAUGH, Deceased,

     Plaintiff,

v.

KIA CORPORATION,
KIA AMERICAN, INC.,
And JOHN DOES 1-3,

     Defendants.

_____/




VIDEOTAPED DEPOSITION OF ALAN DOW

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 2, 2022
11:34 A.M. TO 2:17 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
GABRIELA GONZALEZ, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

Dow, Alan  09-02-2022

**Page 2**

1      APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFF:
3      JESSICA LATOUR, ESQUIRE
        ROMANO LAW GROUP
4      1601 BELVEDERE ROAD SUITE 500S
        WEST PALM BEACH, FLORIDA 33406
5      561-533-6700
        JESSICA@ROMANOLAWGROUP.COM
6      (REMOTELY VIA ZOOM)
7      SAMUEL MASON, ESQUIRE
        BAILEY & OLIVER LAW FIRM
8      3606 SOUTHERN HILLS BOULEVARD
        ROGERS, ARKANSAS 72758
9      479-202-5200
        SMASON@BAILEYOLIVERLAWFIRM.COM
10     (REMOTELY VIA ZOOM)
11  ON BEHALF OF THE DEFENDANT:
12     ROBERT ADAMS, ESQUIRE
        JENNIFER ARTMAN, ESQUIRE
13     CONNOR SMITH, ESQUIRE
        SHOOK, HARDY & BACON, LLP
14     2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI 64108
15     816-474-6550
        RTADAMS@SHB.COM
16     JARTMAN@SHB.COM
        CSMITH@SHB.COM
17     (REMOTELY VIA ZOOM)
18  ALSO PRESENT:
19     RYAN DAVIS, VIDEOGRAPHER
        (REMOTELY VIA ZOOM)
20
21
22
23
24
25

**Page 4**

1
                INDEX OF EXHIBITS
2
EXHIBIT          DESCRIPTION                PAGE
3
  1    NOTICE OF TAKING VIDEOTAPED DEPOSITION    12
4
  2    IMPORTANT SAFETY RECALL            24
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1            INDEX OF EXAMINATION
2  WITNESS: ALAN DOW
                            PAGE
3  DIRECT EXAMINATION
      BY JESSICA LATOUR, ESQUIRE          6
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 5**

1            VIDEOTAPED DEPOSITION OF ALAN DOW
2            SEPTEMBER 2, 2022
3            THE VIDEOGRAPHER:  We are on the record for
4   the video deposition of Alan Dow taken in the
5   matter of Advocacy Trust, LLC, Thomas Roy Rodabaugh
6   vs. Kia Corporation.
7            Today is September 2nd, 2022 and the time is
8   11:34 a.m.
9            The Court Reporter is Gabriela Gonzalez and
10  the Videographer is Ryan Davis.
11           Will Counsels please introduce themselves
12  after which the Court Reporter will swear in the
13  Witness.
14           MS. LATOUR:  This is Jessica Latour on behalf
15  of Plaintiff.
16           MR. ADAMS:  Good morning.  This is Robert
17  Adams on behalf of the Kia companies that are the
18  Defendants in this case.
19           THE COURT REPORTER:  I know we have three more
20  attorneys on the Zoom as well.
21           MR. ADAMS:  And I apologize.  I should have
22  introduced my partner, Jennifer Artman, who is also
23  on the Zoom.
24           MS. ARTMAN:  Good morning.
25           MR. MASON:  Sam Mason is here for the



**6**

1 Plaintiff.
2       THE COURT REPORTER:  Okay.  And it looks like
3 we also have a Connor Smith as well.
4       MR. ADAMS:  Yes, Connor is also with me. He's
5 an associate of my law firm.
6       THE COURT REPORTER:  Okay, great.
7 Thereupon:
8             ALAN DOW
9 was called as a witness, and after having been first
10 duly sworn, testified as follows:
11             DIRECT EXAMINATION
12 BY MS. LATOUR:
13    **Q   Good morning.**
14    A   Good morning.
15    **Q   Mr. Dow, can you please give me your home**
16 **address?**
17    A   It's 21022 Barclay Lane, Lake Forest
18 California 92630.
19    **Q   And your professional address?**
20    A   111 Peters Canyon Road, Irvine, California
21 92606.
22    **Q   Okay.  And what is your date of birth?**
23    A   September 17th, 1955.
24    **Q   Okay.  And have you ever had your deposition**
25 **taken before?**

**7**

1    A   Yes.
2    **Q   And were you deposed in the capacity as a**
3 **corporate designee of Kia?**
4    A   Yes.
5    **Q   Okay.  And when was the last time you had your**
6 **deposition taken?**
7    A   Probably three months ago.
8    **Q   Okay.  Sorry, my computer is really giving me**
9 **problems today.  Can we go off the record really quick?**
10    A   Sure.
11       THE VIDEOGRAPHER:  11:37 a.m.  Off the record.
12       (Thereupon, a short discussion was held off
13       record.)
14       (Deposition resumed.)
15       THE VIDEOGRAPHER:  11:38 a.m. on the record.
16 BY MS. LATOUR:
17    **Q   Okay.  And I apologize, Mr. Dow.  I did not**
18 **hear your response that last question about how many**
19 **depositions you've had in the past?**
20    A   I don't remember exactly, 30 or 40.
21    **Q   Okay.  That's fine.  And have you ever been a**
22 **corporate designee witness at trial for Kia?**
23    A   Yes.
24    **Q   Okay.  And how many times?**
25    A   Maybe 10.

**8**

1    **Q   Okay.  And how about, have you testified at a**
2 **hearing, on behalf of Kia before?**
3    A   No.
4    **Q   No.  Okay.  Just some quick ground rules.**
5 **Although, I know you, you're experienced in depositions.**
6 **Just remember that there is a Court Reporter taking down**
7 **everything we say.**
8       **So, I just ask that you give verbal answers**
9 **instead of uh-huh, um-hum as we sometimes do in everyday**
10 **normal talking.  If you don't understand my question,**
11 **will you let me know?**
12    A   Yes.
13    **Q   Okay.  And if you find my question to be**
14 **confusing, will you let me know?**
15    A   Yes.
16    **Q   And if you don't know the answer to a**
17 **question, will you let me know?**
18    A   Yes.
19    **Q   And are you aware that your testimony today is**
20 **regarding a lawsuit involving Thomas Rodabaugh?**
21    A   Yes, I am.
22    **Q   Okay.  And are you aware that your testimony**
23 **today is about a lawsuit involving Kia America, Inc.?**
24    A   Yes.
25    **Q   And do you understand that these answers to**

**9**

1 the questions I asked today may be used in Court?
2    A   Yes.
3    **Q   And do you understand that your answers to my**
4 **questions may be presented to a Jury in this case?**
5    A   I do.
6    **Q   Okay.  And who is your current employer?**
7    A   Kia America Inc.
8    **Q   And are you employed by any other entities?**
9    A   No.
10    **Q   Okay.  And what is your job title?**
11    A   National manager, forensic engineering and
12 investigation.
13    **Q   And can you just briefly tell me what your job**
14 **duties entail?**
15    A   I manage a group of engineers and we monitor
16 vehicle performance in the field.  We monitor claims and
17 we monitor data.
18       And we are looking for potential safety
19 concerns. We also investigate a number of things to see
20 if there is a potential safety concern.
21    **Q   Then how long have you had this position?**
22    A   Well, since November of 2020, I had this exact
23 position.
24    **Q   Okay.  And what did you do before that?**
25    A   Before that, I was a national manager of



Dow, Alan  09-02-2022

10

1 technical analysis.
2    Q   For Kia America?
3    A   Yes.
4    Q   How long did you do that position for?
5    A   Twelve years.
6    Q   And what about before that?
7    A   Before, I was a Senior Service Engineer.
8    Q   Again for Kia America?
9    A   Yes.
10    Q   And how long were you in that position?
11    A   Four years.
12    Q   And then prior to that you were a Technical
13 Communications Manager?
14    A   Yes.
15    Q   And you were in that position for about 6
16 years?
17    A   Yes.
18    Q   And that was again for Kia America, correct?
19    A   Correct.
20    Q   And then looks like before that you were a
21 Product Engineer for about 2 years for Kia America?
22    A   Yes.
23    Q   Okay.  And then before that you worked for
24 Hyundai Motor America?
25    A   Correct.

11

1    Q   And that was from 1987 to 1995 where you were
2 a Senior Product Engineer, correct?
3    A   Correct.
4    Q   And then prior to that you were Model Line
5 Engineer for Nissan Motor Corporation from 1985 to 1987,
6 correct?
7    A   Yes.
8    Q   Okay.  And where did you go to college?
9    A   California State University at Long Beach.
10    Q   And what year did you graduate?
11    A   1981.
12    Q   And what was your degree in?
13    A   A Bachelor of Science degree in Mechanical
14 Engineering.
15    Q   Do you have any other certifications or
16 degrees or licenses?
17    A   No.
18    Q   Okay.  I'm going to show you a document on my
19 screen.  Do you see this document here?
20    A   Yes.
21    Q   And it's titled Notice of Videotaped
22 Deposition Duces Tecum of Corporate Designee of
23 Defendant, Kia America, Inc.  Correct?
24    A   Yes.
25    Q   Have you seen this document?

12

1    A   Yes.
2    Q   And what is it -- what is your understanding
3 of what it is?
4    A   A notice that's requesting a corporate witness
5 to testify about certain areas.
6    Q   Okay.  And when did you see this notice?
7    A   For the first time, maybe a couple of weeks
8 ago.
9    Q   And who did you receive it from?
10    A   Counsel.
11    Q   Okay.  I'm going to attach this as Exhibit 1.
12       (Thereupon, Plaintiff's Exhibit 1 was entered
13       into the record.)
14 BY MS. LATOUR:
15    Q   Do you understand that this exhibit is a
16 deposition notice which requires Kia America, Inc. to
17 designate in person to testify on behalf regarding the
18 topic listed within the notice?
19    A   Yes.
20    Q   Okay.  And do you understand that Kia America,
21 Inc. is required to fully prepare you to provide all
22 information known or reasonably available to Kia
23 America, Inc. in response to these topics that are
24 listed in Exhibit 1?
25       MR. ADAMS:  Objection, form.  And it also

13

1    calls for a legal conclusion.  You can go ahead and
2    answer.
3    A   Yes.
4 BY MS. LATOUR:
5    Q   And are you the person that has been
6 designated by Kia America to speak on their behalf with
7 respect to these items that are listed one through eight
8 of this deposition notice.
9    A   And --
10       MR. ADAMS:  Let me introduce the -- I
11    apologize, Mr. Dow.  Let me interpose just a
12    statement regarding the topics.
13       Kia America received that notice and it
14    incorporates its responses to Plaintiff's re-
15    notice of videotaped deposition and the objections
16    and limitations of topics that was served on August
17    29th, in this case.
18 BY MS. LATOUR:
19    Q   Okay.  And then just for the record, those
20 objections have not been ruled on by the Court and I
21 don't believe you answered.  So, you can go ahead and
22 answer Mr. Dow.
23    A   Yes.
24    Q   Thank you.  And do you have full authority to
25 speak on behalf of Kia America, Inc.?



Dow, Alan   09-02-2022

14

1    A   Yes.
2        MR. ADAMS:  Objection, form.  Legal
3    conclusion.  You can go ahead and answer.
4    A   Okay.  Sorry.  Yes.
5    BY MS. LATOUR:
6    Q   Okay.  And are you aware that the answers that
7    you give today will be binding upon Kia America, Inc.?
8        MR. ADAMS:  Same objection.
9    A   Yes.
10   BY MS. LATOUR:
11   Q   And are you an officer or director of Kia
12   America, Inc.?
13   A   No.
14   Q   Okay.  Are you prepared to provide all
15   information known or reasonably available to Kia
16   America, Inc. with respect to the matters of inquiry
17   listed in this deposition notice?
18       MR. ADAMS:  Again, just for purposes of the
19   record, I reincorporate Kia's objections to the
20   notice.  Go ahead and respond.
21   A   Yes.
22   BY MS. LATOUR:
23   Q   What have you done to gather all the knowledge
24   known or reasonably available to Kia America with
25   respect to these topics, one through eight listed on

15

1    this deposition notice laid -- numbered as Exhibit 1?
2    A   I reviewed some documents not with Counsel,
3    reviewed my vehicle inspection material when I looked at
4    the car.
5    Q   And other than the vehicle inspection material
6    from when you looked at the car, what did -- what
7    documents did you review?
8    A   I reviewed the notice and I reviewed some
9    recall documents.  I think that's about it.
10   Q   And do you have any of those documents in
11   front of you today?
12   A   No.  Well, let me modify my -- some of those
13   documents are in the room that I'm in, yes.
14   Q   Are they accessible if you need to use them
15   for refreshing your recollection?
16   A   They are accessible.
17   Q   Okay.  Did anyone from Kia America, Inc.
18       help you prepare for your testimony today?
19   A   No.
20   Q   Okay.  Got this -- Exhibit 1.  Looking at this
21   Exhibit 1, topics matter -- subject matters and
22   testimony Number 1, do you see these here?
23   A   Yes.
24   Q   You're able to see them, okay.  If I need to
25   make it bigger or anything, just let me know.

16

1        What is your experience with matter Number 1,
2    the steps taken by Kia America, Inc. after it was made
3    aware of the wreck and malfunction of the 2017.
4        Kia Soul at subject hereto on the date herein
5    including reports, statements given to Kia America, Inc.
6    and by Kia America, Inc.
7        And to whom those reports were given to or by
8    and at what time those reports were given or taken?
9        MR. ADAMS:  Objection, form.  Overboard.
10   A   So, my understanding is, we received a
11   complaint indicating that there was an accident and some
12   information about the accident.
13       That complaint was reviewed and Kia America
14   retained Counsel and we made arrangements to inspect the
15   vehicle.
16       And a lot of -- lot of different things were
17   done by Counsel.  I'm not aware of most of them, but
18   that's my general awareness.
19   BY MS. LATOUR:
20   Q   What is your involvement with topic Number 1?
21   What -- because you already told me that you -- I guess
22   you inspected the vehicle, correct?
23   A   Correct.
24   Q   Okay.  And when you say there was a complaint
25   made, are you talking about the legal complaint that was

17

1    filed?
2    A   Yes.
3    Q   Okay.  So, when you -- when did you become
4    involved in this?
5    A   I don't know exactly when, but at some point,
6    I was contacted by Counsel and we discussed inspecting
7    the vehicle.
8    Q   Okay.  And what was, do you recall when that
9    inspection took place?
10   A   Let's see, it was last year.  I forgot the
11   exact date towards -- actually, the date escapes me.
12   Q   Was it in October?  Does that sound right?
13   A   That yes, I think that's correct.
14   Q   Okay.  And what was the purpose of that
15   inspection?
16   A   To document the condition of the vehicle, to
17   make an assessment of the accident, the damage interior
18   exterior that's basically it.
19   Q   Okay.  And you said that you made a report
20   regarding all of this information?
21   A   No, I did not say that.  I did not make a
22   report.
23   Q   Okay.  You just gathered documents and kept
24   them all together or materials the word you used?
25   A   I took a number of pictures and I read some



Dow, Alan   09-02-2022

18

1  data from the vehicle.
2      Q   Okay.  And what data -- do you recall what
3  data was read?
4      A   I read the event data recorder information.
5  And I read some airbag system data.
6      Q   And what did the event data recorder tell you?
7      A   Well, generally the event data recorder file
8  indicated that there were no recorded events.
9      Q   And what does that mean to you?
10     A   That means that there was nothing recorded in
11  the event data memory.
12     Q   Do you know why?
13     A   No.
14     Q   Was anything done to look into why there was
15  no data recorded?
16     A   I'm sorry.  I didn't hear the question fully.
17     Q   That's okay.  Was anything -- once you
18  reviewed that data and found that there was nothing
19  recorded, did you look into why or was there anything
20  done to determine why no data was recorded?
21     A   Well, there could be different reasons for no
22  event being recorded.  It could be that the accident
23  didn't meet the threshold for recording an event.  The
24  investigation or it's still being investigated.
25     Q   To this vehicle, what's the threshold to

19

1  record an event?
2      A   Well, there's different thresholds.  The --
3  anytime an airbag deploys, that event would be recorded.
4      Q   Okay.  In this case, the airbag did not
5  deploy, correct?
6      A   Correct.
7      Q   So, what are the other thresholds?
8      A   The threshold for recording a non-deploy event
9  is greater than or equal to 8 kilometers an hour, DeltaV
10  in any direction.
11     Q   Did you see any information that would have
12  determined whether or not there was a greater than or
13  equal to a DeltaV in this case?
14     A   No.
15     Q   Okay.  Do you know the facts surrounding the
16  accident?
17     A   Generally, yes.  And I apologize.  I did look
18  at the Police report because that's another thing I
19  forgot to mention that I looked at.
20     Q   Okay.  Do you know -- was Mr. Rodabaugh's
21  vehicle in motion at the time of the accident?
22     A   Yes, I believe it was.
23     Q   Do you know the speed he was going?
24     A   I do not.
25     Q   Was it -- do you know if he's going more than

20

1  8 kilometers per hour?
2      A   I do not.
3      Q   Let's say for hypothetical since you don't
4  know.  If his car was going more than 8 kilometers per
5  hour and the force of the accident caused him to come to
6  a stop, would an event have been recorded?
7      MR. ADAMS:  Objection, form.  Overbroad.  Go
8  ahead and respond if you can.
9      A   So, you haven't provided enough information.
10  And actually, I think I may have not provided you the
11  time period at which that 8 kilometers an hour DeltaV
12  has to be within a 150 milliseconds.
13  BY MS. LATOUR:
14     Q   Okay.  So, it has to, in this case, decelerate
15  by 8 kilometers, at least 8 kilometers within a 150
16  milliseconds, correct?
17     A   That's the threshold, yes.
18     Q   But -- and you don't know based on your, I
19  guess it'll be Kia America, Inc. at this point does not
20  know whether that occurred or not, correct?
21     A   Correct.
22     Q   And you said, you also reviewed the airbag
23  system data.  What does that entail?
24     A   Yes, I did use the Kia KTS scan tool.  And I
25  read some data from the airbag system.

21

1      Q   And what did that show?
2      A   Well, so one thing is if there are any
3  diagnostic trouble codes.
4      Q   Okay.  What else?
5      A   I looked at the potential data for a forward
6  crash, side crash, rollover crash, current data.
7      Q   Anything else?
8      A   I think that's all.
9      Q   And did any of the diagnostic trouble code
10  show?
11     A   Yes.
12     Q   Which one?
13     A   Code B 162000.
14     Q   Okay.  And what does that code mean?
15     A   That is an airbag control module internal
16  fault.
17     Q   And then, what does -- I understand that.  But
18  if you are describing this to a layperson, how would you
19  describe that?
20     A   That's the description.  There's -- there's
21  some fault inside the airbag control module that has
22  triggered this diagnostic trouble code.
23     Q   And what is the potential outcome for the
24  vehicle with this trouble code?
25     A   The code could be set for a number of

Dow, Alan    09-02-2022

22

1 different reasons and so it could have different
2 outcomes.
3    Q    All right.  What are some of the reasons?
4    A    I don't know all the reasons, but there are
5 many different components inside the airbag control
6 module.  And if one or more of those has some electronic
7 or electrical issue it could trigger that code.
8    Q    And have -- does this -- if this double -- if
9 this term is the term DTC, correct?
10   A    Yes, DTC is a diagnostic trouble code.
11   Q    And if this DTC shows, does it mean that the
12 airbag is likely not to deploy?
13   A    Well, that's possible.
14   Q    What are the other outcomes?
15   A    It could deploy.
16   Q    Okay.  And if it could deploy, can you give me
17 any examples of what that trouble code could stand for
18 as far as an issue within the control module?
19   A    No.  Kia America doesn't have specific
20 information about that diagnostic trouble code.
21        It's a code that is a general code for
22 internal fault in the airbag control module and the
23 recommendation is to replace the airbag control module
24 if that code exists.
25   Q    When you found that it said B162000 as a DTC

23

1 in this code or in this when you were in the airbag
2 system data, was it reported to keep back to Kia
3 America?
4    A    Well, yes.  I provided that information to our
5 Counsel, yes.
6    Q    Okay.  Was anything done within Kia America
7 regarding that knowledge with either this vehicle or
8 future vehicles?
9    A    I'm not -- I don't really understand what you
10 mean by that question.
11   Q    Was this information that you found in October
12 2021, was it used in any other way regarding Kia
13 vehicles?
14   A    Well, so I mentioned that if you have that
15 diagnostic trouble code, the recommendation is to
16 replace the airbag control module.
17        That's not an option in the rotor bar vehicle.
18 So, we did not do that.
19   Q    Okay.  But it wasn't used for any other
20 purpose, that knowledge?
21   A    No.
22   Q    Okay.  There was a recall concerning that to
23 diagnostic travel, correct?
24   A    There is a recall.  I -- that's a pretty broad
25 statement.

24

1    Q    What -- it's concerning this specific
2 diagnostic trouble code, correct?
3    A    Well, I assume you're talking about the 2017
4 Kia Soul.
5    Q    Can you see the document on my screen?
6    A    Yes.
7    Q    And I'll attach this as Exhibit 2.
8        (Thereupon, Plaintiff's Exhibit 2 was entered
9        into the record.)
10 BY MS. LATOUR:
11   Q    This is -- it says, need to recall number
12 22V031, correct?
13   A    Yes.  And if you could make that a little
14 larger that would be helpful.
15   Q    Sure.  Sorry, my screen is massive.  So, it's--
16   A    Yeah.
17   Q    -- hard for me to tell what you see.
18   A    Okay.  Yeah.  Yeah, that's too big.  Yeah,
19 that's great -- that's great.  Thank you.
20   Q    Okay.  All right.  Are you familiar with this
21 informa -- important safety recall letter?
22   A    Yes.
23   Q    And this is -- it actually talks about certain
24 2017 to 2019 vehicles, correct?
25   A    Yes.

25

1    Q    So, my question is, was any of the
2 information-- well, my question is, so you found that
3 in-- let me go down a little bit.
4        And it identifies diagnostic trouble code
5 B1620.  Is that the same diagnostic trouble code you
6 found when you ran the data from the subject vehicle?
7    A    Yes.  And to clarify, that code used to be
8 called B1620.  And then it changed and they added two
9 zeros.  So, that's why that document doesn't have the
10 two zeros at the end.  It is the same code.
11   Q    Okay.  So, when you found that code, had this
12 investigation regarding this recall already been
13 underway?
14   A    So, I don't have the timeline memorized.  So,
15 I-- I'm not sure.
16   Q    The information that you gathered from the
17 subject vehicle, was it used in the investigation about
18 this diagnostic trouble code in this recall?
19   A    No.
20   Q    Okay.  Was it who or what department is
21 responsible for within KA for managing recall
22 information?
23   A    The North American Safety Office.
24   Q    And did you report that the subject vehicle
25 showed that DTC to the North American Safety Office?



26

1    A   No.
2    **Q   Why not?**
3    A   Well, as I mentioned before, the -- that code,
4  the B162000 is a general code.  It can be set for a
5  number of different reasons.
6        We don't know what the reason was that that
7  code was set in the rotor bar vehicle.
8    **Q   So, that way you didn't report it?**
9        MR. ADAMS:  Objection, form.
10   A   Yes.
11  BY MS. LATOUR:
12   **Q   Okay.  Were you aware at the time you did the**
13  **inspection that this recall was being investigated?**
14   A   I don't think so.  I think that the inspection
15  was before the recall activity started.
16   **Q   Do you know what prompted the recall**
17  **activities?**
18   A   Yes.
19   **Q   What was that?**
20   A   Kia America received information from Kia
21  Korea that described the technical condition that
22  prompted this recall.
23   **Q   Do you remember when -- do you know when that**
24  **was?**
25   A   Well, so the timeline is in the -- is in some

27

1  other recalled documents, but I don't remember the whole
2  chronology.
3    **Q   Do you know when Kia America first became**
4  **aware of the recall investigation?**
5    A   As I said, I don't -- no, I don't.  Those --
6  that information exists, but as I said, I don't have it
7  memorized.
8        MR. ADAMS:  And Jessica, just for the record,
9        that's within the documents that were produced to
10       you.  There's a chronology attached to the NHTSA
11       recall notice.
12       MS. LATOUR:  I understand.
13  BY MS. LATOUR:
14   **Q   Mr. Dow, you are produced here today to talk**
15  **about the recall, correct?**
16   A   Yes.
17   **Q   And your position is that you're fully**
18  **prepared to discuss the recall, correct?**
19   A   Yes.
20   **Q   So, not knowing or not being able to provide**
21  **this information -- all right.**
22       **It's your position that you're unable to**
23  **discuss the information regarding the chronology of**
24  **events, correct?**
25       MR. ADAMS:  Let me object to the form.  Also,

28

1    the Witness had said the information in the
2    documents and you could show them the documents and
3    go through the chronology.
4  BY MS. LATOUR:
5    **Q   Mr. Dow, you don't have those documents in**
6  **front of you to show me, which document you're referring**
7  **to, correct?**
8    A   I have -- I can get that document, yes.
9    **Q   Okay.**
10   A   Counsel, you know, I apologize.  I am used to
11  you showing me the documents that you want me to answer
12  questions about?
13   **Q   Sure.  Got you -- if you want to take a minute**
14  **and grab that document, that's fine.**
15   A   Okay.
16   **Q   We can go off the record.**
17   A   Okay.
18       THE VIDEOGRAPHER:  12:15 p.m.  Off the record.
19       (Thereupon, a short discussion was held off
20       record.)
21       (Deposition resumed.)
22       THE VIDEOGRAPHER:  The time is 12:19 p.m. On
23   the record.
24  BY MS. LATOUR:
25   **Q   All right.  So, my question was when did KA**

29

1  become aware of the recall investigation?
2    A   Okay.  So, as I mentioned, there is a
3  chronology for the recall and we have that and I did
4  look at that in prep.  The Bates number for it is starts
5  with KMA2055.  So, I'm going to refer to that document.
6        So, at the end of July of 2021, Kia
7  Corporation received -- actually, that's not the answer
8  to your question.  Would you please repeat the question?
9    **Q   When did KA become aware of the re-**
10  **conversation?**
11   A   It looks like KA was notified of this concern
12  January 12th through 14th.  Well, January 12th, 2022.
13   **Q   Okay.  And KA handles consumer complaints,**
14  **correct?**
15   A   Yes.
16   **Q   Were there consumer complaints prior to**
17  **January 12th, 2022 that it was discovered this**
18  **diagnostic trouble code was present in those vehicles**
19  **with the complaints?**
20   A   So, there were -- however we -- there is
21  always some small number of consumer complaints with
22  that diagnostic trouble code.
23       What I'm trying to communicate to you is that
24  code can be set for a number of different airbag control
25  module internal faults.



30

1    Q   I'm sorry, I understand.  And when it comes to
2  this recall, was there a specific internal fault that
3  was of concern?
4    A   Yes.
5    Q   And what was that?
6    A   The airbag control module EEPROM is physically
7  contacted by the airbag control module cover.
8        And in some small number of cases, if that
9  happens, it can potentially cause a disconnection of one
10  or more of the EEPROM conductors from the printed
11  circuit board.
12    Q   Prior to April 16th, 2020, had KA received any
13  customer complaints with this diagnostic trouble code
14  that resulted in this specific internal fault with that
15  that one that was you just explained?
16        MR. ADAMS:  Objection, form.
17    A   So, this fault is a very detailed technical
18  condition that needs to be analyzed by an electronics
19  lab.
20        And it may take X-ray or CT scan to be able to
21  know if that specific fault exists.  KA doesn't have the
22  technical resources to do that.
23  BY MS. LATOUR:
24    Q   And I'm not asking you if KA has ever done
25  that, so let me go back.

31

1        So, when you receive a customer complaint and
2  that diagnostic trouble code is identified, what's the
3  process to figure out the internal fault associated with
4  that DTC?
5    A   So, again, if that DTC occurs, then the
6  dealership is instructed to replace the airbag control
7  module, there is no further diagnosis.
8    Q   Okay.  So, then would any questions regarding
9  what led to determining that internal fault, would that
10  be through Kia Corporation or is that something you can
11  testify to?
12        MR. ADAMS:  Objection, form.  Go ahead and
13  respond.
14    A   I don't understand that question.
15  BY MS. LATOUR:
16    Q   Well, if the recall letter -- you just
17  described with this specific recall is concerning
18  internal fault and you explained what that is.
19        So, it can be deduced that there was some
20  further investigation somewhere in order to determine
21  that internal fault.
22        My question is, was that through KA or would
23  that have been through KC.
24    A   KC and the supplier.
25    Q   Okay.  And the supplier in the subject cases

32

1  is Mobis, correct?
2    A   Yes.
3    Q   Do you know what a root cause analysis is?
4    A   Yes.
5    Q   And was one done regarding this accident or I
6  mean, this vehicle?
7    A   You're talking about the rotor bar vehicle?
8    Q   Yes.
9    A   As I mentioned, the investigation is ongoing.
10    Q   Okay.  So, when are you -- is it your position
11  that what has not been completed yet?
12    A   Yes.
13    Q   Okay.  Are you involved in that root cause
14  analysis in your position?
15    A   No, not really, though.
16    Q   Okay.  Who would better be able to testify as
17  to outcome of a root cause analysis or investing the
18  entire process?
19        MR. ADAMS:  Objection, form.
20    A   So, I'm not sure I understand your question.
21  You're talking about for this specific -- specifically
22  for the rotor bar vehicle?
23  BY MS. LATOUR:
24    Q   Yes.
25    A   Well, we have retained some technical experts.

33

1    Q   Outside of Kia?
2    A   Yes.
3    Q   And who are they working with inside of Kia?
4    A   Well, not really anybody, I mean I -- if
5  there's a technical or if they have a question that we
6  may be able to answer, they would ask us that through
7  Counsel.
8    Q   Okay.  So, is Kia leaving any investigation as
9  to the reason the airbag did not deploy in this
10  accident?
11        Is Kia leaving all of that up to experts or is
12  there anyone internally that is working on that result
13  as well?
14        MR. ADAMS:  Objection, form.
15    A   Kia America is not working on that.
16  BY MS. LATOUR:
17    Q   Okay.  So, I've been provided some documents
18  that I'm not entirely familiar with or what they are.
19  So, I'm just going to open a couple of them and ask you
20  if you can tell me what they are.
21        Now, what I learned from Michele Cameron is
22  quality information report.  She said you would be
23  better to talk about this.  Do you see my screen here?
24    A   Yes.
25    Q   Have you seen this particular document?



34

1     MR. ADAMS:  And Jessica, just for the record,
2 would you read the Bates number?  You may even
3 scroll down and show the Bates number.
4     MS. LATOUR:  The first page is KMA002127.
5 There's 17 Pages ending with KMA002143.  Right now,
6 I'm just asking about this report, which looks to
7 be three pages long.
8     MR. ADAMS:  Thank you.
9     A   Yes, I have seen this document.
10 BY MS. LATOUR:
11     Q   And have you -- what is the information that's
12 portrayed in this report?  What's the significance of
13 this specific information?
14     A   While the QIR quality information report is a
15 document that's written by Kia America to communicate a
16 technical issue to KC.
17     So, this issue is a airbag warning lamp
18 illuminated.  It describes that and it in is the model
19 and model years are Forte model 2014 through 2018.  The
20 analysis is that there is a DTCB 162000 in module
21 memory.
22     Q   And this is a Kia Forte 2014 to 2018, correct?
23     A   Correct.
24     Q   And the subject vehicle is a Kia Soul.  Is
25 there -- I don't -- maybe there is this one.  Is there

35

1 any particular reason why this one was provided?
2     A   Provided to you?
3     Q   Yes, for this deposition.
4     A   Well, my understanding is that there was a
5 request made for other customer complaints or other
6 information related to that diagnostic trouble code.  So,
7 a broad search was done and this document was found.
8     Q   Okay.
9     A   However, as I indicated before, well, it's two
10 things.  The Forte is different vehicle than the Soul.
11     The airbag system is different.  And the code-
12 - an issue here can be said for many, many different
13 reasons.
14     Q   Okay.  So, are they really comparable?
15     MR. ADAMS:  Objection, form.
16 BY MS. LATOUR:
17     Q   In your opinion -- and in Kia's opinion are --
18 the quality were major importance for the Kia Forte or
19 they comparable to the Kia Soul with regards to this
20 diagnostic trouble code?
21     MR. ADAMS:  Same objection.
22     A   So, no.  This issue in the Forte is not the
23 same.  It states in the report that the cause is due to
24 an error of -- diagnostic error of capacitor, which is
25 not the same as the issue in the recall that we've been

36

1 discussing.
2 BY MS. LATOUR:
3     Q   Okay.  Then, this one, I'm going to show you
4 is for the Kia Soul, which is KMA002261 through
5 KMA002263.  So, this is the same report for the Kia
6 Soul, correct?
7     A   Okay.  This quality information report applies
8 to Soul 2014 through 2019.
9     Q   Why specifically 2014?  I know you provided --
10     A   So, --
11     Q   -- I'm sorry.  Our request talks about the
12 past 10 years, so why 2014 to 2019?
13     A   So, the vehicle -- the rotor bar vehicle is a
14 generation of Soul that we call the PS Soul.  The PS
15 Soul was built from 2014 through 2019 model years.  So,
16 that's why.
17     Q   Okay.  And the 2014 to 2019, did they all have
18 the -- did they all have the same ACU?
19     A   Well, I'm not sure.
20     Q   Okay.  Is that something that would be better
21 discussed with Kia Corporation?
22     A   Yes.
23     Q   This -- the information KA would have?
24     A   No.  They would be better.  They -- there
25 could be some changes that they make overtime that we

37

1 are not aware of.
2     Q   Okay.  So, you play no role in what specific
3 parts go into the vehicles, correct?
4     A   I'm sorry.  Would you repeat that?
5     Q   KA plays no role in determining, for instance,
6 what ACUs are put into the vehicles, correct?
7     A   That's correct.
8     Q   Okay.  So, just looking at this report, what
9 does the effective part available mean?
10     A   That means that KA has collected some parts
11 from the field.
12     Q   When you say parts from the field, what does
13 that mean?
14     A   Parts that apply to this report.
15     Q   When they take it out of vehicles?
16     A   I don't know exactly.  But generally, they are
17 parts that come out of a vehicle after it was repaired
18 or it's the original part and the vehicle has been
19 repaired.
20     Q   Okay.  Is there anything on this report the
21 time it was pulled that shows how many vehicles had been
22 repaired?
23     A   Well, they seemed to be talking about two
24 vehicles in this report.  It says in that -- under
25 vehicle information, it says counts 2.



38

1    Q   Um-hum.
2    A   Vehicles affected 2, yeah.
3    Q   Do you know what parameters were pulled for
4    this report or were entered to pull this report?
5    A   Well, I don't, at the moment.  But if I could
6    see the whole report, I might be able to answer that.
7    Q   Sure.  This is problem occurrence condition?
8    A   So, the subject is internal fault of SRS
9    control module.  There's probably some more details.  I
10   don't have this report in front of me.  So, I can't look
11   at it myself.
12       Okay.  So, stop right there.  So, they did
13   find a DTCB 162000, the control module was replaced.
14   And the parts were returned to KA.  And we're asking for
15   KC to investigate.
16       And if you scroll down some more, we may know
17   what they found.  Little bit more up.  Okay.  Okay.  Stop
18   right there.
19       So, the cause was found to be ACU sensor
20   affected by external mass vibration, modify rollover
21   sensor.
22       Okay.  So, this B162000 code was caused by an
23   issue that affected the rollover sensor.  So, it is not
24   the same as the recall issue we were talking about.
25   Q   Okay.  And this was two vehicles?

39

1    A   Yes.
2    Q   And two vehicles from when is -- from when to
3    when, are you able to tell the date pulled from when to
4    when?
5    A   So, I don't know what you mean by when to
6    when.  Do you mean, when did Kia America do this quality
7    information report?
8    Q   Well, maybe I need more information from you.
9    So, what's the purpose of this quality information
10   report?
11   A   So, in Kia America's normal process, the group
12   that writes these reports is a product quality group in
13   the service department.  And they are monitoring vehicle
14   performance in the field.
15       So, as part of that monitoring program, they
16   look at a lot of data and they found that there were two
17   Souls that had airbag control module with the B162000
18   code in it.  So, they reported that to KC to make them
19   aware of it.
20   Q   And when was that done?
21   A   Well, the date of this report is -- somewhere
22   in the report.  Let's see here, issue number, alert
23   date.  I think you just passed it.
24       10/30/2013.
25   Q   Ten -- okay.  So, then would that be any

40

1    vehicles produced before 10/30/2013 that this was
2    referring to?
3    A   I'm not sure how to answer that question.  I
4    mean, the report has two cars in it and they were built
5    before that date.
6    Q   Okay.  So, is there another -- how often are
7    these reports pulled or put together?
8    A   Well, it's an ongoing process.  The reports
9    are written as required.
10   Q   Okay.  So, when was the next time this report
11   was required?
12   A   So, I don't know the answer to that question.
13   Actually, I'm not even sure what you mean by that
14   question.
15   Q   And I understand it's difficult because I'm
16   trying to understand why this specific report was
17   produced for your deposition and it has the -- you said
18   it was pulled on 10/30/2013, when our vehicle was a
19   2017.
20       So, my question is, were any other reports
21   pulled to show data for the vehicles after 10/30/2013?
22   A   Well, the search was done back to 2014 model
23   year.  As I said, the generation Soul of the rode-about
24   vehicle is from 2014 model year through 2019 model year.
25       So, all of those Souls built in that timeframe

41

1    were investigated for reports, complaints with the
2    diagnostic trouble code.
3    Q   So, then when you said this report was pulled
4    on 10/30/2013, and that would be inaccurate, correct?
5    A   No, it's not inaccurate.
6    Q   If it was pulled on 2013, how does it
7    encompass a 2017 vehicle that has not been even produced
8    yet?
9    A   Okay.  Let me try explaining again.  The
10   request or the parameters of the search were the
11   generation of Soul that the rode-about vehicle is yet --
12   that's from 2014 through 2019 model year.
13       So, all of that -- all of these vehicles were
14   searched for diagnostic trouble codes of the B162000.
15   Q   So, then are you saying that no other reports
16   like this one have been generated after
17   10/30/2013?
18       MR. ADAMS:  Objection to form.
19   A   I'm saying that a search was done for that
20   entire timeframe.  If we didn't find another one, then
21   there are no other ones.
22   BY MS. LATOUR:
23   Q   When you say there are no other ones, there
24   are no other QAR reports?
25   A   If we didn't produce them, then there aren't



Dow, Alan  09-02-2022

42

1  any.
2      Q   Okay.  So, then Kia America's position is that
3  there's only one report from 10/30/2013 that talk about
4  or that include the same information, correct?
5          MR. ADAMS:  Objection, form.  And again,
6      Jessica, we've produced, you know, documents
7      responsive to your requests, and he's prepared to
8      go over them.  And I think you need to show him the
9      documents that we produced to you.
10         MS. LATOUR:  I would show him if he could tell
11     me what documents there are because as you know,
12     there were thousands and thousands of documents
13     produced.  So, I don't know which one he's telling
14     me exists.  That's fine.
15         He's prepared to testify.  I'm taking his
16     testimony as he's completely prepared to give me
17     all the information I need, and if he can't provide
18     it, then that's an issue for later date.
19         MR. ADAMS:  Well, the information is in the
20     documents that are provided to you.  And you can
21     ask him questions about whether they pertain to the
22     particular recall issue, and all of those are, you
23     know, hopefully, in front of you and he's reviewed
24     all of that.
25         So, he's prepared to answer questions about

43

1      documents that pertain to the recall, but you're
2      going to have to show him documents on that.  It's
3      not -- this deposition is not a memory test.  It'd
4      be unreasonable for him to have to memorize, you
5      know, literally hundreds, if not thousands of
6      documents.
7          MS. LATOUR:  And I'm not asking him to.  I'm
8      just asking if there are any other reports to your
9      knowledge that show information after 2013?
10     A   Well, so as Counsel mentioned, I did look at a
11  number of documents, but I did not commit them to
12  memory.  So, I cannot answer your question.
13         There could be -- we produced a lot of
14  material, and I don't recall and I didn't try to
15  memorize every document that we produced.
16  BY MS. LATOUR:
17     Q   And that's your answer, on the record, thank
18  you and I will move on.
19         All right.  So, Number 2, the details and
20  outcomes of any internal investigation Kia America, Inc.
21  or Kia Corporations liability for incident giving rise
22  to this action including any root cause analysis
23  conducted by you regarding this incident.
24         So, you personally did not conduct any or Kia
25  America did not produce any root cause analysis that had

44

1  been completed, correct?
2      A   So, I don't know.  Are you talking about the
3  subject vehicle or are you talking about the recall?
4      Q   Yes.  In this one, I'm talking about the
5  subject vehicle.
6      A   Kia America did not do any root cause analysis
7  for the subject vehicle.
8      Q   Okay.  So, Number 3, it says Kia America, Inc.
9  company safety records, including product malfunctions,
10  statutory and regulatory violations, and any other
11  violations occurring in the past 10 years involving Kia
12  vehicles produced by Kia America, including the Kia
13  vehicle at subject here.
14         Does KA have any statutory or any regulatory
15  violations regarding their vehicles?
16         MR. ADAMS:  Again, I just incorporate the
17     objections that we made to this topic.  You can go
18     ahead and respond, Mr. Dow.
19     A   I'm not sure what you mean by that.
20  BY MS. LATOUR:
21     Q   Does KA -- when it comes to safety records,
22  does KA keep those in their possession?
23         MR. ADAMS:  Objection, form.
24  BY MS. LATOUR:
25     Q   I'm sorry.

45

1      A   KA has a lot of records in their possession.  I
2  don't -- or yes, they do.  They keep those types of
3  records.
4      Q   And what's their involvement with safety
5  records?
6          MR. ADAMS:  Objection, form.
7      A   Well, the Safety Office is -- as I mentioned,
8  is looking for emerging safety concerns.  The Safety
9  Office does recall administration.  There are records
10  involved in those activities.
11  BY MS. LATOUR:
12     Q   And that's the North American Safety Office?
13     A   Yes.
14     Q   Who's in charge of that office?
15     A   The chief safety officer.
16     Q   And what's the name?
17     A   JS Park.
18     Q   I think I saw that Jurassic Park in one of the
19  letters?
20     A   Yes.
21     Q   Were there any specific statutory or
22  regulatory violations in the past 10 years regarding the
23  airbag systems within the Kia vehicles?
24         MR. ADAMS:  Denied incorporate.  Objections to
25     the notice.  You can go ahead and respond, Mr. Dow.



Dow, Alan  09-02-2022

46

1    A   I'm not aware of specific violations.  So, I'm
2   not sure.
3   BY MS. LATOUR:
4    Q   And do you look up to see if there were any?
5    A   No.
6    Q   Let me show you another document.  This is
7   KMA007544.  Do you recognize this?
8    A   Yes.
9    Q   Have you seen this specific document before?
10   A   Yes.
11   Q   And what is it?
12   A   This is a -- the title of the document is DTET
13  Action Recommendation report.  That's what it is.
14   Q   When -- why is this created?
15   A   This is part of a process.  After a potential
16  safety concern is identified, there's a formal process
17  that's filed.
18       So, this document is produced or created
19  towards the end of the process.  It's done to inform the
20  Chief Safety Officer of a potential safety concern, so
21  that he can decide what the proper action is for this.
22   Q   Okay.  So, who actually creates this report?
23   A   There's a team of people that create it.  And
24  it's -- they are in the Safety Office.  They are all
25  engineers that work on providing all the information

47

1   that's on this page.
2    Q   Okay.  And then, up here where it says,
3   description of issue, can you read that for me?
4    A   Yeah.  ABWL is Airbag Warning Lamp on with
5   DTCB1620 due to contact between ACU cover and EEPROM.
6    Q   Okay.  And is this specific internal file you
7   were talking about that's subject to the recall?
8    A   Yes.
9    Q   Okay.  And then, this area over here, with
10  this background, how is that information compiled?
11   A   Well, it's compiled from the information that
12  is acquired during the investigation for this issue.
13   Q   Okay.  So, it says that QIR was issued in the
14  Korean market regarding YT airbag warning light on DTC
15  B1620 ACU internal fault.  Kia Headquarter collected the
16  unsafe part, but could not implicate
17  DTC?
18   A   Yes.
19   Q   Was there -- was this -- do you know, was this
20  as a result of an accident or the warning light was just
21  on?
22   A   It indicates the warning light was on. There's
23  no mention of an accident.
24   Q   Okay.  And then, from October to December
25  2021, Kia Headquarter collected few more parts and found

48

1   B1620 trend.  Do you know that includes a subject
2   vehicle?
3    A   It does not include --
4    Q   Okay.
5    A   -- subject vehicle.
6    Q   But you were aware that in October of 2021 - -
7   October to December 2021 that there was another vehicle,
8   the subject vehicle that would fall into this category,
9   correct?
10   A   Well, later, we were aware that in Korea, a
11  second vehicle was found, yes.
12   Q   So, do these recall -- do recalls originate
13  only in Korea or do they originate in the United States
14  as well?
15   A   I'm not sure what you mean by originate?
16   Q   Well, this report is specifically talking
17  about Korea found -- Korean market.  And so, I'm asking,
18  do they ever say in the United States, what has been
19  collected and found?
20   A   Well, I think you're asking if Kia America
21  ever finds issues that ultimately lead up to a recall.
22  Is that your question?
23   Q   Or at least an investigation, yes.
24   A   Yes, that happens frequently.
25   Q   Okay.  So, even though there are prior reports

49

1   that identified the B1620, no investigations were begun
2   because of any United States vehicles, correct?
3        MR. ADAMS:  Objection, form.
4    A   So, if you're asking if Kia America did any
5   investigation that led to this recall, not specifically.
6   However, we constantly monitor vehicle performance.
7        And if we have an issue with vehicles setting
8   a B1620 or other diagnostic trouble codes that would be
9   investigated and reported to KC and the parts would be
10  sent to KC if we could collect them.
11       As I also mentioned, we don't have the ability
12  to do a root cause analysis inside of the airbag control
13  module.
14       So, we would send a report and parts to KC,
15  and they would further investigate and if necessary,
16  they would engage the supplier to assist them.
17  BY MS. LATOUR:
18   Q   Okay.  And under it says, further analysis
19  resulted in identification of EEPROM solder cracking.  Do
20  you know what that is, solder cracking?
21   A   Yeah.  It's solder.  Solder is the melted
22  metal that electrically bonds the electronic components
23  inside of the airbag control module.
24   Q   Okay.  And then, the next point says Kia
25  Headquarter informed NASO.  What is that?



Dow, Alan   09-02-2022

50

1     A    North American Safety Office.
2     **Q    That U.S. Market models affected by issue,**
3  **which could result in airbag non-deployment in the EDR**
4  **stops reporting.  Would that be consistent with the**
5  **subject vehicle?**
6     A    Possibly.
7     **Q    And then, in the subject vehicle, the airbag**
8  **did not deploy nor did the EDR report, correct?**
9     A    Well, that's -- no, that's not correct.  We
10  got an EDR -- we got EDR data, but there wasn't a
11  recorded event.
12     **Q    Okay.  That's not that EDR stops**
13  **reporting.  It doesn't -- that's not what that means as**
14  **far as not recording event?**
15     A    Well, as I said, there's a threshold for
16  recording events.  So, it's not -- you can't tell, you
17  know, we don't know if the vehicle met the threshold or
18  not.
19     **Q    Okay.  That's -- is it Kia America's position**
20  **that the vehicle did not meet the threshold, which is**
21  **why you did not record the event?**
22         MR. ADAMS:  Objection, form.
23     A    We don't know if the threshold was met, that
24  they -- we're still investigating.
25  BY MS. LATOUR:

51

1     **Q    Okay.  Are you able -- does Kia -- okay, look**
2  **at the next, someone says, root cause and it says as a**
3  **result the airbag warning light will turn on with DTC**
4  **B1620 and in case of an accident, airbag deployment will**
5  **not be possible and EDR event will not be reported.**
6  **If the DTC -- just tell me if this is not**
7  **something that you can answer and if it's better for KC**
8  **to answer, but if the DTC code appears and I think you**
9  **told me it is -- let me just ask you this.**
10  **Is it possible that the airbag would still**
11  **deploy?**
12         MR. ADAMS:  Objection, form.
13     A    So, I think your question is if the airbag
14  control module has a DTC of a B162000, could there be an
15  airbag deployment.  Is that your question?
16  BY MS. LATOUR:
17     **Q    Yes.**
18     A    Yes.
19     **Q    Okay.  And if the airbag deploys, let's just**
20  **say that happens, the DTC code exists, the airbag**
21  **deploys.  Would the EDR event be recorded?**
22         MR. ADAMS:  Objection, form.
23     A    That's possible.
24  BY MS. LATOUR:
25     **Q    Have you seen that in any of the complaints**

52

1  that you've received?
2     A    I don't think I've seen a complaint that --
3  well, we wouldn't get a complaint, that would have that
4  specific set of information in it because if there was a
5  B162000 diagnostic trouble code that would be the --
6  what would be in the complaint airbag warning light on
7  would be in the complaint.
8         We wouldn't know about an EDR -- I wouldn't
9  know anything about any EDR data because we -- KA is the
10  only one that has the EDR tool, the key EDR tool.  Our
11  dealers don't have that tool.  It is available to
12  others, but it has to be purchased and it's a very
13  expensive tool.
14     **Q    Okay.  So, have you received any complaints of**
15  **accidents where the airbags did not deploy and the**
16  **B1621000 DTC showed other than the subject car?**
17     A    It probably has, however, they would have been
18  produced if they were within the scope of the -- this
19  matter.
20     **Q    Okay.  And did you review any of those?**
21     A    Yes.
22     **Q    Okay.  Do you recall that that was the case in**
23  **any of those?**
24     A    Well, I believe -- I recall, one or more, but
25  I'm talking about over a span of 20 years.  And so, I

53

1  don't remember the models or the model years, but as I
2  said, if there were any that were within the scope of
3  the PSO, then they would have been produced.
4     **Q    Okay.  If the DTC code, the B162000 showed**
5  **were there any instances where the warning light did not**
6  **illuminate?**
7     A    No.
8     **Q    Is that always the case where it will**
9  **illuminate?**
10     A    It's always commanded to illuminate with that
11  code.  Actually, it's commanded to illuminate with any
12  airbag code.
13     **Q    And if it doesn't illuminate, is that a**
14  **separate issue?**
15         MR. ADAMS:  Objection, form.
16     A    Well, it's -- it could be, yes, it could be.
17  BY MS. LATOUR:
18     **Q    Okay.  Was that -- do you know if that was**
19  **investigated with this subject vehicle?**
20     A    It was investigated and the airbag warning
21  lamp illuminated and I checked that and investigated
22  that and I made a video of the airbag warning lamp
23  illuminating from key on through after the normal self-
24  test time period.
25         And I found that the airbag warning lamp came

54

1  on as soon as I turned the key to the on position, it
2  stayed on steady for the whole time period that the key
3  was in the on position. So, the airbag warning lamp is
4  functioning properly in the subject vehicle.
5      Q   And that was after the subject crash, correct?
6      A   Yes.
7      Q   Is there any way to show a history of the
8  warning lights when they're illuminated? Is there any
9  kind of diagnostic testing, any kind of printout that
10 you would get that shows throughout the life of the
11 vehicle when the warning lights have illuminated?
12     A   Well, so there's no way to know directly.
13 However, there could be a way to know how long certain
14 diagnostic trouble codes are or have been present in
15 memory. That's what's available.
16     Q   And did you run that test on this airbag
17 warning light?
18     A   I looked at the diagnostic trouble code data
19 and I looked at the diagnostic trouble code status and
20 there was no data that I could read that existed before
21 my inspection.
22     Q   Why -- do you know why there was no data?
23     A   I don't.
24     Q   What -- is that unusual or does that -- is
25 that something that happens regularly?

55

1      A   I have seen that before.
2      Q   And you talked about -- well, let me ask this.
3  Do you have any information regarding running the AC
4  through Mobis?
5      A   I couldn't hear running -- something Mobis. I
6  missed a part of the question.
7      Q   Do you -- are you -- do you have any
8  information regarding hooking up the circuit board
9  through Mobis and running diagnostic testing?
10     A   So, I have some knowledge. We have requested
11 Mobis assist us sometimes with an investigation of
12 airbag control module.
13     Q   Do you know if that data that you say you
14 didn't -- you had no data, do you know if that's the
15 type of data that Mobis data retrieval would retrieve?
16     A   There is potential for that. The suppliers
17 always can read more data than we can, but you never
18 know exactly what data is there.
19     Q   Right. I'm just wondering if you've seen that
20 before where when you run it through them, the supplier,
21 they're able to pull how long the DTC had been present.
22 Is that something they pull?
23     A   They can potentially do that, if they -- well,
24 their software could see that if that data exists.
25     Q   Okay. I had one more question on that, sorry.

56

1  Right where it says, warning which can proceed or occur,
2  none. What does that mean?
3      A   Well, that means that prior to this condition
4  occurring, there's no warning because there's no
5  problem. The warning is the airbag warning light.
6  That's the warning that the driver gets.
7      Q   Okay. So, essentially warning which can
8  proceed or occur, none means other than the warning
9  light, there's nothing going to tell you that that is
10 present, right?
11     A   That's right.
12     Q   So, I'm just going through the documents. Some
13 of these are self-explanatory. So, I'm not going to
14 make you discuss them.
15     A   Excuse me Counsel, could we take a short
16 break?
17     Q   Yes, absolutely.
18         MR. ADAMS: That'd be great. How about we
19     break for 10 minutes or would you like, Mr.
20     Dow?
21         MR. ADAMS: Yeah. I think 10 minutes is fine.
22         MS. LATOUR: Okay. For 10 minutes.
23         MR. ADAMS: Thanks, Jessica.
24         THE VIDEOGRAPHER: 01:19 p.m. Off the record.
25         (Thereupon, a short discussion was held off

57

1      record.)
2         (Deposition resumed.)
3         THE VIDEOGRAPHER: 01:35 p.m. On the record.
4  BY MS. LATOUR:
5      Q   Okay. I'm just going to ask you a couple of
6  questions about documents that I received. Can you just
7  tell me what they are? And I may have some additional
8  questions based on your response.
9      A   Okay.
10     Q   Do you see this chart right here?
11     A   Yes.
12     Q   What is this telling you -- are telling us?
13         MR. ADAMS: Will you share the Bates number on
14     that, please?
15         MS. LATOUR: I'm sorry. Yes. KMA007549.
16     A   So, this appears to be the vehicles that are
17 in the scope of the recall we've been discussing.
18 BY MS. LATOUR:
19     Q   Okay. So, tell me -- just go along this top
20 line here and tell me what those mean. So, model, I
21 think it's self-explanatory. What's MY?
22     A   Model year.
23     Q   Model year?
24     A   Yes.
25     Q   Okay. And then from the two, so what is that



58

1 from the two indicate?
2     A   That's the start of the -- let's see.  So,
3 that's the start of the vehicles affected in the recall
4 to the end.  That's the production date of the affected
5 vehicles, the date range.
6     Q   Okay.  So, -- to E is the production date
7 range for each types of vehicle?
8     A   Yes.
9     Q   Okay.  And then what does USA KHQ sent mean?
10    A   So, those are the vehicle identification
11 numbers that we got from -- KHQ is the same as KC.
12    Q   Okay.  So it says, so then, we'll just
13 substitute I think KC sent.  So, are those numbers in
14 the USA of each of the type -- each of the model of your
15 vehicles?
16    A   So, if we take the Soul EV as an example,
17 there are 953 Soul EVs in the scope of the recall.
18    Q   Okay.  And is that just in the United States?
19    A   Yes.
20    Q   Okay.  And then, the next line G, what does
21 that mean because the numbers look similar, but not all
22 of them are exactly the same.
23    A   So, I guess there's a process where we take
24 the VIN list that we get from KC and we run it through
25 the VIN list that we have for the date range.  And if it

59

1 doesn't agree, then we got to figure out why.
2     Q   Okay.  So, those Soul EV, looks like it's the
3 same, the PS Soul 2016 in Line F or Column F it says 10,
4 in Column G it says zero.
5         And then it says zero in one way, but so --
6 what -- so just using that example, you're saying so,
7 their numbers were 10 and your numbers were zero?
8     A   Yeah, that's right.
9     Q   Okay.  So, when that happens, I mean, what's
10 the -- what happens after that when you find there's a
11 discrepancy?
12    A   Then we look at the 10 VINs and figure out,
13 did we receive those cars, are they production cars,
14 were they sold.  We will account for every one of those
15 VINs.
16    Q   Okay.  And then overall -- so, one in Canada.
17 So, that -- does that mean the one in Canada was found
18 if it's overall or what we don't know -- you don't know?
19    A   Yeah.  That means there is a car in Canada.
20    Q   Okay.  And then overall, what's that number?
21    A   Overall is the number of vehicles that we're
22 going to include in the recall.
23    Q   Are those the number of vehicles you've
24 actually checked the VINs and found?
25    A   We found them to be responsive, yes.

60

1     Q   Okay.  So, does this mean this overall 460682,
2 is that the total number in the recall?
3     A   I don't know if that's the total final number.
4 I'm not sure.  The total final number is -- should be in
5 the -- it's a document.
6     Q   But -- right.  I think this number is anyways
7 with the -- I recall seeing that.  In this, the total
8 United States number and then plus the candidate is how
9 you get the overall?
10    A   Well, so with regard to our recall, we don't
11 include the Canadian VINs.  Canada has their own system
12 and they have to report and do a recall through
13 Transport Canada.
14    Q   Okay.  So, this is the number in our -- in the
15 United States recall?
16    A   It says yeah, that's U.S. plus U.S.
17 territories and that's what we gave to Nitsa.
18    Q   Okay.  All right.  And then, what is this
19 spreadsheet here?  Is this all the vehicles involved?
20    A   Those are the VINs, yeah.
21    Q   Okay.
22    A   Those are the actual vehicles.
23    Q   Okay.  And then, I'm showing mainly KMA009390
24 through -- doesn't -- wait, KMA009407.
25        Now, I'm looking at page KMA009391.  I don't

61

1 know if you can see this, it's tiny even on my screen?
2     A   Yeah, I can read that.
3     Q   Okay.  What is this chart of?
4     A   This is a chart that shows the models and the
5 model years in the recall, population and its choose
6 warranty claims for airbag control units with the
7 B162000 diagnostic trouble codes, it shows the number of
8 airbag control modules that were replaced and how many
9 were replaced for that B162000.
10    Q   Okay.  And then, what's the purpose of these
11 comments over here?
12    A   So, I think if you look at down below, the
13 calculations are based on approximate affected months,
14 the exact affected dates for each model are still being
15 confirmed.
16        Importantly, it says there are dozens, maybe
17 hundreds of root causes for the B162000 code and it is
18 unknowable what exact portion of claims is due to the
19 recall issue.
20        It is some amount less than or equal to the
21 percentage identified above and I feel it's likely much
22 less because there are so many different reasons that
23 you could have a B162000, which we've talked about.
24    Q   Okay.  So, what does first change, second
25 change mean?



62

1      A   I'm not sure.  I think it -- it's -- there was
2   some change in the VIN list but I'm not 100 percent
3   sure.
4      Q   Okay.  And then there's -- are these the
5   vehicles that are involved in that chart?
6      A   Yeah, yes.
7      Q   Okay.  I've got a number of e-mails, I'm not
8   going to go through what the e-mail say, but would Derek
9   Dao, D-A-O?
10     A   Derek is an engineer in the North American
11  Safety Office.
12     Q   Who is Eric Sauck, S-A-U-C-K?
13     A   Eric is also an engineer in the North American
14  Safety Office.
15         MR. ADAMS:  And then Ms. Latour, can we just
16  conduct a media change real fast.
17         MS. LATOUR:  All right.
18         THE VIDEOGRAPHER:  This is the end of Media 1.
19  The time is 1:48 p.m.  We're going off the record
20  for media change.
21         (Thereupon, a short discussion was held off
22         record.)
23         (Deposition resumed.)
24         THE VIDEOGRAPHER:  This is Media Number 2 and
25  the deposition of Alan Dow.  The time is 1:49 p.m.

63

1   We are back on the record.
2   BY MS. LATOUR:
3      Q   Okay.  I'm going to show you this document.
4   What is estimated failure proportion at 100k mean?
5         MR. ADAMS:  Can you give us the Bates number
6   please?
7         MS. LATOUR:  Sorry.  KMA009423.
8      A   So, this is a statistical analysis for these
9   models and model years, and it's estimating from the
10  warranty data, what would be the number of failures at a
11  100,000 miles.
12  BY MS. LATOUR:
13     Q   What's the purpose of running this data?
14     A   It's just a way to get a relative idea of
15  what-- ultimately, how many problems there are going to
16  be per model and model year.
17     Q   So, failure -- is that any specific failure or
18  just an overall, the car will fail in some aspect?
19     A   No, it's -- it means in this case, it's very
20  specific.  And it's related to having a particular
21  trouble code of the B162000 resulting in an airbag
22  control module replacement.
23     Q   Okay.  So, there was more -- looks like more
24  and the other word now, more likely to occur in the PS
25  2017, correct?

64

1      A   Yes.
2      Q   And is that our subject vehicle here?
3      A   Yes.
4      Q   Okay.  Do you know what this document is, it's
5   KMA009424.  And there's a several of these and it
6   actually kind of goes on to the next page.  Do you know
7   what these plots are?
8      A   Yes, that is the specific statistical analysis
9   where they're deriving those percentages that were
10  summarized in the earlier chart.
11     Q   Okay.  And where are these plots and then
12  whoever puts the data into these plots, where did --
13  where does that occur?
14     A   This is done by Kia America.
15     Q   And is there a specific department that
16  handles these?
17     A   Yeah.  It's done -- the North American Safety
18  Office does it.
19     Q   And then, it says log normal probability plot
20  for miles.  So, was that 100k, was that -- is that the
21  miles?
22     A   Yes.  That's right.  So, if you look at the
23  chart, actually, I think they cut off the miles, but
24  it's basically percent versus miles.
25     Q   Right.  It's on the second page.

65

1      A   At the bottom.  Yeah, there you go.
2      Q   Okay.  And there's several of these parts.  Are
3   these the different vehicles?
4      A   Yes.
5      Q   Okay.  This is the subject vehicles event data
6   recorder report.  Did you review this report?
7      A   Yes, I did.  And then, what is the Bates
8   number?  It's for the first one.  These Bates?
9      Q   It is -- I'm terrible at that -- KMA009436.
10     A   Thank you, yes.
11     Q   This one was saved on 10/21/2021.  Is that the
12  date that you did your inspection?
13     A   Yes.
14     Q   Is this a report that you ran?
15     A   Yes.
16     Q   Okay.  And then, ultimately, if we go to the
17  end, it says there is no recorded event, correct?
18     A   Yes.
19     Q   That's what you're referring to -- you don't
20  know why was it recorded, but you know that there is no
21  information regarding the airbag on this report, right?
22     A   Correct.
23     Q   Okay.  Then, do you know what this is here,
24  these reports?
25     A   Yes.



Dow, Alan  09-02-2022

66

1    Q  What are they?  Let's go back to the first
2  one.  It's page KMA009442.
3    A  This is the Kia scan tool -- Kia KDS scan tool
4  airbag data that I read at the inspection, October 21st.
5    Q  And this also indicates that there is no crash
6  information recorded?
7    A  That -- this is the front crash or frontal
8  crash and yes, there is no information recorded.
9    Q  Was this considered a front crash?
10    A  Yes.
11    Q  Okay.  And then, what is this data -- did
12  anything where -- is this - is other --
13    A  Yeah.  So, --
14    Q  -- parts of it?
15    A  This is a different set of airbag data and
16  it's called current data.  It's real-time data about a
17  number of things in the airbag system.
18    Q  Okay.  It looks like -- did anything record
19  then, for that?
20    A  No.
21    Q  When you say real-time, is that -- is this
22  what it's supposed to be when you turn it on that day?
23    A  It's -- yeah, it's recording data that is
24  real-time when the tool is hooked up.
25    Q  Okay.  Is there any reason why it says not

67

1  supported or -- yeah, not supported and nothing's in
2  there?
3    A  It's -- yeah, it's showing the battery voltage
4  and nothing else.
5    Q  Do you know why it's showing nothing else?
6    A  No.
7    Q  Is that something that's being investigated
8  now?
9    A  I believe so, yes.
10    Q  Okay.  And this is the fault code that was
11  shown, correct?  That we've been discussing?
12    A  Yes.
13    Q  And then DTC analysis, is this something that
14  would auto-populate for this DTC?  This description
15  here.
16    A  Yes.
17    Q  And then, here it says, no history or pending
18  DTC.  Is this what you're referring to, it didn't show
19  how long the DTC code had been present?  Is this where
20  that information would be or no?
21    A  Well, that screen is indicating that there is
22  no DTC that's in history that's not currently shown and
23  there's no pending DTC.  There's no DTC in a pending
24  status.
25    Q  Okay.  So, this is other than the B162000?

68

1    A  Right.
2    Q  Okay.  And then, passenger crash information,
3  nothing was recorded?
4    A  Yeah.  So, that is -- would be a right-side
5  impact passenger side and there is no crash information
6  for that specific crash.
7    Q  And there was no rollover crash.  So, that's--
8  the fact it says no crash recorded is not -- is not
9  surprising, correct?
10    A  Yes.
11    Q  Are these photos that you took?
12    A  Yes.
13    Q  And then -- were they just to document the - -
14  or tell me why do you take these photos?
15    A  Yeah.  As I mentioned, one of the reasons or
16  one of the objectives for my inspection is to document
17  the condition of the vehicle externally and internally.
18    Q  In your experience, have you seen a vehicle
19  with this type of damage where the airbag did not
20  deploy?
21    A  Yeah, probably it's really hard to tell
22  sometimes from the damage.  If it's like this, if you've
23  met the threshold for deployment, this is mostly an
24  underride type of accident where the structure of the
25  Kia under rode the other car and hit.

69

1    And so, we get a lot of deformation above the
2  bumper beam and the frame.  So, the crash pulse is very
3  long because of that -- because there's a lot of
4  intrusion.
5    So, it's a long slow crashed pulses and it's
6  really hard to tell visually if a deployment threshold
7  is met in that type of a crash.
8    Q  They are all in these photos.  What was the
9  purpose of these seatbelt photos?
10    A  Well, we want to document the seatbelt of the-
11  - where the occupants were sitting.  So, I looked at and
12  took pictures of the driver's seatbelt and the right
13  front seatbelt.
14    Q  And is this -- is the symbol here, the airbag
15  symbol?
16    A  That is the airbag warning light.
17    Q  That -- I'm sorry, the warning light.  So, was
18  this -- do you recall if this -- and I do have the clip
19  that you took, but do you recall if this was -- these
20  were permanently illuminated or if this was when you
21  first turn it on.
22    Permanently maybe the wrong word, but did
23  this-- is this when they all stayed on because you
24  testify that it stayed on?
25    A  Yes.  So, I'm only talking about the airbag



Dow, Alan  09-02-2022

70

1 warning light, there are several others, but in the case
2 of the airbag warning light, it's illuminated and it's
3 constantly illuminated whenever the key is in the on
4 position.
5    Q    And these other ones were constantly
6 illuminated as well, correct?
7    A    Well, so in the case of most of the other
8 ones, that they operate differently, they're supposed to
9 be on when the key is on.  That's a bold check for those
10 warning lights, but not for the airbag warning light.
11    Q    But were these -- when you took these photos,
12 were they constantly illuminated, the other symbols?
13    A    The other warning lights were on when the key
14 was on, but what I'm trying to explain is, they're
15 supposed to be.
16    Q    I understand, but I'm asking, did they stay
17 on?
18    A  Yes.
19    Q    Okay.
20    A    I believe so.  I didn't have the key on for
21 that long, but my recollection is they did.  And you
22 might see that in the video, but of course, that video
23 is not that long.  It's probably only 15 seconds or
24 something.
25    Q    All right.  There is no indication that these

71

1 lights were on prior to the crash, correct? Other than,
2 I know your position is the airbag was, but you have no
3 indication that these other lights were on prior to the
4 crash, right?
5    A    I have no information about that and I did not
6 look into that.
7    Q    Okay.  Are you aware that the ACU circuit
8 board has been CT scanned?
9    A  No.
10    Q    Okay.  So, you can't testify as to whether or
11 not the findings of those CT scans from your experience
12 as an engineer would qualify under that recall, fault --
13 internal fault that you described, correct?
14    A    I'm not sure I understand.  Are you saying
15 that the subject vehicle ACU has been CT scanned?
16    Q  Yes.
17    A    Yeah, I was not aware of that.  So, I can't
18 speak to that.
19    Q    Okay.  All right.  Mr. Dow, I have no further
20 questions for you at this time.  However, your Attorney
21 may, so I will turn it over to him. Thank you very much
22 for your time.
23    A  Okay.
24    MR. ADAMS:  Let me take about -- let's take
25 about a 10-minute break and we'll be right back.

72

1    MS. LATOUR:  Sure, no problem.
2    THE VIDEOGRAPHER:  02:08 p.m. off the record.
3    (Thereupon, a short discussion was held off
4 record.)
5    (Deposition resumed.)
6    THE VIDEOGRAPHER:  02:16 pm, on the record.
7    MR. ADAMS:  Very good, Mr. Dow, I don't have
8 any questions for you at this time.  Jessica, thank
9 you.
10    MS. LATOUR:  Thank you.
11    MR. ADAMS:  Okay.  We'll talk to you all
12 later.  Thank you, Mr. Dow.
13    THE WITNESS:  Thank you.
14    MR. ADAMS:  And we will, we do want to read
15 and sign, so if the Court Reporter could send us
16 the transcript, we'd appreciate it and then we'll
17 have Mr. Dow review it and sign it.
18    THE COURT REPORTER:  Absolutely.
19    (Deposition concluded at 2:17 p.m.)
20    (Reading and signing of the deposition by the
21 witness has been reserved.)
22
23
24
25

73

1         CERTIFICATE OF REPORTER
2 STATE OF FLORIDA
3 COUNTY OF BROWARD
4
5    I, GABRIELA GONZALEZ, Court Reporter and Notary
6 Public for the State of Florida, do hereby certify that
7 I was authorized to and did digitally report and
8 transcribe the foregoing proceedings, and that the
9 transcript is a true and complete record of my notes.
10    I further certify that I am not a relative,
11 employee, attorney or counsel of any of the parties, nor
12 am I a relative or employee of any of the parties'
13 attorneys or counsel connected with the action, nor am I
14 financially interested in the action.
15
    Witness my hand this 19th day of September, 2022.
16
17
18
19
20
21
22
23 _____
   GABRIELA GONZALEZ, CER, COURT REPORTER
24 NOTARY PUBLIC, STATE OF FLORIDA
25



Dow, Alan  09-02-2022

74

```
1              CERTIFICATE OF OATH
2    STATE OF FLORIDA
3    COUNTY OF BROWARD
4
5         I, GABRIELA GONZALEZ, the undersigned authority,
6    certify that ALAN DOW, appeared before me remotely
7    pursuant to Florida Supreme Court Order AOSC20-23 and
8    was duly sworn on the 2nd day of September, 2022.
9
          Witness my hand this 19th day of September, 2022.
10
11
12
13
14
15
16
17
18   _____
     GABRIELA GONZALEZ, CER, COURT REPORTER
19   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  GG 953243
20   Commission Exp.:  02/23/2024
21
22
23
24
25
```

76

```
1              ERRATA SHEET
2    I wish to make the following changes, for the following
     reasons:
3
     PAGE NO.  LINE NO.
4
5    _____  _____  CHANGE_____
6            REASON_____
7    _____  _____  CHANGE_____
8            REASON_____
9    _____  _____  CHANGE_____
10           REASON_____
11   _____  _____  CHANGE_____
12           REASON_____
13   _____  _____  CHANGE_____
14           REASON_____
15   _____  _____  CHANGE_____
16           REASON_____
17   _____  _____  CHANGE_____
18           REASON_____
19   _____  _____  CHANGE_____
20           REASON_____
21   _____  _____  CHANGE_____
22           REASON_____
23   _____  _____  CHANGE_____
24           REASON_____
25   SIGNATURE          DATE
```

75

```
1    DATE:   September 19, 2022
     TO:     Alan Dow
2    C/O
         Robert Adams, Esquire
3        Shook, Hardy & Bacon, L.L.P.
         2555 Grand Boulevard
4        Kansas City, MO 64108
5
     IN RE: Advocacy Trust, LLC/Thomas Roy Rodabaugh vs. Kia
6    Corporation
     CASE NO: 5:21-CV-5064-PKH
7
8    Dear Mr. Dow,
9        Please take notice that on September 2, 2022, you
     gave your deposition in the above-referenced matter.  At
10   that time, you did not waive signature.  It is now
     necessary that you sign your deposition.  You may do so
11   by contacting your own attorney or the attorney who took
     your deposition and make an appointment to do so at
12   their office.  You may also contact our office at the
     below number, Monday - Friday, 9:00 AM - 5:00 PM, for
13   further information and assistance.
         If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.
         If you wish to waive your signature, sign your name
16   in the blank at the bottom of this letter and promptly
     return it to us.
17
     Very truly yours,
18
     Gabriela Gonzalez, CER,
19   Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
23   _____
     Alan Dow
24   Cc: via transcript:
                 Jessica Latour, Esquire
25               Robert Adams, Esquire
```



877.291.3376
www.UCRinc.com

| 0 | | | |
|---|---|---|---|
| **01:19** 56:24 | **12:15** 28:18 | 17 40:22,24 41:12 | **460682** 60:1 |
| **01:35** 57:3 | **12:19** 28:22 | **2016** 59:3 | **479-202-5200** 2:9 |
| **02/23/2024** 74:20 | **12th** 29:12,17 | **2017** 16:3 24:3,24 40:19 41:7 63:25 | |
| **02:08** 72:2 | **1-3** 1:10 | | 5 |
| **02:16** 72:6 | **14th** 29:12 | **2018** 34:19,22 | **5:00** 75:12 |
| | **15** 70:23 | **2019** 24:24 36:8,12,15,17 40:24 41:12 | **5:21-CV-5064-PKH** 1:3 75:6 |
| 1 | **150** 20:12,15 | | |
| **1** 4:3 12:11,12,24 15:1,20,21,22 16:1,20 62:18 | **1601** 2:4 | **2020** 9:22 30:12 | **500S** 2:4 |
| | **162000** 21:13 34:20 38:13 | **2021** 23:12 29:6 47:25 48:6,7 | **561-533-6700** 2:5 |
| **1:48** 62:19 | **16th** 30:12 | | |
| **1:49** 62:25 | **17** 34:5 | **2022** 1:17 5:2,7 29:12,17 73:15 74:8,9 75:1,9 | 6 |
| **10** 7:25 36:12 44:11 45:22 56:19,21,22 59:3,7,12 | **17th** 6:23 | | **6** 3:3 10:15 |
| | **19** 75:1 | | **64108** 2:14 75:4 |
| **10/21/2021** 65:11 | **1955** 6:23 | **21022** 6:17 | |
| **10/30/2013** 39:24 40:1,18,21 41:4,17 42:3 | **1981** 11:11 | **21st** 66:4 | 7 |
| | **1985** 11:5 | **22V031** 24:12 | **72758** 2:8 |
| | **1987** 11:1,5 | **24** 4:4 | |
| **100** 62:2 | **1995** 11:1 | **2555** 2:14 75:3 | 8 |
| **100,000** 63:11 | **19th** 73:15 74:9 | **29th** 13:17 | **8** 19:9 20:1,4,11,15 |
| **100k** 63:4 64:20 | | **2nd** 5:7 74:8 | **816-474-6550** 2:15 |
| | 2 | | |
| **10-minute** 71:25 | **2** 1:17 4:4 5:2 10:21 24:7,8 37:25 38:2 43:19 62:24 75:9 | 3 | 9 |
| **11:34** 1:17 5:8 | | **3** 44:8 | **9:00** 75:12 |
| **11:37** 7:11 | | **30** 7:20 75:14 | **92606** 6:21 |
| **11:38** 7:15 | **2:17** 1:17 72:19 | **33406** 2:4 | **92630** 6:18 |
| **111** 6:20 | **20** 52:25 | **3606** 2:8 | **953** 58:17 |
| **12** 4:3 | **2013** 41:6 43:9 | | **953243** 74:19 |
| | **2014** 34:19,22 36:8,9,12,15, | 4 | **954)712-2600** 75:20 |
| | | **40** 7:20 | |
| | | | A |
| | | | **a.m** 1:17 5:8 |



877.291.3376
www.UCRinc.com

7:11,15

**ability** 49:11

**able** 15:24
27:20 30:20
32:16 33:6
38:6 39:3
51:1 55:21

**about** 7:18
8:1,23
10:6,15,21
12:5 15:9
16:12,25
22:20 24:3,23
25:17 27:15
28:12 32:7,21
33:23 34:6
36:11 37:23
38:24 40:23
42:3,21,25
44:2,3,4 47:7
48:17
52:8,9,25
55:2 56:18
57:6 61:23
66:16 69:25
71:5,24,25

**above** 61:21
69:1

**above-**
**referenced**
75:9

**absolutely**
56:17 72:18

**ABWL** 47:4

**AC** 55:3

**accessible**
15:14,16

**accident**
16:11,12

17:17 18:22
19:16,21 20:5
32:5 33:10
47:20,23 51:4
68:24

**accidents**
52:15

**account** 59:14

**acquired** 47:12

**action** 43:22
46:13,21
73:13,14

**activities**
26:17 45:10

**activity** 26:15

**actual** 60:22

**actually** 17:11
20:10 24:23
29:7 40:13
46:22 53:11
59:24 64:6,23

**ACU** 36:18
38:19 47:5,15
71:7,15

**ACUs** 37:6

**Adams** 2:12
5:16,17,21
6:4 12:25
13:10
14:2,8,18
16:9 20:7
26:9 27:8,25
30:16 31:12
32:19 33:14
34:1,8
35:15,21
41:18 42:5,19
44:16,23
45:6,24 49:3

50:22
51:12,22
53:15
56:18,21,23
57:13 62:15
63:5 71:24
72:7,11,14
75:2,25

**added** 25:8

**additional**
57:7

**address**
6:16,19

**administration**
45:9

**Administrator**
1:5

**Adovacy** 5:5

**Advocacy** 1:5
75:5

**affected**
38:2,20,23
50:2 58:3,4
61:13,14

**after** 5:12 6:9
16:2 37:17
40:21 41:16
43:9 46:15
53:23 54:5
59:10

**again** 10:8,18
14:18 31:5
41:9 42:5
44:16

**ago** 7:7 12:8

**agree** 59:1

**ahead** 13:1,21
14:3,20 20:8

31:12 44:18
45:25

**airbag** 18:5
19:3,4
20:22,25
21:15,21
22:5,12,22,23
23:1,16 29:24
30:6,7 31:6
33:9 34:17
35:11 39:17
45:23 47:4,14
49:12,23
50:3,7
51:3,4,10,13,
15,19,20 52:6
53:12,20,22,2
5 54:3,16
55:12 56:5
61:6,8 63:21
65:21
66:4,15,17
68:19
69:14,16,25
70:2,10 71:2

**airbags** 52:15

**Alan** 1:15 3:2
5:1,4 6:8
62:25 74:6
75:1,23

**alert** 39:22

**all** 1:18 12:21
14:14,23
17:20,24 21:8
22:3,4 24:20
27:21 28:25
33:11
36:17,18
40:25 41:13
42:17,22,24
43:19



46:24,25
58:21
60:18,19
62:17 69:8,23
70:25 71:19
72:11

**along** 57:19

**already** 16:21
25:12 75:14

**also** 2:18 5:22
6:3,4 9:19
12:25 20:22
27:25 49:11
62:13 66:5
75:12

**Although** 8:5

**always** 29:21
53:8,10 55:17

**am** 8:21 28:10
73:10,12,13
75:12

**America** 8:23
9:7
10:2,8,18,21,
24 11:23
12:16,20,23
13:6,13,25
14:7,12,16,24
15:17
16:2,5,6,13
20:19 22:19
23:3,6 26:20
27:3 33:15
34:15 39:6
43:20,25
44:6,8,12
48:20 49:4
64:14

**American** 1:9
25:23,25

45:12 50:1
62:10,13
64:17

**America's**
39:11 42:2
50:19

**amount** 61:20

**analysis** 10:1
32:3,14,17
34:20
43:22,25 44:6
49:12,18 63:8
64:8 67:13

**analyzed** 30:18

**another** 19:18
40:6 41:20
46:6 48:7

**answer** 8:16
13:2,22 14:3
28:11 29:7
33:6 38:6
40:3,12 42:25
43:12,17
51:7,8

**answered** 13:21

**answers** 8:8,25
9:3 14:6

**any** 9:8 11:15
15:10
19:10,11
21:2,9 22:17
23:12,19 25:1
30:12 31:8
33:8 35:1
39:25 40:20
42:1
43:8,20,22,24
,25
44:6,10,14
45:21 46:4

49:2,4 51:25
52:9,14,20,23
53:2,5,11
54:7,8,9
55:3,7 63:17
66:25 72:8
73:11,12

**anybody** 33:4

**anyone** 15:17
33:12

**anything** 15:25
18:14,17,19
21:7 23:6
37:20 52:9
66:12,18

**anytime** 19:3

**anyways** 60:6

**AOSC20-23** 1:19
74:7

**apologize** 5:21
7:17 13:11
19:17 28:10

**APPEARANCES**
2:1

**appeared** 1:18
74:6

**appears** 51:8
57:16

**applies** 36:7

**apply** 37:14

**appointment**
75:11

**appreciate**
72:16

**approximate**
61:13

**April** 30:12

**area** 47:9

**areas** 12:5

**aren't** 41:25

**ARKANSAS** 1:1
2:8

**arrangements**
16:14

**Artman** 2:12
5:22,24

**ask** 8:8
33:6,19 42:21
51:9 55:2
57:5

**asked** 9:1

**asking** 30:24
34:6 38:14
43:7,8
48:17,20 49:4
70:16

**aspect** 63:18

**assessment**
17:17

**assist** 49:16
55:11

**assistance**
75:13

**associate** 6:5

**associated**
31:3

**assume** 24:3

**attach** 12:11
24:7

**attached** 27:10

**attorney** 71:20
73:11
75:11,14



attorneys 5:20
  73:13

August 13:16

authority
  13:24 74:5

authorized
  73:7

auto-populate
  67:14

available
  12:22
  14:15,24 37:9
  52:11 54:15

aware 8:19,22
  14:6 16:3,17
  26:12 27:4
  29:1,9 37:1
  39:19 46:1
  48:6,10
  71:7,17

awareness
  16:18

———————
      B
B1620 25:5,8
  47:15 48:1
  49:1,8 51:4

B162000 22:25
  26:4 38:22
  39:17 41:14
  51:14 52:5
  53:4
  61:7,9,17,23
  63:21 67:25

B1621000 52:16

Bachelor 11:13

back 23:2
  30:25 40:22
  63:1 66:1

71:25

background
  47:10

Bacon 2:13
  75:3

BAILEY 2:7

bar 23:17 26:7
  32:7,22 36:13

Barclay 6:17

based 20:18
  57:8 61:13

basically
  17:18 64:24

Bates 29:4
  34:2,3 57:13
  63:5 65:7,8

battery 67:3

Beach 2:4 11:9

beam 69:2

became 27:3

because 16:21
  19:18 40:15
  42:11 49:2
  52:4,9 56:4
  58:21 61:22
  69:3,23

become 17:3
  29:1,9

before 6:25
  8:2 9:24,25
  10:6,7,20,23
  26:3,15 35:9
  40:1,5 46:9
  54:20 55:1,20
  74:6

begun 49:1

behalf 1:16

2:2,11
  5:14,17 8:2
  12:17 13:6,25

believe 13:21
  19:22 52:24
  67:9 70:20

below 61:12
  75:12

BELVEDERE 2:4

better 32:16
  33:23
  36:20,24 51:7

between 47:5

big 24:18

bigger 15:25

binding 14:7

birth 6:22

bit 25:3 38:17

blank 75:16

board 30:11
  55:8 71:8

bold 70:9

bonds 49:22

bottom 65:1
  75:16

Boulevard
  2:8,14 75:3

break 56:16,19
  71:25

briefly 9:13

broad 23:24
  35:7

BROWARD 73:3
  74:3

built 36:15

40:4,25

bumper 69:2

———————
      C
C/O 75:2

calculations
  61:13

California
  6:18,20 11:9

call 36:14

called 6:9
  25:8 66:16

calls 13:1

came 53:25

Cameron 33:21

can 6:15 7:9
  9:13 13:1,21
  14:3 20:8
  22:16 24:5
  26:4 28:8,16
  29:24 30:9
  31:10,19
  33:20 35:12
  42:20 44:17
  45:25 46:21
  47:3 51:7
  55:17,23
  56:1,7 57:6
  61:1,2 62:15
  63:5

Canada
  59:16,17,19
  60:11,13

Canadian 60:11

candidate 60:8

cannot 43:12

can't 38:10
  42:17 50:16



71:10,17

**Canyon** 6:20

**capacitor** 35:24

**capacity** 7:2

**car** 15:4,6 20:4 52:16 59:19 63:18 68:25

**cars** 40:4 59:13

**case** 1:3 5:18 9:4 13:17 19:4,13 20:14 51:4 52:22 53:8 63:19 70:1,7 75:6

**cases** 30:8 31:25

**category** 48:8

**cause** 30:9 32:3,13,17 35:23 38:19 43:22,25 44:6 49:12 51:2

**caused** 20:5 38:22

**causes** 61:17

**Cc** 75:24

**CER** 1:24 73:23 74:18 75:18

**certain** 12:5 24:23 54:13

**CERTIFICATE** 73:1 74:1

**certifications** 11:15

**certify** 73:6,10 74:6

**change** 61:24,25 62:2,16,20 76:4,6,8,10,1 2,14,16,18,20 ,22

**changed** 25:8

**changes** 36:25 76:2

**charge** 45:14

**chart** 57:10 61:3,4 62:5 64:10,23

**check** 70:9

**checked** 53:21 59:24

**chief** 45:15 46:20

**choose** 61:5

**chronology** 27:2,10,23 28:3 29:3

**circuit** 30:11 55:8 71:7

**City** 2:14 75:4

**claims** 9:16 61:6,18

**clarify** 25:7

**Clerk** 75:15

**clip** 69:18

**code** 21:9,13,14,22 ,24,25 22:7,10,17,20 ,21,24

23:1,15 24:2 25:4,5,7,10,1 1,18 26:3,4,7 29:18,22,24 30:13 31:2 35:6,11,20 38:22 39:18 41:2 51:8,20 52:5 53:4,11,12 54:18,19 61:17 63:21 67:10,19

**codes** 21:3 41:14 49:8 54:14 61:7

**collect** 49:10

**collected** 37:10 47:15,25 48:19

**college** 11:8

**Column** 59:3,4

**come** 20:5 37:17

**comes** 30:1 44:21

**commanded** 53:10,11

**comments** 61:11

**Commission** 74:19,20

**commit** 43:11

**communicate** 29:23 34:15

**Communications** 10:13

**companies** 5:17

**company** 44:9

**comparable** 35:14,19

**compiled** 47:10,11

**complaint** 16:11,13,24,2 5 31:1 52:2,3,6,7

**complaints** 29:13,16,19,2 1 30:13 35:5 41:1 51:25 52:14

**complete** 73:9

**completed** 32:11 44:1

**completely** 42:16

**components** 22:5 49:22

**computer** 7:8

**concern** 9:20 29:11 30:3 46:16,20

**concerning** 23:22 24:1 31:17

**concerns** 9:19 45:8

**concluded** 72:19

**conclusion** 13:1 14:3

**condition** 17:16 26:21



30:18 38:7
56:3 68:17

conduct 43:24
62:16

conducted
43:23

conductors
30:10

confirmed
61:15

confusing 8:14

connected
73:13

Connor 2:13
6:3,4

considered
66:9

consistent
50:4

constantly
49:6
70:3,5,12

consumer
29:13,16,21

contact 47:5
75:12

contacted 17:6
30:7

contacting
75:11

control
21:15,21
22:5,18,22,23
23:16 29:24
30:6,7 31:6
38:9,13 39:17
49:12,23

51:14 55:12
61:6,8 63:22

conversation
29:10

corporate
7:3,22 11:22
12:4

Corporation
1:9 5:6 11:5
29:7 31:10
36:21 75:6

Corporations
43:21

correct
10:18,19,25
11:2,3,6,23
16:22,23
17:13 19:5,6
20:16,20,21
22:9 23:23
24:2,12,24
27:15,18,24
28:7 29:14
32:1 34:22,23
36:6 37:3,6,7
41:4 42:4
44:1 48:9
49:2 50:8,9
54:5 63:25
65:17,22
67:11 68:9
70:6 71:1,13

could 18:21,22
21:25
22:1,7,15,16,
17 24:13 28:2
36:25 38:5
42:10 43:13
47:16 49:10
50:3 51:14
53:16

54:13,20
55:24 56:15
61:23 72:15

couldn't 55:5

counsel 2:1
12:10 15:2
16:14,17 17:6
23:5 28:10
33:7 43:10
56:15
73:11,13

Counsels 5:11

counts 37:25

COUNTY 73:3
74:3

couple 12:7
33:19 57:5

course 70:22

Court
1:1,19,24
5:9,12,19
6:2,6 8:6 9:1
13:20
72:15,18
73:5,23
74:7,18
75:15,19

cover 30:7
47:5

cracking
49:19,20

crash 21:6
54:5
66:5,7,8,9
68:2,5,6,7,8
69:2,7 71:1,4

crashed 69:5

create 46:23

created
46:14,18

creates 46:22

CSMITH@SHB.COM
2:16

CT 30:20
71:8,11,15

current 9:6
21:6 66:16

currently
67:22

customer 30:13
31:1 35:5

cut 64:23

─────────────
D
─────────────
damage 17:17
68:19,22

Dao 62:9

D-A-O 62:9

data 9:17
18:1,2,3,4,5,
6,7,11,15,18,
20 20:23,25
21:5,6 23:2
25:6 39:16
40:21 50:10
52:9
54:18,20,22
55:13,14,15,1
7,18,24
63:10,13
64:12 65:5
66:4,11,15,16
,23

date 6:22 16:4
17:11
39:3,21,23
40:5 42:18



58:4,5,6,25
65:12 75:1
76:25

**dates** 61:14

**Davis** 2:19
5:10

**day** 66:22
73:15 74:8,9

**days** 75:14

**dealers** 52:11

**dealership**
31:6

**Dear** 75:8

**Deceased** 1:6

**decelerate**
20:14

**December** 47:24
48:7

**decide** 46:21

**deduced** 31:19

**Defendant** 2:11
11:23

**Defendants**
1:11 5:18

**deformation**
69:1

**degree**
11:12,13

**degrees** 11:16

**DeltaV** 19:9,13
20:11

**Denied** 45:24

**department**
25:20 39:13
64:15

**deploy** 19:5
22:12,15,16
33:9 50:8
51:11 52:15
68:20

**deployment**
51:4,15 68:23
69:6

**deploys** 19:3
51:19,21

**deposed** 7:2

**deposition**
1:15 4:3
5:1,4 6:24
7:6,14 11:22
12:16 13:8,15
14:17 15:1
28:21 35:3
40:17 43:3
57:2 62:23,25
72:5,19,20
75:9,10,11,13

**depositions**
7:19 8:5

**Derek** 62:8,10

**deriving** 64:9

**describe** 21:19

**described**
26:21 31:17
71:13

**describes**
34:18

**describing**
21:18

**description**
4:2 21:20
47:3 67:14

**designate**

12:17

**designated**
13:6

**designee**
7:3,22 11:22

**detailed** 30:17

**details** 38:9
43:19

**determine**
18:20 31:20

**determined**
19:12

**determining**
31:9 37:5

**diagnosis** 31:7

**diagnostic**
21:3,9,22
22:10,20
23:15,23 24:2
25:4,5,18
29:18,22
30:13 31:2
35:6,20,24
41:2,14 49:8
52:5
54:9,14,18,19
55:9 61:7
63:20

**didn't**
18:16,23 26:8
41:20,25
43:14 55:14
67:18 70:20

**different**
16:16 18:21
19:2 22:1,5
26:5 29:24
35:10,11,12
61:22 65:3

66:15

**differently**
70:8

**difficult**
40:15

**digitally** 73:7

**DIRECT** 3:3
6:11

**direction**
19:10

**directly** 54:12

**director** 14:11

**disconnection**
30:9

**discovered**
29:17

**discrepancy**
59:11

**discuss**
27:18,23
56:14

**discussed** 17:6
36:21

**discussing**
36:1 57:17
67:11

**discussion**
7:12 28:19
56:25 62:21
72:3

**DISTRICT** 1:1

**DIVISION** 1:2

**document**
11:18,19,25
17:16 24:5
25:9
28:6,8,14



29:5 33:25 34:9,15 35:7 43:15 46:6,9,12,18 60:5 63:3 64:4 68:13,16 69:10

**documents** 15:2,7,9,10,13 17:23 27:1,9 28:2,5,11 33:17 42:6,9,11,12,20 43:1,2,6,11 56:12 57:6

**doesn't** 22:19 25:9 30:21 50:13 53:13 59:1 60:24

**done** 14:23 16:17 18:14,20 23:6 30:24 32:5 35:7 39:20 40:22 41:19 46:19 64:14,17

**don't** 7:20 8:10,16 13:21 17:5 20:3,18 22:4 23:9 25:14 26:6,14 27:1,5,6 28:5 31:14 34:25 37:16 38:5,10 39:5 40:12 42:13 43:14 44:2 45:2 49:11 50:17,23

52:2,11 53:1 54:23 59:18 60:3,10,25 65:19 72:7

**double** 22:8

**Dow** 1:15 3:2 5:1,4 6:8,15 7:17 13:11,22 27:14 28:5 44:18 45:25 56:20 62:25 71:19 72:7,12,17 74:6 75:1,8,23

**down** 8:6 25:3 34:3 38:16 61:12

**dozens** 61:16

**driver** 56:6

**driver's** 69:12

**DTC** 22:9,10,11,25 25:25 31:4,5 47:14,17 51:3,6,8,14,20 52:16 53:4 55:21 67:13,14,18,19,22,23

**DTCB** 34:20 38:13

**DTCB1620** 47:5

**DTET** 46:12

**Duces** 11:22

**due** 35:23 47:5 61:18

**duly** 6:10 74:8

**during** 47:12

**duties** 9:14

---

E

**each** 58:7,14 61:14

**earlier** 64:10

**EDR** 50:3,8,10,12 51:5,21 52:8,9,10

**EEPROM** 30:6,10 47:5 49:19

**effective** 37:9

**eight** 13:7 14:25

**either** 23:7

**electrical** 22:7

**electrically** 49:22

**electronic** 22:6 49:22

**electronics** 30:18

**else** 21:4,7 67:4,5

**e-mail** 62:8

**e-mails** 62:7

**emerging** 45:8

**employed** 9:8

**employee** 73:11,12

**employer** 9:6

**encompass** 41:7

**end** 25:10 29:6 46:19 58:4 62:18 65:17

**ending** 34:5

**engage** 49:16

**engineer** 10:7,21 11:2,5 62:10,13 71:12

**engineering** 9:11 11:14

**engineers** 9:15 46:25

**enough** 20:9

**entail** 9:14 20:23

**entered** 12:12 24:8 38:4

**entire** 32:18 41:20

**entirely** 33:18

**entities** 9:8

**equal** 19:9,13 61:20

**Eric** 62:12,13

**ERRATA** 76:1

**error** 35:24

**escapes** 17:11

**Esquire** 2:3,7,12,13 3:3 75:2,24,25

**essentially** 56:7

**Estate** 1:6


UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

estimated 63:4

estimating
  63:9

EV 58:16 59:2

event
  18:4,6,7,11,2
  2,23 19:1,3,8
  20:6
  50:11,14,21
  51:5,21
  65:5,17

events 18:8
  27:24 50:16

every 43:15
  59:14

everyday 8:9

everything 8:7

EVs 58:17

exact 9:22
  17:11
  61:14,18

exactly 7:20
  17:5 37:16
  55:18 58:22

EXAMINATION
  3:1,3 6:11

example 58:16
  59:6

examples 22:17

Excuse 56:15

exhibit 4:2
  12:11,12,15,2
  4 15:1,20,21
  24:7,8

EXHIBITS 4:1

existed 54:20

exists 22:24
  27:6 30:21
  42:14 51:20
  55:24

Exp 74:20

expensive
  52:13

experience
  16:1 68:18
  71:11

experienced
  8:5

experts 32:25
  33:11

explain 70:14

explained
  30:15 31:18

explaining
  41:9

exterior 17:18

external 38:20

externally
  68:17

_____

F

fact 68:8

facts 19:15

fail 63:18

failure
  63:4,17

failures 63:10

fall 48:8

familiar 24:20
  33:18

far 22:18
  50:14

fast 62:16

fault 21:16,21
  22:22
  30:2,14,17,21
  31:3,9,18,21
  38:8 47:15
  67:10
  71:12,13

faults 29:25

FAYETTEVILLE
  1:2

feel 61:21

few 47:25

field 9:16
  37:11,12
  39:14

figure 31:3
  59:1,12

file 18:7 47:6

filed 17:1
  46:17 75:14

final 60:3,4

financially
  73:14

find 8:13
  38:13 41:20
  59:10

findings 71:11

finds 48:21

fine 7:21
  28:14 42:14
  56:21

firm 2:7 6:5

first 6:9 12:7
  27:3 34:4
  61:24 65:8

66:1 69:21

Florida
  1:19,25 2:4
  73:2,6,24
  74:2,7,19

following 76:2

follows 6:10

force 20:5

foregoing 73:8

forensic 9:11

Forest 6:17

forgot 17:10
  19:19

form 12:25
  14:2 16:9
  20:7 26:9
  27:25 30:16
  31:12 32:19
  33:14 35:15
  41:18 42:5
  44:23 45:6
  49:3 50:22
  51:12,22
  53:15

formal 46:16

Forte 34:19,22
  35:10,18,22

forward 21:5

forwarded
  75:14

found 18:18
  22:25 23:11
  25:2,6,11
  35:7 38:17,19
  39:16 47:25
  48:11,17,19
  53:25


UNIVERSAL
COURT REPORTING

59:17,24,25

**Four** 10:11

**frame** 69:2

**frequently**
48:24

**Friday** 75:12

**from** 11:1,5
12:9 15:6,17
18:1 20:25
25:6,16 26:20
30:10 33:21
36:15
37:11,12
39:2,3,8
40:24 41:12
42:3 47:11,24
53:23 57:25
58:1,11,24
63:9 68:22
71:11

**front** 15:11
28:6 38:10
42:23 66:7,9
69:13

**frontal** 66:7

**full** 13:24

**fully** 12:21
18:16 27:17

**functioning**
54:4

**further**
31:7,20
49:15,18
71:19 73:10
75:13

**future** 23:8

———————
G
———————

**Gabriela** 1:24
5:9 73:5,23
74:5,18 75:18

**gather** 14:23

**gathered** 17:23
25:16

**gave** 60:17
75:9

**general** 16:18
22:21 26:4

**generally** 18:7
19:17 37:16

**generated**
41:16

**generation**
36:14 40:23
41:11

**get** 28:8 52:3
54:10 58:24
60:9 63:14
69:1

**gets** 56:6

**GG** 74:19

**give** 6:15 8:8
14:7 22:16
42:16 63:5

**given** 16:5,7,8

**giving** 7:8
43:21

**go** 7:9 11:8
13:1,21
14:3,20 20:7
25:3 28:3,16
30:25 31:12
37:3 42:8
44:17 45:25
57:19 62:8

65:1,16 66:1

**goes** 64:6

**going** 11:18
12:11
19:23,25 20:4
29:5 33:19
36:3 43:2
56:9,12,13
57:5 59:22
62:8,19
63:3,15

**Gonzalez** 1:24
5:9 73:5,23
74:5,18 75:18

**good** 5:16,24
6:13,14 72:7

**grab** 28:14

**graduate** 11:10

**Grand** 2:14
75:3

**great** 6:6
24:19 56:18

**greater**
19:9,12

**ground** 8:4

**group** 2:3 9:15
39:11,12

**guess** 16:21
20:19 58:23

———————
H
———————

**had** 6:24
7:5,19
9:21,22 25:11
28:1 30:12
37:21 39:17
43:25
55:14,21,25

67:19

**hand** 73:15
74:9

**handles** 29:13
64:16

**happens** 30:9
48:24 51:20
54:25 59:9,10

**hard** 24:17
68:21 69:6

**Hardy** 2:13
75:3

**has** 13:5
20:12,14
21:21 22:6
30:24 32:11
37:10,18
40:4,17 41:7
45:1 48:18
51:14
52:10,12,17
60:11 71:8,15
72:21 75:14

**have** 5:19,21
6:3,24 7:21
8:1 9:21
11:15,25
13:20,24
14:23 15:10
19:11 20:6,10
22:1,8,19
23:14 25:9,14
27:6 28:5,8
29:3 30:21
31:23 32:25
33:5,25
34:9,11
36:17,18,23
38:10 41:16
43:2,4 44:14



46:9 49:7,11
51:25
52:3,11,14,17
53:3 54:11,14
55:1,3,7,10
57:7 58:25
60:12 61:23
68:18 69:18
70:20
71:2,5,19
72:7,17

**haven't** 20:9

**having** 6:9
63:20

**he** 19:23
42:10,17
46:21

**Headquarter**
47:15,25
49:25

**hear** 7:18
18:16 55:5

**hearing** 8:2

**held** 7:12
28:19 56:25
62:21 72:3

**help** 15:18

**helpful** 24:14

**here** 5:25
11:19 15:22
27:14 33:23
35:12 39:22
44:13 47:2,9
57:10,20
60:19 61:11
64:2 65:23
67:15,17
69:14

**hereby** 73:6

75:21

**herein** 16:4

**hereto** 16:4

**he's** 6:4 19:25
42:7,13,15,16
,23,25

**HILLS** 2:8

**him** 20:5
42:8,10,21
43:2,4,7
71:21

**his** 20:4 42:15

**history** 54:7
67:17,22

**hit** 68:25

**home** 6:15

**hooked** 66:24

**hooking** 55:8

**hopefully**
42:23

**hour** 19:9
20:1,5,11

**hundreds** 43:5
61:17

**hypothetical**
20:3

**Hyundai** 10:24

――――――――
        I
――――――――

**idea** 63:14

**identification**
49:19 58:10

**identified**
31:2 46:16
49:1 61:21

**identifies**

25:4

**I'll** 24:7

**illuminate**
53:6,9,10,11,
13

**illuminated**
34:18 53:21
54:8,11 69:20
70:2,3,6,12

**illuminating**
53:23

**I'm** 11:18
12:11 15:13
16:17 18:16
23:9 25:15
29:5,23
30:1,24 32:20
33:18,19 34:6
36:3,11,19
37:4
40:3,13,15
41:19 42:15
43:7
44:4,19,25
46:1 48:15,17
52:25 55:19
56:12,13
57:5,15
60:4,23,25
62:1,2,7 63:3
65:9 69:17,25
70:14,16
71:14

**impact** 68:5

**implicate**
47:16

**importance**
35:18

**important** 4:4

24:21

**Importantly**
61:16

**inaccurate**
41:4,5

**Inc** 1:9 8:23
9:7 11:23
12:16,21,23
13:25
14:7,12,16
15:17
16:2,5,6
20:19 43:20
44:8

**incident**
43:21,23

**include** 42:4
48:3 59:22
60:11

**includes** 48:1

**including** 16:5
43:22 44:9,12

**incorporate**
44:16 45:24

**incorporates**
13:14

**INDEX** 3:1 4:1

**indicate** 58:1

**indicated** 18:8
35:9

**indicates**
47:22 66:5

**indicating**
16:11 67:21

**indication**
70:25 71:3

**inform** 46:19



informa 24:21

information
12:22 14:15
16:12 17:20
18:4 19:11
20:9 22:20
23:4,11
25:2,16,22
26:20
27:6,21,23
28:1 33:22
34:11,13,14
35:6 36:7,23
37:25
39:7,8,9
42:4,17,19
43:9 46:25
47:10,11 52:4
55:3,8 65:21
66:6,8 67:20
68:2,5 71:5
75:13

informed 49:25

inquiry 14:16

inside 21:21
22:5 33:3
49:12,23

inspect 16:14

inspected
16:22

inspecting
17:6

inspection
15:3,5
17:9,15
26:13,14
54:21 65:12
66:4 68:16

instance 37:5

instances 53:5

instead 8:9

instructed
31:6

interested
73:14

interior 17:17

internal 21:15
22:22 29:25
30:2,14
31:3,9,18,21
38:8 43:20
47:6,15 71:13

internally
33:12 68:17

interpose
13:11

into 12:13
18:14,19 24:9
37:3,6 48:8
64:12 71:6

introduce 5:11
13:10

introduced
5:22

intrusion 69:4

investigate
9:19 38:15
49:15

investigated
18:24 26:13
41:1 49:9
53:19,20,21
67:7

investigating
50:24

investigation

9:12 18:24
25:12,17 27:4
29:1 31:20
32:9 33:8
43:20 47:12
48:23 49:5
55:11

investigations
49:1

investing
32:17

involved 17:4
32:13 45:10
60:19 62:5

involvement
16:20 45:4

involving
8:20,23 44:11

Irvine 6:20

issue 22:7,18
34:16,17
35:12,22,25
38:23,24
39:22
42:18,22
47:3,12 49:7
50:2 53:14
61:19

issued 47:13

issues 48:21

It'd 43:3

items 13:7

it'll 20:19

its 13:14 61:5

it's 6:17
11:21 18:24
22:21 24:1,15
27:22 35:9

37:18 40:8,15
41:5 43:2
46:19,24
47:11 49:21
50:16 51:7
52:12
53:10,11,16
57:21 59:2,18
60:5 61:1,21
62:1
63:9,14,19,20
64:4,17,24,25
65:8
66:2,16,22,23
67:3,5
68:21,22 69:5
70:2,23

I've 33:17
52:2 62:7

_____
J

January
29:12,17

JARTMAN@SHB.CO
M 2:16

Jennifer 2:12
5:22

Jessica 2:3
3:3 5:14 27:8
34:1 42:6
56:23 72:8
75:24

JESSICA@ROMANO
LAWGROUP.COM
2:5

job 9:10,13

JOHN 1:10

JS 45:17

July 29:6



Jurassic 45:18

Jury 9:4

just 8:4,6,8
9:13 13:11,19
14:18 15:25
17:23 27:8
30:15 31:16
33:19 34:1,6
37:8 39:23
43:8 44:16
47:20
51:6,9,19
55:19 56:12
57:5,6,19
58:12,18 59:6
62:15
63:14,18
68:13

——————————
          K
——————————
KA 25:21 28:25
29:9,11,13
30:12,21,24
31:22 36:23
37:5,10 38:14
44:14,21,22
45:1 52:9

Kansas 2:14
75:4

KC 31:23,24
34:16 38:15
39:18
49:9,10,14
51:7
58:11,13,24

KDS 66:3

keep 23:2
44:22 45:2

kept 17:23

key 52:10

53:23 54:1,2
70:3,9,13,20

KHQ 58:9,11

Kia 1:9 5:6,17
7:3,22 8:2,23
9:7
10:2,8,18,21
11:23
12:16,20,22
13:6,13,25
14:7,11,15,24
15:17
16:2,4,5,6,13
20:19,24
22:19
23:2,6,12
24:4 26:20
27:3 29:6
31:10
33:1,3,8,11,1
5 34:15,22,24
35:18,19
36:4,5,21
39:6,11 42:2
43:20,21,24
44:6,8,11,12
45:23
47:15,25
48:20 49:4,24
50:19 51:1
64:14 66:3
68:25 75:5

Kia's 14:19
35:17

kilometers
19:9
20:1,4,11,15

kind 54:9 64:6

KMA002127 34:4

KMA002143 34:5

KMA002261 36:4

KMA002263 36:5

KMA007544 46:7

KMA007549
57:15

KMA009390
60:23

KMA009391
60:25

KMA009407
60:24

KMA009423 63:7

KMA009424 64:5

KMA009436 65:9

KMA009442 66:2

KMA2055 29:5

know 5:19
8:5,11,14,16,
17 15:25 17:5
18:12
19:15,20,23,2
5 20:4,18,20
22:4
26:6,16,23
27:3 28:10
30:21 32:3
36:9 37:16
38:3,16 39:5
40:12
42:6,11,13,23
43:5 44:2
47:19 48:1
49:20
50:17,23
52:8,9 53:18
54:12,13,22
55:13,14,18
59:18 60:3

61:1 64:4,6
65:20,23 67:5
71:2

knowing 27:20

knowledge
14:23 23:7,20
43:9 55:10

known 12:22
14:15,24

Korea 26:21
48:10,13,17

Korean 47:14
48:17

KTS 20:24

——————————
          L
——————————
L.L.P 75:3

lab 30:19

laid 15:1

Lake 6:17

lamp 34:17
47:4
53:21,22,25
54:3

Lane 6:17

larger 24:14

last 7:5,18
17:10

later 42:18
48:10 72:12

Latour 2:3 3:3
5:14 6:12
7:16 12:14
13:4,18
14:5,10,22
16:19 20:13
24:10 26:11



27:12,13
28:4,24 30:23
31:15 32:23
33:16 34:4,10
35:16 36:2
41:22 42:10
43:7,16
44:20,24
45:11 46:3
49:17 50:25
51:16,24
53:17 56:22
57:4,15,18
62:15,17
63:2,7,12
72:1,10 75:24

**law** 2:3,7 6:5

**lawsuit**
8:20,23

**layperson**
21:18

**lead** 48:21

**learned** 33:21

**least** 20:15
48:23

**leaving**
33:8,11

**led** 31:9 49:5

**legal** 13:1
14:2 16:25

**less** 61:20,22

**let's** 17:10
20:3 39:22
51:19 58:2
66:1 71:24

**letter** 24:21
31:16 75:16

**letters** 45:19

**liability**
43:21

**licenses** 11:16

**life** 54:10

**light**
47:14,20,22
51:3 52:6
53:5 54:17
56:5,9
69:16,17
70:1,2,10

**lights** 54:8,11
70:10,13
71:1,3

**likely** 22:12
61:21 63:24

**limitations**
13:16

**line** 11:4
57:20 58:20
59:3 76:3

**list** 58:24,25
62:2

**listed**
12:18,24 13:7
14:17,25

**literally** 43:5

**little** 24:13
25:3 38:17

**LLC** 1:5 5:5

**LLC/Thomas**
75:5

**LLP** 2:13

**log** 64:19

**long** 9:21
10:4,10 11:9
34:7 54:13

55:21 67:19
69:3,5
70:21,23

**look** 18:14,19
19:17 29:4
38:10 39:16
43:10 46:4
51:1 58:21
59:12 61:12
64:22 71:6

**looked** 15:3,6
19:19 21:5
54:18,19
69:11

**looking** 9:18
15:20 37:8
45:8 60:25

**looks** 6:2
10:20 29:11
34:6 59:2
63:23 66:18

**lot** 16:16
39:16 43:13
45:1 69:1,3

———————
                 M
———————
**made**
16:2,14,25
17:19 35:5
44:17 53:22

**mainly** 60:23

**major** 35:18

**make** 15:25
17:17,21
24:13 36:25
39:18 56:14
75:11 76:2

**malfunction**
16:3

**malfunctions**
44:9

**manage** 9:15

**manager**
9:11,25 10:13

**managing** 25:21

**many** 7:18,24
22:5 35:12
37:21 61:8,22
63:15

**market** 47:14
48:17 50:2

**Mason** 2:7 5:25

**mass** 38:20

**massive** 24:15

**material**
15:3,5 43:14

**materials**
17:24

**matter** 5:5
15:21 16:1
52:19 75:9

**matters** 14:16
15:21

**may** 9:1,4
20:10 30:20
33:6 34:2
38:16 57:7
71:21
75:10,12,14

**maybe** 7:25
12:7 34:25
39:8 61:16
69:22

**me** 6:4,15 7:8
8:11,14,17
9:13 13:10,11



15:12,25
16:21 17:11
22:16 24:17
25:3 27:25
28:6,11 30:25
33:20 38:10
41:9
42:11,14,16
46:6 47:3
51:6,9 55:2
56:15
57:7,19,20
68:14 71:24
74:6

**mean** 18:9
21:14 22:11
23:10 32:6
33:4 37:9,13
39:5,6
40:4,13 44:19
48:15 56:2
57:20 58:9,21
59:9,17 60:1
61:25 63:4

**means** 18:10
37:10 50:13
56:3,8 59:19
63:19

**Mechanical**
11:13

**media**
62:16,18,20,2
4

**meet** 18:23
50:20

**melted** 49:21

**memorize**
43:4,15

**memorized**
25:14 27:7

**memory** 18:11
34:21 43:3,12
54:15

**mention** 19:19
47:23

**mentioned**
23:14 26:3
29:2 32:9
43:10 45:7
49:11 68:15

**met** 50:17,23
68:23 69:7

**metal** 49:22

**Michele** 33:21

**might** 38:6
70:22

**miles** 63:11
64:20,21,23,2
4

**milliseconds**
20:12,16

**minute** 28:13

**minutes**
56:19,21,22

**missed** 55:6

**MISSOURI** 2:14

**MO** 75:4

**Mobis** 32:1
55:4,5,9,11,1
5

**model** 11:4
34:18,19
36:15
40:22,24
41:12 53:1
57:20,22,23
58:14 61:5,14

63:9,16

**models** 50:2
53:1 61:4
63:9

**modify** 15:12
38:20

**module**
21:15,21
22:6,18,22,23
23:16 29:25
30:6,7 31:7
34:20 38:9,13
39:17
49:13,23
51:14 55:12
63:22

**modules** 61:8

**moment** 38:5

**Monday** 75:12

**monitor**
9:15,16,17
49:6

**monitoring**
39:13,15

**months** 7:7
61:13

**more** 5:19
19:25 20:4
22:6 30:10
38:9,16,17
39:8 47:25
52:24
55:17,25
63:23,24

**morning**
5:16,24
6:13,14

**most** 16:17

70:7

**mostly** 68:23

**motion** 19:21

**Motor** 10:24
11:5

**move** 43:18

**much** 61:21
71:21

**my** 5:22 6:5
7:8 8:10,13
9:3 11:18
15:3,12
16:10,18
24:5,15
25:1,2 28:25
31:22 33:23
35:4 40:20
54:21 57:21
61:1 68:16
70:21 73:9,15
74:9 75:21

**myself** 38:11

_____

N

**name** 45:16
75:15

**NASO** 49:25

**national**
9:11,25

**necessary**
49:15 75:10

**need** 15:14,24
24:11 39:8
42:8,17

**needs** 30:18

**never** 55:17

**next** 40:10
49:24 51:2



58:20 64:6

**NHTSA** 27:10

**Nissan** 11:5

**Nitsa** 60:17

**no** 1:3 8:3,4
9:9 11:17
14:13
15:12,19
17:21
18:8,13,15,20
,21 19:14
22:19 23:21
25:19 26:1
27:5 31:7
32:15 35:22
36:24 37:2,5
41:5,15,21,23
,24 46:5
47:23 49:1
50:9 53:7
54:12,20,22
55:14 56:4
63:19
65:17,20
66:5,8,20
67:6,17,20,22
,23 68:5,7,8
70:25
71:2,5,9,19
72:1 74:19
75:6 76:3

**non-deploy**
19:8

**non-deployment**
50:3

**none** 56:2,8

**nor** 50:8
73:11,13

**normal** 8:10
39:11 53:23

64:19

**North** 25:23,25
45:12 50:1
62:10,13
64:17

**not** 7:17 13:20
15:2 16:17
17:21
19:4,12,24
20:2,10,19,20
22:12
23:9,17,18
25:15 26:2
27:20 29:7
30:24
32:11,15,20
33:4,9,15,18
35:22,25
36:19 37:1
38:23 40:3,13
41:5,7
43:3,5,7,11,2
4,25 44:6,19
46:1,2 47:16
48:3,15 49:5
50:8,9,12,13,
14,16,18,20,2
1 51:5,6
52:15 53:5
56:13 58:21
60:4 62:1,2,7
66:25 67:1,22
68:8,19
70:10,23
71:5,11,14,17
73:10
75:10,13

**Notary** 1:25
73:5,24 74:19

**notes** 73:9

**nothing**

18:10,18 56:9
67:4,5 68:3

**nothing's** 67:1

**notice** 4:3
11:21
12:4,6,16,18
13:8,13,15
14:17,20
15:1,8 27:11
45:25 75:9

**notified** 29:11

**November** 9:22

**now** 33:21 34:5
60:25 63:24
67:8 75:10

**number** 9:19
15:22 16:1,20
17:25 21:25
24:11 26:5
29:4,21,24
30:8 34:2,3
39:22
43:11,19 44:8
57:13
59:20,21,23
60:2,3,4,6,8,
14 61:7
62:7,24
63:5,10 65:8
66:17 75:12

**numbered** 15:1

**numbers**
58:11,13,21
59:7

───────────

O

───────────

**OATH** 74:1

**object** 27:25

**objection**

12:25 14:2,8
16:9 20:7
26:9 30:16
31:12 32:19
33:14
35:15,21
41:18 42:5
44:23 45:6
49:3 50:22
51:12,22
53:15

**objections**
13:15,20
14:19 44:17
45:24

**objectives**
68:16

**occupants**
69:11

**occur** 56:1,8
63:24 64:13

**occurred** 20:20

**occurrence**
38:7

**occurring**
44:11 56:4

**occurs** 31:5

**October** 17:12
23:11 47:24
48:6,7 66:4

**off** 7:9,11,12
28:16,18,19
56:24,25
62:19,21
64:23 72:2,3

**office**
25:23,25
45:7,9,12,14
46:24 50:1



62:11,14
64:18 75:12

**officer** 14:11
45:15 46:20

**often** 40:6

**okay**
6:2,6,22,24
7:5,8,17,21,24 8:1,4,13,22
9:6,10,24
10:23 11:8,18
12:6,11,20
13:19
14:4,6,14
15:17,20,24
16:24
17:3,8,14,19,23 18:2,17
19:4,15,20
20:14 21:4,14
22:16
23:6,19,22
24:18,20
25:11,20
26:12
28:9,15,17
29:2,13
31:8,25
32:10,13,16
33:8,17
35:8,14
36:3,7,17,20
37:2,8,20
38:12,17,22,25 39:25
40:6,10 41:9
42:2 44:8
46:22
47:2,6,9,13,24 48:4,25
49:18,24
50:12,19

51:1,19
52:14,20,22
53:4,18 55:25
56:7,22
57:5,9,19,25
58:6,9,12,18,20
59:2,9,16,20
60:1,14,18,21,23
61:3,10,24
62:4,7
63:3,23
64:4,11
65:2,5,16,23
66:11,18,25
67:10,25 68:2
70:19
71:7,10,19,23
72:11

**OLIVER** 2:7

**on** 1:16 2:2,11
5:3,14,17,20,23 7:15 8:2
11:18 12:17
13:6,16,20,25
14:25 16:4
20:18 24:5
28:22
33:12,15
37:20 40:18
41:4,6
43:2,17,18
46:25
47:1,4,14,21,22 51:3 52:6
53:23
54:1,2,3,16
55:25
57:3,8,13
61:1,13 63:1
64:6,25

65:11,21
66:22
69:21,23,24
70:3,9,13,14,17,20 71:1,3
72:6 74:8
75:9

**once** 18:17

**one** 13:7 14:25
21:2,12 22:6
30:9,15 32:5
34:25 35:1
36:3 41:16,20
42:3,13 44:4
45:18
52:10,24
55:25
59:5,14,16,17
65:8,11 66:2
68:15,16

**ones** 41:21,23
70:5,8

**ongoing** 32:9
40:8

**only** 42:3
48:13 52:10
69:25 70:23

**open** 33:19

**operate** 70:8

**opinion** 35:17

**option** 23:17

**order** 1:19
31:20 74:7

**ordering** 75:14

**original** 37:18
75:14

**originate**
48:12,13,15

**other** 9:8
11:15 15:5
19:7 22:14
23:12,19 27:1
35:5 40:20
41:15,21,23,24 43:8 44:10
49:8 52:16
56:8 63:24
66:12 67:25
68:25
70:5,7,12,13
71:1,3

**others** 52:12
70:1

**our** 23:4 36:11
40:18 52:10
60:10,14 64:2
75:12

**out** 31:3
37:15,17
59:1,12

**outcome** 21:23
32:17

**outcomes**
22:2,14 43:20

**Outside** 33:1

**over** 42:8 47:9
52:25 61:11
71:21

**overall**
59:16,18,20,21 60:1,9
63:18

**Overbroad** 16:9
20:7

**overtime** 36:25

**own** 60:11
75:11



P

p.m 1:17 28:22
  56:24 57:3
  62:25 72:2,19

page 3:2 4:2
  34:4 47:1
  60:25 64:6,25
  66:2 76:3

pages 34:5,7

PALM 2:4

parameters
  38:3 41:10

Park 45:17,18

part 37:9,18
  39:15 46:15
  47:16 55:6

particular
  33:25 35:1
  42:22

parties 1:18
  73:11,12

partner 5:22

parts
  37:3,10,12,14
  ,17 38:14
  47:25 49:9,14
  65:2 66:14

passed 39:23

passenger
  68:2,5

past 7:19
  36:12 44:11
  45:22

pending
  67:17,23

people 46:23

per 20:1,4
  63:16

percent 62:2
  64:24

percentage
  61:21

percentages
  64:9

performance
  9:16 39:14
  49:6

period 20:11
  53:24 54:2

permanently
  69:20,22

person 12:17
  13:5

Personal 1:5

personally
  43:24

pertain 42:21
  43:1

Peters 6:20

photos
  68:11,14
  69:8,9 70:11

physically
  30:6

pictures 17:25
  69:12

place 17:9

Plaintiff
  1:7,16 2:2
  5:15 6:1

Plaintiff's
  12:12 13:14

24:8

play 37:2

plays 37:5

please 5:11
  6:15 29:8
  57:14 63:6
  75:9

plot 64:19

plots
  64:7,11,12

plus 60:8,16

pm 72:6 75:12

point 17:5
  20:19 49:24

Police 19:18

population
  61:5

portion 61:18

portrayed
  34:12

position
  9:21,23
  10:4,10,15
  27:17,22
  32:10,14 42:2
  50:19 54:1,3
  70:4 71:2

possession
  44:22 45:1

possible 22:13
  51:5,10,23

Possibly 50:6

potential
  9:18,20
  21:5,23
  46:15,20

55:16

potentially
  30:9 55:23

prep 29:4

prepare 12:21
  15:18

prepared 14:14
  27:18
  42:7,15,16,25

present 2:18
  29:18 54:14
  55:21 56:10
  67:19

presented 9:4

pretty 23:24

printed 30:10

printout 54:9

prior 10:12
  11:4 29:16
  30:12 48:25
  56:3 71:1,3

probability
  64:19

probably 7:7
  38:9 52:17
  68:21 70:23

problem 38:7
  56:5 72:1

problems 7:9
  63:15

proceed 56:1,8

proceedings
  73:8

process 31:3
  32:18 39:11
  40:8
  46:15,16,19



58:23

**produce** 41:25
43:25

**produced**
27:9,14
40:1,17 41:7
42:6,9,13
43:13,15
44:12 46:18
52:18 53:3

**product** 10:21
11:2 39:12
44:9

**production**
58:4,6 59:13

**professional**
6:19

**program** 39:15

**prompted**
26:16,22

**promptly** 75:16

**proper** 46:21

**properly** 54:4

**proportion**
63:4

**provide** 12:21
14:14 27:20
42:17

**provided**
20:9,10 23:4
33:17 35:1,2
36:9 42:20

**providing**
46:25

**PS** 36:14 59:3
63:24

**PSO** 53:3

**Public** 1:25
73:6,24 74:19

**pull** 38:4
55:21,22

**pulled** 37:21
38:3 39:3
40:7,18,21
41:3,6

**pulse** 69:2

**pulses** 69:5

**purchased**
52:12

**purpose** 17:14
23:20 39:9
61:10 63:13
69:9

**purposes** 14:18

**pursuant** 1:19
74:7

**put** 37:6 40:7

**puts** 64:12

___

Q

**QAR** 41:24

**QIR** 34:14
47:13

**qualify** 71:12

**quality** 33:22
34:14 35:18
36:7
39:6,9,12

**question** 7:18
8:10,13,17
18:16 23:10
25:1,2 28:25
29:8 31:14,22
32:20 33:5

40:3,12,14,20
43:12 48:22
51:13,15
55:6,25

**questions**
9:1,4 28:12
31:8 42:21,25
57:6,8 71:20
72:8

**quick** 7:9 8:4

___

R

**ran** 25:6 65:14

**range**
58:5,7,25

**re** 13:14 29:9
75:5

**read** 17:25
18:3,4,5
20:25 34:2
47:3 54:20
55:17 61:2
66:4 72:14
75:13

**Reading** 72:20

**real** 62:16

**really** 7:8,9
23:9 32:15
33:4 35:14
68:21 69:6

**real-time**
66:16,21,24

**reason** 26:6
33:9 35:1
66:25
76:5,7,9,11,1
3,15,17,19,21
,23

**reasonably**

12:22
14:15,24

**reasons** 18:21
22:1,3,4 26:5
35:13 61:22
68:15 76:2

**recall** 4:4
15:9 17:8
18:2 23:22,24
24:11,21
25:12,18,21
26:13,15,16,2
2
27:4,11,15,18
29:1,3 30:2
31:16,17
35:25 38:24
42:22 43:1,14
44:3 45:9
47:7 48:12,21
49:5 52:22,24
57:17 58:3,17
59:22
60:2,7,10,12,
15 61:5,19
69:18,19
71:12

**recalled** 27:1

**recalls** 48:12

**receive** 12:9
31:1 59:13

**received** 13:13
16:10 26:20
29:7 30:12
52:1,14 57:6

**recognize** 46:7

**recollection**
15:15 70:21

**recommendation**
22:23 23:15



46:13

**record** 5:3
7:9,11,13,15
12:13 13:19
14:19 19:1
24:9 27:8
28:16,18,20,2
3 34:1 43:17
50:21 56:24
57:1,3
62:19,22 63:1
66:18
72:2,4,6 73:9

**recorded**
18:8,10,15,19
,20,22 19:3
20:6 50:11
51:21
65:17,20
66:6,8 68:3,8

**recorder**
18:4,6,7 65:6

**recording**
18:23 19:8
50:14,16
66:23

**records**
44:9,21
45:1,3,5,9

**refer** 29:5

**referring** 28:6
40:2 65:19
67:18

**refreshing**
15:15

**regard** 60:10

**regarding** 8:20
12:17 13:12
17:20 23:7,12

25:12 27:23
31:8 32:5
43:23 44:15
45:22 47:14
55:3,8 65:21

**regards** 35:19

**regularly**
54:25

**regulatory**
44:10,14
45:22

**reincorporate**
14:19

**related** 35:6
63:20

**relative** 63:14
73:10,12

**remember** 7:20
8:6 26:23
27:1 53:1

**remotely** 1:18
2:6,10,17,19
74:6

**repaired**
37:17,19,22

**repeat** 29:8
37:4

**replace** 22:23
23:16 31:6

**replaced** 38:13
61:8,9

**replacement**
63:22

**report**
17:19,22
19:18 25:24
26:8 33:22
34:6,12,14

35:23 36:5,7
37:8,14,20,24
38:4,6,10
39:7,10,21,22
40:4,10,16
41:3 42:3
46:13,22
48:16 49:14
50:8 60:12
65:6,14,21
73:7

**reported** 1:24
23:2 39:18
49:9 51:5

**Reporter** 1:24
5:9,12,19
6:2,6 8:6
72:15,18
73:1,5,23
74:18 75:19

**reporting**
50:4,13 75:19

**reports**
16:5,7,8
39:12
40:7,8,20
41:1,15,24
43:8 48:25
65:24

**Representative**
1:6

**request** 35:5
36:11 41:10

**requested**
55:10

**requesting**
12:4

**requests** 42:7

**required** 12:21

40:9,11

**requires** 12:16

**reserved** 72:21

**resources**
30:22

**respect** 13:7
14:16,25

**respond** 14:20
20:8 31:13
44:18 45:25

**response** 7:18
12:23 57:8

**responses**
13:14

**responsible**
25:21

**responsive**
42:7 59:25

**result** 33:12
47:20 50:3
51:3

**resulted** 30:14
49:19

**resulting**
63:21

**resumed** 7:14
28:21 57:2
62:23 72:5

**retained** 16:14
32:25

**retrieval**
55:15

**retrieve** 55:15

**return** 75:16

**returned** 38:14

**review** 15:7





52:20 65:6
72:17

**reviewed**
15:2,3,8
16:13 18:18
20:22 42:23

**right** 17:12
22:3 24:20
27:21 28:25
34:5 38:12,18
43:19 55:19
56:1,10,11
57:10 59:8
60:6,18 62:17
64:22,25
65:21 68:1
69:12 70:25
71:4,19,25

**right-side**
68:4

**rise** 43:21

**Road** 2:4 6:20

**Robert** 2:12
5:16 75:2,25

**Rodabaugh** 1:6
5:5 8:20 75:5

**Rodabaugh's**
19:20

**rode** 40:23
68:25

**rode-about**
41:11

**ROGERS** 2:8

**role** 37:2,5

**rollover** 21:6
38:20,23 68:7

**ROMANO** 2:3

**room** 15:13

**root**
32:3,13,17
43:22,25 44:6
49:12 51:2
61:17

**rotor** 23:17
26:7 32:7,22
36:13

**Roy** 1:6 5:5
75:5

**RTADAMS@SHB.CO
M** 2:15

**ruled** 13:20

**rules** 8:4

**run** 54:16
55:20 58:24

**running**
55:3,5,9
63:13

**Ryan** 2:19 5:10

—————————
S
—————————
**safety** 4:4
9:18,20 24:21
25:23,25
44:9,21
45:4,7,8,12,1
5 46:16,20,24
50:1 62:11,14
64:17

**said** 17:19
20:22 22:25
27:5,6 28:1
33:22 35:12
40:17,23 41:3
50:15 53:2

**Sam** 5:25

**same** 14:8
25:5,10
35:21,23,25
36:5,18 38:24
42:4 58:11,22
59:3

**SAMUEL** 2:7

**Sauck** 62:12

**S-A-U-C-K**
62:12

**saved** 65:11

**saw** 45:18

**say** 8:7 16:24
17:21 20:3
37:12 41:23
48:18 51:20
55:13 62:8
66:21

**saying**
41:15,19 59:6
71:14

**says** 24:11
37:24,25 44:8
47:2,13
49:18,24 51:2
56:1 58:12
59:3,4,5
60:16 61:16
64:19 65:17
66:25 67:17
68:8

**scan** 20:24
30:20 66:3

**scanned**
71:8,15

**scans** 71:11

**Science** 11:13

**scope** 52:18

53:2 57:17
58:17

**screen** 11:19
24:5,15 33:23
61:1 67:21

**scroll** 34:3
38:16

**search** 35:7
40:22
41:10,19

**searched** 41:14

**seatbelt**
69:9,10,12,13

**second** 48:11
61:24 64:25

**seconds** 70:23

**see** 9:19 11:19
12:6 15:22,24
17:10 19:11
24:5,17 33:23
38:6 39:22
46:4 55:24
57:10 58:2
61:1 70:22

**seeing** 60:7

**seemed** 37:23

**seen** 11:25
33:25 34:9
46:9 51:25
52:2 55:1,19
68:18

**self** 53:23

**self-
explanatory**
56:13 57:21

**send** 49:14
72:15



Senior 10:7
11:2

sensor
38:19,21,23

sent 49:10
58:9,13

separate 53:14

September 1:17
5:2,7 6:23
73:15 74:8,9
75:1,9

served 13:16

service 10:7
39:13

set 21:25
26:4,7 29:24
52:4 66:15

setting 49:7

several 64:5
65:2 70:1

share 57:13

She 33:22

SHEET 76:1

Shook 2:13
75:3

short 7:12
28:19
56:15,25
62:21 72:3

should 5:21
60:4

show 11:18
21:1,10
28:2,6 34:3
36:3 40:21
42:8,10
43:2,9 46:6

54:7 63:3
67:18

showed 25:25
52:16 53:4

showing 28:11
60:23 67:3,5

shown 67:11,22

shows 22:11
37:21 54:10
61:4,7

side 21:6 68:5

sign 72:15,17
75:10,13,15

signature
75:10,15,21
76:25

significance
34:12

signing 72:20

similar 58:21

since 9:22
20:3

sitting 69:11

slow 69:5

small 29:21
30:8

SMASON@BAILEYO
LIVERLAWFIRM.
COM 2:9

Smith 2:13 6:3

software 55:24

sold 59:14

solder
49:19,20,21

some 8:4

15:2,8,12
16:11 17:5,25
18:5 20:25
21:21 22:3,6
26:25 29:21
30:8 31:19
32:25 33:17
36:25 37:10
38:9,16 55:10
56:12 57:7
61:20 62:2
63:18

someone 51:2

something
31:10 36:20
51:7 54:25
55:5,22
67:7,13 70:24

sometimes 8:9
55:11 68:22

somewhere
31:20 39:21

soon 54:1

sorry 7:8 14:4
18:16 24:15
30:1 36:11
37:4 44:25
55:25 57:15
63:7 69:17

Soul 16:4 24:4
34:24
35:10,19
36:4,6,8,14,1
5 40:23 41:11
58:16,17
59:2,3

Souls 39:17
40:25

sound 17:12

SOUTHERN 2:8

span 52:25

speak 13:6,25
71:18

Special 1:5

specific 22:19
24:1
30:2,14,21
31:17 32:21
34:13 37:2
40:16 45:21
46:1,9 47:6
52:4 63:17,20
64:8,15 68:6

specifically
32:21 36:9
48:16 49:5

speed 19:23

spreadsheet
60:19

SRS 38:8

stand 22:17

start 58:2,3

started 26:15

starts 29:4

State 1:25
11:9
73:2,6,24
74:2,19

statement
13:12 23:25

statements
16:5

states 1:1
35:23
48:13,18 49:2
58:18 60:8,15



**statistical**
63:8 64:8

**status** 54:19
67:24

**statutory**
44:10,14
45:21

**stay** 70:16

**stayed** 54:2
69:23,24

**steady** 54:2

**steps** 16:2

**still** 18:24
50:24 51:10
61:14

**stop** 20:6
38:12,17

**stops** 50:4,12

**structure**
68:24

**subject** 15:21
16:4
25:6,17,24
31:25 34:24
38:8
44:3,5,7,13
47:7 48:1,5,8
50:5,7 52:16
53:19 54:4,5
64:2 65:5
71:15

**substitute**
58:13

**SUITE** 2:4

**summarized**
64:10

**supplier**

31:24,25
49:16 55:20

**suppliers**
55:16

**supported** 67:1

**supposed** 66:22
70:8,15

**Supreme** 1:19
74:7

**sure** 7:10
24:15 25:15
28:13 32:20
36:19 38:7
40:3,13 44:19
46:2 48:15
60:4 62:1,3
71:14 72:1

**surprising**
68:9

**surrounding**
19:15

**swear** 5:12

**sworn** 6:10
74:8

**symbol**
69:14,15

**symbols** 70:12

**system** 18:5
20:23,25 23:2
35:11 60:11
66:17

**systems** 45:23

_____
T
**take** 28:13
30:20 37:15
56:15
58:16,23

68:14 71:24
75:9

**taken** 1:16 5:4
6:25 7:6
16:2,8

**taking** 4:3 8:6
42:15 44:3

**talk** 27:14
33:23 42:3
72:11

**talked** 55:2
61:23

**talking** 8:10
16:25 24:3
32:7,21 37:23
38:24 44:2,4
47:7 48:16
52:25 69:25

**talks** 24:23
36:11

**team** 46:23

**technical**
10:1,12 26:21
30:17,22
32:25 33:5
34:16

**Tecum** 11:22

**tell** 9:13 18:6
24:17 33:20
39:3 42:10
50:16 51:6
56:9
57:7,19,20
68:14,21 69:6

**telling** 42:13
57:12

**Ten** 39:25

**term** 22:9

**terrible** 65:9

**territories**
60:17

**test** 43:3
53:24 54:16

**testified** 6:10
8:1

**testify**
12:5,17 31:11
32:16 42:15
69:24 71:10

**testimony**
8:19,22
15:18,22
42:16

**testing** 54:9
55:9

**than** 15:5
19:9,12,25
20:4 35:10
52:16 55:17
56:8 61:20
67:25 71:1

**thank** 13:24
24:19 34:8
43:17 65:10
71:21
72:8,10,12,13

**Thanks** 56:23

**that** 5:17 7:18
8:6,8,19,22,2
5 9:3,24,25
10:4,6,10,12,
15,18,20,23
11:1,4
12:15,20,23
13:5,7,13,16
14:6 15:13
16:11,13,21,2



| | | | |
|---|---|---|---|
| 5<br>17:8,12,13,14<br>,19,21<br>18:8,9,10,18,<br>22 19:3,11,19<br>20:11,20,23<br>21:1,14,15,17<br>,19,21<br>22:7,11,17,20<br>,21,24,25<br>23:4,7,10,11,<br>14,18,20,22<br>24:13,14<br>25:2,5,7,9,11<br>,16,24,25<br>26:3,6,8,13,1<br>4,19,21,23<br>27:6,9,17,22<br>28:8,11,14<br>29:3,4,5,17,2<br>2,23<br>30:2,5,8,14,1<br>5,18,21,22,25<br>31:2,4,5,9,10<br>,14,18,19,21,<br>22,23<br>32:11,13<br>33:5,6,11,12,<br>15,18<br>34:18,20<br>35:4,6,23,25<br>36:14,20,25<br>37:4,10,13,14<br>,17,21,24<br>38:6,23<br>39:12,15,16,1<br>7,18,20,25<br>40:1,3,5,12,1<br>3,25<br>41:4,7,11,13,<br>15,19<br>42:2,3,4,9,20<br>,24 | 43:1,2,9,15,2<br>5 44:17,19<br>45:14,18<br>46:21,23,25<br>47:3,10,11,13<br>48:1,6,7,8,10<br>,21,22,24<br>49:1,5,8,20,2<br>2,25<br>50:2,4,12,13,<br>20,23<br>51:7,10,15,20<br>,25<br>52:1,2,3,5,10<br>,11,22<br>53:2,8,10,13,<br>18,21,22,25<br>54:2,5,9,10,1<br>6,20,24,25<br>55:1,13,15,16<br>,19,22,23,24,<br>25 56:2,3,6,9<br>57:6,14,16,25<br>58:11,18,21,2<br>4,25<br>59:6,9,10,17,<br>19,20,21<br>60:2,7<br>61:2,4,8,9,22<br>62:5 63:17<br>64:2,8,9,13,1<br>5,20<br>65:9,11,12,14<br>,20<br>66:4,5,7,19,2<br>1,22,23<br>67:7,10,11,13<br>,20,21<br>68:4,6,11<br>69:3,7,16,17,<br>19,24<br>70:8,21,22,23<br>,25 | 71:3,5,6,7,12<br>,13,15,17,18<br>73:6,8,10<br>74:6 75:9,10<br>**That'd** 56:18<br>**that's** 7:21<br>12:4 15:9<br>16:18<br>17:13,18<br>18:17 19:18<br>20:17 21:8,20<br>22:13<br>23:17,24<br>24:18,19 25:9<br>27:9 28:14<br>29:7 34:11,15<br>36:16 37:7<br>41:12<br>42:14,18<br>43:17 45:12<br>46:13,17<br>47:1,7<br>50:9,12,13,19<br>51:23 54:15<br>55:14 56:6,11<br>58:2,3,4 59:8<br>60:3,16,17<br>64:22 65:19<br>67:7,22 68:7<br>70:9<br>**their** 13:6<br>44:15,22<br>45:1,4 55:24<br>59:7 60:11<br>75:12<br>**them** 15:14,24<br>16:17 17:24<br>28:2 33:19<br>39:18 41:25<br>42:8 43:11<br>49:10,16<br>55:20 56:14 | 58:22 59:25<br>**themselves**<br>5:11<br>**then** 9:21<br>10:12,20,23<br>11:4 13:19<br>21:17 25:8<br>31:5,8 36:3<br>39:25<br>41:3,15,20,25<br>42:2,18<br>47:2,9,24<br>49:24 50:7<br>53:3 57:25<br>58:9,12,20<br>59:1,5,12,16,<br>20 60:8,18,23<br>61:10 62:4,15<br>64:11,19<br>65:7,16,23<br>66:11,19<br>67:13,17<br>68:2,13 72:16<br>**there** 8:6 9:20<br>16:11,24<br>18:8,10,14,18<br>,19,21 19:12<br>21:2 22:4<br>23:22,24<br>29:2,16,20<br>30:2 31:7,19<br>33:12<br>34:20,25 35:4<br>36:24 37:20<br>38:12,18<br>39:16 40:6<br>41:21,23,25<br>42:11,12<br>43:8,13<br>45:9,21 46:4<br>47:19 48:7,25<br>50:10 51:14 |



52:4 53:2,5
54:7,8,13,20,
22 55:16,18
58:17 59:19
61:16,22 62:1
63:15,23
64:15
65:1,17,20
66:5,8,25
67:2,21
68:5,7
70:1,25

**there's** 19:2
21:20 27:10
33:5 34:5
38:9 42:3
46:16,23
47:22 50:15
54:12 56:4,9
58:23 59:10
62:4 64:5
65:2 67:23
69:3

**Thereupon** 6:7
7:12 12:12
24:8 28:19
56:25 62:21
72:3

**these** 8:25
12:23 13:7
14:25 15:22
39:12 40:7
41:13 48:12
56:13 61:10
62:4 63:8
64:5,7,11,12,
16
65:2,3,8,24
68:11,14
69:8,9,19
70:5,11,25
71:3

**they** 15:14,16
25:8
33:3,5,6,18,2
0 35:14,19
36:17,18,24,2
5 37:15,16,23
38:12,17
39:13,15,16,1
8 40:4 42:21
45:2 46:24
48:13,18
49:15,16
50:24
52:17,18 53:3
55:22,23 57:7
59:13,14
60:12 64:23
66:1 68:13
69:8,23
70:8,12,16,21

**they're** 54:8
55:21 64:9
70:8,14

**thing** 19:18
21:2

**things** 9:19
16:16 35:10
66:17

**think** 15:9
17:13 20:10
21:8 26:14
39:23 42:8
45:18 48:20
51:8,13 52:2
56:21 57:21
58:13 60:6
61:12 62:1
64:23

**thirty** 75:14

**this**
5:14,16,18

9:4,21,22
11:19,25
12:6,11,15
13:8,17 14:17
15:1,20
17:4,20 18:25
19:4,13
20:14,19
21:18,22,24
22:8,9,11
23:1,7,11
24:1,7,11,20,
23
25:11,12,18
26:13,22
27:21
29:11,17
30:2,13,14,17
31:17
32:5,6,21
33:9,23,25
34:6,9,12,13,
17,22,25
35:1,3,7,19,2
2 36:3,5,7,23
37:8,14,20,24
38:4,7,10,22,
25 39:6,9,21
40:1,10,16
41:3,16
43:3,22,23
44:4,17
46:6,7,9,12,1
4,15,18,21,22
47:1,6,9,10,1
2,19 48:8,16
49:5 51:6,9
52:18 53:19
54:16 55:2
56:3
57:10,12,16,1
9
60:1,6,7,14,1

8,19 61:1,3,4
62:18,24
63:3,8,13,19
64:4,14
65:5,6,11,14,
21,23
66:3,5,7,9,11
,12,15,21
67:10,13,14,1
8,19,25
68:19,22,23
69:14,18,19,2
0,23 71:20
72:8 73:15
74:9 75:16

**Thomas** 1:6 5:5
8:20

**those** 13:19
15:10,12
16:7,8 22:6
27:5 28:5
29:18 40:25
42:22 44:22
45:2,10
52:20,23
57:20
58:10,13
59:2,13,14,23
60:20,22 64:9
70:9 71:11

**though** 32:15
48:25

**thousands**
42:12 43:5

**three** 5:19 7:7
34:7

**threshold**
18:23,25 19:8
20:17
50:15,17,20,2



3 68:23 69:6

**thresholds**
19:2,7

**through** 13:7
14:25 28:3
29:12
31:10,22,23
33:6 34:19
36:4,8,15
40:24 41:12
53:23
55:4,9,20
56:12 58:24
60:12,24 62:8

**throughout**
54:10

**time** 5:7 7:5
12:7 16:8
19:21 20:11
26:12 28:22
37:21 40:10
53:24 54:2
62:19,25
71:20,22 72:8
75:10

**timeframe**
40:25 41:20

**timeline** 25:14
26:25

**times** 7:24

**tiny** 61:1

**title** 9:10
46:12

**titled** 11:21

**today** 5:7 7:9
8:19,23 9:1
14:7 15:11,18
27:14

**together** 17:24

40:7

**told** 16:21
51:9

**took** 17:9,25
68:11
69:12,19
70:11 75:11

**tool** 20:24
52:10,11,13
66:3,24

**top** 57:19

**topic** 12:18
16:20 44:17

**topics** 12:23
13:12,16
14:25 15:21

**total**
60:2,3,4,7

**towards** 17:11
46:19

**transcribe**
73:8

**transcript**
72:16 73:9
75:24

**Transport**
60:13

**travel** 23:23

**trend** 48:1

**trial** 7:22

**trigger** 22:7

**triggered**
21:22

**trouble**
21:3,9,22,24
22:10,17,20
23:15 24:2

25:4,5,18
29:18,22
30:13 31:2
35:6,20
41:2,14 49:8
52:5
54:14,18,19
61:7 63:21

**true** 73:9

**truly** 75:17

**Trust** 1:5 5:5
75:5

**try** 41:9 43:14

**trying** 29:23
40:16 70:14

**turn** 51:3
66:22 69:21
71:21

**turned** 54:1

**Twelve** 10:5

**two** 25:8,10
35:9 37:23
38:25 39:2,16
40:4 57:25
58:1

**type** 55:15
58:14
68:19,24 69:7

**types** 45:2
58:7

───────────
U
───────────
**U.S** 50:2 60:16

**uh-huh** 8:9

**ultimately**
48:21 63:15
65:16

**um-hum** 8:9

38:1

**unable** 27:22

**under** 37:24
49:18 68:25
71:12

**underride**
68:24

**undersigned**
74:5

**understand**
8:10,25 9:3
12:15,20
21:17 23:9
27:12 30:1
31:14 32:20
40:15,16
70:16 71:14

**understanding**
12:2 16:10
35:4

**underway** 25:13

**United** 1:1
48:13,18 49:2
58:18 60:8,15

**units** 61:6

**Universal**
75:19

**University**
11:9

**unknowable**
61:18

**unreasonable**
43:4

**unsafe** 47:16

**unusual** 54:24

**up** 33:11 38:17
46:4 47:2



48:21 55:8
66:24

**upon** 14:7

**us** 33:6 55:11
57:12 63:5
72:15 75:16

**USA** 58:9,14

**use** 15:14
20:24

**used** 9:1 17:24
23:12,19
25:7,17 28:10

**using** 59:6

---

V

**vehicle** 9:16
15:3,5
16:15,22
17:7,16
18:1,25 19:21
21:24 23:7,17
25:6,17,24
26:7
32:6,7,22
34:24 35:10
36:13
37:17,18,25
39:13
40:18,24
41:7,11
44:3,5,7,13
48:2,5,7,8,11
49:6
50:5,7,17,20
53:19 54:4,11
58:7,10 64:2
68:17,18
71:15

**vehicles**
23:8,13 24:24

29:18
37:3,6,15,21,
24 38:2,25
39:2 40:1,21
41:13
44:12,15
45:23 49:2,7
57:16
58:3,5,15
59:21,23
60:19,22 62:5
65:3,5

**verbal** 8:8

**versus** 64:24

**via**
2:6,10,17,19
75:24

**vibration**
38:20

**video** 5:4
53:22 70:22

**Videographer**
2:19 5:3,10
7:11,15
28:18,22
56:24 57:3
62:18,24
72:2,6

**videotaped**
1:15 4:3 5:1
11:21 13:15

**VIN** 58:24,25
62:2

**VINs**
59:12,15,24
60:11,20

**violations**
44:10,11,15
45:22 46:1

**visually** 69:6

**voltage** 67:3

**vs** 5:6 75:5

---

W

**wait** 60:24

**waive**
75:10,15,21

**want** 28:11,13
69:10 72:14

**warning** 34:17
47:4,14,20,22
51:3 52:6
53:5,20,22,25
54:3,8,11,17
56:1,4,5,6,7,
8 69:16,17
70:1,2,10,13

**warranty** 61:6
63:10

**wasn't** 23:19
50:10

**way** 23:12 26:8
54:7,12,13
59:5 63:14

**we** 5:3,19 6:3
7:9 8:7,9
9:15,16,17,18
,19 16:10,14
17:6 23:18
26:6 28:16
29:3,20 32:25
33:5 36:14,25
38:16,24
41:20,25 42:9
43:13,15
44:17 48:10
49:6,7,10,11,
14

50:9,10,17,23
52:3,8,9
55:10,17
56:15,18
58:11,16,23,2
4,25
59:1,12,13,14
,18,25
60:10,17
62:15 63:1
65:16 69:1,10
72:14

**we'd** 72:16

**weeks** 12:7

**we'll** 58:12
71:25
72:11,16

**were** 7:2
10:10,12,15,2
0 11:1,4
16:7,8,16
18:8 23:1
27:9 29:20
35:18
38:3,4,14,24
39:16 40:4,20
41:1,10,13
42:12 46:4
47:7 48:6,10
49:1 52:18
53:2,5
59:7,14
61:8,9 64:9
68:13
69:11,20
70:5,11,12,13
71:1,3

**we're** 38:14
50:24 59:21

**Were** 26:12



29:16 45:21

**We're** 62:19

**WEST** 2:4

**WESTERN** 1:1

**we've** 35:25
42:6 57:17
61:23 67:11

**what** 6:22
9:10,13,24
10:6 11:10,12
12:2,3 14:23
15:6
16:1,8,20,21
17:8,14
18:2,6,9 19:7
20:23
21:1,4,14,17,
23 22:3,14,17
23:9 24:1,17
25:20
26:6,16,19
29:23 30:5
31:9,18
32:3,11
33:18,20,21
34:11
37:2,6,8,12
38:3,17 39:5
40:13 42:11
44:19
46:11,13,21
48:15,18
49:20,25
50:12,13 52:6
54:24 55:18
56:2,19
57:7,12,20,25
58:9,20
59:6,10,18
60:17,18
61:3,18,24

62:8
63:4,10,15
64:4,7
65:7,19,23
66:1,11,22
67:18 69:8
70:14

**what's** 18:25
31:2 34:12
39:9 45:4,16
54:15 57:21
59:9,20 61:10
63:13

**when** 7:5 12:6
15:3,6 16:24
17:3,5,8
22:25 23:1
25:6,11 26:23
27:3 28:25
29:9 30:1
31:1 32:10
37:12,15
39:2,3,4,5,6,
20 40:10,18
41:3,23 44:21
46:14 54:8,11
55:20 59:9,10
66:21,22,24
69:20,23
70:9,11,13

**whenever** 70:3

**where** 11:1,8
47:2 52:15
53:5,8 55:20
56:1 58:23
64:9,11,12,13
66:12 67:19
68:19,24
69:11

**whether** 19:12
20:20 42:21

71:10

**which** 5:12
12:16 20:11
21:12 28:6
34:6 35:24
36:4 42:13
50:3,20
56:1,7 61:23
75:14

**While** 34:14

**who** 5:22 9:6
12:9 25:20
32:16 33:3
46:22 62:12
75:11

**whoever** 64:12

**whole** 27:1
38:6 54:2

**whom** 16:7

**Who's** 45:14

**why**
18:12,14,19,2
0 25:9 26:2
35:1
36:9,12,16
40:16 46:14
50:21 54:22
59:1 65:20
66:25 67:5
68:14

**will** 5:11,12
8:11,14,17
14:7 43:18
51:3,4,5 53:8
57:13 59:14
63:18 71:21
72:14

**wish** 75:15
76:2

**with** 6:4 13:6
14:16,24 15:2
16:1,20 21:24
23:7 24:20
29:5,19,21
30:13,14
31:3,17
33:3,18 34:5
35:19 36:21
39:17 41:1
45:4 47:4,9
49:7 50:4
51:3
53:10,11,19
55:11 60:7,10
61:6 68:19
73:13 75:14

**within** 12:18
20:12,15
22:18 23:6
25:21 27:9
45:23 52:18
53:2 75:13

**witness** 3:2
5:13 6:9 7:22
12:4 28:1
72:13,21
73:15 74:9

**wondering**
55:19

**word** 17:24
63:24 69:22

**work** 46:25

**worked** 10:23

**working**
33:3,12,15

**would** 19:3,11
20:6 21:18
24:14 29:8
31:8,9,22



```
32:16 33:6,22         41:12                 58:8,19 59:25        24:5,13,17,19
34:2                  57:22,23              62:6                 ,20
36:20,23,24           63:16                 64:1,3,8,22          25:2,5,6,11,1
37:4 39:25                                  65:4,7,10,13,        6,24
41:4 42:10            years                 15,18,25             26:8,12,16,23
48:8                  10:5,11,16,21         66:8,10              27:3,10,14
49:8,9,14,15,         34:19                 67:9,12,16           28:2,5,6,10,1
16 50:4               36:12,15              68:10,12             1,13 29:8,23
51:10,21             44:11 45:22            69:25 70:18          30:15,24
52:3,5,6,7,17        52:25 53:1             71:16                31:1,10,16,18
53:3 54:10            61:5 63:9                                  32:3,10,13
55:15 56:19                                 yet 32:11            33:19,20,22,2
62:8 63:10           yes 6:4                41:8,11              3,25
67:14,20 68:4         7:1,4,23                                   34:2,8,11
71:12                 8:12,15,18,21         you 6:15,24          35:2 36:3,9
                      ,24 9:2               7:2,5,21             37:2,4,12
wouldn't              10:3,9,14,17,         8:1,5,8,10,11        38:3,16
52:3,8                22 11:7,20,24         ,13,14,16,17,        39:3,5,6,8,23
                      12:1,19               19,22,25             40:13,17
wreck 16:3            13:3,23               9:3,8,13,21,2        41:3,15,23
                      14:1,4,9,21          4                     42:6,8,9,11,2
writes 39:12          15:13,23             10:4,10,12,15         0,22,23
                      17:2,13              ,20,23                43:4,18,23,24
written 34:15         19:17,22             11:1,4,8,10,1        44:2,3,17,19
40:9                  20:17,24             5,18,19,25           45:25
                      21:11 22:10          12:6,9,15,20,        46:4,6,7,9
wrong 69:22           23:4,5               21                   47:3,6,19
                      24:6,13,22,25        13:1,5,21,24         48:1,6,15
─────────            25:7 26:10,18        14:3,6,7,11,1        49:20
       X             27:16,19 28:8        4,23                 50:16,21
─────────            29:15 30:4           15:6,7,10,11,        51:1,7,8,9,25
X-ray 30:20          32:2,4,8,12,2        14,18,22            52:14,20,22
                      4 33:2,24            16:21,22,24,2        53:18
─────────            34:9 35:3            5                     54:10,16,22
       Y             36:22 39:1           17:3,8,19,23,        55:2,3,7,13,1
─────────            44:4                  24                   4,17,20
yeah 24:16,18        45:2,13,20           18:2,6,9,12,1        56:9,14,19
38:2 47:4            46:8,10              7,19                 57:5,6,10,12,
49:21 56:21          47:8,18              19:11,15,20,2        13 59:10,18
59:8,19              48:11,23,24          3,25                 60:9
60:16,20 61:2        51:17,18             20:3,8,9,10,1        61:1,12,23
62:6 64:17           52:21 53:16          8,22 21:18           63:3,5
65:1 66:13,23        54:6 56:17           22:16,25             64:4,6,22
67:1,3              57:11,15,24          23:1,9,11,14
68:4,15,21
71:17

year 11:10
17:10
40:23,24
```



65:1,6,10,12,
14,19,20,23
66:21,22 67:5
68:11,14,18
69:18,19,20,2
3 70:11,21
71:2,7,10,13,
14,20,21
72:8,9,10,11,
12,13
75:9,10,12,13
,15

**your**
6:15,19,22,24
7:5,18
8:19,22
9:3,6,10,13
11:12 12:2
15:15,18
16:1,20 20:18
27:17,22 29:8
32:10,14,20
35:17 40:17
42:7
43:8,12,17
48:22
51:13,15 57:8
58:14 59:7
65:12 68:18
71:2,11,20,22
75:9,10,11,13
,15

**you're** 8:5
15:24 24:3
27:17,22 28:6
32:7,21 43:1
48:20 49:4
59:6 65:19
67:18

**yours** 75:17

**you've** 7:19
52:1 55:19

59:23 68:22

**YT** 47:14

---

Z

**zero** 59:4,5,7

**zeros** 25:9,10

**Zoom**
2:6,10,17,19
5:20,23

