# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH


ADVOCACY TRUST, LLC, as Special
Administrator and Personal
Representative of the Estate
of THOMAS ROY RODABAUGH, Deceased,

     Plaintiff,

 vs.

CASE NO.: 5:21-CV-5064-PKH
KIA CORPORATION, KIA AMERICA, INC.,
and JOHN DOES 1-3,

     Defendant.
_____/




VIDEOTAPED DEPOSITION OF MICHELE CAMERON

TAKEN ON BEHALF OF THE PLAINTIFF

AUGUST 31, 2022
11:30 A.M. TO 2:45 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
MISSY GLAUSER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

**Page 2**

```
 1           APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFF:
 3     JESSICA L. LATOUR, ESQUIRE
        ROMANO LAW GROUP
 4     PO BOX 21349
        WEST PALM BEACH, FLORIDA 33416-1349
 5     (561) 533-6700
        JESSICA@ROMANOLAWGROUP.COM
 6     (REMOTELY VIA ZOOM)
 7     SAMUEL W. MASON, ESQUIRE
        BAILEY & OLIVER LAW FIRM
 8     3606 SOUTHERN HILLS BOULEVARD
        ROGERS, ARKANSAS 72758
 9     (479) 202-5200
        SMASON@BAILEYOLIVERLAWFIRM.COM
10     (REMOTELY VIA ZOOM)
11  ON BEHALF OF THE DEFENDANT:
12     ROBERT T. ADAMS, ESQUIRE
        HOOK, HARDY & BACON, LLP
13     2555 GRAND BOULEVARD
        KANSAS CITY, MONTANA 64108
14     (816) 421-5547
        RTADAMS@SHB.COM
15     (REMOTELY VIA ZOOM)
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1         INDEX OF EXAMINATION
 2  WITNESS: MICHELE CAMERON
                          PAGE
 3  DIRECT EXAMINATION
      By JESSICA L. LATOUR, ESQUIRE      5
 4
    CROSS EXAMINATION
 5    By ROBERT T. ADAMS, ESQUIRE        89
 6  RE-DIRECT EXAMINATION
      By JESSICA L. LATOUR, ESQUIRE      105
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1           INDEX OF EXHIBITS
 2
    EXHIBIT       DESCRIPTION          PAGE
 3
      1    NOTICE OF TAKING DEPOSITION       10
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1      VIDEOTAPED DEPOSITION OF MICHELE CAMERON
 2              AUGUST 31, 2022
 3      THE COURT REPORTER:  Okay.  We are now on the
 4  video record.  Today's date is August 31st, 2022
 5  and the time is approximately 11:30 a.m.
 6      We are here for the deposition of Michele
 7  Cameron in the matter of Advocacy Trust, LLC/Thomas
 8  Roy Rodabaugh vs. Kia Corporation, Case Number
 9  5:21-CV-5064-PKH.
10      Pursuant to Florida Supreme Court Order
11  AOSC20-23, all parties are appearing remotely.
12      The Court Reporter is Missy Glauser with
13  Universal Court Reporting.  And would Counsel
14  please introduce themselves for the record?
15      MS. LATOUR:  This is Jessica Latour on behalf
16  of the Plaintiff.
17      MR. MASON:  Sam Mason for Plaintiff.
18      MR. ADAMS:  Hi, this is Robert Adams and I
19  represent the Kia Defendants, KA and KC.  And I'm
20  with my partner, Jennifer Artman.
21  Thereupon:
22              MICHELE CAMERON
23  was called as a witness, and after having been first
24  duly sworn, testified as follows:
25              DIRECT EXAMINATION
```



6

1  BY MS. LATOUR:
2      Q   Good morning, Ms. Cameron.  My name is Jessica
3  Latour and I represent the Estate of Thomas Rodabaugh.
4  What is your address?
5      A   I'm employed at 111 Peters Canyon Road in
6  Irvine, California.
7      Q   And what is your home address?
8      A   It's 2332 North Towner Street in Santa Ana,
9  California.
10     Q   And what is your date of birth?
11     A   10/19/63.
12     Q   Okay.  Have you ever had your deposition taken
13  before?
14     A   Yes ma'am, I have.
15     Q   Okay.  And was it -- recently, when was the
16  last time you had your deposition taken?
17     A   I don't recall the exact date.  I think I may
18  have had one earlier this year, but I don't recall the
19  specific date.
20     Q   And was it -- were you deposed in the capacity
21  as a Corporate Designee for Kia?
22     A   I believe I was.
23     Q   Okay.  Have you ever appeared at trial for Kia
24  America, Inc.?
25     A   Yes, I have.

7

1      Q   How many times?
2      A   Maybe three or so.
3      Q   Have you ever testified in hearing for Kia,
4  Inc. or as you guys call it KA, so I'll refer to it
5  as KA.
6      A   Yes, I have.
7      Q   Okay.  And do you know how many times you've
8  been deposed on behalf of KA in the past, approximately?
9      A   No, I don't have a specific -- a specific
10  number.
11     Q   Do you think it's more than 10?
12     A   Yes, I do.
13     Q   All right.  I know you've had your deposition
14  taken many times, so I won't belabor the rules.
15  However, I do want to just point out that there is a
16  Court Reporter taking down everything we say.
17         So, just be sure to give verbal answers, no
18  uh-uh or um-hum, just yes, no or whatever the answer may
19  be as long as it's a verbal answer.  If you do not
20  understand my question, will you let me know?
21     A   Yes ma'am, I will.
22     Q   Okay.  And if you find my question confusing,
23  will you let me know?
24     A   Yes ma'am, I will.
25     Q   Okay.  And if I have assumed an incorrect

8

1  fact, will you let me know as well?
2      A   Yes, I will do my best.
3      Q   Okay.  And then, if you don't know the answer
4  to a question, will you let me know that as well?
5      A   Yes, I will.
6      Q   Okay.  And are you aware that your testimony
7  today is regarding a lawsuit involving the deceased,
8  Thomas Rodabaugh?
9      A   Yes, I am.
10     Q   And are you aware that your testimony today is
11  about a lawsuit involving Kia America, Inc.?
12     A   Yes.  It's my understanding Kia America is the
13  party.
14     Q   Okay.  And do you understand that the answers
15  to these questions may be used in Court?
16     A   Yes, I do.
17     Q   Okay.  And do you understand that the answers
18  to -- your answers to these questions may be presented
19  to a Jury?
20     A   Yes, I do.
21     Q   Okay.  And where are you currently employed?
22     A   I work for Kia America.
23     Q   Is that the only entity?
24     A   Yes, it is.
25     Q   And what is your job title?

9

1      A   I am the Executive Director of Customer Care.
2      Q   And what do your duties entail?
3      A   I'm responsible for all of the programs,
4  policies and procedures relative to customer support.
5  So, we operate the consumer, the Customer Care
6  Assistance Center, we've got a roadside assistance
7  program.
8         We operate in arbitration program to assist
9  our customers as well as all areas of customer support
10  for inquiry that could include recall campaigns, related
11  support, reimbursements, those types of things.
12     Q   As far as the recall related support, what
13  specifically did you do there?
14     A   Well, if a customer has paid for a repair that
15  is ultimately covered by a particular recall, there --
16  they may be entitled to a reimbursement for some of
17  those expenses.  So, my team will receive and review and
18  process those requests.
19     Q   Okay.  And how long have you been in that
20  position?
21     A   I've been responsible for customer care at the
22  national level for Kia America since the year 2000
23  roughly.
24         MS. LATOUR:  Okay.  I'm just going to share my
25      screen really quick.  I'm going to mark this as



10

1       Exhibit Number 1, Plaintiff's Exhibit Number 1.
2           (Thereupon, Plaintiff's Exhibit 1 was entered
3           into the record.)
4   BY MS. LATOUR:
5       Q   Have you seen this document?
6       A   Yes, I believe I have.
7       Q   Okay.  The reasons I'm reading --
8       A   So long as this is the final version, yes, I
    believe I have.
10      Q   Yeah.  I don't know why -- wait a minute.  Hold
11  on.  All right.  Here we go.  Yes, this is the final
12  version.  Do you know what this is?
13      A   Yes.  It's the Notice of Deposition.
14      Q   Okay.  And when did you receive this?
15      A   I received it yesterday.
16      Q   From whom?
17      A   From my Attorneys.
18      Q   Do you understand that exhibit -- this
19  document, Exhibit Number 1 is the deposition notice,
20  which requires Kia America, Inc. to designate a person
21  to testify on its behalf regarding the topic listed in
22  the notice?
23      A   Yes, I do.
24      Q   And do you understand that KA is required to
25  fully prepare you to provide all answer -- all

11

1   information known or reasonably available to KA in
2   response to the designated matters listed in this
3   notice?
4           MR. ADAMS:  Let me just object on the grounds
5           of form and legal conclusion.  Go ahead and answer
6           the question, Ms. Cameron.
7       A   Now I've kind of forgotten the question.  Can
8   you say that again?
9   BY MS. LATOUR:
10      Q   Do you understand that KA is required to fully
11  prepare you to provide all information known or
12  reasonably available to KA in response to the matters
13  that are listed in this deposition notice?
14          MR. ADAMS:  Same objection.  Go ahead and
15          answer.
16      A   Yeah.  I think it's outlined in the notice, it
17  talks about the request and what our obligation is.  And
18  so, I do understand that I am being produced on behalf
19  of the company to provide information about certain
20  matters and should be prepared to do so.
21  BY MS. LATOUR:
22      Q   Okay.  And are you the person that has been
23  designated by KA to speak on their behalf with regard to
24  these topics listed under Exhibit A?
25      A   Yes.

12

1       Q   Okay.  And the first one is Kia America, Inc's
2   policies, procedures and protocols related to marketing,
3   advertising, distribution and placing into the stream of
4   commerce Kia vehicles, including the 2017 Kia Soul at
5   subject here and related occupant protection system.
6           Are you the person designated to speak on
7   their behalf regarding that topic?
8       A   Yes.  Number 1, yes.
9       Q   Yes, Number 1.  And who designated you to
10  speak on behalf of KA regarding this topic?
11      A   I don't -- I don't really understand the
12  question in terms of who.
13      Q   Who within Kia -- Kia America designated you?
14      A   I'm not --
15          MR. ADAMS:  I'm going to object --
16      A   Go ahead.
17          MR. ADAMS:  Let me just object to the
18          question.  Jessica, I can kind of short circuit
19          things, this may be helpful.  The company has
20          designated Ms. Cameron on the seven topics in your
21          re-notice of deposition.
22              And I wanted to, and I think this will help
23          you, that Topic 6 and 7 are duplicative of topics
24          that are designated as 5 and 6 for the deposition
25          of Mr. Allan Dow.

13

1           And they're both going to talk about those
2   topics, but Ms. Cameron will talk more about
3   communications with customers in the public.
4   Whereas Mr. Dow, on the same topics, will talk more
5   about the analysis associated with the recall.
6           And I also just for purposes of the record, I
7   wanted to incorporate Kia's objections to the
8   topics, which were served on August 29th, 2022.  But
9   the company was designated on all of those topics
10  that you just showed her.  And again, we
11  incorporate the objections that we've made as I
12  stated earlier.
13          MS. LATOUR:  Okay.  And just also for the
14          record, I do note that the Court has not ruled on
15          any of those objections.
16  BY MS. LATOUR:
17      Q   Okay.  Mr. Cameron, as far as authority, do
18  you have full authority to speak on behalf of KA
19  regarding these topics?
20      A   Yes, I believe so.
21      Q   And are you aware that the answers that you
22  give to my questions will be binding upon Kia America?
23      A   Yes, I do.
24      Q   Okay.  Are you an officer or director of KA?
25      A   I am a director in title.  I am not a director

14

1  -- a formal director of the corporation.
2      Q   Okay.  And do you as the Corporate Designee
3  agree that your answers to my questions will be binding
4  upon KA?
5          MR. ADAMS:  Objection, form.  Also calls for a
6  legal conclusion.
7  BY MS. LATOUR:
8      Q   You can answer.
9      A   I understand that I am a representative of
10 KA.
11     Q   And you agree that your answers will be
12 binding upon KA?
13         MR. ADAMS:  Same objection.  Go ahead and
14 answer.
15     A   I mean, to the extent that that is covered
16 legally and I'm not qualified obviously to make that
17 statement.  But I do recognize that I'm representing KA
18 in this deposition.
19 BY MS. LATOUR:
20     Q   Okay.  So, given your caveat, it's fair to say
21 yes?
22         MR. ADAMS:  Same objection.  Go ahead and
23 answer.
24     A   As I stated.
25 BY MS. LATOUR:

15

1      Q   Is that a yes?
2      A   Yes, I understand I'm representing Kia in this
3  deposition.
4      Q   That wasn't my question.  My question was, do
5  you agree that your answers to my questions would be
6  binding upon KA?
7          MR. ADAMS:  Same objection, form and also
8  calls for a legal conclusion.
9      A   Yes.  I don't know what -- legally, what that
10 entails in terms of binding, but I do understand that I
11 am representing KA.
12 BY MS. LATOUR:
13     Q   Okay.  Ms. Cameron, are you prepared to
14 provide all information known or reasonably available to
15 Kia America, Inc. with respect to matters of inquiry
16 listed in this 30(b)(6) Notice?
17         MR. ADAMS:  Objection to form.  Also, calls
18 for legal conclusion.  You can go ahead and
19 respond.
20     A   Yes.  The topics are quite broad and they're
21 very general.  So, I believe that I am prepared --
22 BY MS. LATOUR:
23     Q   Okay.
24     A   -- to the extent that I can be.
25     Q   What have you done to gather the knowledge

16

1  known or reasonably available to KA with respect to the
2  matters of inquiry listed in the 30(b)(6) Notice?
3      A   I met with my Attorneys and I had reviewed
4  documents that have been produced in this case.
5      Q   Did anyone from Kia or KA help you prepare for
6  your testimony?
7      A   No.
8      Q   How much time did you spend preparing to
9  respond to the matters of inquiry listed in the 30(b)(6)
10 deposition notice?
11     A   I'd say about six hours.
12     Q   Okay.  Going to Topic Number 1, do you have
13 the notice in front of you?
14     A   I don't believe that I do.
15     Q   Okay.  I can pull it up on the screen for you.
16 Topic Number 1, Kia -- and I read it to the record.  I'm
17 not going to read any of that, but you have it -- you
18 can see it, right?
19     A   Yes, ma'am.
20     Q   Okay.  What is your experience with this
21 topic?
22     A   Well, as a nearly 30-year team member working
23 in various capacities in the National Sales Department
24 and the regional office and in the service team
25 supporting customers, I have experience into each of the

17

1  areas because we're -- my team is obviously responsible
2  for providing customer support regarding all areas of
3  vehicle ownership.
4      Q   Okay.  And then, what have you done to make
5  sure you're able to testify as to all information known
6  to KA about this topic?
7      A   What -- can you -- can you be more specific
8  about this topic?  This topic --
9      Q   Sure.
10     A   -- covers many different areas, marketing,
11 advertising, distribution.  And so, as I mentioned,
12 generally, obviously, I have a great deal of experience
13 working with these particular areas, but I have reviewed
14 some documents that have been produced relative to these
15 topics.
16     Q   Okay.  And what documents were those?
17     A   There are documents relative to the vehicle
18 import and I would say distribution to dealers, such as
19 the dealer invoice, the Monroney label.  I believe there
20 are product brochures, owner's manuals, warranty
21 booklets.
22     Q   And you reviewed these to be prepared for
23 these topics?
24     A   Yes, as I just stated.
25     Q   Okay.  Are there any other people within KA



Cameron, Michele  08-31-2022

18

1 that would have knowledge about these matters of
2 inquiry?
3     A    Well, there are certainly a number of
4 different folks that work in various departments that
5 would have knowledge about these general topics.  So, I
6 would say yes.
7     Q    Okay.  Who would they be?
8     A    Members of the -- go ahead.
9         MR. ADAMS:  Objection, form, overbroad.  Go
10 ahead and answer.
11     A    Yes.  Team members from those particular
12 departments or sub-departments.
13 BY MS. LATOUR:
14     Q    Do you have any specific names that you can
15 provide to me?
16     A    Like, it sort of depends on what you're asking
17 about and what specific function.
18     Q    Well, let's talk about Number 1.  Other than--
19 if I were to call a Witness that would have knowledge as
20 to policies, procedures, protocols relating to
21 marketing, advertise or distribution, is there anyone
22 else that you can provide to me that would be able to
23 give information about those?
24     A    Sure.
25         MR. ADAMS:  Same objection, form and

19

1 overbroad.  Go ahead and respond.
2     A    Right.  We have entire departments that are
3 responsible for providing support relative to overall
4 marketing and advertising as a subset of marketing,
5 distribution.
6 BY MS. LATOUR:
7     Q    Okay.  Any names that you know in particular?
8     A    Well, it depends.  If you're talking about
9 someone who is an analyst versus someone who is the vice
10 president.
11     Q    Okay.  Who's the vice president?
12     A    So, the Vice President of Marketing, his name
13 is Russell Wager, W-A-G-E-R.
14     Q    And then, you said the analysts, do you know
15 any of the names of the analysts?
16     A    I do not.
17     Q    Okay.  Anyone else that you know?
18     A    I mean, I know a number of folks.  I don't
19 know exactly what their titles are.
20     Q    Okay.
21     A    As I said, we have a very large organization.
22     Q    All right.  Well, I'm only asking people that
23 you know what their titles are, you know what they do,
24 you could -- you could confirm that they would have
25 information regarding these topics.

20

1     A    Okay.  So, I gave you the vice president of
2 marketing.  There is a national manager in charge of
3 advertising.  Her name is Candelaria Powell,
4 P-O-W-E-L-L.
5     Q    Okay.
6     A    There is an executive director of
7 distribution.  His name is Robert Kuntze, K-U-N-T-Z-E.
8     Q    Okay.
9     A    And I'm not sure exactly what the question is
10 relative to the occupant protection system since that's
11 on your list of topics as well.
12     Q    Okay.  So, it's fair to say you don't have
13 anyone you could provide for that based on that?
14     A    I mean, depending upon -- there aren't really
15 policies, procedures and protocols regarding a
16 particular component that doesn't really -- really fit
17 with that.
18     Q    Okay.  So, it's fair to say there's no one
19 that you can think of that could testify to it because
20 of that reason?
21     A    Testify to what about it?  It depends what
22 your -- it just says and the related occupant protection
23 system.  So, I'm not sure --
24     Q    Is it -- you do not know what an occupant
25 protection system is?

21

1     A    No, I do.  I do.
2     Q    And what is an occupant protection system?
3     A    So, you have the primary restraint system,
4 which would be the seat belt system, and then you have a
5 supplemental restraint system, which is the airbag
6 system.
7     Q    Okay.
8     A    That would be my definition of the occupant
9 protection system.  Of course, there are other safety
10 related technologies that applied to the vehicle that,
11 under the broader term, occupant protection system might
12 arguably qualify.
13         So, I'm not -- I'm not sure -- it's a very
14 broad term.  So, I'm not sure exactly what you're most
15 interested in there.
16     Q    Well, let's say in relation to a safety belt.
17     A    In relation to seatbelts, do we have -- well,
18 we have members of our product quality organization that
19 provide after sales service support.
20     Q    Okay.  Anybody -- any names in particular for
21 that?
22     A    And then, we have members of our North
23 American Safety Office Engineers, and I believe you'll
24 be speaking to one of those team members, Mr. Allan Dow.
25     Q    And then, when I asked about the airbag,

22

1 anybody specific that would testify to have knowledge of
2 these topics?
3     A   I believe Mr. Dow is the person most
4 knowledgeable.
5     Q   Okay.  And have you spoken to Mr. Dow at all
6 about your testimony today?
7     A   I have not.
8     Q   Topic Number 1, are there any written
9 policies, procedures or protocols relating to marketing,
10 advertising, distribution or placing cars into the
11 stream of commerce?
12     A   I believe that there are.
13     Q   Okay.  To your knowledge, what specifically?
14     A   I don't have any titles associated with those.
15 And as I said in my preparation, I reviewed documents
16 that have been produced.
17     Q   Did you have -- did you play any role in
18 producing those documents?
19     A   I did not.
20     Q   But you can't tell me specifically what any of
21 these policies, procedures or protocols are?
22     A   I can tell you the various types of marketing
23 advertising and I can tell you about the specific
24 processes associated with our distribution of vehicles
25 into the market place.

24

1 from a specific department within KA?
2     A   They would be the responsibility of the Kia
3 Marketing Department.
4     Q   And information used in the marketing
5 collateral, does that marketing department today have
6 any role in -- strike that.  These things, these photos,
7 videos, things produced, are they created in conjunction
8 with any other department, information --
9     A   We do --
10     Q   -- department?
11     A   We do have an advertising agency that we work
12 with.  And they work in conjunction with the department
13 that's responsible for working with the manufacturer
14 relative to the planning of the vehicles.  That would be
15 the product planning department as they would provide
16 the specifications and other information specific to the
17 vehicles.
18     Q   Do you know who's in charge of the product
19 planning department?
20     A   There's a gentleman named Orth Hedrick,
21 H-E-D-R-I-C-K, that first name is Orth, O-R-T-H.
22     Q   Okay.  And who's in charge of the marketing
23 department?
24     A   I think I mentioned that earlier.  The Vice
25 President's name is Russell Wager.

23

1     Q   Okay.  So, go ahead and tell me that.
2     A   So, marketing consists of various components,
3 such as print, digital, television, radio, brand
4 partnerships, events and shows.  So, as you can see,
5 it's quite a -- it's quite a broad topic.
6     Q   Okay.
7     A   So, those are the various aspects of the -- of
8 marketing and advertising of vehicles that we
9 participate in, and there are various levels of that.
10     Q   And what are the levels?
11     A   Well, there's what we call Tier 1, which is
12 national advertising that Kia participates in.  There's
13 Tier 2, which would be Kia's support of dealer level
14 advertising with certain dealer groups.  And then,
15 there's Tier 3, which is dealer level advertising.
16     Q   And is KA involved in all three tiers?
17     A   Yes.  We provide assets used in that marketing
18 and advertising.
19     Q   And what are the assets -- what is an asset?
20     A   It would be things like photographs, videos,
21 things that are produced that are used for the purpose
22 of advertising or marketing, a product brochure, for
23 example.
24     Q   And are those -- and those photos, videos and
25 other things produced for advertising, do those come

25

1     Q   Okay.  So, he's the Vice President, there's
2 no-- that would be the top level of the marketing
3 department, correct?
4     A   Yes, ma'am.
5     Q   Then, you also mentioned distribution.  Are
6 there different aspects or levels there?
7     A   I'm sorry, what do you mean?
8     Q   Well, you're the one that told me aspects or
9 levels.  Are there different distribution -- let me ask
10 you.  Are you familiar with distribution channels?
11     A   Yes.  I think so.  I understand what you're
12 asking.
13     Q   Okay.  So, what -- are there different levels
14 within distribution?
15     A   So, the distribution department is responsible
16 for the import of vehicles, the acquisition by Kia
17 America of the vehicles from the manufacturers.  And
18 then, the wholesale of those vehicles and distribution
19 to our retail dealer network throughout the country, so
20 that the dealers can then sell to the ultimate end
21 customer.
22     Q   Okay.  And are there specific written policies
23 or procedures regarding distribution from import and
24 then, throughout the sequence to the dealers?
25     A   I believe so, yes.



26

1   **Q   Do those have a specific title or name?**
2   A   I don't believe so.
3   **Q   Who holds those policies, procedures or**
4   **protocols?**
5   A   I believe that I mentioned the executive
6   director of that department earlier, his name is Bob
7   Kuntze.
8   **Q   These are not documents that you reviewed in**
9   **preparation for your deposition, correct?**
10  A   I did not.
11  **Q   Why not?**
12  A   I --
13       MR. ADAMS:  Objection, form.  Look, objection,
14       form, calls for legal conclusion.  Go ahead and
15       respond.
16  A   As I mentioned, I've reviewed documents
17  already produced in this matter.
18  BY MS. LATOUR:
19  **Q   So, your preparation was limited to only**
20  **documents produced already to -- from -- to our office,**
21  **correct?**
22  A   I said that the documents that I specifically
23  reviewed were documents that were produced to your
24  office.
25  **Q   Okay.  So, it's fair to say you did not go**

27

1   **beyond those documents to prepare for today's depo,**
2   **correct?**
3   A   I wouldn't say that that's fair to say.
4   Obviously, there was other preparation and discussion
5   with my Attorneys.
6   **Q   Sure.  But I'm talking about reviewing**
7   **documents.  You're here today on behalf of Kia America,**
8   **you are required to prepare yourself to answer questions**
9   **on behalf of Kia America.  Subject Matter Number 1 talks**
10  **about policies, procedures and protocols regarding**
11  **distribution and it's your testimony that you did not**
12  **review these documents, correct?**
13       MR. ADAMS:  Objection, form, legal conclusion.
14       Go ahead and respond.
15  A   And so, I would say that I am prepared to
16  speak to these very broad topics.  They're not very
17  specific.  And I did review the documents that have been
18  produced in this matter.
19  BY MS. LATOUR:
20  **Q   Okay.  Ms. Cameron, you're avoiding my**
21  **question.  My question is, did you review written**
22  **policies, procedures and protocols that you just told me**
23  **do exist and are in the possession of Bob Kuntze? Is it**
24  **your testimony that you did not review these documents?**
25       MR. ADAMS:  Objection, form, also it misstates

28

1   her prior testimony.
2   A   I was going to say -- I believe I did say that
3   I did not review those.
4   BY MS. LATOUR:
5   **Q   Okay.  So, you're confirming what I just said,**
6   **correct?**
7   A   Yes.  I did not review those if they have not
8   been produced.
9   **Q   Okay.  Therefore, you cannot testify as to**
10  **what these written policies, procedures and protocols**
11  **say, correct?**
12       MR. ADAMS:  Objection, form, also calls for
13       legal conclusion.  Also, we incorporate, as I said
14       earlier, objections to the topics of the notes.
15  BY MS. LATOUR:
16  **Q   You can answer.**
17  A   I cannot quote the policies, procedures and
18  protocols chapter and verse, if that is what your
19  question is.
20  **Q   No.  That was not my question.  I said you - -**
21  **my question was, can you testify as to information**
22  **included in these policies, procedures and protocols**
23  **that you've just testified are in existence, they're in**
24  **possession of opportunities.**
25  A   I can testify as to the general processes and

29

1   procedures that are in place relative to the
2   distribution of vehicles in the US.
3   **Q   Okay.  Tell me the process, the distribution**
4   **process.  So, they're imported from the manufacturer,**
5   **correct?**
6   A   Correct.  If they're manufactured outside the
7   US, they would be imported into the country.
8   **Q   Okay.  So, tell me, the 2017 Kia Soul that's**
9   **at issue in this case, where was it manufactured?**
10  A   It was manufactured in South Korea.
11  **Q   Okay.  So, tell me the process of importing it**
12  **from the -- from Korea.**
13  A   Sure.  So, as the distributor, we work with
14  the manufacturer relative to production orders and we
15  place those production orders to the factory.  And once
16  vehicles are produced, we received a manifest and we're
17  notified of the shipping schedule, so we could prepare
18  for the import process.
19       And depending upon where those vehicles are
20  ultimately destined to go, they will have -- they will
21  have a port of entry assigned to them.  And so, we have
22  a number of different ports around the country.
23       And so, those vehicles will be imported, they
24  will arrive at a port of entry, they will be prepared
25  for allocation and tender and shipment to the dealers



877.291.3376
www.UCRinc.com

30

1 that they are allocated to.
2    Q    And what port of entry did this vehicle get
3 sent to?
4    A    I believe it was processed through the
5 Midlothian, mid Texas port of entry.
6    Q    And then, it was sent where?
7    A    It sent to the dealer that it was allocated
8 to, which was in Arkansas.  I think that the dealer's
9 name was Frank Fletcher Kia, if I'm not mistaken.
10    Q    Does KA do any kind of quality assurance or
11 testing when they are -- when they enter into the United
12 States?
13    A    There is a port processing, a process for
14 vehicles that do arrive.  So, they go through a series
15 of checks and preparation before they are allocated and
16 sent to dealers.
17    Q    What does that consist of?
18    A    I believe that there is a series of items that
19 are checked and standard protocol, and depending upon
20 any unique situations there may be a request to inspect
21 any other items.
22    Q    Are there any unique situations considering
23 the subject 2017 Kia Soul?
24    A    I did not review the details for this, the
25 processing of this particular vehicle.

31

1    Q    But you would agree that's part of the
2 distribution process, correct?
3    A    Potentially, in general terms.
4    Q    Once the vehicle is to the dealer, is Kia --
5 what's Kia's involvement with, if any, with getting the
6 car sold to customers?
7    A    So, we ask that the dealer perform a pre-
8 delivery inspection which is a check of the vehicle and
9 the various components of operation of the vehicle, and
10 we pay the dealer for that particular service.
11        And at that point, then the ownership of the
12 vehicle transfers to the dealer, and the dealer's
13 financing institution and then, the dealer is
14 responsible for it once they deliver that vehicle to the
15 ultimate retail customer.
16        The dealer is responsible for reporting that
17 delivery and either the sale or the lease of that
18 vehicle to us which will then trigger the activation of
19 the warranty on the vehicle for that customer.
20    Q    Did you review the pre-delivery inspection for
21 the subject 2017 Kia Soul?
22    A    I did not -- I did see that the claim was paid
23 evidencing that the dealer completed it.  I did not
24 review the details of the pre-delivery inspection.
25    Q    So, you're unable to testify on whether there

32

1 were any issues with the pre-delivery inspection?
2    A    As I said, I didn't review the details, so I
3 could not testify as to whether there were any findings.
4 I don't believe that there were because there were -- I
5 did see that there were no warranty claims that were
6 processed on the vehicle by the dealer as a result of
7 the pre-delivery inspection.
8    Q    Okay.  And if there had been an issue, there
9 would be a warranty claim?
10    A    Yes.  If the dealer had to perform any work,
11 then they would look to Kia to pay them for that work
12 that was performed.
13    Q    Okay.  I know we kind of moved into Topic
14 Number 2, and really Topic Number 3 as well.  Is there
15 anything, any other role that Kia America plays -- let
16 me strike that.  Move on to Topic Number 4.
17        It says, "Consumer complaints involving
18 seatbelt malfunctions occurring in the past 10 years in
19 Kia Soul vehicles distributed by Kia America, Inc.,
20 which were manufactured by Kia Corporation."  What is
21 your experience with this topic?
22    A    My team is responsible for responding to any
23 consumer complaints.  And we maintain a software system
24 to document those interactions with customers.
25    Q    What's the name of the software system?

33

1    A    It's called Siebel, S-I-E-B-E-L.
2    Q    Okay.  And did you pull any reports regarding
3 consumer complaint pursuant to this topic?
4    A    I did review some consumer complaints that
5 have been produced in this case, yes.
6    Q    Do you know how many?
7    A    Well, number of item -- Topic Number 4 and
8 Number 5 are both customer complaints.  And so, I think
9 that there were around 80 or 81 total customer
10 complaints that would have been related to seatbelt
11 malfunction on the 2017 Kia Soul or allegations of that
12 and/or allegations of related to the airbags on the 2017
13 Kia Soul.
14    Q    80 or 81 total between the two?
15    A    That's -- yes, I believe that's the number.
16    Q    For what years?
17    A    2017.
18    Q    No, I mean, were the complaints.
19    A    Since the vehicle was put on the road.  So,
20 2017, since the time that was put on the road, it
21 could have been as early as 2016 potentially through the
22 date of the incident in this case, which was my
23 understanding April of 2020, I think.
24    Q    Okay.  So, did you actually review these
25 individual complaints or did you just look at them as a



34

1  whole?

2      A   No, I scanned the complaints that were

3  provided to you.

4      Q   Okay.  So, where did these complaints -- how

5  did these complaints get to Kia?

6      A   When customers have an experience with their

7  vehicle, and they'd like to request some assistance from

8  us, then they will reach out to contact us either online

9  through kia.com.

10         We have a Contact Us function, or they could

11 send in a letter, or they could call our toll-free

12 number to our Customer Care Assistance Center that I

13 mentioned earlier, that I'm responsible for.

14         And so, these would be part of that overall

15 database where we capture the interactions with our

16 customers.

17     Q   Okay.  Do you know the date of the first one

18 of those 80 to 81 complaints?

19     A   I do not know off the top of my head, no.

20     Q   Did you -- do you have them in front of you

21 that you could look it up?

22     A   I don't.  Those cases, sometimes the printouts

23 could be multiple pages long.  But if you had an

24 example, and you wanted to ask me some questions about

25 it, I can certainly do that to help you, but I didn't

35

1  organize them or look at them specifically by date.

2      Q   Were any of those 80 to 81 complaints

3  associated with the NHTSA recall number 22V031?

4      A   I didn't specifically cross reference those

5  complaints to see if all the vehicles that were included

6  in there are also covered by that specific recall.  So,

7  I couldn't answer that for you.

8      Q   You'd agree that information is available to

9  Kia, though, correct?

10     A   Certainly.  If I had a particular vehicle

11 identification number, I can cross reference and see if

12 that recall applies.

13     Q   Okay.  And you're aware that's one of the

14 allegations at least that's being investigated is this

15 specific recall, correct?

16     A   I understand we're going to be talking about

17 that particular recall.  That's the recall that's

18 included in -- referenced in Number 6 and 7 of this

19 notice, right?

20     Q   Yes, ma'am.  But you're unable to tell me if

21 any of these 80 to 81 complaints had any relationship to

22 the recall, correct?

23     A   I am not.  I know that the recall references a

24 particular condition and a particular Diagnostic Trouble

25 Code.  And typically, our customer complaints, customers

36

1  don't know about Diagnostic Trouble Codes.

2      So, if they're having a problem with the

3  airbag, for example, they -- it may or may not be

4  related to the recall, because the recall is about a

5  very specific condition.

6      Q   So, let's say one of these complaints

7  ultimately does lead to a relationship or correlation to

8  the recall, is that then associated to that specific

9  complaint?

10     A   I'm not sure I understand what you mean then

11 associated with because we receive complaints at a

12 particular time.  We investigate them at that particular

13 time.  The facts are unique and individual to each

14 particular situation.

15     So, just depending upon what was alleged, and

16 when it was alleged, relative to the recall, I don't

17 know what you talk -- what you mean about associated

18 with or any sort of connection.  We -- my team hasn't

19 performed that type of analysis.

20     Q   Okay.  Topic Number 4 and Topic Number 5 are

21 regarding the consumer complaints, however you're unable

22 to testify as to what the consumer complaints that have

23 been receives by Kia, you can't give me any information

24 about those, correct?

25     MR. ADAMS:  Let me just object on form.  And

37

1  I'll just state Ms. Cameron has reviewed all the

2  complaints.  You're welcome to show them to her and

3  both topics are specifically -- Number 4 is

4  specifically related to seatbelt malfunctions, 5 is

5  related to airbag malfunctions and she has reviewed

6  those and you can ask her about those specific

7  complaints.

8  BY MS. LATOUR:

9      Q   You testified that you've skimmed them,

10 correct, Ms. Cameron?

11     A   Yes.

12     Q   All right.  So, you didn't do a full review of

13 all complaints, correct?

14     A   Well, I -- as I said, I've been working in my

15 department for quite some time.  So, I'm very familiar

16 with the procedures and the processes that these types

17 of cases follow.

18     And that's why I'm saying to you that they're

19 each very unique in terms of the circumstances, the

20 investigation and the end result, which is why I can't

21 provide you a general type of answer.

22     Q   Okay.  So, your Counsel provided me with

23 several documents for your deposition, however they were

24 combined with Mr. Dow's as well, so I'm not sure

25 specifically which documents are in the complaint.



38

1    Is there a title -- if a complaint is printed
2 out, is there a title of the document?
3    A    I think it says Consumer Assistance Case
4 Report.
5    Q    Okay.  I'm going to show you a document and
6 you tell me if this is -- what those complaints are.
7    A    Certainly.
8    Q    100 -- there's 17 pages.  Just to the top.
9    A    Okay.  So, this is not one of the Consumer
10 Assistance Report.  It's like, the title, you see it
11 says, Quality Information Report.  That's providing
12 information about a particular condition, so --
13    Q    Okay.  And then, I received more documents
14 titled "Body Information Report" which you already said
15 would not be the particular complaint.
16    A    Correct.
17    Q    There's 117 documents here and it looks like
18 there's some additional things attached.  So, let me get
19 to the beginning of that.  Okay.  Here is the other part
20 of the document.  Tell me if this has anything to do
21 with consumer complaints?
22    A    No, that wouldn't be.
23    Q    Do you know what this document is?
24    A    If you can scroll over to the right.  Yes, it
25 looks like this is a report of warranty claims.

39

1    Q    Okay.  Does your -- what department deals with
2 the warranty complaints?
3    A    It's the warranty department, its own unique
4 separate department.
5    Q    And who's in charge of that?
6    A    We have an open position for that right now.  I
7 was formerly responsible for it.
8    Q    When were you responsible for it?
9    MR. ADAMS:  Form.
10    A    From 2009, I think until --
11 BY MS. LATOUR:
12    Q    And so --
13    A    -- just -- until just August 1st, when we
14 decided to split the two work areas.
15    Q    You say split the two work areas, so was that
16 -- that was one department, they decided to make them
17 two?
18    A    Yes, I was -- if you look at the CV that you
19 received, you'll see that I was responsible for the
20 customer care operation as well as the warranty and
21 technical assistance operation and we've just recently
22 divided it into two.
23    Q    Okay.  Do you recall the information reports?
24    A    You will know it when you see it.  It will - -
25 you will see entries that say on a date and time

40

1 customer states, whatever they're communicating to us.
2 So, you'll know it when you see it.
3    Q    Okay.  Do you know what a DTET action
4 recommendation report is?
5    A    Yes, I do.
6    Q    What is that?
7    A    In general terms, I'm not responsible for it
8 and I think that this is one of the topics that I'm
9 covering partially with Mr. Dow.  But it's the -- it's
10 the report form when the company is looking to make a
11 decision relative to a recall.
12    Q    Okay.  Let's skip over those for now.  Maybe
13 this is the download.  And I will show you this and see
14 if you can tell me what this is.  Do you see this
15 spreadsheet here?
16    A    Yeah.  I see this -- I see the spreadsheet,
17 but that's not what we're talking about the customer
18 assistance reports, where a customer is contacting us
19 and communicating something for which they want
20 assistance and we're providing them an answer.  So, it
21 would not look like a spreadsheet.
22    Q    Okay.  It's not a spreadsheet.
23    A    Right.
24    Q    I do not think it was provided in -- as the
25 doc -- documents for this deposition.  It's not in the

41

1 folder that was provided to me.
2    MR. ADAMS:  Yeah.  Jessica, I believe the
3 documents were produced earlier.  So, I don't think
4 it's -- so they've been produced, but they've been
5 produced earlier.  So, you'll have them.
6    MS. LATOUR:  Okay.  They weren't identified as
7 relating to this deposition.  So, I will have to
8 take a moment's break and go get them.  Can we go
9 off the record for five minutes, please?
10    MR. ADAMS:  That's fine.
11    THE COURT REPORTER:  Okay.  Off the record.
12    (Thereupon, a short discussion was held off
13    record.)
14    (Deposition resumed.)
15    THE COURT REPORTER:  12:39, on the record.
16 BY MS. LATOUR:
17    Q    All right.  So, this is a guess.  So, I'm
18 going to show you documents, you tell me if these are
19 the ones you're talking about.
20    A    Okay.
21    Q    Because a lot of things have been produced to
22 us.  Are these them?
23    A    Yes ma'am, that's it.
24    Q    All right.  Okay.  All right.  So, just to do
25 some, you know, overview of what I'm looking at, so



42

1    there's 1 of 4.  So, we'll go off with this first one.
2    I'm not sure if they're in any particular order.
3            But just going up with this first one, so this
4    calls in or is it from any of those complaint avenues
5    you talked about online, letter or call?
6        A    So, no matter what process a customer uses to
7    reach out to us, it all feeds into this one centralized
8    database so that we know that we have everything all
9    together.
10           So, regardless of how the customer contacted
11   us, you would have this record of the interaction that
12   we had with them.
13       Q    Okay.  All right.  So then, this first page
14   here, can you just tell me what I'm looking at?
15       A    So, the top section has information about who
16   the person is, the vehicle they called about, where
17   they're located, any dealer that might be involved,
18   there's a case number, there's mileage of the vehicle,
19   so some general sort of background information about the
20   customer and the vehicle and potentially the dealer.
21           And then, that's followed by UC Kia Case Type
22   Level 1, 2, 3 and 4 has just some general coding about
23   the particular nature of the contact.  And then, in the
24   case history, which is the next section, is just the
25   record of all of the interactions with the customer.

43

1        Q    Okay.  So, it looks like, for instance, this
2    one that we're looking at was a 2014 Soul and I know
3    it's kind of not -- there's -- I think that's redaction
4    or something.  So --
5        A    A little bit of a misalignment.
6        Q    Okay.  So, then --
7            MR. ADAMS:  Jessica, would you -- just for
8    purposes of the record, would you scan up or scroll
9    up so we can see the Bates Number and then, just
10   read it off so we got a record of what we're
11   looking at.
12           MS. LATOUR:  Sure.  So, I'm not going to
13   attach this as an exhibit.  However, for the
14   record, I'm looking at Bates Number CM -- sorry,
15   KMA001535 is the first page and it's what labeled
16   correctly 2049 will be the last page.  Yeah.
17   KMA002049 is the last page.
18           MR. ADAMS:  Excellent.  Thank you.
19           MS. LATOUR:  Okay.
20   BY MS. LATOUR:
21       Q    All right.  So then, if -- it says case
22   history and it looks like the first notification for
23   this particular one is 06/05/2017, correct?
24       A    That is correct.
25       Q    And does it show how this complaint came in or

44

1    did you receive phone call, is that how this complaint
2    came in?
3        A    Right.  So, it starts with the creation of the
4    contact and that's why that record is first because then
5    you see the second entry, it says that a PDF was added
6    by our agent.  Do you see that in the second entry?
7        Q    Yes.
8        A    So, this particular associate of ours received
9    a communication from the customer outside the telephone
10   or the web-based process.  And so, she went in and she
11   created the case on behalf of the customer and she added
12   that receipt of that communication, that was a PDF to
13   the case.  And then, she documented the fact that she
14   had a communication with the customer.
15       Q    Okay.  And then, under that shows there's some
16   numbered points, 1 through 10.  Where does that
17   information come from?
18       A    So, we asked our associates when they're
19   having conversations with customers to try to call out
20   the various elements of the point to make it easier to
21   read.  So, we asked them to use that type of a numbering
22   system.  So, you'll see that frequently within these
23   notes.
24           And before we move on, I want to make a
25   correction to something I said earlier.  I think I

45

1    mentioned that the 81 cases were just for the 2017 Soul
2    because that's the subject vehicle, but our search was
3    for the entire model run that's basically the same
4    model, which was the 2014 to 2019 Kia Soul.  So,
5    that's --
6        Q    Okay.
7        A    -- the same basic platform of vehicle and I
8    think as we go through these cases and seeing that this
9    is a 2014, it reminded me that I think I misspoke
10   earlier.  So, I did want to correct that for you.
11       Q    Okay.  Thank you.
12       A    You're welcome.
13       Q    Okay.  So, in this -- this information that --
14   who is Mandy J. Lewis?
15       A    So, she is a team member of mine at the
16   corporate office.
17       Q    Okay.  Did she take the call -- did she take
18   the complaint?
19       A    She typically does not receive them as an
20   originator because she's not, you know, at the customer
21   facing level.  It's my guess that this customer may have
22   made a contact to us directly through our corporate
23   office and/or sent a fax or somehow sent the
24   communication.
25           And so, then, she ended up speaking to the



46

1 customer. But she typically is not a frontline
2 employee.
3   **Q   Okay. So then, this -- in this particular**
4 **incident, it looks like there was an accident, the**
5 **airbag did not deploy. And is it Number 9, it seems**
6 **like a definite pattern of defective airbag. Is that**
7 **the consumer's wording?**
8   A   Yeah. She --
9   **Q   Is that what she got from them?**
10   A   Yes. This -- she's documenting what the
11 customer stated to her in terms of their -- in terms of
12 their key points.
13       And so, you can see that they had an
14 experience, they had a question about the way their
15 vehicle performed and they said, I would appreciate a
16 response, asking for us to take a look at it.
17   **Q   Okay. So then, after she takes down this**
18 **information, what happened?**
19   A   So, per protocol that we have, whenever anyone
20 receives a communication where the customer alleges that
21 they were injured or they could have been injured
22 relative to the vehicle performance, then we collect the
23 initial information. And all of these cases are to be
24 dispatched to a particular work queue, because we have a
25 separate operations team that reviews each of those

47

1 particular cases.
2       And we can see that that happened in this
3 case, because the manager of that team is Jeff Stroupe.
4 And so, you see right below, Mandy says she dispatched
5 it from her own work in process bin, you see where it
6 says WIP bin, and it went to the queue National CA.
7       So, that's where she sent the case. And then,
8 Jeff Stroupe accepted it and then he assigned it to one
9 of his team members.
10   **Q   And who is Jeff Stroupe?**
11   A   So, he is another one of my team members and
12 he's the manager of the field operations team that's
13 responsible for receiving these types of inquiries or
14 complaints from customers and working with our engineers
15 and our safety office to determine what is needed to
16 investigate those and possibly take some additional
17 action.
18   **Q   Okay. So then, based on this, tell me what**
19 **happens next.**
20   A   So, you can see that the case was assigned to
21 a gentleman by the name of Ryan Risto and it went into--
22 he said it went to a separate subfolder that he has set
23 up, that say, Intro Calls, because we want to respond to
24 the customer as soon as possible.
25       So, he received it on 06/06 and the very same

48

1 day, he reached out to the customer and he left a voice-
2 mail message. So, you see that at the -- where it says,
3 "Writer left a VM to the customer."
4   **Q   Okay. So, write --**
5   A   Okay. WRT stands for writer, the way he typed
6 this up. So, what we see is the customer contacted us,
7 we checked out their information, we dispatched it to
8 the queue that's going to work with them.
9       And then, now, the new owner has reached out
10 and left a message with them, probably to introduce
11 himself to say, "Okay. I'd like to talk to you about
12 what happens next."
13       And then, on the next line, you see he filed a
14 commitment where he set himself a reminder that, "Hey,
15 if I don't hear back from this customer in a week, I
16 need to check into this to see what what's going on."
17   **Q   Okay. And then, what happens?**
18   A   So then, he -- once he reached out, he left a
19 message and he should have asked for information or to
20 tell the customer that he's looking to gather more
21 information.
22       So, he's got it set in his next -- a different
23 WIP bin, the Work In Process bin that says it's pending
24 customer photos, docs and reports, because our first
25 step is to gather as much information about the

49

1 particular incident as possible, so that we can
2 investigate a little bit further.
3       So then, it looks like maybe the same day
4 because it says, inbound commitment fulfilled on 06/06
5 that the customer called back in returning the message
6 that he had left.
7   **Q   Was that a message or was that answered by a**
8 **person?**
9   A   We can tell that it was answered by a person,
10 because then, you if you look in that case note, it
11 says, "Writer replied." So, we --
12   **Q   When you say calling in -- sorry, go ahead.**
13   A   Excuse me, I was going to say it. So, we
14 could see that they had a dialogue.
15   **Q   Okay. When he writes, I'm calling in regards**
16 **to the vehicle, is that the writer what he said or is**
17 **that something different?**
18   A   Good question. So, we generally will say,
19 customer states this and then the writer, meaning the
20 case owner, then states this and then the customer
21 states this, and it generally flows like those kinds of
22 blocks.
23   **Q   Okay. So, I'm going down to Page 2. It says**
24 **Number 2, ran accidents script. What is that?**
25   A   Right. So, the very -- the first step,



50

1 typically, a customer calls the call center, I mean,
2 that's the way we get most of the -- most of our
3 contacts.
4       And then, the first step is to run what we
5 call an accident script, because it's a series of
6 standard questions designed for us to capture some basic
7 information.
8       So, what he's -- since this didn't come
9 through that route and this operations team got it, he
10 had to run the script and ask the series of questions.
11 So, we had a record of exactly what happened.
12       And then, we asked the customer to send us
13 photos and we said, "Hey, once we collect all this
14 information, we're going to review this with the
15 engineers."
16    **Q   Okay.  And then, the customer replied, so**
17 **that's what the customer said and then, the writer**
18 **replied is what he wrote, said in response with the**
19 **customer replied, correct?**
20    A   Correct.
21    **Q   Okay.  And then, where it says, "Phone call,**
22 **inbound commitment" is that just documenting that**
23 **conversation or is there another one?**
24    A   No.  That was an in -- that was the commitment
25 that he had set earlier, that was set for 06/13/2017 and

51

1 below you can see that it was closed.
2       And he added a little note that the customer
3 had called in, he spoke to him and the customer
4 requested that he e-mail him.  So, this is showing, you
5 know, as part of what he did in response to that.
6    **Q   Okay.  And then it says, "E-mail the**
7 **customer."  So, is that his e-mail that he sent the**
8 **customer?**
9    A   Yes.  Because when he told the customer, I
10 need to get these photos from you, he offered to send
11 him an e-mail to make it easy, so the customer didn't
12 have to write down his e-mail address and all he had to
13 do was respond to provide the e-mail -- to provide the
14 photos or he provided the mailing address if the
15 customer couldn't send them digitally.
16    **Q   All right.  And then below that is another**
17 **commitment created.  What is that for?**
18    A   Right.  That's just to help the person who
19 owns the case keep track of what it is they said they
20 would do, and they get reminders and the system gives
21 them automated notification, so that they can make sure
22 they're doing a good job living up to those commitments
23 that they've made to the customers.
24    **Q   Okay.  And then, there's another commitment**
25 **under that, and then it says, "Letter."  So, tell me**

52

1 **what that is.**
2    A   Right.  So, up above, we -- Ryan had provided
3 the customer with our mailing address so that the
4 customer could send in the photos, and then here we are
5 about a week later, and we've now received those photos
6 via mail.
7       And so, our department administrator processed
8 that and added it -- added the information to the case.
9    **Q   Okay.  And then, under that where it says,**
10 **"PDF added."  Are those the information they attached?**
11    A   Yes.
12    **Q   Okay.  And then, under that it says, "Case**
13 **moved into Work In Progress Bin 2, and the customer**
14 **called back for status of the case.  So, what are they**
15 **waiting for?**
16    A   So, he -- the next status is, it's pending
17 customer callback, meaning he has to reach back out to
18 the customer.
19    **Q   Okay.  And then, under that it says, "Letter**
20 **received, commitment fulfilled."  Is that referring to**
21 **the photos, that letter versus writing it?**
22    A   So, it's important to keep in mind that with
23 every single thing that happens with the case, whatever
24 the case owner does, you'll see that there's an entry
25 that this date and time, the system automatically sort

53

1 of stamps it with this particular action.
2       And so, he was obviously -- this case owner
3 was obviously very diligent about logging in his
4 commitments and making sure it was all up to date.  And
5 so, you either create them or you update them or you
6 close them.
7       And so -- but each of those steps, or it's
8 going to -- it's going to have a separate entry.  So, in
9 this case, because he received the photos, then now he's
10 closed that particular commitment.
11       So, in his follow-up, there's a series of
12 commitments that are made as they -- as the case sort of
13 works through the process of our investigation and
14 response to the customer.
15    **Q   Okay.  And then, under that, it looks like a**
16 **phone call.  That I -- so I guess there's an e-mail, is**
17 **that from the customer or the -- a reminder?**
18    A   He says he's got an external e-mail received.
19 And I don't know if the date of the entry above is
20 the 06/21.  But he says -- the customer says, "Hey, I'll
21 e-mail you the contact of my insurance company," because
22 you might -- now you need to reach out to them to ask
23 them where the car is.
24       So then, the next step is we see that an
25 e-mail was received.  And then, he created a commitment



54

1  to-- for the next steps of handling relative to that
2  e- mail, because now he got the insurance information.
3  So, now he needs to reach out to the insurance company,
4  potentially.
5      **Q   Okay.  This is the e-mail, correct?**
6      A   Correct.
7      **Q   Is that the e-mail that he received from the**
8  **insurance company?**
9      A   No.  From the customer.
10     **Q   The customer.  Okay.  So, the customer gave**
11 **him the information where the car was located?**
12     A   Yes.
13     **Q   Okay.  So then, tell me what happened after.**
14     A   Right.  It was reviewed with the Kia
15 engineers.  And then, on that same day, the case owner
16 reached out to the customer and that conversation is
17 documented here.
18     **Q   Okay.  And that was the calling discuss --**
19 **where it says, "Calling to discuss what we found." What**
20 **does that mean?**
21     A   Well, we've reviewed -- to communicate what it
22 is that we can see based upon the review of all the
23 information we have so far.  So, customer called and
24 said, "Hey, I think I have a problem.  I'm not sure that
25 my vehicle performed okay."

55

1          And then we said, "Well, give us more
2  information."  We got the information, there was an
3  initial review and we said, can you tell us where this
4  car is located, where we might want to go take a look,
5  maybe we want -- it doesn't say that, this is my
6  assumption, that we want to continue our investigation.
7          And then, the customer said, "Well, I'm not
8  sure, here is the insurance, talk to my insurance."  So,
9  then now, we call the customer back and we said, "Well,
10 your accident was on 05/11, but you didn't contact us
11 until almost a month later."
12         And then, now, it's even almost a month after
13 that when I finally got the information about where the
14 car is and when I reached out to check, the car is not
15 available anymore for inspection because this customer
16 settled with their insurance.
17         The insurance has possession.  If we can,
18 we'll talk to the insurance and we might get permission
19 to inspect or something like that.  But in this case,
20 the car was already disposed.
21         So, our associate said because we can inspect
22 it, we're not able to give you specific detailed answers
23 to your questions.  And then, he goes on to say, it does
24 appear you said that the airbag light was on.
25         That would be an indication that you needed to

56

1  take the vehicle in for servicing.  Because every time
2  you start your car, the system does a series of checks
3  for something like six seconds, and you'll see that that
4  airbag light is on during that checking period.
5          And if it stays on, the owner's manual tells
6  you, you need to get into the dealership right away.
7  And so, he -- in the script, which I'm guessing we'll
8  review, I don't recall the specific details.
9          But my guess is that down below when we review
10 the script, when we asked him the question, was your
11 airbag light on at the time of the accident, he must
12 have said yes.  But we'll get to that.
13     **Q   So, when you say the script, is the script,**
14 **where would the script, is this the script?**
15     A   I believe so.  So, see that Case Number
16 12367577 at the top?
17     **Q   Yes.**
18     A   So, if you scroll back up to our case, every
19 page at the top should -- oh, you have past -- so in
20 every case, see right up there at the top, going, I
21 mean, any page at the top, you see the case number
22 that's right there, 12367577.  So, if that's --
23     **Q   Okay.**
24     A   -- the same number as the top of this accident
25 report, then you know that this is the accident report

57

1  that goes with this particular customer and incident.
2      **Q   Okay.  So, these are questions that are asked**
3  **of the customer, correct?**
4      A   Correct.  When someone calls in said, hey, I
5  had this experience, we'll run this script just so we
6  have a record and we can keep track of the various
7  components of their experience.
8      **Q   Okay.  And then, are these standard questions**
9  **that are always asked?**
10     A   Yes.  And it's set up -- it's set up as a
11 tree.  So, sometimes if you -- if it's a yes or no
12 question, if you say yes, you might get a different
13 question than if your answer was no, and it takes you --
14 it takes you to a different question.
15         But they are the standard questions, describe
16 injuries or you -- the first question might be was
17 anyone injured, if you say no, that it won't take you to
18 a question that says describe injuries.
19     **Q   So, there was an airbag light on, but because**
20 **the airbag was disposed of in this particular situation**
21 **an inspection couldn't be done.  So, was any determine--**
22 **I mean, are you able to tell me was any determination**
23 **made as to why the airbags didn't deploy?**
24     A   Okay.  So, I'd -- we'd have to go back up to
25 see the case notes and to see ultimately what was



Cameron, Michele   08-31-2022

58

1  communicated to the customer.  It should be very self-
2  explanatory in terms of what happened.
3        Because -- so, basically, our associate said,
4  we can't inspect your car to try to see if we can get
5  more answers to some of the questions that you've asked,
6  but it seems that you said the airbag light was on and
7  just so, you know, that indicate -- that's an indication
8  there could be something wrong with your airbag system,
9  you should have taken it to the dealer.
10       And he said, in Number 9, if that was a
11  miscommunication, then we would have to assume the
12  vehicle was function -- functioning properly.  And so,
13  then the customer said, "Can you pull the call?"
14       Because he wasn't sure if he -- that's what he
15  said on the record, I'm not sure, that's sort of an
16  interesting response.
17       But no matter what, then our associate said we
18  can check but you've made a claim, you settled with your
19  insurance company, if they believe that there was
20  something -- there is some issue at this point then they
21  may subrogate against us.
22    Q    Okay.  So, it's fair to say in this particular
23  instance though, there was no -- there could have been
24  any determination as to why that airbag light was on,
25  correct?

59

1    A    Right.  The vehicle was not available for
2  inspection.  So, we can't draw any conclusions.
3    Q    All right.  So, you said this was 2014 to 2019
4  or --
5    A    Yes.  2014 Kia Soul or 2019 Kia Soul, so you
6  might see a mix of those model years reflected in those
7  cases.
8    Q    Okay.  And any of these was an airbag -- was
9  it determined that the airbag should have deployed but
10  it did not?
11    A    I don't recall.
12    Q    Now, if one of these vehicles -- let's say,
13  once they were doing, I guess, it wouldn't have been --
14  actually I'm going to come back to this.  I kind of
15  jumped in ahead of myself there, but.  All right.
16       So, we'll come back to these consumer
17  complaints. So, you said you don't recall if any of them
18  had airbags -- should have had airbag deployment but did
19  not.  And these are both seatbelts and airbags or just
20  airbags?
21    A    No.  It should be -- it should be both.  So,
22  there might be a case where the customer talked about
23  issues with both components or either/or.
24       So, I guess my point is that if we gave you 81
25  cases, that doesn't mean there, you know, that's the

60

1  total number of seatbelts or the total number of airbag
2  because it's a combination of those types of complaints.
3    Q    Okay.  All right.  So then, going back to the
4  notice -- actually, sorry.  Let me go back to 4 and 5.
5  It also asked about complaints.  Were -- are you able to
6  testify to any lawsuits that were filed as a result of
7  seatbelts malfunctioning or airbags malfunctioning?
8    A    I believe the search was conducted and there
9  was a lawsuit.  It was provided to you.
10    Q    There were a few of them, correct?
11    A    I don't recall the exact number,
12  unfortunately.  But if you had any questions, if you
13  wanted to show me one, we could take a look.
14    Q    Okay.  So, the first one I have is Stouffer,
15  Dashel Stouffer vs. Richard Deringer.  Are you familiar
16  with that one?
17    A    Yes, I have heard of Stouffer.
18    Q    Okay.  And was that an airbag or a seatbelt
19  case?
20    A    I don't -- I know it was one or both and I
21  think you'll have to look at the document to see these
22  specific causes of action.
23    Q    Okay.  Was that the case that would litigate
24  it to trial?
25    A    Oh, I don't know what the final disposition of

61

1  the cases is is -- is or was.
2    Q    So, you're not familiar with the facts or the
3  litigation that pursued, correct?
4    A    Yeah.  I do not know what the current status
5  is, no.
6    Q    Do you know what kind of -- what the issue - -
7  you said -- I'll put it up for you.  I don't recall,
8  either.  This was a case that involved the airbags.  It
9  says because the front seat occupant restraint, I guess
10  seatbelt in the back and airbag system failed to provide
11  a reasonable degree of occupant restraint and safety for
12  front seat occupants who may have involved in frontal
13  impact collision.
14       Do you know what the -- what was determined as
15  the cause of the malfunction?
16    A    I don't know if there was a malfunction and
17  what the determination was -- what any determination was
18  in that case.
19    Q    Okay.  Why don't you know that?
20    A    Because I did --
21       MR. ADAMS:  Objection as to form.  Go ahead
22       and respond.
23    A    I did not check into the current status of
24  that particular case.
25  BY MS. LATOUR:



62

1    Q   Okay.  But you're here to testify on any
2    lawsuit?
3        MR. ADAMS:  Same objection, form and it's
4    outside the scope of the topic.
5    BY MS. LATOUR:
6        Q   In fact, your Counsel filed to the extent KA
7    understands this topic, KA will designate a
8    representative to answer relevant and reasonable
9    questions regarding lawsuit complaints filed against KA
10   involving -- before April 16th, 2020, involving frontal
11   impact of -- so, your testimony is that you cannot
12   provide any information on these lawsuits, correct,
13   other than -- do you know that they exist?
14       MR. ADAMS:  Same objection, form and it's also
15   beyond the scope.
16       A   I do not know the current disposition of those
17   lawsuits.
18   BY MS. LATOUR:
19       Q   Okay.  I'm not asking about the disposition.
20   I'm asking, what was -- I think maybe we're
21   misunderstanding each other when we say disposition,
22   because legal disposition would be the outcome of the
23   lawsuit.
24       I'm asking about the outcome of any
25   investigation that was done to determine why the airbag

63

1    did not deploy.  So, is it your testimony that you do
2    not know why the airbag did not deploy in these cases?
3        MR. ADAMS:  Same objection -- same objection
4    with respect to form and scope.  And also it may
5    invade the Attorney-client privilege given that
6    it's an ongoing case.
7        MS. LATOUR:  But -- that's fine.
8    BY MS. LATOUR:
9        Q   But generally, I know so --
10       A   Well, I'm not an engineer, so that's really
11   sort of outside the scope of my knowledge, generally, in
12   terms of talking about root causes relative to airbag
13   deployments.
14       Q   Okay.  Then, I'll just sum it up that
15   regarding any of these lawsuits that were prior --
16   provided to us as a result of our inquiry, you can't
17   testify and taking information involved in the lawsuit,
18   correct?
19       MR. ADAMS:  Same objection, scope, form and
20   also it invades Attorney-client privilege.
21       MS. LATOUR:  I don't understand how it's
22   outside the scope when you produced her to talk
23   about lawsuits, but --
24       MR. ADAMS:  Well, she's, you know, she's
25   prepared to talk about the general claims and the

64

1    lawsuits that were produced.  I think the problem
2    is you're asking her about determinations that may
3    not have been -- even been made in the context of
4    the lawsuit.
5        MS. LATOUR:  Okay.
6    BY MS. LATOUR:
7        Q   Ms. Cameron, are you able to tell me about the
8    general claims of the Stouffer lawsuit?
9        A   If you were to show me the copy of the lawsuit
10   that you received, I don't have them committed to
11   memory.
12       Q   Did you review the lawsuit?
13       A   I think I had them.  I did not study all of
14   the details so that I have them committed to memory.
15       Q   You don't have them in front of you to refer
16   to, correct?
17       A   I do not.
18       Q   And when you say you studied them, did you
19   also study the Plumila permit lawsuit?
20       A   I said I did not study them.
21       Q   You did not study them.  Okay.
22       A   I did not study them.
23       Q   So, you're not prepared -- you're not prepared
24   to testify to any of the general claims of the lawsuits
25   provided to us, correct?

65

1        A   Not other than what is stated in the actual
2    complaints that you received a copy of.
3        Q   And that would just be by reviewing it and
4    telling me what it said, correct?
5        A   That is correct.
6        Q   Okay.  Now, regarding Topic 6 and 7, so
7    decision making as far as informing current vehicle
8    owners of the recall as well as the public about the
9    recall, so what is -- what's your experience with Number
10   6, decision making regarding -- decision making, the
11   actual decisions that were made regarding information
12   informing current vehicle owners affected by NHTSA
13   Recall Number 22V031?
14       A   So, as the person responsible for the customer
15   facing organization that would receive any inquiries
16   regarding recalls, I participate in the decision-making
17   meetings generally.
18       And so, the decisions are made by the North
19   American Safety Office and I'm aware of the issue at
20   hand so that I can provide -- review and provide
21   feedback relative to the customer communications about
22   the recall.
23       Q   Okay.  And you said you attend the meeting, do
24   you attend the decision-making meetings?
25       A   Yes, generally, if I'm available.



66

1    Q    Who else generally attend those meetings?
2        A    Well, as I mentioned, the North American
3    Safety Office makes those determinations. And so, their
4    team members who are involved in reviewing the data or
5    possibly evaluating the issue and reporting that for
6    consideration of the decision would be in attendance.
7        Q    And who makes up that North American Safety
8    Office?
9        A    There are a group of data evaluation
10   engineers, and again, I'm not in that department. But,
11   and I think maybe Allan Dow might speak to this more
12   specifically, but I know that there are data evaluation
13   engineers and there are field engineers that will help
14   with the investigation of a particular issue.
15       Q    So, what do you do when you go to these
16   meetings?
17       A    This is when I become aware that there is an
18   issue that's been identified and is being reviewed for
19   consideration of a recall, so that I can have an
20   understanding from a non-technical perspective, because
21   then there will be a customer notification and it's
22   important for me to sort of have an understanding of
23   what the issue is, because I'll be reviewing the
24   customer letter and providing feedback and
25   recommendations to some of the language in the customer

67

1    letter, because we want to make sure it's easy for
2    customers to understand what the issue is and what they
3    should do about it.
4        Q    Okay. And when was the first meeting that
5    this particular issue was discussed?
6        A    I'm not sure what the -- when the first
7    meeting was. And maybe Allan can provide you with more
8    details of that. But there was -- that's outlined, I
9    believe, in some of the documents maybe that had been
10   provided to you.
11       Q    Okay. But in your preparation for this
12   deposition, you did not inquire as to when the first
13   meeting that this recall issue was discussed with?
14       A    No. I --
15       MR. ADAMS: Objection, outside the spoke. Go
16   ahead.
17       A    Right. I didn't say that. I just said that
18   as I sit here right now, I don't -- I don't recall the
19   exact date of that. But I know that there was a meeting
20   and I -- I'm thinking it was in December, but I don't
21   recall specifically the specific date. And I think it's
22   reflected in the documents.
23   BY MS. LATOUR:
24       Q    But you didn't tell me which document that
25   doesn't help me. But -- so, did you look up the actual

68

1    date when you were preparing for this deposition?
2        MR. ADAMS: Let me just object to the comment
3    by Counsel. This information is in documents
4    provided to you, and this is, you know, I think
5    it's unfair to state that the Witnesses were
6    required to recite specific dates that are provided
7    in documents to you. Go ahead and respond.
8        A    Can you ask me the question again, Jessica,
9    I'm sorry?
10   BY MS. LATOUR:
11       Q    Sure. When you're preparing for this
12   deposition, did you look up the date of the first
13   meeting when this issue was discussed?
14       A    I believe -- I am sorry. Go ahead, Robert.
15       MR. ADAMS: I was just saying same objection.
16   Go ahead.
17       A    I believe I did see that date, but in the
18   documents that I reviewed, but I just don't want -- I
19   don't remember specifically. So, I don't want to say
20   absolutely when, I don't want to be in contradiction to
21   what the document said.
22   BY MS. LATOUR:
23       Q    Sure. And you said you think it was December,
24   December of what year?
25       A    '21.

69

1    Q    Do you remember who led that meeting?
2        A    Who led the meeting? I think it was the
3    engineer, whichever engineer it was that had done the
4    investigation and was communicating the information.
5        Q    Do you know his name?
6        A    I don't recall which engineer.
7        Q    Do you recall what was discussed at this
8    meeting?
9        A    The information that's been provided to you
10   will outline the history, sort of, of the monitoring or
11   the identification of the issue and what their
12   evaluation determined, as well as their recommendations
13   for next steps.
14       Q    Which document are you referring to?
15       A    The one that you mentioned earlier where you
16   stated the acronym, DTET.
17       Q    All right. Let me pull that up for you. So, I
18   have a -- it looks like one and then a revised one. So,
19   from that first meeting, I imagine, correct me if I'm
20   wrong, that the -- let's skip questions that are in the
21   document already. What is FADC then?
22       A    FADC stands for Field Action Decision
23   Committee.
24       Q    What does that mean?
25       A    That -- that's the group of folks that attends



---

**70**

1 this meeting where they're discussing a particular issue
2 and looking to make a decision whether or not to conduct
3 any sort of action about a particular issue.
4    Q    And this date is January 18th, 2020.  Are you
5 -- is it your testimony that this should have been
6 completed for that first meeting that you said may have
7 been in December of 2021?
8    A    Yes.  See, that's why I didn't want to commit
9 to exactly the date, because I didn't recall it
10 specifically.  But that is the date that that meeting
11 would have been held.
12    Q    Okay.
13         MR. ADAMS:  And just for the record, we're
14 looking at KMA007545.
15         MS. LATOUR:  Yes.  I'll try and remember it.
16         MR. ADAMS:  That's okay.  Yeah.
17 BY MS. LATOUR:
18    Q    All right.  So then, what is SEL open mean?
19    A    So, there are going to be a number of
20 different components of this document that are more
21 specific to the engineers and the safety office, but I
22 know that there is a safety evaluation list.
23         So, that's just a number of an item that's on
24 a list of, you know, a list of items that are being
25 evaluated.

**71**

1    Q    All right.  And then, you were saying, you're-
2 - I'm assuming this is what you're referring to when
3 there was an overview of everything?
4    A    Yes.  There's information that's been gathered
5 by the engineers that have been evaluating a particular
6 concern and they share that information.
7    Q    Okay.  So, is -- this date is this background
8 and you are in this meeting, so it's in July 2020 a QIR
9 was issued in the Kia market regarding why the airbag
10 warning light on with -- on with DTC A1620, July 2021.
11 What's -- what -- is that the first date or tell me what
12 that date is?
13    A    So, when they're citing the background,
14 they're trying to -- they're trying to report that on
15 this date there was this particular action.  So, it's
16 just -- they're just simply reporting that in July of
17 2021, this is what happened.
18    Q    Okay.  And are you able to tell me what
19 happened based on what this says?
20    A    I mean, I can tell you what this says.  They
21 were saying --
22    Q    What's the --
23    A    Do you have a particular question about it?
24    Q    Okay.  So, it says, "Airbag warning light on
25 with DTC B1620."  What is -- that the -- is the error

**72**

1 they're referring to?
2    A    Right.  So, in layman's terms, DTC stands for
3 Diagnostic Trouble Code.  So, within the computer
4 system, if there's a -- there's some trouble that it
5 identifies there will be a Diagnostic Trouble Code that
6 helps you to pinpoint maybe where that's coming from.
7    Q    Okay.  And does this mean that was the first
8 time that Diagnostic Trouble Code appeared?
9    A    No.  They're just saying that at that
10 particular time, a report was issued.  So, QIR, Quality
11 Investigation Report, so at this time, a report, Quality
12 Investigation Report was issued in the Korean market
13 regarding this particular condition.
14    Q    Okay.  And to your knowledge, had this
15 Diagnostic Trouble Code appeared prior to July 2021?
16    A    So, I think that this would probably be
17 better, best explained by the engineers.  But the same
18 Diagnostic Trouble Code generally can occur for
19 different reasons.  Right?
20         And this is -- I don't believe that this was a
21 new Diagnostic Trouble Code that may never have appeared
22 in any other particular vehicle.  But again, that's, I
23 think, a question that can be better clarified by the
24 engineers from a technical perspective.
25    Q    When you say engineers, would that be Allan

**73**

1 Dow?
2    A    Yes.  I think he'll be able to answer that
3 particular question for you.
4    Q    Okay.
5         THE VIDEOGRAPHER:  My five-minute warning
6 until we need a break for a media change.
7         MS. LATOUR:  Right.  Do you want to do it now?
8         THE VIDEOGRAPHER:  Fine with me.
9         MS. LATOUR:  Okay.
10         MR. ADAMS:  Up to you, Missy.
11         THE VIDEOGRAPHER:  01:35, off the record.
12         (Thereupon, a short discussion was held off
13         record.)
14         (Deposition resumed.)
15         THE VIDEOGRAPHER:  01:43, on the record.
16 BY MS. LATOUR:
17    Q    All right.  So, I'm going to now pull up
18 KMA007544, which is a revised version of the DTET.  And
19 correct me if I'm wrong, but the blue, everything in
20 blue.  Is that what was added?
21         And I'll show you the original one.  And then,
22 if you go to the revised one, it has some additional
23 input in blue.  Is that correct?
24    A    Yes.
25    Q    Okay.  And the FADC, I apologize, what does

---



Cameron, Michele   08-31-2022

---

74

1  that mean again?
2      A   Field Action Decision Committee.
3      Q   And that was the meeting where the recall was
4  first discussed, and that would have been on January
5  18th, 2022, correct?
6      A   I believe so.  Yes.
7      Q   And this says it was revised 01/25/2022. Would
8  that have been an additional meeting or would that --
9  how would that have been revised?
10     A   In general terms, if there were significant
11  gaps in information, maybe there would be a reconvening,
12  but I don't believe in this case there was a -- there
13  was a separate meeting.
14     Q   Okay.  And then, just some -- just so I can
15  understand some of the abbreviations here, warranty
16  claims 947, what specific -- or what does that mean,
17  warranty claims?
18     A   So, when whenever a dealer performs a repair
19  on a customer's vehicle that's still within the terms of
20  the warranty, they expect us to pay instead of the
21  customer.
22         So, they'll send those to us.  And so, the
23  engineer that was monitoring this issue queried for
24  warranty claims that met whatever his search criteria
25  were to include those in the list.

---

75

1      Q   So, there are 947, but that doesn't mean all
2  947 came in and got the issue fixed, correct?
3      A   Well, they -- you'll have to ask an engineer.
4  I would ask that question to Allan to be more specific
5  about, you know, the technical criteria they use to
6  include those claims in that particular list.
7      Q   Okay.  And then, T/L cases, what does that
8  mean?
9      A   T/L stands for tech line, that's the Technical
10  Assistance Center that dealers can call if they want
11  help diagnosing and repairing a particular issue.  So,
12  they --
13     Q   Okay.  So then -- sorry, go ahead.
14     A   I was just going to say, so they just searched
15  for whatever their search criteria was within that
16  particular database.
17     Q   So, that means 81 people called in for
18  technical support?
19     A   The dealer technicians are the ones that are
20  calling in for the technical support.  So, they found 81
21  cases that met whatever their search criteria was for
22  inclusion on the list.
23     Q   Okay.  So, these are all search criteria, it's
24  not actual people that have -- or they're not actual
25  claims or cases, correct?

---

76

1      A   No.  They are cases and they are warranty
2  repair claims, but I just don't know specifically what
3  that engineer used as the criteria.  So, what was it
4  that they experienced that made them land on this list,
5  so I wouldn't want to guess about that.
6      Q   Okay.  That's fine.  What about C/A case then?
7      A   So, that stands for Consumer Affairs. That's
8  the abbreviation for my customer care team, basically.
9  So, they found 13 cases that met whatever that search
10  criteria was.
11     Q   Okay.  So, then if -- right.  So, who -- do
12  you know who did the search?
13     A   I don't.  And I don't think that the document
14  says who that was.  So, I can't tell you who did the
15  search.
16     Q   How would I find that out?
17     A   I mean, I think you could maybe ask Allan Dow,
18  who is a member of that team potentially.
19     Q   Okay.  And then, legal PL claims/lawsuits.
20  What's PL?
21     A   Product Liability.
22     Q   And it says zero.  Our claim, though, fell
23  into this recalled category.  How come it's not listed
24  there?
25     A   I'm not sure what their selection criteria

---

77

1  would be, right?  So, depending upon what information
2  they use to search and identify issues versus whatever
3  they knew about your particular case would determine
4  whether or not it was included.
5      Q   And then, what's C/P?
6      A   That stands for Customer Pay.  Because we
7  only-- we provide a warranty that's finite terms of time
8  and miles.  But that doesn't mean that someone might not
9  have a problem that falls outside that they have to pay
10  for those repairs.
11     Q   Okay.  And are you able, I don't know if
12  you're able to tell by this document or you've got this
13  date from some other place.  But what was the date that
14  it was decided that there needed to be a recall notice
15  sent out?
16     A   Well, there's the decision-making process. So,
17  that -- that's the purpose of the meeting is to get
18  together and review the information.  And so then
19  sometimes if there's missing information, there's more
20  information that needs to be gathered.
21         And so, that the date that the decision was
22  made, and I'm not sure if it was either on the 18th or
23  the 25th.  I think -- I believe it was the 18th, but I
24  shouldn't be guessing.  So, you should probably ask him
25  the member of that team to confirm that.

---



877.291.3376
www.UCRinc.com

78

1    Q    And you said Allan Dow was on that team?
2    A    Yes.
3    Q    Okay.  And then -- you said Allan Dow so, all
4    right.  So then, if, you know, regardless of whether it
5    was the 18th or the 25th, that the decision was made.
6    And you said that you give input as to the language that
7    should be included in the notice, correct?
8    A    Not the notice.  So, there's a notice that
9    gets filed with the NHTSA.
10    Q    Um-hum.
11    A    So, there's that initial notice that include--
12    meets all of the requirements for making that particular
13    notice.  But I provide input as to the owner
14    communications.
15    Q    Owner, okay.  So, not the actual information
16    that's sent to NHTSA, just to the customers, how about
17    to the public, are you involved in informing the public
18    either in any avenue that it goes out?
19    A    Well, sort of in an ancillary fashion, because
20    the process is that when NHTSA is notified that a
21    manufacturer intends to conduct a recall, they review
22    and they have to issue approval based upon the
23    communication you send to them that says, for these
24    reasons, we want to take these actions, so they review
25    it, and they approve.

79

1         So, once they approve, there -- that now
2    becomes part of public knowledge.  And so, there is a
3    communication that NHTSA sends out that makes it public.
4         And then, there -- we generally will have a
5    media statement that's available.  So, I do receive a
6    copy of the media statement and review that because once
7    it becomes public, you might receive a journalist
8    inquiry.
9         And then, after the decision is made, then the
10    company has to prepare to launch the particular recall.
11    And there are a lot of different components to that,
12    which includes the preparation of the technical service
13    bulletin, which tells dealers what repair they need to
14    do.
15         And so, that is also another document that is
16    made available to the public, because all technical
17    service bulletins are made available to the public, as a
18    matter of course.
19         So, at that point in time, those are generally
20    the ways that the public is -- the public is made
21    available, until we actually send the particular owner
22    letter directly to the customers that we show as owners
23    of these particular vehicles.
24    Q    And how many days after it's been approved by
25    NHTSA do you have to send out that letter to the owners?

80

1    A    Well, I believe it's the 60 days.  And in the
2    communication, the notice that is said to NHTSA, we
3    communicate our plan for the timing of that
4    communication.
5    Q    Then -- so, you -- okay.  So, you add input to
6    that letter that goes out to the customers, correct?
7    A    Yes.  And I generally --
8    Q    Do --
9    A    Sometimes I reviewed the questions and answers
10    there that are provided that help our dealer teams to
11    answer customer questions.
12    Q    Okay.  And who actually send out the notice or
13    the letter?
14    A    The North American Safety Office is
15    responsible for the actual communication.
16    Q    Now, is there -- the communications department
17    that's specific for these recalled letters that get sent
18    out for inquiry or does it come through your department?
19    A    I'm not sure what you mean, the actual
20    physical mailing?
21    Q    No, no.  If you -- once you send the letter
22    and the customer receives the letter, is there a
23    specific department that handles those calls that get
24    sent it or?
25    A    Oh, I beg your pardon.  I was confused.  Yes.

81

1    So, that would be my team.  We're the Customer Care
2    team, so within the owner notification, you'll see that
3    we provide a web link for the customer to contact us
4    online or they can -- and we provide the - - our toll-
5    free number so that they could give us a call if they
6    have questions as well.
7    Q    Okay.  So, we went through this one, we would,
8    you know, we didn't go through all of them, but you
9    provide me with several documented cases where airbags,
10    the customer thought the airbag should deploy, but it
11    didn't, then majority of these, it looks like the
12    engineers determined that it did not need to deploy.
13         Was there any conversation with Kia America
14    when these complaints came in, that there needed to be
15    some kind of investigation to find out why -- strike
16    that.  You don't -- Kia America doesn't play any role in
17    the actual inspection in determining that the airbag
18    should not go off, correct?
19    A    Well, the customers are reaching out to us
20    with questions.  And we do review these cases as I've
21    demonstrated on a case-by-case basis with the engineer.
22    So, every single one of these complaints is reviewed
23    with the engineers to make a determination as to next
24    steps.
25         And that next step can include vehicle



82

1 inspection and investigation, either by our engineers or
2 sometimes even third parties that we might bring in to
3 assist us with an investigation. So, it all just
4 depends on the unique circumstances, you know, for that
5 particular situation.
6    **Q   Sure. Okay. Then let me ask you this. So,**
7 **for this one, the first one that we talked about where**
8 **the vehicle was no longer available for inspection, if**
9 **that occurs, is there any sort of inquiry or**
10 **investigation into the history of the vehicle in the**
11 **manufacturing process or the distributed -- distribution**
12 **process to determine if anything occurred that would**
13 **cause that light to go off?**
14    A   Sure, sure. Good question. So, the totality
15 of what we know about the vehicle is considered its part
16 of that review.
17    So, a review of the warranty history and the
18 prior repairs, any repairs that might have been customer
19 pay that were outside of our particular dealer network,
20 sometimes we will generate a Carfax report, so we can
21 see the history associated with a particular vehicle,
22 the information that for whatever reason, may not be
23 shared with us.
24    So, we do try to take sort of a 360 degree,
25 look at that particular vehicle's history in conjunction

83

1 with what it is that the customer has reported to us in
2 the script, in conjunction with whatever the photos
3 show, in conjunction with whatever that the Police
4 report says. Right?
5    So, not always do all of those things
6 reconcile, so that's why it's important that we review,
7 you know, we take a 360-degree view.
8    **Q   But would that -- if something was like that**
9 **was done, Carfax or, you know, something beyond, you**
10 **know, going back into the history, would that be**
11 **documented on this -- this form here or is that listed**
12 **somewhere else?**
13    A   I mean, you generally see the note, like you
14 saw that said, reviewed with the engineer. So, the step
15 within the process is documented that says it was
16 reviewed with the engineer and then, you generally see
17 the follow up communication with the customer, where
18 we're relating to the customer what are the consensus is
19 and what the basis of that consensus is.
20    **Q   Okay. So, then, just using this one as an**
21 **example, then was anything done further, you know,**
22 **anything that you just went over, any of those things**
23 **with Carfax or looking at past repair records, was**
24 **anything done in this case to determine why that light**
25 **went off?**

84

1    A   Well, I think that all of the available
2 information was reviewed. And I think that the engineer
3 made a request to see if the vehicle was available so
4 that they could take a closer look, perhaps they had --
5 still had some questions.
6    You know, that they would like to take a
7 closer look, but unfortunately, the vehicle was not
8 available. And then, because the customer had indicated
9 that there -- that the airbag light was on, so that was
10 likely and indicate -- I mean, that -- that's -- the
11 purpose of the airbag light coming on is to warn the
12 vehicle owner that there is an issue that's been
13 detected within the airbag system. Right?
14    And so, I mean, for these cases, you see that
15 we ask the question, were you wearing your seatbelt,
16 because that's your primary restraint.
17    Was the airbag light on at any time prior to
18 the accident, because we're looking for clues as to
19 whether or not there was an indication that there was a
20 problem with the vehicle prior to the incident.
21    And so, I -- it's my assumption, it doesn't
22 say that, but it's my assumption that when reviewing
23 this and noting that the airbag light was on, there was
24 probably a desire to try to investigate further to try
25 to identify what the root cause of that airbag light

85

1 being on was.
2    **Q   Okay. But other than what's listed in this**
3 **report, if there was anything further than what was**
4 **listed in this report, it's not noted here, correct?**
5    A   Right. I don't believe that there was any
6 additional action taken just simply because there was
7 no-- there was no vehicle available to inspect.
8    **Q   Okay. You know, and the reason I ask is if**
9 **they go back and look at, you know, past documents**
10 **concerning the manufacturing or the shipping or, you**
11 **know, like, you'd given the example of past repairs,**
12 **none of that was done in this case, correct?**
13    A   I believe that past repairs would have been
14 reviewed. Yes, absolutely. Part of that -- one of the
15 steps in terms of the review is to identify previous
16 repairs that have been made to the vehicle, whether they
17 was by a Kia dealer or some third-party.
18    **Q   Would that be documented in this form?**
19    A   It just is documented by saying that the
20 situation was reviewed with the engineer. Now, my
21 knowledge of what that review process entails would
22 indicate that, yes, that this is part of the history of
23 the vehicle.
24    So, it's really important to note, if anyone
25 has been, you know, in there, conducting any repairs



86

1 that might have contributed to whatever this situation
2 was. So, it really is, you know, a fact-finding process
3 in terms of the investigation.
4    Q    So then, if repairs had been conducted in the
5 past, would they be noted in this form?
6    A    If there was something that was repaired that
7 was relevant, typically, you would see that reference in
8 the explanation and the communication to the customer.
9        Because, I mean, this case that you chose
10 really highlights the process, which is, customer tells
11 us they think something didn't work correctly, we
12 collect the information, we review it with the engineer,
13 we determine whether we want to investigate further,
14 which we made the attempt to do, it wasn't available.
15       And so, we advise the customer that it's
16 possible that you did have a problem with your airbag if
17 you're telling us that your airbag light was on
18 previously. But we're not going to be able to provide
19 you with any more detailed answers without having the
20 vehicle available.
21    Q    Okay. So then, once the letter goes out to
22 the customers who have purchased these vehicles, is
23 there any sort of follow up done to ensure that these
24 customers received the notice or received the letter?
25    A    Good question. So, the -- there is a process

87

1 of receiving any undelivered mail and having that
2 processed. And then, there is a quarterly process where
3 we have to report to NHTSA what our completion rates are
4 over time.
5        And so, that we can track to see if we're not
6 making what would be considered the progress that we're
7 trying to make in terms of the completion that sometimes
8 we will send a secondary notification to customers.
9        So, we'll check the state vehicle registration
10 records to see if there's been a record of a new updated
11 owner and then, we'll send a re-notification.
12       We also provide our dealers with information
13 about their particular customers, and they're able to
14 also try to reach out separately to customers to try to
15 see if they can schedule a service appointment as well.
16       So, we could re-notify, and we asked our
17 dealers to also work to try to make a proactive outreach
18 to customers.
19       And then, I would also note that when any
20 customer calls our customer care center, part of our
21 standard operating procedure is to check that vehicle
22 for any outstanding recalls and making sure that we're
23 notifying customers of it and offering to schedule
24 appointments.
25       So, we're doing our best every time we're

88

1 interacting with the customers to make them aware of
2 outstanding recalls.
3    Q    What is Kia America, Inc.'s opinion as to
4 whether -- strike that. What is Kia America, Inc.'s
5 position as to -- or opinion as to why you send out
6 recall letters?
7        MR. ADAMS: Objection as to form.
8    A    Well, the rules set by NHTSA, there are rules
9 relative to the recall process. So, once a decision is
10 made, there is a certain timelines that we have to share
11 certain required information with customers, whether we
12 have a fix for that, that recall or that particular
13 problem available at that time or not.
14       So, we send these notifications to customers,
15 because we need to notify them of a particular issue
16 we'd like them to have repaired. And there are also
17 certain rules associated with that particular process as
18 well.
19 BY MS. LATOUR:
20    Q    And why is it important for Kia America to
21 notify its customers of potential airbag or seatbelt
22 malfunction?
23       MR. ADAMS: Objection as to form. Go ahead.
24    A    Well, the safety of our vehicles, they -- we
25 certify them that they meet all Federal Motor Vehicle

89

1 Safety Standards. And safety, of course, is one of many
2 priorities when you're selling products to customers.
3        And so, when we identify a particular issue,
4 we want to make sure that the customer is affected by
5 that issue are aware of it so that we can get it
6 corrected.
7        MS. LATOUR: Okay. Ms. Cameron, I have no
8 further questions for you. Thank you very much for
9 your time. I don't know if Mr. Adams has any, but
10 I am done. So, thank you.
11       THE WITNESS: Thank you.
12       MR. ADAMS: Why don't we take about a five-
13 minute break? I've got some follow-up.
14       MS. LATOUR: Sure.
15       MR. ADAMS: Off the record.
16       THE VIDEOGRAPHER: 02:08, off the record.
17       (Thereupon, a short discussion was held off
18       record.)
19       (Deposition resumed.)
20       THE VIDEOGRAPHER: 02:18 p.m., on the record.
21          CROSS EXAMINATION
22 BY MR. ADAMS:
23    Q    Very good. Ms. Cameron, my name is Robert
24 Adams and I represent Kia, and I have a few follow-up
25 questions for you.



90

1    First of all, I want to talk a little bit
2 about your background.  And we'll put up on the screen
3 the CV that we provided to Plaintiff's Counsel in this
4 case.  The first page number or the page number, it ends
5 with 9515, if we can put that up.
6    And while we're putting that up, Ms. Cameron,
7 before we get to your educational background, would you
8 just describe generally where you grew up and then,
9 we'll continue on from there with your college
10 background.
11    A    So, I was born and raised in the San Fernando
12 Valley and moved around quite a bit.  I had a stepfather
13 that relocated us quite a bit.  And I lived in Yuma,
14 Arizona twice.  And I lived in the Ozarks of Arkansas
15 for one year when I was in the fifth grade.
16    I lived first in Lowell, Arkansas, and my
17 sister, baby sister was born in Rogers, Arkansas.  And I
18 lived for a year in a very small town called Seligman,
19 Missouri, that was just across the border from Arkansas.
20    Q    And you're familiar with the fact that the --
21 Mr. Rodabaugh and Ms. Rodabaugh were involved in an
22 accident in the Bentonville area, correct?
23    A    Yes.  I recall hearing that.
24    Q    And Seligman, Missouri and Lowell are -- and
25 Rogers, are they all in fair proximity to Bentonville?

91

1    A    Yes.  My stepfather's father actually worked
2 in Bentonville, and lived in Lowell when we first
3 relocated there.
4    Q    Okay.  And then, with respect to your
5 educational background, we can see on your CV the
6 universities that you attended, but briefly for the
7 Jury's benefits summarize your educational background.
8    A    I went to junior college while I was working
9 full-time.  And right after I graduated high school and
10 then, I later transferred to the University of Redlands,
11 and I got my Bachelor of Science degree in Business and
12 Management.
13    Q    Okay.  And your CV indicates that you started
14 working at Kia in April of 1986.  Is that correct?
15    A    That is.
16    Q    Okay.  So, were you actually working full time
17 at Kia during the time that you attended Santa Ana
18 College and then, later at the University of Redlands?
19    A    Actually, that's the wrong -- that's the wrong
20 date.  That is a typo.  It's April of 1994.  1986 is when
21 I was working at Hyundai Motor America, which I think
22 you'll see below.  So, you've actually disclosed that I
23 have a typo on my document.
24    So, I worked at Hyundai when I was going to
25 school and I got my degree while I worked there.  And

92

1 then, in April of 1994, I began working at Kia Motors.
2 So, I've been there for, which is now known as Kia
3 America, but I've been there for 28 and a half years.
4    Q    Okay.  And Ms. Latour did a good job of going
5 through your background.  So, I don't want to belabor
6 it.  But for the Jury's benefit, would you just describe
7 kind of the jobs you have held in the past and how you
8 have, in essence, worked your way up the ladder to a
9 Director position at Kia?
10    A    Yes.  I started in the legal department with
11 Hyundai.  And then, I was the legal secretary.  And
12 then, I moved into the dealer development department.
13 And this was at a time when Hyundai had not been selling
14 cars in the US for very long and we were busy appointing
15 dealers nationally.
16    Then I moved to the Western Region office and
17 got involved in Customer Care at that time.  And so, the
18 first eight years at Hyundai was working my way up
19 through legal dealer, what we call dealer development
20 and then Customer Care.
21    And then, Kia came to the US and was working
22 to build a dealer organization and a former boss of mine
23 was working at Kia and asked if I would come over and
24 help to establish the original dealer network for Kia.
25    So, I was involved in the appointment of the

93

1 first 300 dealers.  And then, I transferred back to
2 customer care in a role in the Western Regional Office
3 for about three years.
4    And then, I came back to the corporate office
5 and became responsible for the national customer care
6 operations in the year 2000.  So, it's been over 20
7 years that I've been working to assist customers.
8    And so obviously then we interface with all
9 departments, you need to know -- you need to know about
10 what's happening in all the different departments.
11    And in 2009, I was given responsibility for
12 the warranty operations and then, subsequently the
13 Technical Assistance Center.  And as I explained
14 earlier, just this month, we we've now segregated those
15 operations again, so I'm only responsible for customer
16 care right now.
17    Q    Okay.  Thank you.  And I want to refer back to
18 some questions that Ms. Latour asked you about a
19 particular claim, we don't need to put it up, but the
20 Bates number of it was 1535.
21    And this was the claim that Ms. Latour
22 discussed with you where a customer had an airbag light
23 that -- warning light that was on and then, later they
24 had gotten into an accident, and their airbag apparently
25 did not deploy.  Do you recall the discussion on that

94

1 document?
2    A   Yes, I do.
3    Q   Okay.  And you had mentioned in the context of
4 that discussion and earlier that the seatbelts in a
5 vehicle like the 2017 Soul, and really all vehicles is
6 a, what you refer to as the primary restraint system.
7 Would you explain what you mean by that to the Jury?
8    A   Sure.  If you look at the owner's manual, it
9 will explain that your seatbelt is your primary
10 restraint system because it will protect you.  It offers
11 protection in all types of accidents.
12        And that the airbags system is really the
13 supplemental restraint system that should be used in
14 conjunction with the seatbelt, because it provides an
15 extra supplemental layer of protection for certain types
16 of incidents where it's deemed necessary to provide you
17 with that particular level of protection.
18    Q   Okay.  You mentioned the manual and I -- and
19 the manual, you have reviewed the actual, an actual copy
20 of the manual that was provided to the Rodabaugh with
21 their Kia, correct?
22    A   Yes.
23    Q   And we're going to put up, not the entire
24 manual, fortunately, just the sections that you had
25 referred to regarding seat belts, and if we'll put up

95

1 Bates Number KMA00126.  And is this one of the sections
2 of the manuals that discussed the seatbelt restraint
3 system?
4    A   Yes.
5    Q   And we can see under seatbelt, seatbelt
6 restraint system, it says seatbelts are designed to bear
7 upon the bony structure of the body and should be worn
8 low cross the front of the pelvis, chest and shoulders
9 as applicable.
10        Wearing the lap belt -- wearing the lab
11 section of the belt across the abdominal area must be
12 avoided.  Is this the type of material that would be
13 provided to owners of a 2017 Soul Kia like the
14 Rodabaughs?
15    A   Yes.
16    Q   And then, over to the right, in the right-
17 hand column, first bullet point it says, "For maximum
18 restraint system protection, the seatbelts must always
19 be used whenever the vehicle is moving."
20        Is that an important instruction for any
21 driver of a Kia Soul or frankly any car on the road?
22    A   Yes.  As I indicated earlier, it covers all
23 types of incidents.  It will provide restraint in any
24 type of incident that you experience, if you have any
25 type of a collision.

96

1        And it also goes on to mention the
2 positioning. So, it's not just wearing it, but it's also
3 making sure that it's properly positioned if you want to
4 get the maximum benefit from it.
5    Q   And we already read the first part on -- over
6 on the left-hand side.  But if we focus on the bullet
7 point that I just read, it also says a properly
8 positioned shoulder belt should be positioned midway
9 across your shoulder, across your collarbone.
10        Is that the type of information that Kia
11 transmits to customers to make sure that they properly
12 wear their primary restraint system at any time when
13 they're driving a vehicle?
14    A   Yes.
15    Q   Okay.  Now, referring back to that complaint
16 that Ms. Latour had referred you to.  In that complaint,
17 the driver had actually told Kia that their warning
18 light was on.  Do you recall that?
19    A   Yes, I do.
20    Q   And that's the manual on the next page, which
21 is KMA00127 provide information to Kia's customers about
22 the significance of the airbag warning light?
23    A   Yes, it does.
24    Q   And we can see on this page, which was -- is a
25 copy of the page that the Rodabaughs would have seen as

97

1 that there's an actual seatbelt warning for the driver's
2 seat, and we can see the icon that would be inside the
3 car.  Is that correct?
4    A   Yes.
5    Q   And is it your understanding that if there is
6 any problem, whether it would be a problem encompassed
7 by a recall or not, but if there's any problem with a
8 Kia airbag, as far as it not working, that that light
9 will be an indication to an owner that they should have
10 their seatbelt -- or I'm sorry, have their airbags
11 immediately checked?
12    A   Yes.  And I believe the next page when you
13 read that sentence, it talks more specifically about the
14 reasons why that light might go on.
15    Q   Okay.  And underneath the icon that we can see
16 on Bates Page 127 that the Jury can see right now, it
17 says, "The driver seat belt warning light in chime will
18 activate pursuant to the following table when the
19 ignition switch is on."  Did I read that correctly?
20    A   Yes.
21    Q   And if we turn to the next page, we can see
22 the actual sequence of the warning light in the chime,
23 which is on Page 128.
24        And it -- and we don't have to go through
25 those but it talks about the actual sequencing when the

98

1 light will be on, and you can see the first bullet point
2 says, "Warning pattern repeats 11 times with the
3 interval of 24 seconds if the driver seatbelt is
4 buckled, the light will stop within six seconds and
5 chime will stop immediately." Did I read that
6 correctly?
7   A   Yes.
8   Q   And again, if a driver of a vehicle, like the
9 2017 Kia Soul that the Rodabaughs were driving, if they
10 see that warning light, what does Kia instruct the owner
11 to do?
12   A   That they should take the vehicle to the
13 dealership, so that it can be diagnosed in terms of any
14 type of problems that are occurring.
15   Q   And with respect to the customer care that Kia
16 offers consumers, you've testified that there's a
17 variety of different ways that a customer can contact
18 either Kia or the dealer if they have an airbag warning
19 light on, correct?
20   A   Correct.
21   Q   All right. And obviously, they could take the
22 car to the dealer and then have them diagnose whether
23 there is a problem and what the problem is, is that one
24 of the courses?
25   A   Yes.

99

1   Q   And if they don't do that, can they also
2 contact Kia on one of the customer care lines in a
3 variety of different ways?
4   A   Yes, they can.
5   Q   And describe to the Jury the variety of
6 different ways that the customers can contact Kia if
7 they ever see that warning light on.
8   A   So, obviously, our first recommendation is for
9 them to contact the dealer because the dealer has the
10 tools and resources needed to diagnose that particular
11 problem and provide them resource right away.
12       Our 800 Number, toll free number is available
13 24 hours a day, seven days a week, to provide assistance
14 if they need to have their vehicle towed to a particular
15 dealer, if they're uncomfortable with driving, it's that
16 same number that the customers can reach out to us to
17 the care team to request some assistance with that or
18 any other element of their ownership.
19       And as I mentioned, there is also an online
20 contact portal that's available for customers. And you
21 can see that under the kia.com website that's available,
22 and that will also push that communication directly to
23 the care team, so that they're notified that the
24 customer has reached out for some particular type of
25 assistance.

100

1   Q   Okay. So, is it fair to say that there's a
2 variety of different ways that a consumer can contact
3 Kia or their dealer if that warning bag -- what if that
4 warning light goes on with respect to their airbags?
5   A   Yes. And many vehicles have the functionality
6 built within their vehicle that enables them to reach
7 out and request contact and request support as well,
8 appointment setting.
9   Q   All right. And you had mentioned also that
10 the airbag system is a supplemental restraint system in
11 your conversation with Ms. Latour, do you recall that?
12   A   Yes, I do.
13   Q   And I want to refer you to another portion in
14 the same manual that we had referred to earlier, which
15 is identical to the manual that the Rodabaughs would
16 have been provided with. And if we can put up
17 KMA00150.
18       Is this the section of the manual that
19 discusses the airbag advanced supplemental restraint
20 system?
21   A   Yes, it is.
22   Q   And why is it that Kia and other manufacturers
23 refer to airbag systems as a supplemental restraint
24 system?
25   A   Because they're only designed to activate in

101

1 certain circumstances based upon the logic that's
2 provided with them. And that's why you see there in
3 that that bottom right paragraph there's the reminder
4 that, you know, the vehicle driver and passenger should
5 always wear their safety belts.
6   Q   Right. So, there are circumstances where
7 airbags are not designed to deploy even though a person
8 may get into an accident. Is that fair?
9   A   That is absolutely correct.
10   Q   And in those situations, is it critical that
11 the driver or the passenger or any occupant of the
12 vehicle wear their primary restraint system, which is
13 the seatbelt?
14   A   Yes, it is.
15   Q   And we can see over on the right-hand side it
16 describes the different types of airbags that were in
17 the 2017 Soul that the Rodabaughs had.
18       And underneath that it says, "Even in vehicles
19 with airbags, you and your passengers must always wear
20 the safety belts provided in order to minimize the risk
21 and severity of injury in the event of a collision or
22 rollover." Did I read that correctly?
23   A   Yes.
24   Q   And is that important information that all
25 drivers of any car should comply with?



Cameron, Michele  08-31-2022

---

102

1   A   Yes.

2     Q   And the manual then goes on page -- Bates Page
3   KMA00153 to again discuss the airbag warning light.  And
4   I put that page up there.  And we can see the airbag
5   warning light.  The actual icon is again over on the
6   right-hand side, is that correct?

7   A   Yes.

8     Q   And the manual that the Rodabaughs would have
9   had said, "The purpose of the airbag warning light in
10  your instrument panel is to alert you of a potential
11  problem with your airbag system, which could include
12  your side and/or curtain airbags use for rollover
13  protection."  Did I read that correctly?

14  A   Yes.

15    Q   And, again, is it important for consumers
16  anytime they see that airbag light on for the consumers
17  to immediately check into getting the airbag diagnosed
18  with respect to whatever problem may exist in the
19  system?

20  A   Absolutely.  Because it's an alert of a
21  potential problem, so it should be looked at right away.

22    Q   And you've obviously described the variety of
23  different mechanisms by which Kia and dealers provide to
24  customers in order to get that immediately checked out.
25  Correct?

---

103

1   A   Yes.

2     Q   And we can also see on KMA000155, other
3   information about the warning from an airbag warning
4   light, and it's over on the left-hand side, correct?

5   A   Yes.

6     Q   And it said, "If the airbag warning light
7   illuminate," I'm sorry, "If the airbag warning light
8   illuminated for more than six seconds after the ignition
9   is turned on or if it illuminates during vehicle
10  operation, an SRS component may not be functioning
11  properly, and you should have your vehicle checked by an
12  authorized Kia Dealer."  Did I read that correctly?

13  A   Yes.

14    Q   All right.  Now, with respect to recall that
15  Ms. Latour asked you about, she showed you a document
16  that was the DTET action recommendation report.

17    And if we can put up Bates Number 7545 just
18  briefly.  We can see that the meetings that you talked
19  about actually occurred in January of 2022, correct?

20  A   Yes.

21    Q   And they're -- and there were meetings
22  associated with investigation that eventually led to the
23  recall.  That is the subject of this document, correct?

24  A   That is correct.

25    Q   And in connection with the recall, does the

---

104

1   National Highway Transportation and Safety
2   Administration actually have various rules that a
3   manufacturer has to follow when they make a decision to
4   conduct a recall?

5   A   Yes.  As I discussed earlier.

6     Q   And part of that process, you talked about how
7   once a decision is made NHTSA, which stands for the
8   National Highway Traffic and Safety Administration must
9   be notified, and there is a process by which the
10  manufacturer will set forth what they're going to do to
11  notify customers in the public about the existence of a
12  recall.  Is that correct?

13  A   That is correct.

14    Q   And again, you talked with Ms. Latour about
15  details concerning what Kia did in conjunction with
16  those rules set forth by NHTSA.  Is that correct?

17  A   That is correct.

18    Q   And sitting here today, are you aware of any
19  criticisms by NHTSA to Kia about any alleged failure of
20  Kia to not comply with those standards and criteria?

21  A   I am not.

22    MR. ADAMS:  And those are all the questions I
23  have at this time.

24    MS. LATOUR:  I just have one -- two quick
25  follow up questions.

---

105

1     RE-DIRECT EXAMINATION
2   BY MS. LATOUR:

3     Q   As far as -- you testified that the seatbelt
4   was the primary restraint system, the airbag was a
5   supplement.  Does -- do the Kia cars did the airbag
6   systems have parameters that when a person is not
7   wearing the seatbelt that the airbag still deploy,
8   knowing that they're not wearing the seatbelt?

9   A   So, I'm not an engineer, and I would probably
10  not be your best person to answer that question.  But I
11  believe the information is provided as is outlined in
12  the owner's manual to the extent that it's there that --
13  that's the information that I can talk about.

14    So, I would have to look to see what that
15  manual says about that.  Because I'm not, like I said,
16  I'm not an engineer.  I'm not as close to that.

17    Q   Okay.  Have you read that information anywhere
18  that that would be the case?

19  A   I don't recall specifically.  For purposes of
20  our support to customers, I mean, I think we're
21  reinforcing the fact that the seatbelt is the primary
22  restraint system.

23    Sure.  And then, it's -- in your safety --
24  important safety recall the letter that was sent out in
25  March of 2022 regarding the DTCB1620, it does indicate

---



106

1 that if there's a -- in this specific recall that the
2 warning light might not have been illuminated, correct?
3    A   If you could show me the -- if you could show
4 me the letter, we can talk specifically about the
5 letter. I just want to make sure -- I just want to --
6    Q   I'll read it to you. Specific line I'm
7 referring to in the letter, it says, "If the warning
8 light is not illuminated, the software update will be
9 installed to the airbag control unit to ensure
10 deployment of the airbag in the event of a crash that
11 warrants best protection, even if the recall condition
12 related to DTCB1620 occurs in the future."
13        Does this tell you that in the event of this
14 recall, the warning light may not have been illuminated?
15    A   So, I think I'm glad that you read that whole
16 section that you were referring to that was the basis of
17 your question, because I think if you look at the
18 description of what the issue is, it says that it
19 describes a condition that can occur under certain
20 circumstances.
21        And you will -- if that condition has
22 occurred, the airbag warning light will be activated.
23 And so, because it's a situation that doesn't always
24 occur, that there's really a two-part remedy that's
25 being provided to customers.

107

1        And again, I'm at a little bit of a
2 disadvantage, because I'm not looking at the letter, but
3 the dealers will first inspect and make a repair based
4 upon whether or not the airbag warning light is on
5 because there's -- that condition has occurred already.
6        But if it hasn't occurred, they can perform a
7 software update to prevent that problem from affecting
8 the airbag operation should it occur in the future. I
9 believe that that's what that section said that you
10 read, and what it means.
11    Q   Sure. So, tell me then, if -- actually, this
12 would not be a question for you. So, I'm going to save
13 it. But thank you.
14    A   Okay.
15    Q   And I understand your position, which gives me
16 more questions for the engineer. Thank you.
17    A   Okay.
18        MS. LATOUR: I have nothing further.
19        MR. ADAMS: I don't have any further questions
20 either. And Ms. Cameron, thank you very much.
21        THE WITNESS: Thank you.
22        THE COURT REPORTER: Okay. And read or waive?
23        MR. ADAMS: No. I think we're done.
24        THE WITNESS: Yeah.
25        MS. LATOUR: She is asking Ms. Cameron, do you

108

1 want to read the transcript or do you want to waive
2 the right to read?
3        MR. ADAMS: I think -- yeah, she would like
4 the right to read it. So, you could send it to me
5 and then, I'll forward it to Ms. Cameron and see if
6 there's any changes, I'm sure there won't be but
7 there could be, you never know, sometimes there's
8 errors and so we would like the opportunity to do
9 that.
10        THE VIDEOGRAPHER: Okay. The time is
11 02:44 p.m., this concludes the video deposition of
12 Michele Cameron.
13        (Deposition concluded at 2:44 p.m.)
14        (Reading and signing of the deposition by the
15        witness has been reserved.)
16
17
18
19
20
21
22
23
24
25

109

1        CERTIFICATE OF REPORTER
2 STATE OF FLORIDA
3 COUNTY OF ST. JOHNS
4
5    I, MISSY GLAUSER, Court Reporter and Notary Public
6 for the State of Florida, do hereby certify that I was
7 authorized to and did digitally report and transcribe
8 the foregoing proceedings, and that the transcript is a
9 true and complete record of my notes.
10    I further certify that I am not a relative,
11 employee, attorney or counsel of any of the parties, nor
12 am I a relative or employee of any of the parties'
13 attorneys or counsel connected with the action, nor am I
14 financially interested in the action.
15
        Witness my hand this 16th day of September, 2022.
16
17
18
19
20
21
22
   _____
23 MISSY GLAUSER, COURT REPORTER
   NOTARY PUBLIC, STATE OF FLORIDA
24
25



110

```
1              CERTIFICATE OF OATH
2    STATE OF FLORIDA
3    COUNTY OF ST. JOHNS
4
5        I, MISSY GLAUSER, the undersigned authority,
6    certify that MICHELE CAMERON appeared before me remotely
7    pursuant to Florida Supreme Court Order AOSC20-23 and
8    was duly sworn on the 31st day of August, 2022.
9
         Witness my hand this 16th day of September, 2022.
10
11
12
13
14
15
16
17  _____
     MISSY GLAUSER, COURT REPORTER
18   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 211244
19   Commission Exp:  12/27/25
20
21
22
23
24
25
```

112

```
1                  ERRATA SHEET
2    I wish to make the following changes, for the following
     reasons:
3
     PAGE NO.  LINE NO.
4
     _____  _____  CHANGE_____
5
             REASON_____
6
     _____  _____  CHANGE_____
7
             REASON_____
8
     _____  _____  CHANGE_____
9
             REASON_____
10
     _____  _____  CHANGE_____
11
             REASON_____
12
     _____  _____  CHANGE_____
13
             REASON_____
14
     _____  _____  CHANGE_____
15
             REASON_____
16
     _____  _____  CHANGE_____
17
             REASON_____
18
     _____  _____  CHANGE_____
19
             REASON_____
20
     _____  _____  CHANGE_____
21
             REASON_____
22
     _____  _____  CHANGE_____
23
             REASON_____
24
25   SIGNATURE             DATE
```

111

```
1    DATE:    SEPTEMBER 16, 2022
     TO:    MS. MICHELE CAMERON
2    C/O
         ROBERT T. ADAMS, ESQUIRE
3        HOOK, HARDY & BACON, LLP
         2555 GRAND BOULEVARD
4        KANSAS CITY, MO 64108
5    IN RE: ADVOCACY TRUST, LLC, as Special Administrator and
     Personal Representative of the Estate of THOMAS ROY
6    RODABAUGH, Deceased vs. KIA CORPORATION, KIA AMERICA,
     INC., and JOHN DOES 1-3
7    CASE NO: 5:21-CV-5064-PKH V
8    Dear Ms. Cameron,
9        Please take notice that on August 31, 2022 you gave
     your deposition in the above-referenced matter.  At that
10   time, you did not waive signature.  It is now necessary
     that you sign your deposition.  You may do so by
11   contacting your own attorney or the attorney who took
     your deposition and make an appointment to do so at
12   their office.  You may also contact our office at the
     below number, Monday - Friday, 9:00 AM - 5:00 PM, for
13   further information and assistance.
         If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.
         If you wish to waive your signature, sign your name
16   in the blank at the bottom of this letter and promptly
     return it to us.
17
     Very truly yours,
18
     MISSY GLAUSER,
19   Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
23   _____
     MICHELE CAMERON
24   cc: via transcript:
         JESSICA L. LATOUR, ESQUIRE
25          ROBERT T. ADAMS, ESQUIRE
```



877.291.3376
www.UCRinc.com

| | | | |
|---|---|---|---|
| **0** | 110:19 | 30:23 31:21 | 42:22 |
| **01/25/2022** | **12:39** 41:15 | 33:11,12,17,20 45:1 94:5 | **30** 111:14 |
| 74:7 | **12367577** | 95:13 98:9 | **30(b)(6** 15:16 |
| **01:35** 73:11 | 56:16,22 | 101:17 | 16:2,9 |
| **01:43** 73:15 | **127** 97:16 | **2019** 45:4 | **300** 93:1 |
| **02:08** 89:16 | **128** 97:23 | 59:3,5 | **30-year** 16:22 |
| **02:18** 89:20 | **13** 76:9 | **2020** 33:23 | **31** 1:17 5:2 |
| **02:44** 108:11 | **1-3** 1:10 111:6 | 62:10 70:4 71:8 | 111:9 |
| **05/11** 55:10 | **1535** 93:20 | **2021** 70:7 | **31st** 5:4 110:8 |
| **06/05/2017** | **16** 111:1 | 71:10,17 | **33416-1349** 2:4 |
| 43:23 | **16th** 62:10 | 72:15 | **360** 82:24 |
| **06/06** 47:25 | 109:15 110:9 | **2022** 1:17 | **3606** 2:8 |
| 49:4 | **17** 38:8 | 5:2,4 13:8 | **360-degree** |
| **06/13/2017** | **18th** 70:4 74:5 | 74:5 103:19 105:25 109:15 | 83:7 |
| 50:25 | 77:22,23 78:5 | 110:8,9 | |
| **06/21** 53:20 | **1986** 91:14,20 | 111:1,9 | **4** |
| | **1994** 91:20 | **202-5200** 2:9 | **4** 32:16 33:7 |
| **1** | 92:1 | **2049** 43:16 | 36:20 37:3 |
| **1** 4:3 | **1st** 39:13 | **21** 68:25 | 42:1,22 60:4 |
| 10:1,2,19 | | **211244** 110:18 | **421-5547** 2:14 |
| 12:8,9 | **2** | **21349** 2:4 | **479** 2:9 |
| 16:12,16 | **2** 23:13 32:14 | **22V031** 35:3 | |
| 18:18 22:8 | 42:22 | 65:13 | **5** |
| 23:11 27:9 | 49:23,24 | **2332** 6:8 | **5** 3:3 12:24 |
| 42:1,22 44:16 | 52:13 | **24** 98:3 99:13 | 33:8 36:20 |
| **10** 4:3 7:11 | **2:44** 108:13 | **2555** 2:13 | 37:4 60:4 |
| 32:18 44:16 | **2:45** 1:17 | 111:3 | **5:00** 111:12 |
| **10/19/63** 6:11 | **20** 93:6 | **25th** 77:23 | **5:21-CV-5064-** |
| **100** 38:8 | **2000** 9:22 93:6 | 78:5 | **PKH** 1:3,9 5:9 |
| **105** 3:6 | **2009** 39:10 | **28** 92:3 | 111:7 |
| **11** 98:2 | 93:11 | **29th** 13:8 | **533-6700** 2:5 |
| **11:30** 1:17 5:5 | **2014** 43:2 | | **561** 2:5 |
| **111** 6:5 | 45:4,9 59:3,5 | **3** | |
| **117** 38:17 | **2016** 33:21 | **3** 23:15 32:14 | **6** |
| **12/27/25** | **2017** 12:4 29:8 | | **6** 12:23,24 35:18 65:6,10 |



**60** 80:1

**64108** 2:13 111:4

---

7

**7** 12:23 35:18 65:6

**72758** 2:8

**7545** 103:17

---

8

**80** 33:9,14 34:18 35:2,21

**800** 99:12

**81** 33:9,14 34:18 35:2,21 45:1 59:24 75:17,20

**816** 2:14

**89** 3:5

---

9

**9** 46:5 58:10

**9:00** 111:12

**947** 74:16 75:1,2

**9515** 90:5

**954)712-2600** 111:20

---

A

**a.m** 1:17 5:5

**A1620** 71:10

**abbreviation** 76:8

**abbreviations**

74:15

**abdominal** 95:11

**able** 17:5 18:22 55:22 57:22 60:5 64:7 71:18 73:2 77:11,12 86:18 87:13

**about** 8:11 11:17,19 13:1,2,5 16:11 17:6,8 18:1,5,17,18, 23 19:8 20:21 21:25 22:6,23 27:6,10 34:24 35:16 36:1,4,17,24 37:6 38:12 40:17 41:19 42:5,15,16,19 ,22 46:14 48:11,25 52:5 53:3 55:13 59:22 60:5 62:19,24 63:12,23,25 64:2,7 65:8,21 67:3 70:3 71:23 75:5 76:5,6 77:3 78:16 82:7,15 87:13 89:12 90:2 93:3,9,18 96:21 97:13,25 103:3,15,19 104:6,11,14,1 9 105:13,15 106:4

**above** 52:2 53:19

**above-referenced** 111:9

**absolutely** 68:20 85:14 101:9 102:20

**accepted** 47:8

**accident** 46:4 50:5 55:10 56:11,24,25 84:18 90:22 93:24 101:8

**accidents** 49:24 94:11

**acquisition** 25:16

**acronym** 69:16

**across** 90:19 95:11 96:9

**action** 40:3 47:17 53:1 60:22 69:22 70:3 71:15 74:2 85:6 103:16 109:13,14

**actions** 78:24

**activate** 97:18 100:25

**activated** 106:22

**activation** 31:18

**actual** 65:1,11 67:25 75:24 78:15

**80:**15,19 81:17 94:19 97:1,22,25 102:5

**actually** 33:24 59:14 60:4 79:21 80:12 91:1,16,19,22 96:17 103:19 104:2 107:11

**Adams** 2:12 3:5 5:18 11:4,14 12:15,17 14:5,13,22 15:7,17 18:9,25 26:13 27:13,25 28:12 36:25 39:9 41:2,10 43:7,18 61:21 62:3,14 63:3,19,24 67:15 68:2,15 70:13,16 73:10 88:7,23 89:9,12,15,22 ,24 104:22 107:19,23 108:3 111:2,25

**add** 80:5

**added** 44:5,11 51:2 52:8,10 73:20

**additional** 38:18 47:16 73:22 74:8 85:6

**address** 6:4,7 51:12,14 52:3



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Administration
104:2,8

administrator
1:5 52:7
111:5

advanced
100:19

advertise
18:21

advertising
12:3 17:11
19:4 20:3
22:10,23
23:8,12,14,15
,18,22,25
24:11

advise 86:15

Advocacy 1:5
5:7 111:5

Affairs 76:7

affected 65:12
89:4

affecting
107:7

after 5:23
21:19 46:17
54:13 55:12
79:9,24 91:9
103:8

again 11:8
13:10 66:10
68:8 72:22
74:1 93:15
98:8
102:3,5,15
104:14 107:1

against 58:21
62:9

agency 24:11

agent 44:6

agree 14:3,11
15:5 31:1
35:8

ahead 11:5,14
12:16
14:13,22
15:18 18:8,10
19:1 23:1
26:14 27:14
49:12 59:15
61:21 67:16
68:7,14,16
75:13 88:23

airbag 21:5,25
36:3 37:5
46:5,6 55:24
56:4,11
57:19,20
58:6,8,24
59:8,9,18
60:1,18 61:10
62:25 63:2,12
71:9,24
81:10,17
84:9,11,13,17
,23,25
86:16,17
88:21
93:22,24
96:22 97:8
98:18
100:10,19,23
102:3,4,9,11,
16 103:3,6,7
105:4,5,7
106:9,10,22
107:4,8

airbags 33:12
57:23

59:18,19,20
60:7 61:8
81:9 94:12
97:10 100:4
101:7,16,19
102:12

alert
102:10,20

all 1:18 5:11
7:13 9:3,9
10:11,25
11:11 13:9
15:14 17:2,5
19:22 22:5
23:16 35:5
37:1,12,13
41:17,24
42:7,8,13,25
43:21 46:23
50:13
51:12,16 53:4
54:22 59:3,15
60:3 64:13
69:17 70:18
71:1 73:17
75:1,23
78:3,12 79:16
81:8 82:3
83:5 84:1
88:25 90:1,25
93:8,10
94:5,11 95:22
98:21 100:9
101:24 103:14
104:22

Allan 12:25
21:24 66:11
67:7 72:25
75:4 76:17
78:1,3

allegations
33:11,12

35:14

alleged
36:15,16
104:19

alleges 46:20

allocated
30:1,7,15

allocation
29:25

almost
55:11,12

already
26:17,20
38:14 55:20
69:21 96:5
107:5 111:14

also 13:6,13
14:5 15:7,17
25:5 27:25
28:12,13 35:6
60:5 62:14
63:4,20 64:19
79:15
87:12,14,17,1
9 88:16
96:1,2,7
99:1,19,22
100:9 103:2
111:12

always 57:9
83:5 95:18
101:5,19
106:23

am 8:9 9:1
11:18 13:25
14:9 15:11,21
27:15 35:23
68:14 89:10
104:21
109:10,12,13



111:12

**America** 1:10
6:24
8:11,12,22
9:22 10:20
12:1,13 13:22
15:15 25:17
27:7,9
32:15,19
81:13,16
88:3,4,20
91:21 92:3
111:6

**American** 21:23
65:19 66:2,7
80:14

**Ana** 6:8 91:17

**analysis** 13:5
36:19

**analyst** 19:9

**analysts**
19:14,15

**ancillary**
78:19

**and/or** 33:12
45:23 102:12

**another** 47:11
50:23
51:16,24
79:15 100:13

**answer** 7:18,19
8:3 10:25
11:5,15
14:8,14,23
18:10 27:8
28:16 35:7
37:21 40:20
57:13 62:8
73:2 80:11

105:10

**answered**
49:7,9

**answers** 7:17
8:14,17,18
13:21 14:3,11
15:5 55:22
58:5 80:9
86:19

**any** 13:15
16:17 17:25
18:14 19:7,15
21:20
22:8,14,17,20
24:6,8
30:10,20,21,2
2 31:5
32:1,3,10,15,
22 33:2
35:2,21
36:18,23
42:2,4,17
56:21
57:21,22
58:24
59:2,8,17
60:6,12 61:17
62:1,12,24
63:15 64:24
65:15 70:3
72:22 78:18
81:13,16
82:9,18 83:22
84:17 85:5,25
86:19,23
87:1,19,22
89:9
95:20,21,23,2
4 96:12
97:6,7 98:13
99:18
101:11,25

104:18,19
107:19 108:6
109:11,12

**anybody** 21:20
22:1

**anymore** 55:15

**anyone** 16:5
18:21 19:17
20:13 46:19
57:17 85:24

**anything** 32:15
38:20 82:12
83:21,22,24
85:3

**anytime** 102:16

**anywhere**
105:17

**AOSC20-23** 1:19
5:11 110:7

**apologize**
73:25

**apparently**
93:24

**appear** 55:24

**APPEARANCES**
2:1

**appeared** 1:18
6:23
72:8,15,21
110:6

**appearing** 5:11

**applicable**
95:9

**applied** 21:10

**applies** 35:12

**appointing**

92:14

**appointment**
87:15 92:25
100:8 111:11

**appointments**
87:24

**appreciate**
46:15

**approval** 78:22

**approve** 78:25
79:1

**approved** 79:24

**approximately**
5:5 7:8

**April** 33:23
62:10
91:14,20 92:1

**arbitration**
9:8

**area** 90:22
95:11

**areas** 9:9
17:1,2,10,13
39:14,15

**aren't** 20:14

**arguably** 21:12

**Arizona** 90:14

**Arkansas** 1:1
2:8 30:8
90:14,16,17,1
9

**around** 29:22
33:9 90:12

**arrive** 29:24
30:14

**Artman** 5:20



ask 25:9 31:7
34:24 37:6
50:10 53:22
68:8 75:3,4
76:17 77:24
82:6 84:15
85:8

asked 21:25
44:18,21
48:19 50:12
56:10 57:2,9
58:5 60:5
87:16 92:23
93:18 103:15

asking 18:16
19:22 25:12
46:16
62:19,20,24
64:2 107:25

aspects 23:7
25:6,8

asset 23:19

assets
23:17,19

assigned 29:21
47:8,20

assist 9:8
82:3 93:7

assistance 9:6
34:7,12
38:3,10 39:21
40:18,20
75:10 93:13
99:13,17,25
111:13

associate 44:8
55:21 58:3,17

associated
13:5 22:14,24

35:3
36:8,11,17
82:21 88:17
103:22

associates
44:18

assume 58:11

assumed 7:25

assuming 71:2

assumption
55:6 84:21,22

assurance
30:10

attach 43:13

attached 38:18
52:10

attempt 86:14

attend
65:23,24 66:1

attendance
66:6

attended
91:6,17

attends 69:25

attorney
109:11
111:11,14

Attorney-
client
63:5,20

attorneys
10:17 16:3
27:5 109:13

August 1:17
5:2,4 13:8
39:13 110:8

111:9

authority
13:17,18
110:5

authorized
103:12 109:7

automated
51:21

automatically
52:25

available
11:1,12 15:14
16:1 35:8
55:15 59:1
65:25
79:5,16,17,21
82:8 84:1,3,8
85:7 86:14,20
88:13
99:12,20,21

avenue 78:18

avenues 42:4

avoided 95:12

avoiding 27:20

aware 8:6,10
13:21 35:13
65:19 66:17
88:1 89:5
104:18

away 56:6
99:11 102:21

_____
B
_____
B1620 71:25

baby 90:17

Bachelor 91:11

back 48:15
49:5 52:14,17

55:9 56:18
57:24
59:14,16
60:3,4 61:10
83:10 85:9
93:1,4,17
96:15

background
42:19 71:7,13
90:2,7,10
91:5,7 92:5

BACON 2:12
111:3

bag 100:3

BAILEY 2:7

based 20:13
47:18 54:22
71:19 78:22
101:1 107:3

basic 45:7
50:6

basically 45:3
58:3 76:8

basis 81:21
83:19 106:16

Bates 43:9,14
93:20 95:1
97:16 102:2
103:17

BEACH 2:4

bear 95:6

became 93:5

because 17:1
20:19 32:4
36:4,11 41:21
44:4 45:2,20
46:24 47:3,23
48:24 49:4,10



50:5 51:9
53:9,21 54:2
55:15,21 56:1
57:19 58:3,14
60:2 61:9,20
62:22
66:20,23 67:1
70:9 77:6
78:19 79:6,16
84:8,16,18
85:6 86:9
88:15
94:10,14 99:9
100:25 102:20
105:15
106:17,23
107:2,5

**become** 66:17

**becomes** 79:2,7

**before** 6:13
30:15 44:24
62:10 90:7
110:6

**beg** 80:25

**began** 92:1

**beginning**
38:19

**behalf** 1:16
2:2,11 5:15
7:8 10:21
11:18,23
12:7,10 13:18
27:7,9 44:11

**belabor** 7:14
92:5

**believe** 6:22
10:6,9 13:20
15:21 16:14
17:19 21:23
22:3,12 25:25

26:2,5 28:2
30:4,18 32:4
33:15 41:2
56:15 58:19
60:8 67:9
68:14,17
72:20 74:6,12
77:23 80:1
85:5,13 97:12
105:11 107:9

**below** 47:4
51:1,16 56:9
91:22 111:12

**belt** 21:4,16
95:10,11 96:8
97:17

**belts** 94:25
101:5,20

**benefit** 92:6
96:4

**benefits** 91:7

**Bentonville**
90:22,25 91:2

**best** 8:2 72:17
87:25 105:10
106:11

**better**
72:17,23

**between** 33:14

**beyond** 27:1
62:15 83:9

**bin** 47:5,6
48:23 52:13

**binding** 13:22
14:3,12
15:6,10

**birth** 6:10

**bit** 43:5 49:2

90:1,12,13
107:1

**blank** 111:16

**blocks** 49:22

**blue**
73:19,20,23

**Bob** 26:6 27:23

**body** 38:14
95:7

**bony** 95:7

**booklets** 17:21

**border** 90:19

**born** 90:11,17

**boss** 92:22

**both** 13:1 33:8
37:3
59:19,21,23
60:20

**bottom** 101:3
111:16

**BOULEVARD**
2:8,13 111:3

**BOX** 2:4

**brand** 23:3

**break** 41:8
73:6 89:13

**briefly** 91:6
103:18

**bring** 82:2

**broad** 15:20
21:14 23:5
27:16

**broader** 21:11

**brochure** 23:22

**brochures**

17:20

**buckled** 98:4

**build** 92:22

**built** 100:6

**bullet** 95:17
96:6 98:1

**bulletin** 79:13

**bulletins**
79:17

**Business** 91:11

**busy** 92:14

---

C

**C/A** 76:6

**C/O** 111:2

**C/P** 77:5

**CA** 47:6

**California**
6:6,9

**call** 7:4 18:19
23:11 34:11
42:5 44:1,19
45:17
50:1,5,21
53:16 55:9
58:13 75:10
81:5 92:19

**callback** 52:17

**called** 5:23
33:1 42:16
49:5 51:3
52:14 54:23
75:17 90:18

**calling**
49:12,15
54:18,19



75:20

**calls** 14:5
15:8,17 26:14
28:12 42:4
47:23 50:1
57:4 80:23
87:20

**came** 43:25
44:2 75:2
81:14 92:21
93:4

**Cameron** 1:15
3:2 5:1,7,22
6:2 11:6
12:20 13:2,17
15:13 27:20
37:1,10 64:7
89:7,23 90:6
107:20,25
108:5,12
110:6
111:1,8,23

**campaigns** 9:10

**can** 11:7 12:18
14:8 15:18,24
16:15,18 17:7
18:14,22
20:19
22:22,23 23:4
25:20
28:16,21,25
34:25 35:11
37:6 38:24
40:14 41:8
42:14 43:9
46:13 47:2,20
49:1,9
51:1,21 54:22
55:3,17,21
57:6
58:4,13,18

65:20 66:19
67:7 68:8
71:20
72:18,23
74:14 75:10
81:4,25 82:20
87:5,15 89:5
90:5 91:5
95:5 96:24
97:2,15,16,21
98:1,13,17
99:1,4,6,16,2
1 100:2,16
101:15 102:4
103:2,17,18
105:13
106:4,19
107:6

**Candelaria**
20:3

**cannot** 28:9,17
62:11

**can't** 22:20
36:23 37:20
58:4 59:2
63:16 76:14

**Canyon** 6:5

**capacities**
16:23

**capacity** 6:20

**capture** 34:15
50:6

**car** 31:6 53:23
54:11
55:4,14,20
56:2 58:4
95:21 97:3
98:22 101:25

**care** 9:1,5,21
34:12 39:20

76:8 81:1
87:20
92:17,20
93:2,5,16
98:15
99:2,17,23

**Carfax** 82:20
83:9,23

**cars** 22:10
92:14 105:5

**case** 1:3,9 5:8
16:4 29:9
33:5,22 38:3
42:18,21,24
43:21
44:11,13
47:3,7,20
49:10,20
51:19
52:8,12,14,23
,24 53:2,9,12
54:15 55:19
56:15,18,20,2
1 57:25 59:22
60:19,23
61:8,18,24
63:6 74:12
76:6 77:3
83:24 85:12
86:9 90:4
105:18 111:7

**case-by-case**
81:21

**cases** 34:22
37:17 45:1,8
46:23 47:1
59:7,25 61:1
63:2
75:7,21,25
76:1,9
81:9,20 84:14

**category** 76:23

**cause** 61:15
82:13 84:25

**causes** 60:22
63:12

**caveat** 14:20

**cc** 111:24

**center** 9:6
34:12 50:1
75:10 87:20
93:13

**centralized**
42:7

**certain** 11:19
23:14
88:10,11,17
94:15 101:1
106:19

**certainly** 18:3
34:25 35:10
38:7

**CERTIFICATE**
109:1 110:1

**certify** 88:25
109:6,10
110:6

**change** 73:6
112:4,6,8,10,
12,14,16,18,2
0,22

**changes** 108:6
112:2

**channels** 25:10

**chapter** 28:18

**charge** 20:2
24:18,22 39:5

**check** 31:8



48:16 55:14
58:18 61:23
87:9,21
102:17

**checked** 30:19
48:7 97:11
102:24 103:11

**checking** 56:4

**checks** 30:15
56:2

**chest** 95:8

**chime** 97:17,22
98:5

**chose** 86:9

**circuit** 12:18

**circumstances**
37:19 82:4
101:1,6
106:20

**citing** 71:13

**CITY** 2:13
111:4

**claim** 31:22
32:9 58:18
76:22
93:19,21

**claims** 32:5
38:25 63:25
64:8,24
74:16,17,24
75:6,25 76:2

**claims/
lawsuits**
76:19

**clarified**
72:23

**Clerk** 111:15

**close** 53:6
105:16

**closed** 51:1
53:10

**closer** 84:4,7

**clues** 84:18

**CM** 43:14

**Code** 35:25
72:3,5,8,15,1
8,21

**Codes** 36:1

**coding** 42:22

**collarbone**
96:9

**collateral**
24:5

**collect** 46:22
50:13 86:12

**college** 90:9
91:8,18

**collision**
61:13 95:25
101:21

**column** 95:17

**combination**
60:2

**combined** 37:24

**come** 23:25
44:17 50:8
59:14,16
76:23 80:18
92:23

**coming** 72:6
84:11

**comment** 68:2

**commerce** 12:4

22:11

**Commission**
110:18,19

**commit** 70:8

**commitment**
48:14 49:4
50:22,24
51:17,24
52:20
53:10,25

**commitments**
51:22 53:4,12

**committed**
64:10,14

**Committee**
69:23 74:2

**communicate**
54:21 80:3

**communicated**
58:1

**communicating**
40:1,19 69:4

**communication**
44:9,12,14
45:24 46:20
78:23 79:3
80:2,4,15
83:17 86:8
99:22

**communications**
13:3 65:21
78:14 80:16

**company** 11:19
12:19 13:9
40:10 53:21
54:3,8 58:19
79:10

**complaint** 33:3

36:9 37:25
38:1,15 42:4
43:25 44:1
45:18
96:15,16

**complaints**
32:17,23
33:4,8,10,18,
25
34:2,4,5,18
35:2,5,21,25
36:6,11,21,22
37:2,7,13
38:6,21 39:2
47:14 59:17
60:2,5 62:9
65:2 81:14,22

**complete** 109:9

**completed**
31:23 70:6

**completion**
87:3,7

**comply** 101:25
104:20

**component**
20:16 103:10

**components**
23:2 31:9
57:7 59:23
70:20 79:11

**computer** 72:3

**concern** 71:6

**concerning**
85:10 104:15

**concluded**
108:13

**concludes**
108:11



conclusion
11:5 14:6
15:8,18 26:14
27:13 28:13

conclusions
59:2

condition
35:24 36:5
38:12 72:13
106:11,19,21
107:5

conduct 70:2
78:21 104:4

conducted 60:8
86:4

conducting
85:25

confirm 19:24
77:25

confirming
28:5

confused 80:25

confusing 7:22

conjunction
24:7,12 82:25
83:2,3 94:14
104:15

connected
109:13

connection
36:18 103:25

consensus
83:18,19

consideration
66:6,19

considered
82:15 87:6

considering
30:22

consist 30:17

consists 23:2

consumer 9:5
32:17,23
33:3,4
36:21,22
38:3,9,21
59:16 76:7
100:2

consumers
98:16
102:15,16

consumer's
46:7

contact
34:8,10 42:23
44:4 45:22
53:21 55:10
81:3 98:17
99:2,6,9,20
100:2,7
111:12

contacted
42:10 48:6

contacting
40:18 111:11

contacts 50:3

context 64:3
94:3

continue 55:6
90:9

contradiction
68:20

contributed
86:1

control 106:9

conversation
50:23 54:16
81:13 100:11

conversations
44:19

copy 64:9 65:2
79:6 94:19
96:25

corporate 6:21
14:2 45:16,22
93:4

corporation
1:10 5:8 14:1
32:20 111:6

correct 25:3
26:9,21
27:2,12
28:6,11
29:5,6 31:2
35:9,15,22
36:24
37:10,13
38:16
43:23,24
45:10
50:19,20
54:5,6 57:3,4
58:25 60:10
61:3 62:12
63:18
64:16,25
65:4,5 69:19
73:19,23 74:5
75:2,25 78:7
80:6 81:18
85:4,12 90:22
91:14 94:21
97:3 98:19,20
101:9
102:6,25

103:4,19,23,2
4
104:12,13,16,
17 106:2

corrected 89:6

correction
44:25

correctly
43:16 86:11
97:19 98:6
101:22 102:13
103:12

correlation
36:7

could 9:10
19:24
20:13,19
29:17 32:3
33:21
34:10,11,21,2
3 46:21 49:14
52:4 58:8,23
60:13 76:17
81:5 84:4
87:16 98:21
102:11 106:3
108:4,7

couldn't 35:7
51:15 57:21

counsel 2:1
5:13 37:22
62:6 68:3
90:3
109:11,13

country 25:19
29:7,22

COUNTY 109:3
110:3

course 21:9


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

79:18 89:1

courses 98:24

Court
1:1,19,24
5:3,10,12,13
7:16 8:15
13:14
41:11,15
107:22
109:5,23
110:7,17
111:15,19

covered 9:15
14:15 35:6

covering 40:9

covers 17:10
95:22

crash 106:10

create 53:5

created 24:7
44:11 51:17
53:25

creation 44:3

criteria 74:24
75:5,15,21,23
76:3,10,25
104:20

critical
101:10

criticisms
104:19

cross 3:4
35:4,11 89:21
95:8

current
61:4,23 62:16
65:7,12

currently 8:21

curtain 102:12

customer
9:1,4,5,9,14,
21 17:2 25:21
31:15,19
33:8,9 34:12
35:25 39:20
40:1,17,18
42:6,10,20,25
44:9,11,14
45:20,21
46:1,11,20
47:24
48:1,3,6,15,2
0,24
49:5,19,20
50:1,12,16,17
,19
51:2,3,7,8,9,
11,15
52:3,4,13,17,
18
53:14,17,20
54:9,10,16,23
55:7,9,15
57:1,3
58:1,13 59:22
65:14,21
66:21,24,25
74:21 76:8
77:6 80:11,22
81:1,3,10
82:18
83:1,17,18
84:8
86:8,10,15
87:20 89:4
92:17,20
93:2,5,15,22
98:15,17
99:2,24

customers 9:9
13:3 16:25
31:6 32:24
34:6,16 35:25
44:19 47:14
51:23 67:2
78:16 79:22
80:6 81:19
86:22,24
87:8,13,14,18
,23
88:1,11,14,21
89:2 93:7
96:11,21
99:6,16,20
102:24 104:11
105:20 106:25

customer's
74:19

CV 39:18 90:3
91:5,13

_____

D

Dashel 60:15

data 66:4,9,12

database 34:15
42:8 75:16

date 5:4
6:10,17,19
33:22 34:17
35:1 39:25
52:25 53:4,19
67:19,21
68:1,12,17
70:4,9,10
71:7,11,12,15
77:13,21
91:20 111:1
112:25

dates 68:6

day 48:1 49:3
54:15 99:13
109:15
110:8,9

days 79:24
80:1 99:13
111:14

deal 17:12

dealer 17:19
23:13,14,15
25:19 30:7
31:4,7,10,12,
13,16,23
32:6,10
42:17,20 58:9
74:18 75:19
80:10 82:19
85:17
92:12,19,22,2
4 98:18,22
99:9,15 100:3
103:12

dealers 17:18
25:20,24
29:25 30:16
75:10 79:13
87:12,17
92:15 93:1
102:23 107:3

dealer's 30:8
31:12

dealership
56:6 98:13

deals 39:1

Dear 111:8

deceased 1:6
8:7 111:6

December 67:20
68:23,24 70:7



decided
  39:14,16
  77:14
decision 40:11
  65:7,10 66:6
  69:22 70:2
  74:2 77:21
  78:5 79:9
  88:9 104:3,7
decision-
  making
  65:16,24
  77:16
decisions
  65:11,18
deemed 94:16
defective 46:6
Defendant 1:11
  2:11
Defendants
  5:19
definite 46:6
definition
  21:8
degree 61:11
  82:24
  91:11,25
deliver 31:14
delivery
  31:8,17
demonstrated
  81:21
department
  16:23
  24:1,3,5,8,10
  ,12,15,19,23
  25:3,15 26:6
  37:15

39:1,3,4,16
  52:7 66:10
  80:16,18,23
  92:10,12
departments
  18:4,12 19:2
  93:9,10
depending
  20:14 29:19
  30:19 36:15
  77:1
depends 18:16
  19:8 20:21
  82:4
deploy 46:5
  57:23 63:1,2
  81:10,12
  93:25 101:7
  105:7
deployed 59:9
deployment
  59:18 106:10
deployments
  63:13
depo 27:1
deposed 6:20
  7:8
deposition
  1:15 4:3
  5:1,6 6:12,16
  7:13 10:13,19
  11:13
  12:21,24
  14:18 15:3
  16:10 26:9
  37:23 40:25
  41:7,14 67:12
  68:1,12 73:14
  89:19

108:11,13,14
  111:9,10,11,1
  3
Deringer 60:15
describe
  57:15,18 90:8
  92:6 99:5
described
  102:22
describes
  101:16 106:19
description
  4:2 106:18
designate
  10:20 62:7
designated
  11:2,23
  12:6,9,13,20,
  24 13:9
designed 50:6
  95:6 100:25
  101:7
Designee 6:21
  14:2
desire 84:24
destined 29:20
detailed 55:22
  86:19
details 30:24
  31:24 32:2
  56:8 64:14
  67:8 104:15
detected 84:13
determination
  57:22 58:24
  61:17 81:23
determinations

64:2 66:3
determine
  47:15 57:21
  62:25 77:3
  82:12 83:24
  86:13
determined
  59:9 61:14
  69:12 81:12
determining
  81:17
development
  92:12,19
diagnose 98:22
  99:10
diagnosed
  98:13 102:17
diagnosing
  75:11
Diagnostic
  35:24 36:1
  72:3,5,8,15,1
  8,21
dialogue 49:14
didn't 32:2
  34:25 35:4
  37:12 50:8
  51:11 55:10
  57:23
  67:17,24
  70:8,9
  81:8,11 86:11
different
  17:10 18:4
  25:6,9,13
  29:22 48:22
  49:17
  57:12,14
  70:20 72:19



79:11 93:10
98:17 99:3,6
100:2 101:16
102:23

**digital** 23:3

**digitally**
51:15 109:7

**diligent** 53:3

**DIRECT** 3:3
5:25

**directly** 45:22
79:22 99:22

**director** 9:1
13:24,25 14:1
20:6 26:6
92:9

**disadvantage**
107:2

**disclosed**
91:22

**discuss**
54:18,19
102:3

**discussed**
67:5,13 68:13
69:7 74:4
93:22 95:2
104:5

**discusses**
100:19

**discussing**
70:1

**discussion**
27:4 41:12
73:12 89:17
93:25 94:4

**dispatched**
46:24 47:4

48:7

**disposed** 55:20
57:20

**disposition**
60:25
62:16,19,21,2
2

**distributed**
32:19 82:11

**distribution**
12:3 17:11,18
18:21 19:5
20:7 22:10,24
25:5,9,10,14,
15,18,23
27:11 29:2,3
31:2 82:11

**distributor**
29:13

**DISTRICT** 1:1

**divided** 39:22

**DIVISION** 1:2

**doc** 40:25

**docs** 48:24

**document**
10:5,19 32:24
38:2,5,20,23
60:21 67:24
68:21
69:14,21
70:20 76:13
77:12 79:15
91:23 94:1
103:15,23

**documented**
44:13 54:17
81:9 83:11,15
85:18,19

**documenting**
46:10 50:22

**documents** 16:4
17:14,16,17
22:15,18
26:8,16,20,22
,23
27:1,7,12,17,
24 37:23,25
38:13,17
40:25 41:3,18
67:9,22
68:3,7,18
85:9

**doesn't** 20:16
55:5 59:25
67:25 75:1
77:8 81:16
84:21 106:23

**done** 15:25
17:4 57:21
62:25 69:3
83:9,21,24
85:12 86:23
89:10 107:23

**don't** 6:17,18
7:9 8:3 10:10
12:11 15:9
16:14 19:18
20:12 22:14
26:2 32:4
34:22 36:1,16
41:3 48:15
53:19 56:8
59:11,17
60:11,20,25
61:7,16,19
63:21
64:10,15
67:18,20
68:18,19,20

69:6 72:20
74:12 76:2,13
77:11 81:16
85:5 89:9,12
92:5 93:19
97:24 99:1
105:19 107:19

**Dow** 12:25 13:4
21:24 22:3,5
40:9 66:11
73:1 76:17
78:1,3

**down** 7:16
46:17 49:23
51:12 56:9

**download** 40:13

**Dow's** 37:24

**draw** 59:2

**driver** 95:21
96:17 97:17
98:3,8
101:4,11

**drivers** 101:25

**driver's** 97:1

**driving** 96:13
98:9 99:15

**DTC** 71:10,25
72:2

**DTCB1620**
105:25 106:12

**DTET** 40:3
69:16 73:18
103:16

**duly** 5:24
110:8

**duplicative**
12:23



during 56:4
  91:17 103:9

duties 9:2

_____
        E
each 16:25
  36:13 37:19
  46:25 53:7
  62:21

earlier 6:18
  13:12 24:24
  26:6 28:14
  34:13 41:3,5
  44:25 45:10
  50:25 69:15
  93:14 94:4
  95:22 100:14
  104:5

early 33:21

easier 44:20

easy 51:11
  67:1

educational
  90:7 91:5,7

eight 92:18

either 31:17
  34:8 53:5
  61:8 77:22
  78:18 82:1
  98:18 107:20

either/or
  59:23

element 99:18

elements 44:20

else 18:22
  19:17 66:1
  83:12

e-mail

51:4,6,7,11,1
  2,13
  53:16,18,21,2
  5 54:5,7

employed 6:5
  8:21

employee 46:2
  109:11,12

enables 100:6

encompassed
  97:6

end 25:20
  37:20

ended 45:25

ends 90:4

engineer 63:10
  69:3,6 74:23
  75:3 76:3
  81:21
  83:14,16 84:2
  85:20 86:12
  105:9,16
  107:16

engineers
  21:23 47:14
  50:15 54:15
  66:10,13
  70:21 71:5
  72:17,24,25
  81:12,23 82:1

ensure 86:23
  106:9

entail 9:2

entails 15:10
  85:21

enter 30:11

entered 10:2

entire 19:2
  45:3 94:23

entitled 9:16

entity 8:23

entries 39:25

entry 29:21,24
  30:2,5 44:5,6
  52:24 53:8,19

ERRATA 112:1

error 71:25

errors 108:8

ESQUIRE
  2:3,7,12
  3:3,5,6
  111:2,24,25

essence 92:8

establish
  92:24

Estate 1:6 6:3
  111:5

evaluated
  70:25

evaluating
  66:5 71:5

evaluation
  66:9,12 69:12
  70:22

event 101:21
  106:10,13

events 23:4

eventually
  103:22

every 52:23
  56:1,18,20
  81:22 87:25

everything

7:16 42:8
  71:3 73:19

evidencing
  31:23

exact 6:17
  60:11 67:19

exactly 19:19
  20:9 21:14
  50:11 70:9

EXAMINATION
  3:1,3,4,6
  5:25 89:21
  105:1

example 23:23
  34:24 36:3
  83:21 85:11

Excellent
  43:18

Excuse 49:13

executive 9:1
  20:6 26:5

exhibit 4:2
  10:1,2,18,19
  11:24 43:13

EXHIBITS 4:1

exist 27:23
  62:13 102:18

existence
  28:23 104:11

Exp 110:19

expect 74:20

expenses 9:17

experience
  16:20,25
  17:12 32:21
  34:6 46:14
  57:5,7 65:9



95:24

**experienced**
76:4

**explain** 94:7,9

**explained**
72:17 93:13

**explanation**
86:8

**explanatory**
58:2

**extent** 14:15
15:24 62:6
105:12

**external** 53:18

**extra** 94:15

————————

F

**facing** 45:21
65:15

**fact** 8:1 44:13
62:6 90:20
105:21

**fact-finding**
86:2

**factory** 29:15

**facts** 36:13
61:2

**FADC** 69:21,22
73:25

**failed** 61:10

**failure** 104:19

**fair** 14:20
20:12,18
26:25 27:3
58:22 90:25
100:1 101:8

**falls** 77:9

**familiar** 25:10
37:15 60:15
61:2 90:20

**far** 9:12 13:17
54:23 65:7
97:8 105:3

**fashion** 78:19

**father** 91:1

**fax** 45:23

**FAYETTEVILLE**
1:2

**Federal** 88:25

**feedback** 65:21
66:24

**feeds** 42:7

**fell** 76:22

**Fernando** 90:11

**few** 60:10
89:24

**field** 47:12
66:13 69:22
74:2

**fifth** 90:15

**filed** 48:13
60:6 62:6,9
78:9 111:14

**final** 10:8,11
60:25

**finally** 55:13

**financially**
109:14

**financing**
31:13

**find** 7:22

76:16 81:15

**findings** 32:3

**fine** 41:10
63:7 73:8
76:6

**finite** 77:7

**FIRM** 2:7

**first** 5:23
12:1 24:21
34:17
42:1,3,13
43:15,22 44:4
48:24 49:25
50:4 57:16
60:14
67:4,6,12
68:12 69:19
70:6 71:11
72:7 74:4
82:7
90:1,4,16
91:2 92:18
93:1 95:17
96:5 98:1
99:8 107:3

**fit** 20:16

**five** 41:9
89:12

**five-minute**
73:5

**fix** 88:12

**fixed** 75:2

**Fletcher** 30:9

**Florida**
1:19,25 2:4
5:10
109:2,6,23
110:2,7,18

**flows** 49:21

**focus** 96:6

**folder** 41:1

**folks** 18:4
19:18 69:25

**follow** 37:17
83:17 86:23
104:3,25

**followed** 42:21

**following**
97:18 112:2

**follows** 5:24

**follow-up**
53:11
89:13,24

**foregoing**
109:8

**forgotten** 11:7

**form** 11:5 14:5
15:7,17
18:9,25
26:13,14
27:13,25
28:12 36:25
39:9 40:10
61:21 62:3,14
63:4,19 83:11
85:18 86:5
88:7,23

**formal** 14:1

**former** 92:22

**formerly** 39:7

**forth**
104:10,16

**fortunately**
94:24


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

forward 108:5

forwarded
 111:14

found 54:19
 75:20 76:9

Frank 30:9

frankly 95:21

free 81:5
 99:12

frequently
 44:22

Friday 111:12

from 10:16,17
 16:5 18:11
 24:1 25:17,23
 26:20 29:4,12
 34:7 39:10
 42:4 44:9,17
 46:9 47:5,14
 48:15 51:10
 53:17 54:7,9
 66:20 69:19
 72:6,24 77:13
 90:9,19 96:4
 103:3 107:7

front 16:13
 34:20 61:9,12
 64:15 95:8

frontal 61:12
 62:10

frontline 46:1

fulfilled 49:4
 52:20

full 13:18
 37:12 91:16

full-time 91:9

fully 10:25

11:10

function 18:17
 34:10 58:12

functionality
 100:5

functioning
 58:12 103:10

further 49:2
 83:21 84:24
 85:3 86:13
 89:8
 107:18,19
 109:10 111:13

future 106:12
 107:8

──────────

G

gaps 74:11

gather 15:25
 48:20,25

gathered 71:4
 77:20

gave 20:1
 54:10 59:24
 111:9

general 15:21
 18:5 28:25
 31:3 37:21
 40:7 42:19,22
 63:25 64:8,24
 74:10

generally
 17:12
 49:18,21
 63:9,11
 65:17,25 66:1
 72:18 79:4,19
 80:7 83:13,16
 90:8

generate 82:20

gentleman
 24:20 47:21

get 30:2 34:5
 38:18 41:8
 50:2 51:10,20
 55:18 56:6,12
 57:12 58:4
 77:17
 80:17,23 89:5
 90:7 96:4
 101:8 102:24

gets 78:9

getting 31:5
 102:17

give 7:17
 13:22 18:23
 36:23 55:1,22
 78:6 81:5

given 14:20
 63:5 85:11
 93:11

gives 51:20
 107:15

glad 106:15

Glauser 1:24
 5:12 109:5,23
 110:5,17
 111:18

go 10:11
 11:5,14 12:16
 14:13,22
 15:18 18:8,9
 19:1 23:1
 26:14,25
 27:14 29:20
 30:14 41:8
 42:1 45:8
 49:12 55:4

57:24 60:4
 61:21 66:15
 67:15
 68:7,14,16
 73:22 75:13
 81:8,18 82:13
 85:9 88:23
 97:14,24

goes 55:23
 57:1 78:18
 80:6 86:21
 96:1 100:4
 102:2

going 9:24,25
 12:15 13:1
 16:12,17 28:2
 35:16 38:5
 41:18 42:3
 43:12 48:8,16
 49:13,23
 50:14 53:8
 56:20 59:14
 60:3 70:19
 73:17 75:14
 83:10 86:18
 91:24 92:4
 94:23 104:10
 107:12

good 6:2 49:18
 51:22 82:14
 86:25 89:23
 92:4

gotten 93:24

grade 90:15

graduated 91:9

GRAND 2:13
 111:3

great 17:12

grew 90:8



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

grounds 11:4

group 2:3 66:9
  69:25

groups 23:14

guess 41:17
  45:21 53:16
  56:9 59:13,24
  61:9 76:5

guessing 56:7
  77:24

guys 7:4

_____

H

had 6:12,16,18
  7:13 16:3
  32:8,10 34:23
  35:10,21
  42:12 44:14
  46:13,14
  49:6,14
  50:10,11,25
  51:3,12 52:2
  57:5 59:18
  60:12 64:13
  67:9 69:3
  72:14
  84:4,5,8 86:4
  90:12 92:13
  93:22,24
  94:3,24
  96:16,17
  100:9,14
  101:17 102:9

half 92:3

hand 65:20
  95:17 109:15
  110:9

handles 80:23

handling 54:1

happened 46:18
  47:2 50:11
  54:13 58:2
  71:17,19

happening
  93:10

happens 47:19
  48:12,17
  52:23

HARDY 2:12
  111:3

has 9:14 11:22
  12:19 13:9,14
  37:1,5 38:20
  42:15,22
  47:22 48:9
  52:17 55:17
  73:22 79:10
  83:1 85:25
  89:9 99:9,24
  104:3 106:21
  107:5 108:15
  111:14

hasn't 36:18
  107:6

have
  6:12,14,18,23
  ,25
  7:3,6,9,25
  9:19 10:5,6,9
  13:18 15:25
  16:4,12,17,25
  17:4,12,13,14
  18:1,5,14,19
  19:2,21,24
  20:12
  21:3,4,17,18,
  22
  22:1,5,7,14,1
  6,17 24:5,11
  26:1 27:17

28:7 29:20,21
33:5,10,21
34:6,10,20
36:22 39:6
41:5,7,21
42:8,11 45:21
46:19,21,24
48:19 51:12
53:8 54:23,24
56:12,19
57:6,24
58:9,11,23
59:9,13,18
60:14,17,21
61:12
64:3,10,14,15
66:19,22
69:18
70:5,6,11
71:5,23 72:21
74:4,8,9
75:3,24 77:9
78:22 79:4,25
81:6 82:18
85:13,16
86:1,16,22
87:3
88:10,12,16
89:7,24 91:23
92:7,8 94:19
95:24 96:25
97:9,10,24
98:18,22
99:14
100:5,16
102:8 103:11
104:2,23,24
105:6,14,17
106:2,14
107:18,19

having 5:23
  36:2 44:19

86:19 87:1

he
  47:8,11,22,25
  48:1,5,13,14,
  18,19
  49:6,15,16
  50:9,18,25
  51:2,3,4,5,7,
  9,10,12,14
  52:16,17
  53:2,9,18,20,
  25 54:2,3,7
  55:23 56:7,11
  58:10,14

head 34:19

hear 48:15

heard 60:17

hearing 7:3
  90:23

Hedrick 24:20

H-E-D-R-I-C-K
  24:21

held 41:12
  70:11 73:12
  89:17 92:7

he'll 73:2

help 12:22
  16:5 34:25
  51:18 66:13
  67:25 75:11
  80:10 92:24

helpful 12:19

helps 72:6

her 13:10 20:3
  28:1 37:2,6
  46:11 47:5
  63:22 64:2

here 5:6 10:11



12:5 27:7
38:17,19
40:15 42:14
52:4 54:17
55:8 62:1
67:18 74:15
83:11 85:4
104:18

**hereby** 109:6
111:21

**he's** 25:1
47:12
48:20,22 50:8
53:9,18

**hey** 48:14
50:13 53:20
54:24 57:4

**HH** 110:18

**Hi** 5:18

**high** 91:9

**highlights**
86:10

**Highway**
104:1,8

**HILLS** 2:8

**him** 51:3,4,11
54:11 56:10
77:24

**himself**
48:11,14

**his** 19:12 20:7
26:6 47:9
48:22 51:7,12
53:3,11 69:5
74:24

**history** 42:24
43:22 69:10
82:10,17,21,2

5 83:10 85:22

**Hold** 10:10

**holds** 26:3

**home** 6:7

**HOOK** 2:12
111:3

**hours** 16:11
99:13

**Hyundai**
91:21,24
92:11,13,18

———————
I
**icon** 97:2,15
102:5

**I'd** 16:11
48:11 57:24

**identical**
100:15

**identification**
35:11 69:11

**identified**
41:6 66:18

**identifies**
72:5

**identify** 77:2
84:25 85:15
89:3

**ignition** 97:19
103:8

**I'll** 7:4 37:1
53:20 61:7
63:14 66:23
70:15 73:21
106:6 108:5

**illuminate**
103:7

**illuminated**
103:8
106:2,8,14

**illuminates**
103:9

**I'm** 5:19 6:5
9:3,24,25
10:7 12:14,15
14:16,17 15:2
16:16 19:22
20:9,23
21:13,14 25:7
27:6 30:9
34:13 36:10
37:15,18,24
38:5 40:7,8
41:17,25
42:2,14
43:12,14
49:15,23
54:24 55:7
56:7 58:15
59:14
62:19,20,24
63:10
65:19,25
66:10 67:6,20
68:9 69:19
71:2 73:17,19
76:25 77:22
80:19 93:15
97:10 103:7
105:9,15,16
106:6,15
107:1,2,12
108:6

**imagine** 69:19

**immediately**
97:11 98:5
102:17,24

**impact** 61:13

62:11

**import** 17:18
25:16,23
29:18

**important**
52:22 66:22
83:6 85:24
88:20 95:20
101:24 102:15
105:24

**imported**
29:4,7,23

**importing**
29:11

**inbound** 49:4
50:22

**Inc** 1:10 6:24
7:4 8:11
10:20 15:15
32:19 111:6

**Inc.'s** 88:3,4

**incident** 33:22
46:4 49:1
57:1 84:20
95:24

**incidents**
94:16 95:23

**include** 9:10
74:25 75:6
78:11 81:25
102:11

**included** 28:22
35:5,18 77:4
78:7

**includes** 79:12

**including** 12:4

**inclusion**



75:22

**incorporate**
13:7,11 28:13

**incorrect** 7:25

**Inc's** 12:1

**INDEX** 3:1 4:1

**indicate** 58:7
84:10 85:22
105:25

**indicated** 84:8
95:22

**indicates**
91:13

**indication**
55:25 58:7
84:19 97:9

**individual**
33:25 36:13

**information**
11:1,11,19
15:14 17:5
18:23 19:25
24:4,8,16
28:21 35:8
36:23
38:11,12,14
39:23
42:15,19
44:17 45:13
46:18,23
48:7,19,21,25
50:7,14
52:8,10
54:2,11,23
55:2,13 62:12
63:17 65:11
68:3 69:4,9
71:4,6 74:11
77:1,18,19,20

78:15 82:22
84:2 86:12
87:12 88:11
96:10,21
101:24 103:3
105:11,13,17
111:13

**informing**
65:7,12 78:17

**initial** 46:23
55:3 78:11

**injured** 46:21
57:17

**injuries**
57:16,18

**injury** 101:21

**input** 73:23
78:6,13 80:5

**inquire** 67:12

**inquiries**
47:13 65:15

**inquiry** 9:10
15:15 16:2,9
18:2 63:16
79:8 80:18
82:9

**inside** 97:2

**inspect** 30:20
55:19,21 58:4
85:7 107:3

**inspection**
31:8,20,24
32:1,7 55:15
57:21 59:2
81:17 82:1,8

**installed**
106:9

**instance** 43:1

58:23

**instead** 74:20

**institution**
31:13

**instruct** 98:10

**instruction**
95:20

**instrument**
102:10

**insurance**
53:21
54:2,3,8
55:8,16,17,18
58:19

**intends** 78:21

**interacting**
88:1

**interaction**
42:11

**interactions**
32:24 34:15
42:25

**interested**
21:15 109:14

**interesting**
58:16

**interface** 93:8

**interval** 98:3

**into** 10:3 12:3
16:25
22:10,25 29:7
30:11 32:13
39:22 42:7
47:21 48:16
52:13 56:6
61:23 76:23
82:10 83:10

92:12 93:24
101:8 102:17

**Intro** 47:23

**introduce** 5:14
48:10

**invade** 63:5

**invades** 63:20

**investigate**
36:12 47:16
49:2 84:24
86:13

**investigated**
35:14

**investigation**
37:20 53:13
55:6 62:25
66:14 69:4
72:11,12
81:15
82:1,3,10
86:3 103:22

**invoice** 17:19

**involved** 23:16
42:17 61:8,12
63:17 66:4
78:17 90:21
92:17,25

**involvement**
31:5

**involving**
8:7,11 32:17
62:10

**Irvine** 6:6

**issue** 29:9
32:8 58:20
61:6 65:19
66:5,14,18,23
67:2,5,13



UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

68:13 69:11
70:1,3 74:23
75:2,11 78:22
84:12 88:15
89:3,5 106:18

**issued** 71:9
72:10,12

**issues** 32:1
59:23 77:2

**item** 33:7
70:23

**items** 30:18,21
70:24

**its** 10:21 39:3
82:15 88:21

**it's** 6:8
7:11,19 8:12
10:13 11:16
14:20
20:12,18
21:13 23:5
26:25 27:11
33:1 38:10
39:3
40:9,22,25
41:4 43:3,15
45:21 48:23
50:5 52:16,22
53:7,8 55:12
57:10,11
58:22 60:2
62:3,14
63:6,21 66:21
67:1,21 68:5
71:8,15 75:23
76:23 79:24
80:1 83:6
84:21,22
85:4,24 86:15
91:20 93:6
94:16 96:2,3

99:15 102:20
103:4
105:12,23
106:23

**I've** 9:21 11:7
26:16 37:14
81:20 89:13
92:2,3 93:7

---

### J

**January** 70:4
74:4 103:19

**Jeff** 47:3,8,10

**Jennifer** 5:20

**Jessica** 2:3
3:3,6 5:15
6:2 12:18
41:2 43:7
68:8 111:24

**JESSICA@ROMANO**
**LAWGROUP.COM**
2:5

**job** 8:25 51:22
92:4

**jobs** 92:7

**JOHN** 1:10
111:6

**JOHNS** 109:3
110:3

**journalist**
79:7

**July**
71:8,10,16
72:15

**jumped** 59:15

**junior** 91:8

**Jury** 8:19 94:7

97:16 99:5

**Jury's** 91:7
92:6

**just**
7:15,17,18
9:24 11:4
12:17
13:6,10,13
17:24 20:22
27:22 28:5,23
33:25
36:15,25 37:1
38:8 39:13,21
41:24
42:3,14,22,24
43:7,9 45:1
50:22 51:18
57:5 58:7
59:19 63:14
65:3 67:17
68:2,15,18
70:13,23
71:16 72:9
74:14 75:14
76:2 78:16
82:3 83:20,22
85:6,19
90:8,19 92:6
93:14 94:24
96:2,7 103:17
104:24 106:5

---

### K

**KA** 5:19
7:4,5,8 10:24
11:1,10,12,23
12:10
13:18,24
14:4,10,12,17
15:6,11
16:1,5
17:6,25 23:16

24:1 30:10
62:6,7,9

**KANSAS** 2:13
111:4

**KC** 5:19

**keep** 51:19
52:22 57:6

**key** 46:12

**Kia** 1:10
5:8,19
6:21,23 7:3
8:11,12,22
9:22 10:20
12:1,4,13
13:22 15:2,15
16:5,16 23:12
24:2 25:16
27:7,9 29:8
30:9,23
31:4,21
32:11,15,19,2
0 33:11,13
34:5 35:9
36:23 42:21
45:4 54:14
59:5 71:9
81:13,16
85:17
88:3,4,20
89:24
91:14,17
92:1,2,9,21,2
3,24 94:21
95:13,21
96:10,17 97:8
98:9,10,15,18
99:2,6
100:3,22
102:23 103:12
104:15,19,20
105:5 111:6



**kia.com** 34:9
99:21
**Kia's** 13:7
23:13 31:5
96:21
**kind** 11:7
12:18 30:10
32:13 43:3
59:14 61:6
81:15 92:7
**kinds** 49:21
**KMA000155**
103:2
**KMA00126** 95:1
**KMA00127** 96:21
**KMA00150**
100:17
**KMA00153** 102:3
**KMA001535**
43:15
**KMA002049**
43:17
**KMA007544**
73:18
**KMA007545**
70:14
**knew** 77:3
**know**
7:7,13,20,23
8:1,3,4
10:10,12 15:9
19:7,14,17,18
,19,23 20:24
24:18 32:13
33:6 34:17,19
35:23 36:1,17
38:23 39:24
40:2,3 41:25

42:8 43:2
45:20 51:5
53:19 56:25
58:7 59:25
60:20,25
61:4,6,14,16,
19 62:13,16
63:2,9,24
66:12 67:19
68:4 69:5
70:22,24 75:5
76:2,12 77:11
78:4 81:8
82:4,15
83:7,9,10,21
84:6
85:8,9,11,25
86:2 89:9
93:9 101:4
108:7
**knowing** 105:8
**knowledge**
15:25
18:1,5,19
22:1,13 63:11
72:14 79:2
85:21
**knowledgeable**
22:4
**known** 11:1,11
15:14 16:1
17:5 92:2
**Korea** 29:10,12
**Korean** 72:12
**Kuntze** 20:7
26:7 27:23
**K-U-N-T-Z-E**
20:7

―――――――――
L

**lab** 95:10
**label** 17:19
**labeled** 43:15
**ladder** 92:8
**land** 76:4
**language** 66:25
78:6
**lap** 95:10
**large** 19:21
**last** 6:16
43:16,17
**later** 52:5
55:11
91:10,18
93:23
**Latour** 2:3
3:3,6 5:15
6:1,3 9:24
10:4 11:9,21
13:13,16
14:7,19,25
15:12,22
18:13 19:6
26:18 27:19
28:4,15 37:8
39:11 41:6,16
43:12,19,20
61:25 62:5,18
63:7,8,21
64:5,6 67:23
68:10,22
70:15,17
73:7,9,16
88:19 89:7,14
92:4 93:18,21
96:16 100:11
103:15
104:14,24
105:2

107:18,25
111:24
**launch** 79:10
**LAW** 2:3,7
**lawsuit** 8:7,11
60:9
62:2,9,23
63:17
64:4,8,9,12,1
9
**lawsuits** 60:6
62:12,17
63:15,23
64:1,24
**layer** 94:15
**layman's** 72:2
**lead** 36:7
**lease** 31:17
**least** 35:14
**led** 69:1,2
103:22
**left**
48:1,3,10,18
49:6
**left-hand** 96:6
103:4
**legal** 11:5
14:6 15:8,18
26:14 27:13
28:13 62:22
76:19
92:10,11,19
**legally** 14:16
15:9
**let's** 18:18
21:16 36:6
40:12 59:12



69:20

**letter** 34:11
42:5 51:25
52:19,21
66:24 67:1
79:22,25
80:6,13,21,22
86:21,24
105:24
106:4,5,7
107:2 111:16

**letters** 80:17
88:6

**level** 9:22
23:13,15 25:2
42:22 45:21
94:17

**levels** 23:9,10
25:6,9,13

**Lewis** 45:14

**Liability**
76:21

**light** 55:24
56:4,11 57:19
58:6,24
71:10,24
82:13 83:24
84:9,11,17,23
,25 86:17
93:22,23
96:18,22
97:8,14,17,22
98:1,4,10,19
99:7 100:4
102:3,5,9,16
103:4,6,7
106:2,8,14,22
107:4

**likely** 84:10

**limited** 26:19

**line** 48:13
75:9 106:6
112:3

**lines** 99:2

**link** 81:3

**list** 20:11
70:22,24
74:25 75:6,22
76:4

**listed** 10:21
11:2,13,24
15:16 16:2,9
76:23 83:11
85:2,4

**litigate** 60:23

**litigation**
61:3

**little** 43:5
49:2 51:2
90:1 107:1

**lived**
90:13,14,16,1
8 91:2

**living** 51:22

**LLC** 1:5 111:5

**LLC/Thomas** 5:7

**LLP** 2:12 111:3

**located** 42:17
54:11 55:4

**logging** 53:3

**logic** 101:1

**long** 7:19 9:19
10:8 34:23
92:14

**longer** 82:8

**look** 26:13
32:11 33:25
34:21 35:1
39:18 40:21
46:16 49:10
55:4 60:13,21
67:25 68:12
82:25 84:4,7
85:9 94:8
105:14 106:17

**looked** 102:21

**looking** 40:10
41:25 42:14
43:2,11,14
48:20 70:2,14
83:23 84:18
107:2

**looks** 38:17,25
43:1,22 46:4
49:3 53:15
69:18 81:11

**lot** 41:21
79:11

**low** 95:8

**Lowell**
90:16,24 91:2

––––––––––––
M
––––––––––––

**ma'am** 6:14
7:21,24 16:19
25:4 35:20
41:23

**made** 13:11
45:22 51:23
53:12 57:23
58:18 64:3
65:11,18 76:4
77:22 78:5
79:9,16,17,20
84:3 85:16

86:14 88:10
104:7

**mail** 48:2 52:6
54:2 87:1

**mailing** 51:14
52:3 80:20

**maintain** 32:23

**majority** 81:11

**make** 14:16
17:4 39:16
40:10
44:20,24
51:11,21 67:1
70:2 81:23
87:7,17 88:1
89:4 96:11
104:3 106:5
107:3 111:11
112:2

**makes** 66:3,7
79:3

**making** 53:4
65:7,10 78:12
87:6,22 96:3

**malfunction**
33:11
61:15,16
88:22

**malfunctioning**
60:7

**malfunctions**
32:18 37:4,5

**Management**
91:12

**manager** 20:2
47:3,12

**Mandy** 45:14
47:4



manifest 29:16

manual 56:5
94:8,18,19,20
,24 96:20
100:14,15,18
102:2,8
105:12,15

manuals 17:20
95:2

manufactured
29:6,9,10
32:20

manufacturer
24:13 29:4,14
78:21
104:3,10

manufacturers
25:17 100:22

manufacturing
82:11 85:10

many 7:1,7,14
17:10 33:6
79:24 89:1
100:5

March 105:25

mark 9:25

market 22:25
71:9 72:12

marketing 12:2
17:10 18:21
19:4,12 20:2
22:9,22
23:2,8,17,22
24:3,4,5,22
25:2

Mason 2:7 5:17

material 95:12

matter 5:7

26:17 27:9,18
42:6 58:17
79:18 111:9

matters
11:2,12,20
15:15 16:2,9
18:1

maximum 95:17
96:4

may 6:17 7:18
8:15,18 9:16
12:19 30:20
36:3 45:21
58:21 61:12
63:4 64:2
70:6 72:21
82:22 101:8
102:18 103:10
106:14
111:10,12,14

maybe 7:2
40:12 49:3
55:5 62:20
66:11 67:7,9
72:6 74:11
76:17

me 7:20,23
8:1,4 11:4
12:17
18:15,22
22:20 23:1
25:8,9 27:22
29:3,8,11
32:16 34:24
35:20
36:23,25
37:22
38:6,18,20
40:14 41:1,18
42:14 45:9
47:18 49:13

51:25 54:13
57:22 60:4,13
64:7,9 65:4
66:22
67:24,25
68:2,8
69:17,19
71:11,18
73:8,19 81:9
82:6 106:3,4
107:11,15
108:4 110:6

mean 14:15
19:18 20:14
25:7 33:18
36:10,17 50:1
54:20 56:21
57:22 59:25
69:24 70:18
71:20 72:7
74:1,16
75:1,8 76:17
77:8 80:19
83:13
84:10,14 86:9
94:7 105:20

meaning 49:19
52:17

means 75:17
107:10

mechanisms
102:23

media 73:6
79:5,6

meet 88:25

meeting 65:23
67:4,7,13,19
68:13
69:1,2,8,19
70:1,6,10

71:8
74:3,8,13
77:17

meetings
65:17,24
66:1,16
103:18,21

meets 78:12

member 16:22
45:15 76:18
77:25

members
18:8,11
21:18,22,24
47:9,11 66:4

memory
64:11,14

mention 96:1

mentioned
17:11 24:24
25:5 26:5,16
34:13 45:1
66:2 69:15
94:3,18 99:19
100:9

message
48:2,10,19
49:5,7

met 16:3 74:24
75:21 76:9

Michele 1:15
3:2 5:1,6,22
108:12 110:6
111:1,23

mid 30:5

Midlothian
30:5

midway 96:8



might 21:11
  42:17 53:22
  55:4,18
  57:12,16
  59:6,22 66:11
  77:8 79:7
  82:2,18 86:1
  97:14 106:2
mileage 42:18
miles 77:8
mind 52:22
mine 45:15
  92:22
minimize
  101:20
minute 10:10
  89:13
minutes 41:9
misalignment
  43:5
miscommunicati
  on 58:11
missing 77:19
Missouri
  90:19,24
misspoke 45:9
misstates
  27:25
Missy 1:24
  5:12 73:10
  109:5,23
  110:5,17
  111:18
mistaken 30:9
misunderstandi
  ng 62:21

mix 59:6
MO 111:4
model 45:3,4
  59:6
moment's 41:8
Monday 111:12
monitoring
  69:10 74:23
Monroney 17:19
MONTANA 2:13
month 55:11,12
  93:14
more 7:11
  13:2,4 17:7
  38:13 48:20
  55:1 58:5
  66:11 67:7
  70:20 75:4
  77:19 86:19
  97:13 103:8
  107:16
morning 6:2
most 21:14
  22:3 50:2
Motor 88:25
  91:21
Motors 92:1
move 32:16
  44:24
moved 32:13
  52:13 90:12
  92:12,16
moving 95:19
much 16:8
  48:25 89:8
  107:20

multiple 34:23
must 56:11
  95:11,18
  101:19 104:8
my 5:20 6:2
  7:20,22
  8:2,12
  9:17,24 10:17
  13:22 14:3
  15:4,5 16:3
  17:1 21:8
  22:15
  27:5,20,21
  28:20,21
  32:22 33:22
  34:19 36:18
  37:14 45:21
  47:11 53:21
  54:25 55:5,8
  56:9 59:24
  63:11 73:5
  76:8 81:1
  84:21,22
  85:20 89:23
  90:16
  91:1,11,23,25
  92:18
  109:9,15
  110:9 111:21
myself 59:15

_____
       N
_____
name 6:2 19:12
  20:3,7
  24:21,25
  26:1,6 30:9
  32:25 47:21
  69:5 89:23
  111:15
named 24:20
names 18:14

   19:7,15 21:20
national 9:22
  16:23 20:2
  23:12 47:6
  93:5 104:1,8
nationally
  92:15
nature 42:23
nearly 16:22
necessary
  94:16 111:10
need 48:16
  51:10 53:22
  56:6 73:6
  79:13 81:12
  88:15 93:9,19
  99:14
needed 47:15
  55:25 77:14
  81:14 99:10
needs 54:3
  77:20
network 25:19
  82:19 92:24
never 72:21
  108:7
new 48:9 72:21
  87:10
next 42:24
  47:19
  48:12,13,22
  52:16 53:24
  54:1 69:13
  81:23,25
  96:20
  97:12,21
NHTSA 35:3
  65:12



78:9,16,20
79:3,25 80:2
87:3 88:8
104:7,16,19

**no** 1:3,9
7:9,17,18
16:7 20:18
21:1 25:2
28:20 32:5
33:18 34:2,19
38:22 42:6
50:24 54:9
57:11,13,17
58:17,23
59:21 61:5
67:14 72:9
76:1 80:21
82:8 85:7
89:7 107:23
110:18 111:7
112:3

**none** 85:12

**non-technical**
66:20

**nor** 109:11,13

**North** 6:8
21:22 65:18
66:2,7 80:14

**not** 7:19 12:14
13:14,25
14:16 16:17
19:16
20:9,23,24
21:13,14
22:7,19
26:8,10,11,25
27:11,16,24
28:3,7,20
30:9,24
31:22,23 32:3
34:19 35:23

36:3,10 37:24
38:9,15
40:7,17,21,22
,24,25 42:2
43:3,12
45:19,20
46:1,5 54:24
55:7,14,22
58:15
59:1,10,19
61:2,4,23
62:16,19
63:1,2,10
64:3,13,17,20
,21,22,23
65:1 66:10
67:6,12 70:2
75:24
76:23,25
77:4,8,22
78:8,15 80:19
81:12,18
82:22 83:5
84:7,19 85:4
86:18 87:5
88:13 92:13
93:25 94:23
96:2 97:7,8
101:7 103:10
104:20,21
105:6,8,9,10,
15,16
106:2,8,14
107:2,4,12
109:10
111:10,13

**Notary** 1:25
109:5,23
110:18

**note** 13:14
49:10 51:2
83:13 85:24

87:19

**noted** 85:4
86:5

**notes** 28:14
44:23 57:25
109:9

**nothing** 107:18

**notice** 4:3
10:13,19,22
11:3,13,16
15:16
16:2,10,13
35:19 60:4
77:14
78:7,8,11,13
80:2,12 86:24
111:9

**notification**
43:22 51:21
66:21 81:2
87:8

**notifications**
88:14

**notified** 29:17
78:20 99:23
104:9

**notify**
88:15,21
104:11

**notifying**
87:23

**noting** 84:23

**now** 5:3 11:7
39:6 40:12
48:9 52:5
53:9,22
54:2,3
55:9,12 59:12
65:6 67:18

73:7,17 79:1
80:16 85:20
92:2 93:14,16
96:15 97:16
103:14 111:10

**number** 5:8
7:10 10:1,19
12:8,9
16:12,16
18:3,18 19:18
22:8 27:9
29:22
32:14,16
33:7,8,15
34:12
35:3,11,18
36:20 37:3
42:18 43:9,14
46:5 49:24
56:15,21,24
58:10 60:1,11
65:9,13
70:19,23 81:5
90:4 93:20
95:1 99:12,16
103:17 111:12

**numbered** 44:16

**numbering**
44:21

_____

O

**OATH** 110:1

**object** 11:4
12:15,17
36:25 68:2

**objection**
11:14
14:5,13,22
15:7,17
18:9,25 26:13
27:13,25



28:12 61:21
62:3,14
63:3,19 67:15
68:15 88:7,23

**objections**
13:7,11,15
28:14

**obligation**
11:17

**obviously**
14:16 17:1,12
27:4 53:2,3
93:8 98:21
99:8 102:22

**occupant** 12:5
20:10,22,24
21:2,8,11
61:9,11
101:11

**occupants**
61:12

**occur** 72:18
106:19,24
107:8

**occurred** 82:12
103:19 106:22
107:5,6

**occurring**
32:18 98:14

**occurs** 82:9
106:12

**off** 34:19
41:9,11,12
42:1 43:10
73:11,12
81:18 82:13
83:25
89:15,16,17

**offered** 51:10

**offering** 87:23

**offers** 94:10
98:16

**office** 16:24
21:23
26:20,24
45:16,23
47:15 65:19
66:3,8 70:21
80:14 92:16
93:2,4 111:12

**officer** 13:24

**oh** 56:19 60:25
80:25

**okay** 5:3
6:12,15,23
7:7,22,25
8:3,6,14,17,2
1 9:19,24
10:7,14 11:22
12:1
13:13,17,24
14:2,20
15:13,23
16:12,15,20
17:4,16,25
18:7
19:7,11,17,20
20:1,5,8,12,1
8 21:7,20
22:5,13
23:1,6 24:22
25:1,13,22
26:25 27:20
28:5,9
29:3,8,11
32:8,13
33:2,24
34:4,17 35:13
36:20 37:22
38:5,9,13,19

39:1,23
40:3,12,22
41:6,11,20,24
42:13
43:1,6,19
44:15
45:6,11,13,17
46:3,17 47:18
48:4,5,11,17
49:15,23
50:16,21
51:6,24
52:9,12,19
53:15
54:5,10,13,18
,25 56:23
57:2,8,24
58:22 59:8
60:3,14,18,23
61:19 62:1,19
63:14 64:5,21
65:6,23
67:4,11
70:12,16
71:7,18,24
72:7,14
73:4,9,25
74:14
75:7,13,23
76:6,11,19
77:11 78:3,15
80:5,12 81:7
82:6 83:20
85:2,8 86:21
89:7
91:4,13,16
92:4 93:17
94:3,18 96:15
97:15 100:1
105:17
107:14,17,22
108:10

**OLIVER** 2:7

**on** 1:16 2:2,11
5:3,15 7:8
10:11,21
11:4,18,23
12:6,10,20
13:4,8,9,14,1
8 16:15 18:16
20:11,13
27:7,9
31:19,25
32:6,16
33:11,12,19,2
0 36:25 39:25
41:15
44:11,24
47:18,25
48:13,16 49:4
54:15
55:10,23,24
56:4,5,11
57:19
58:6,15,24
62:1,12 70:23
71:10,14,19,2
4 73:15
74:4,19 75:22
76:4 77:22
78:1 81:21
82:4 83:11
84:9,11,17,23
85:1 86:17
89:20 90:2,9
91:5,23
93:23,25
95:21
96:1,5,6,18,2
0,24
97:14,16,19,2
3 98:1,19
99:2,7 100:4
101:15
102:2,5,16



103:2,4,9
107:4 110:8
111:9

**once** 29:15
31:4,14 48:18
50:13 59:13
79:1,6 80:21
86:21 88:9
104:7

**one** 6:18 12:1
20:18 21:24
25:8 34:17
35:13 36:6
38:9 39:16
40:8 42:1,3,7
43:2,23
47:8,11 50:23
59:12
60:13,14,16,2
0 69:15,18
73:21,22
81:7,22 82:7
83:20 85:14
89:1 90:15
95:1 98:23
99:2 104:24

**ones** 41:19
75:19

**ongoing** 63:6

**online** 34:8
42:5 81:4
99:19

**only** 8:23
19:22 26:19
77:7 93:15
100:25

**open** 39:6
70:18

**operate** 9:5,8

**operating**

87:21

**operation** 31:9
39:20,21
103:10 107:8

**operations**
46:25 47:12
50:9
93:6,12,15

**opinion** 88:3,5

**opportunities**
28:24

**opportunity**
108:8

**order** 1:19
5:10 42:2
101:20 102:24
110:7

**ordering**
111:14

**orders**
29:14,15

**organization**
19:21 21:18
65:15 92:22

**organize** 35:1

**original** 73:21
92:24 111:14

**originator**
45:20

**Orth** 24:20,21

**O-R-T-H** 24:21

**other** 17:25
18:18 21:9
23:25 24:8,16
27:4 30:21
32:15 38:19
62:13,21 65:1

72:22 77:13
85:2 99:18
100:22 103:2

**our** 9:9 11:17
21:18,22
22:24 25:19
26:20
34:11,12,15
35:25 44:6,18
45:2,22
47:14,15
48:24 50:2
52:3,7 53:13
55:6,21 56:18
58:3,17 63:16
76:22 80:3,10
81:4 82:1,19
87:3,12,16,20
,25 88:24
99:8,12
105:20 111:12

**ours** 44:8

**out** 7:15 34:8
38:2 42:7
44:19
48:1,7,9,18
52:17 53:22
54:3,16 55:14
76:16 77:15
78:18 79:3,25
80:6,12,18
81:15,19
86:21 87:14
88:5 99:16,24
100:7 102:24
105:24

**outcome**
62:22,24

**outline** 69:10

**outlined** 11:16

67:8 105:11

**outreach** 87:17

**outside** 29:6
44:9 62:4
63:11,22
67:15 77:9
82:19

**outstanding**
87:22 88:2

**over** 38:24
40:12 83:22
87:4 92:23
93:6 95:16
96:5 101:15
102:5 103:4

**overall** 19:3
34:14

**overboard** 18:9
19:1

**overview** 41:25
71:3

**own** 39:3 47:5
111:11

**owner** 48:9
49:20 52:24
53:2 54:15
78:13,15
79:21 81:2
84:12 87:11
97:9 98:10

**owners** 65:8,12
79:22,25
95:13

**owner's** 17:20
56:5 94:8
105:12

**ownership** 17:3
31:11 99:18



owns 51:19

Ozarks 90:14

———————
P

p.m 1:17 89:20
108:11,13

page 3:2 4:2
42:13
43:15,16,17
49:23
56:19,21 90:4
96:20,24,25
97:12,16,21,2
3 102:2,4
112:3

pages 34:23
38:8

paid 9:14
31:22

PALM 2:4

panel 102:10

paragraph
101:3

parameters
105:6

pardon 80:25

part 31:1
34:14 38:19
51:5 79:2
82:15
85:14,22
87:20 96:5
104:6

partially 40:9

participate
23:9 65:16

participates
23:12

particular
9:15 17:13
18:11 19:7
20:16 21:20
30:25 31:10
35:10,17,24
36:12,14
38:12,15
42:2,23 43:23
44:8 46:3,24
47:1 49:1
53:1,10
57:1,20 58:22
61:24 66:14
67:5 70:1,3
71:5,15,23
72:10,13,22
73:3
75:6,11,16
77:3 78:12
79:10,21,23
82:5,19,21,25
87:13
88:12,15,17
89:3 93:19
94:17
99:10,14,24

parties 1:18
5:11 82:2
109:11,12

partner 5:20

partnerships
23:4

party 8:13

passenger
101:4,11

passengers
101:19

past 7:8 32:18
56:19 83:23

85:9,11,13
86:5 92:7

pattern 46:6
98:2

pay 31:10
32:11 74:20
77:6,9 82:19

PDF 44:5,12
52:10

pelvis 95:8

pending 48:23
52:16

people 17:25
19:22
75:17,24

per 46:19

perform 31:7
32:10 107:6

performance
46:22

performed
32:12 36:19
46:15 54:25

performs 74:18

perhaps 84:4

period 56:4

permission
55:18

permit 64:19

person 10:20
11:22 12:6
22:3 42:16
49:8,9 51:18
65:14 101:7
105:6,10

Personal 1:5

111:5

perspective
66:20 72:24

Peters 6:5

phone 44:1
50:21 53:16

photographs
23:20

photos 23:24
24:6 48:24
50:13
51:10,14
52:4,5,21
53:9 83:2

physical 80:20

pinpoint 72:6

PL 76:19,20

place 22:25
29:1,15 77:13

placing 12:3
22:10

Plaintiff
1:7,16 2:2
5:16,17

Plaintiff's
10:1,2 90:3

plan 80:3

planning
24:14,15,19

platform 45:7

play 22:17
81:16

plays 32:15

please 5:14
41:9 111:9

Plumila 64:19



**PM** 111:12

**PO** 2:4

**point** 7:15
31:11 44:20
58:20 59:24
79:19 95:17
96:7 98:1

**points** 44:16
46:12

**Police** 83:3

**policies** 9:4
12:2 18:20
20:15 22:9,21
25:22 26:3
27:10,22
28:10,17,22

**port** 29:21,24
30:2,5,13

**portal** 99:20

**portion** 100:13

**ports** 29:22

**position** 9:20
39:6 88:5
92:9 107:15

**positioned**
96:3,8

**positioning**
96:2

**possession**
27:23 28:24
55:17

**possible** 47:24
49:1 86:16

**possibly** 47:16
66:5

**potential**
88:21

102:10,21

**potentially**
31:3 33:21
42:20 54:4
76:18

**Powell** 20:3

**P-O-W-E-L-L**
20:4

**pre** 31:7

**pre-delivery**
31:20,24
32:1,7

**preparation**
22:15 26:9,19
27:4 30:15
67:11 79:12

**prepare** 10:25
11:11 16:5
27:1,8 29:17
79:10

**prepared** 11:20
15:13,21
17:22 27:15
29:24 63:25
64:23

**preparing** 16:8
68:1,11

**presented** 8:18

**president**
19:10,11,12
20:1 25:1

**President's**
24:25

**prevent** 107:7

**previous** 85:15

**previously**
86:18

**primary** 21:3
84:16 94:6,9
96:12 101:12
105:4,21

**print** 23:3

**printed** 38:1

**printouts**
34:22

**prior** 28:1
63:15 72:15
82:18
84:17,20

**priorities**
89:2

**privilege**
63:5,20

**proactive**
87:17

**probably** 48:10
72:16 77:24
84:24 105:9

**problem** 36:2
54:24 64:1
77:9 84:20
86:16 88:13
97:6,7 98:23
99:11
102:11,18,21
107:7

**problems** 98:14

**procedure**
87:21

**procedures** 9:4
12:2 18:20
20:15 22:9,21
25:23 26:3
27:10,22
28:10,17,22

29:1 37:16

**proceedings**
109:8

**process** 9:18
29:3,4,11,18
30:13 31:2
42:6 44:10
47:5 48:23
53:13 77:16
78:20
82:11,12
83:15 85:21
86:2,10,25
87:2 88:9,17
104:6,9

**processed** 30:4
32:6 52:7
87:2

**processes**
22:24 28:25
37:16

**processing**
30:13,25

**produced** 11:18
16:4 17:14
22:16
23:21,25 24:7
26:17,20,23
27:18 28:8
29:16 33:5
41:3,4,5,21
63:22 64:1

**producing**
22:18

**product** 17:20
21:18 23:22
24:15,18
76:21

**production**



products 89:2

program 9:7,8

programs 9:3

progress 52:13
87:6

promptly
111:16

properly 58:12
96:3,7,11
103:11

protect 94:10

protection
12:5
20:10,22,25
21:2,9,11
94:11,15,17
95:18 102:13
106:11

protocol 30:19
46:19

protocols 12:2
18:20 20:15
22:9,21 26:4
27:10,22
28:10,18,22

provide 10:25
11:11,19
15:14
18:15,22
20:13 21:19
23:17 24:15
37:21 51:13
61:10 62:12
65:20 67:7
77:7 78:13
81:3,4,9
86:18 87:12
94:16 95:23

96:21
99:11,13
102:23

provided 34:3
37:22 40:24
41:1 51:14
52:2 60:9
63:16 64:25
67:10 68:4,6
69:9 80:10
90:3 94:20
95:13 100:16
101:2,20
105:11 106:25

provides 94:14

providing 17:2
19:3 38:11
40:20 66:24

proximity
90:25

public 1:25
13:3 65:8
78:17
79:2,3,7,16,1
7,20 104:11
109:5,23
110:18

pull 16:15
33:2 58:13
69:17 73:17

purchased
86:22

purpose 23:21
77:17 84:11
102:9

purposes 13:6
43:8 105:19

pursuant 1:19
5:10 33:3

97:18 110:7

pursued 61:3

push 99:22

put 33:19,20
61:7 90:2,5
93:19
94:23,25
100:16 102:4
103:17

putting 90:6

_____

Q

QIR 71:8 72:10

qualified
14:16

qualify 21:12

quality 21:18
30:10 38:11
72:10,11

quarterly 87:2

queried 74:23

question
7:20,22 8:4
11:6,7
12:12,18 15:4
20:9 27:21
28:19,20,21
46:14 49:18
56:10
57:12,13,14,1
6,18 68:8
71:23 72:23
73:3 75:4
82:14 84:15
86:25 105:10
106:17 107:12

questions
8:15,18 13:22
14:3 15:5

27:8 34:24
50:6,10 55:23
57:2,8,15
58:5 60:12
62:9 69:20
80:9,11
81:6,20 84:5
89:8,25 93:18
104:22,25
107:16,19

queue 46:24
47:6 48:8

quick 9:25
104:24

quite 15:20
23:5 37:15
90:12,13

quote 28:17

_____

R

radio 23:3

raised 90:11

ran 49:24

rates 87:3

RE 111:5

reach 34:8
42:7 52:17
53:22 54:3
87:14 99:16
100:6

reached
48:1,9,18
54:16 55:14
99:24

reaching 81:19

read 16:16,17
43:10 44:21
96:5,7



97:13,19 98:5
101:22 102:13
103:12 105:17
106:6,15
107:10,22
108:1,2,4
111:13

**reading** 10:7
108:14

**really** 9:25
12:11
20:14,16
32:14 63:10
85:24 86:2,10
94:5,12
106:24

**reason** 20:20
82:22 85:8
112:5,7,9,11,
13,15,17,19,2
1,23

**reasonable**
61:11 62:8

**reasonably**
11:1,12 15:14
16:1

**reasons** 10:7
72:19 78:24
97:14 112:2

**recall** 6:17,18
9:10,12,15
13:5
35:3,6,12,15,
17,22,23
36:4,8,16
39:23 40:11
56:8 59:11,17
60:11 61:7
65:8,9,13,22
66:19

67:13,18,21
69:6,7 70:9
74:3 77:14
78:21 79:10
88:6,9,12
90:23 93:25
96:18 97:7
100:11
103:14,23,25
104:4,12
105:19,24
106:1,11,14

**recalled** 76:23
80:17

**recalls** 65:16
87:22 88:2

**receipt** 44:12

**receive** 9:17
10:14 36:11
44:1 45:19
65:15 79:5,7

**received** 10:15
29:16 38:13
39:19 44:8
47:25 52:5,20
53:9,18,25
54:7 64:10
65:2 86:24

**receives** 36:23
46:20 80:22

**receiving**
47:13 87:1

**recently** 6:15
39:21

**recite** 68:6

**recognize**
14:17

**recommendation**
40:4 99:8

103:16

**recommendation
s** 66:25 69:12

**reconcile** 83:6

**reconvening**
74:11

**record** 5:4,14
10:3 13:6,14
16:16
41:9,11,13,15
42:11,25
43:8,10,14
44:4 50:11
57:6 58:15
70:13
73:11,13,15
87:10
89:15,16,18,2
0 109:9

**records** 83:23
87:10

**redaction** 43:3

**RE-DIRECT** 3:6
105:1

**Redlands**
91:10,18

**refer** 7:4
64:15 93:17
94:6
100:13,23

**reference**
35:4,11 86:7

**referenced**
35:18

**references**
35:23

**referred** 94:25
96:16 100:14

**referring**
52:20 69:14
71:2 72:1
96:15
106:7,16

**reflected** 59:6
67:22

**regard** 11:23

**regarding** 8:7
10:21 12:7,10
13:19 17:2
19:25 20:15
25:23 27:10
33:2 36:21
62:9 63:15
65:6,10,11,16
71:9 72:13
94:25 105:25

**regardless**
42:10 78:4

**regards** 49:15

**Region** 92:16

**regional** 16:24
93:2

**registration**
87:9

**reimbursement**
9:16

**reimbursements**
9:11

**reinforcing**
105:21

**related**
9:10,12
12:2,5 20:22
21:10
33:10,12 36:4
37:4,5 106:12



**relating** 18:20
22:9 41:7
83:18

**relation**
21:16,17

**relationship**
35:21 36:7

**relative** 9:4
17:14,17 19:3
20:10 24:14
29:1,14 36:16
40:11 46:22
54:1 63:12
65:21 88:9
109:10,12

**relevant** 62:8
86:7

**relocated**
90:13 91:3

**remedy** 106:24

**remember** 68:19
69:1 70:15

**reminded** 45:9

**reminder** 48:14
53:17 101:3

**reminders**
51:20

**remotely** 1:18
2:6,10,15
5:11 110:6

**re-notice**
12:21

**re-notification**
87:11

**re-notify**
87:16

**repair** 9:14
74:18 76:2
79:13 83:23
107:3

**repaired** 86:6
88:16

**repairing**
75:11

**repairs** 77:10
82:18
85:11,13,16,2
5 86:4

**repeats** 98:2

**replied** 49:11
50:16,18,19

**report**
38:4,10,11,14
,25 40:4,10
56:25 71:14
72:10,11,12
82:20 83:4
85:3,4 87:3
103:16 109:7

**reported** 1:24
83:1

**Reporter** 1:24
5:3,12 7:16
41:11,15
107:22
109:1,5,23
110:17 111:19

**reporting** 5:13
31:16 66:5
71:16 111:19

**reports** 33:2
39:23 40:18
48:24

**represent** 5:19
6:3 89:24

**representative**
1:6 14:9 62:8
111:5

**representing**
14:17 15:2,11

**request** 11:17
30:20 34:7
84:3 99:17
100:7

**requested** 51:4

**requests** 9:18

**required** 10:24
11:10 27:8
68:6 88:11

**requirements**
78:12

**requires** 10:20

**reserved**
108:15

**resource** 99:11

**resources**
99:10

**respect** 15:15
16:1 63:4
91:4 98:15
100:4 102:18
103:14

**respond** 15:19
16:9 19:1
26:15 27:14
47:23 51:13
61:22 68:7

**responding**
32:22

**response**
11:2,12 46:16
50:18 51:5

53:14 58:16

**responsibility**
24:2 93:11

**responsible**
9:3,21 17:1
19:3 24:13
25:15
31:14,16
32:22 34:13
39:7,8,19
40:7 47:13
65:14 80:15
93:5,15

**restraint**
21:3,5
61:9,11 84:16
94:6,10,13
95:2,6,18,23
96:12
100:10,19,23
101:12
105:4,22

**result** 32:6
37:20 60:6
63:16

**resumed** 41:14
73:14 89:19

**retail** 25:19
31:15

**return** 111:16

**returning** 49:5

**review** 9:17
27:12,17,21,2
4 28:3,7
30:24
31:20,24 32:2
33:4,24 37:12
50:14 54:22
55:3 56:8,9
64:12 65:20



77:18
78:21,24 79:6
81:20
82:16,17 83:6
85:15,21
86:12

**reviewed** 16:3
17:13,22
22:15
26:8,16,23
37:1,5
54:14,21
66:18 68:18
80:9 81:22
83:14,16 84:2
85:14,20
94:19

**reviewing** 27:6
65:3 66:4,23
84:22

**reviews** 46:25

**revised** 69:18
73:18,22
74:7,9

**Richard** 60:15

**right** 7:13
10:11 16:18
19:2,22 35:19
37:12 38:24
39:6 40:23
41:17,24
42:13 43:21
44:3 47:4
49:25
51:16,18 52:2
54:14
56:6,20,22
59:1,3,15
60:3 67:17,18
69:17 70:18
71:1 72:2,19

73:7,17 76:11
77:1 78:4
83:4 84:13
85:5 91:9
93:16 95:16
97:16 98:21
99:11 100:9
101:3,6
102:21 103:14
108:2,4

**right-hand**
101:15 102:6

**risk** 101:20

**Risto** 47:21

**road** 6:5
33:19,20
95:21

**roadside** 9:6

**Robert** 2:12
3:5 5:18 20:7
68:14 89:23
111:2,25

**Rodabaugh** 1:6
5:8 6:3 8:8
90:21 94:20
111:6

**Rodabaughs**
95:14 96:25
98:9 100:15
101:17 102:8

**Rogers** 2:8
90:17,25

**role** 22:17
24:6 32:15
81:16 93:2

**rollover**
101:22 102:12

**ROMANO** 2:3

**root** 63:12
84:25

**roughly** 9:23

**route** 50:9

**Roy** 1:6 5:8
111:5

**RTADAMS@SHB.CO**
**M** 2:14

**ruled** 13:14

**rules** 7:14
88:8,17
104:2,16

**run** 45:3
50:4,10 57:5

**Russell** 19:13
24:25

**Ryan** 47:21
52:2

_____

S
_____

**safety**
21:9,16,23
47:15 61:11
65:19 66:3,7
70:21,22
80:14 88:24
89:1 101:5,20
104:1,8
105:23,24

**said** 19:14,21
22:15 26:22
28:5,13,20
32:2 37:14
38:14 44:25
46:15 47:22
49:16
50:13,17,18
51:19 54:24
55:1,3,7,9,21

,24 56:12
57:4
58:3,6,10,13,
15,17 59:3,17
61:7 64:20
65:4,23 67:17
68:21,23 70:6
78:1,3,6 80:2
83:14 102:9
103:6 105:15
107:9

**sale** 31:17

**sales** 16:23
21:19

**Sam** 5:17

**same** 11:14
13:4 14:13,22
15:7 18:25
45:3,7 47:25
49:3 54:15
56:24 62:3,14
63:3,19 68:15
72:17 99:16
100:14

**SAMUEL** 2:7

**San** 90:11

**Santa** 6:8
91:17

**save** 107:12

**saw** 83:14

**say** 7:16 11:8
14:20 16:11
17:18 18:6
20:12,18
21:16 26:25
27:3,15
28:2,11 36:6
39:15,25
47:23 48:11



49:12,13,18
55:5,23 56:13
57:12,17
58:22 59:12
62:21 64:18
67:17 68:19
72:25 75:14
84:22 100:1

**saying** 37:18
68:15 71:1,21
72:9 85:19

**says** 20:22
32:17 38:3,11
43:21 44:5
47:4,6
48:2,23
49:4,11,23
50:21 51:6,25
52:9,12,19
53:18,20
54:19 57:18
61:9
71:19,20,24
74:7 76:14,22
78:23 83:4,15
95:6,17 96:7
97:17 98:2
101:18 105:15
106:7,18

**scan** 43:8

**scanned** 34:2

**schedule** 29:17
87:15,23

**school** 91:9,25

**Science** 91:11

**scope** 62:4,15
63:4,11,19,22

**screen** 9:25
16:15 90:2

**script** 49:24
50:5,10
56:7,10,13,14
57:5 83:2

**scroll** 38:24
43:8 56:18

**search** 45:2
60:8 74:24
75:15,21,23
76:9,12,15
77:2

**searched** 75:14

**seat** 21:4
61:9,12 94:25
97:2,17

**seatbelt** 32:18
33:10 37:4
60:18 61:10
84:15 88:21
94:9,14
95:2,5
97:1,10 98:3
101:13
105:3,7,8,21

**seatbelts**
21:17 59:19
60:1,7 94:4
95:6,18

**second** 44:5,6

**secondary** 87:8

**seconds** 56:3
98:3,4 103:8

**secretary**
92:11

**section**
42:15,24
95:11 100:18
106:16 107:9

**sections** 94:24
95:1

**see** 16:18 23:4
31:22 32:5
35:5,11 38:10
39:19,24,25
40:2,13,14,16
43:9
44:5,6,22
46:13
47:2,4,5,20
48:2,6,13,16
49:14 51:1
52:24 53:24
54:22
56:3,15,20,21
57:25 58:4
59:6 60:21
68:17 70:8
81:2 82:21
83:13,16
84:3,14 86:7
87:5,10,15
91:5,22 95:5
96:24
97:2,15,16,21
98:1,10
99:7,21
101:2,15
102:4,16
103:2,18
105:14 108:5

**seeing** 45:8

**seems** 46:5
58:6

**seen** 10:5
96:25

**segregated**
93:14

**SEL** 70:18

**selection**
76:25

**self** 58:1

**Seligman**
90:18,24

**sell** 25:20

**selling** 89:2
92:13

**send** 34:11
50:12
51:10,15 52:4
74:22 78:23
79:21,25
80:12,21
87:8,11
88:5,14 108:4

**sends** 79:3

**sent**
30:3,6,7,16
45:23 47:7
51:7 77:15
78:16
80:17,24
105:24

**sentence** 97:13

**separate** 39:4
46:25 47:22
53:8 74:13

**separately**
87:14

**September**
109:15 110:9
111:1

**sequence** 25:24
97:22

**sequencing**
97:25

**series**



30:14,18
50:5,10 53:11
56:2

**served** 13:8

**service** 16:24
21:19 31:10
79:12,17
87:15

**servicing** 56:1

**set** 47:22
48:14,22
50:25 57:10
88:8
104:10,16

**setting** 100:8

**settled** 55:16
58:18

**seven** 12:20
99:13

**several** 37:23
81:9

**severity**
101:21

**share** 9:24
71:6 88:10

**shared** 82:23

**she** 37:5
44:10,11,13
45:15,17,19,2
5 46:1,8,9,17
47:4,7 103:15
107:25 108:3

**SHEET** 112:1

**she's** 45:20
46:10 63:24

**shipment** 29:25

**shipping** 29:17

85:10

**short** 12:18
41:12 73:12
89:17

**should** 11:20
48:19 56:19
58:1,9
59:9,18,21
67:3 70:5
77:24 78:7
81:10,18
94:13 95:7
96:8 97:9
98:12
101:4,25
102:21 103:11
107:8

**shoulder**
96:8,9

**shoulders** 95:8

**shouldn't**
77:24

**show** 37:2 38:5
40:13 41:18
43:25 60:13
64:9 73:21
79:22 83:3
106:3

**showed** 13:10
103:15

**showing** 51:4

**shows** 23:4
44:15

**side** 96:6
101:15
102:6,12
103:4

**Siebel** 33:1

**S-I-E-B-E-L**

33:1

**sign**
111:10,13,15

**signature**
111:10,15,21
112:25

**significance**
96:22

**significant**
74:10

**signing** 108:14

**simply** 71:16
85:6

**since** 9:22
20:10
33:19,20 50:8

**single** 52:23
81:22

**sister** 90:17

**sit** 67:18

**sitting** 104:18

**situation**
36:14 57:20
82:5 85:20
86:1 106:23

**situations**
30:20,22
101:10

**six** 16:11 56:3
98:4 103:8

**skimmed** 37:9

**skip** 40:12
69:20

**small** 90:18

SMASON@BAILEYO
  LIVERLAWFIRM.

**COM** 2:9

**software**
32:23,25
106:8 107:7

**sold** 31:6

**some** 9:16
17:14 33:4
34:7,24 37:15
38:18 41:25
42:19,22
44:15 47:16
50:6 58:5,20
66:25 67:9
72:4 73:22
74:14,15
77:13 81:15
84:5 85:17
89:13 93:18
99:17,24

**somehow** 45:23

**someone** 19:9
57:4 77:8

**something**
40:19 43:4
44:25 49:17
55:19 56:3
58:8,20
83:8,9
86:6,11

**sometimes**
34:22 57:11
77:19 80:9
82:2,20 87:7
108:7

**somewhere**
83:12

**soon** 47:24

**sorry** 25:7
43:14 49:12



60:4 68:9,14
75:13 97:10
103:7

**sort** 18:16
36:18 42:19
52:25 53:12
58:15 63:11
66:22 69:10
70:3 78:19
82:9,24 86:23

**Soul** 12:4 29:8
30:23 31:21
32:19
33:11,13 43:2
45:1,4 59:5
94:5 95:13,21
98:9 101:17

**South** 29:10

**SOUTHERN** 2:8

**speak** 11:23
12:6,10 13:18
27:16 66:11

**speaking** 21:24
45:25

**Special** 1:5
111:5

**specific** 6:19
7:9 17:7
18:14,17
22:1,23
24:1,16 25:22
26:1 27:17
35:6,15
36:5,8 37:6
55:22 56:8
60:22 67:21
68:6 70:21
74:16 75:4
80:17,23
106:1,6

**specifically**
9:13 22:13,20
26:22 35:1,4
37:3,4,25
66:12 67:21
68:19 70:10
76:2 97:13
105:19 106:4

**specifications**
24:16

**spend** 16:8

**split** 39:14,15

**spoke** 51:3
67:15

**spoken** 22:5

**spreadsheet**
40:15,16,21,2
2

**SRS** 103:10

**ST** 109:3 110:3

**stamps** 53:1

**standard** 30:19
50:6 57:8,15
87:21

**standards** 89:1
104:20

**stands** 48:5
69:22 72:2
75:9 76:7
77:6 104:7

**start** 56:2

**started** 91:13
92:10

**starts** 44:3

**state** 1:25
37:1 68:5
87:9

109:2,6,23
110:2,18

**stated** 13:12
14:24 17:24
46:11 65:1
69:16

**statement**
14:17 79:5,6

**states** 1:1
30:12 40:1
49:19,20,21

**status**
52:14,16
61:4,23

**stays** 56:5

**step** 48:25
49:25 50:4
53:24 81:25
83:14

**stepfather**
90:12

**stepfather's**
91:1

**steps** 53:7
54:1 69:13
81:24 85:15

**still** 74:19
84:5 105:7

**stop** 98:4,5

**Stouffer**
60:14,15,17
64:8

**stream** 12:3
22:11

**Street** 6:8

**strike** 24:6
32:16 81:15

88:4

**Stroupe**
47:3,8,10

**structure** 95:7

**studied** 64:18

**study**
64:13,19,20,2
1,22

**sub-
departments**
18:12

**subfolder**
47:22

**subject** 12:5
27:9 30:23
31:21 45:2
103:23

**subrogate**
58:21

**subsequently**
93:12

**subset** 19:4

**sum** 63:14

**summarize** 91:7

**supplement**
105:5

**supplemental**
21:5 94:13,15
100:10,19,23

**support**
9:4,9,11,12
17:2 19:3
21:19 23:13
75:18,20
100:7 105:20

**supporting**
16:25



**Supreme** 1:19
5:10 110:7

**sure** 7:17
17:5,9 18:24
20:9,23
21:13,14 27:6
29:13 36:10
37:24 42:2
43:12 51:21
53:4 54:24
55:8 58:14,15
67:1,6
68:11,23
76:25 77:22
80:19 82:6,14
87:22 89:4,14
94:8 96:3,11
105:23 106:5
107:11 108:6

**switch** 97:19

**sworn** 5:24
110:8

**system** 12:5
20:10,23,25
21:2,3,4,5,6,
9,11 32:23,25
44:22 51:20
52:25 56:2
58:8 61:10
72:4 84:13
94:6,10,12,13
95:3,6,18
96:12
100:10,20,24
101:12
102:11,19
105:4,22

**systems** 100:23
105:6

———————
T

**T/L** 75:7,9

**table** 97:18

**take** 41:8
45:17 46:16
47:16 55:4
56:1 57:17
60:13 78:24
82:24 83:7
84:4,6 89:12
98:12,21
111:9

**taken** 1:16
6:12,16 7:14
58:9 85:6

**takes** 46:17
57:13,14

**taking** 4:3
7:16 63:17

**talk** 13:1,2,4
18:18 36:17
48:11 55:8,18
63:22,25 90:1
105:13 106:4

**talked** 42:5
59:22 82:7
103:18
104:6,14

**talking** 19:8
27:6 35:16
40:17 41:19
63:12

**talks** 11:17
27:9 97:13,25

**team** 9:17
16:22,24 17:1
18:11 21:24
32:22 36:18
45:15 46:25
47:3,9,11,12

50:9 66:4
76:8,18 77:25
78:1 81:1,2
99:17,23

**teams** 80:10

**tech** 75:9

**technical**
39:21 72:24
75:5,9,18,20
79:12,16
93:13

**technicians**
75:19

**technologies**
21:10

**telephone** 44:9

**television**
23:3

**tell**
22:20,22,23
23:1
29:3,8,11
35:20 38:6,20
40:14 41:18
42:14 47:18
48:20 49:9
51:25 54:13
55:3 57:22
64:7 67:24
71:11,18,20
76:14 77:12
106:13 107:11

**telling** 65:4
86:17

**tells** 56:5
79:13 86:10

**tender** 29:25

**term** 21:11,14

**terms** 12:12
15:10 31:3
37:19 40:7
46:11 58:2
63:12 72:2
74:10,19 77:7
85:15 86:3
87:7 98:13

**testified** 5:24
7:3 28:23
37:9 98:16
105:3

**testify** 10:21
17:5 20:19,21
22:1
28:9,21,25
31:25 32:3
36:22 60:6
62:1 63:17
64:24

**testimony**
8:6,10 16:6
22:6 27:11,24
28:1 62:11
63:1 70:5

**testing** 30:11

**Texas** 30:5

**than** 7:11
18:18 57:13
62:13 65:1
85:2,3 103:8

**thank** 43:18
45:11
89:8,10,11
93:17
107:13,16,20,
21

**that** 7:15
8:4,6,10,14,1
7,23



877.291.3376
www.UCRinc.com

9:10,14,19
10:18,24
11:8,10,13,18
,22
12:7,23,24
13:10,11,14,2
1
14:3,9,11,15,
16,17
15:1,4,5,9,10
,21,24
16:4,14,17
17:14
18:1,4,14,19,
22
19:2,7,17,22,
24
20:13,16,17,1
9,20
21:8,10,18,21
22:1,12,16
23:1,8,9,12,1
7,21
24:5,6,11,14,
21,24
25:2,8,20
26:5,6,8,22,2
3
27:3,11,15,17
,22,24
28:2,18,20,23
29:1
30:1,7,8,14,1
7,18
31:7,10,11,14
,16,17,19,22,
23
32:4,5,11,12,
15,16
33:4,9,10,11,
20
34:2,12,13,14
,21,25

35:5,6,7,8,12
,17,23
36:8,12,19,22
37:9,16,18
38:19,22
39:5,6,15,16,
18,19,25
40:6,8 41:1
42:8,11,17
43:2,24
44:1,4,5,6,12
,13,15,16,21,
22
45:1,8,9,10,1
3,21
46:6,9,13,19,
20,25
47:2,3,20,22,
23
48:2,14,20,23
49:1,5,6,7,9,
10,14,16,17,2
4
50:9,22,24,25
51:1,2,4,5,7,
16,17,21,23,2
5
52:1,3,8,9,12
,19,20,21,22,
23,24,25
53:10,12,15,1
6,17,24
54:1,7,15,16,
18,20,22,24
55:5,6,13,19,
24,25
56:3,4,9,12,1
5,25
57:1,2,9,17,1
8
58:5,6,7,10,1
9,24
59:9,24,25

60:6,16,18,23
61:3,8,18,19,
24
62:11,13,25
63:1,5,14,15
64:1,2,10,14
65:2,3,5,11,1
5,20
66:5,7,10,12,
13,17,19
67:4,8,9,13,1
7,19,24
68:5,6,17,18
69:1,3,15,17,
19,20,24,25
70:5,6,10,20,
22,24
71:5,6,11,12,
14,16,25
72:4,5,7,8,9,
16,20,21,23,2
5  73:2,20,23
74:1,3,4,8,9,
16,23,24
75:1,4,6,7,10
,15,17,19,21,
24
76:3,4,5,7,9,
13,14,16,18
77:6,8,9,13,1
4,17,20,21,25
78:1,5,6,8,11
,12,18,20,23
79:1,3,6,11,1
5,19,20,22,25
80:2,3,6,10,1
7,23
81:1,2,5,12,1
4,16,17,25
82:2,4,7,9,12
,13,16,18,19,
22,25
83:1,3,6,8,10

,11,14,15,19,
22,24
84:1,2,4,6,9,
10,12,14,19,2
2,23,25
85:5,12,13,14
,16,18,19,21,
22
86:1,6,7,9,15
,16,17,23
87:1,5,6,7,19
,21,22
88:4,10,12,13
,17,25 89:4,5
90:3,5,6,13,1
9,20,23
91:6,13,14,15
,17,20,22
92:17
93:7,18,21,23
,25
94:4,7,9,12,1
3,17,20,24
95:2,12,20,24
96:3,7,10,11,
15,16,17,18,2
5
97:1,2,3,5,8,
9,13,14,15,16
,19
98:5,9,10,12,
13,14,15,16,1
7,23
99:1,6,7,10,1
5,16,17,21,22
,23
100:1,2,3,6,9
,11,14,15,18,
22
101:3,4,8,9,1
0,16,17,18,22
,24
102:4,6,8,13,



16,24
103:12,14,16,
18,22,23,24
104:2,6,12,13
,16,17
105:3,6,7,8,1
0,12,13,14,15
,16,17,18,21,
24
106:1,10,13,1
5,16,18,19,21
,23,24
107:5,7,9
108:9
109:6,8,10
110:6
111:9,10

**that's** 20:10
24:13 27:3
29:8 31:1
33:15
35:13,14,17
37:18 38:11
40:17
41:10,23
42:21 43:3
44:4 45:2,3,5
47:7,12 48:8
50:2,17 51:18
56:22
58:7,14,15
59:25 63:7,10
66:18 67:8
69:9,25
70:8,16,23
71:4 72:6,22
74:19 75:9
76:6,7
77:7,17 78:16
79:5 80:17
83:6
84:10,12,16
91:19 96:20

99:20,21
101:1,2
105:13 106:24
107:9

**their** 11:23
12:7 19:19,23
34:6
46:11,12,14
48:7 55:16
57:7 66:3
69:11,12
75:15,21
76:25 87:13
93:24 94:21
96:12,17
97:10
99:14,18
100:3,4,6
101:5,12
111:12

**them** 29:21
32:11 33:25
34:20 35:1
36:12 37:2,9
39:16 40:20
41:5,8,22
42:12 44:21
45:19 46:9
48:8,10
51:15,21
53:5,6,22,23
59:17 60:10
64:10,13,14,1
5,18,20,21,22
76:4 78:23
81:8
88:1,15,16,25
98:22 99:9,11
100:6 101:2

**themselves**
5:14

**then** 8:3 17:4

19:14
21:4,22,25
23:14
25:5,18,20,24
30:6
31:11,13,18
32:11 34:8
36:8,10 38:13
42:13,21,23
43:6,9,21
44:4,13,15
45:25
46:3,17,22
47:7,8,18
48:9,13,17,18
49:3,10,19,20
50:4,12,16,17
,21
51:6,16,24,25
52:4,9,12,19
53:9,15,24,25
54:13,15
55:1,7,9,12,2
3 56:25 57:8
58:11,13,17,2
0 60:3 63:14
66:21
69:18,21
70:18 71:1
73:21 74:14
75:7,13
76:6,11,19
77:5,18
78:3,4 79:4,9
80:5 81:11
82:6
83:16,20,21
84:8 86:4,21
87:2,11,19
90:8
91:4,10,18
92:1,11,12,16
,20,21

93:1,4,12,23
95:16 98:22
102:2 105:23
107:11 108:5

**there** 7:15
9:13,15
17:17,19,25
18:3,21
20:2,6,14
21:9,15
22:8,12 23:9
25:6,9,13,22
27:4
30:13,18,20,2
2 31:25
32:3,4,5,8,14
33:9 35:6
38:1,2 46:4
50:23 55:2
56:20,22
57:19
58:8,19,20,23
59:15,22,25
60:8,10 61:16
66:9,12,13,17
,21 67:8,19
70:19,22
71:3,15 72:5
74:10,11,12
75:1 76:24
77:14
79:1,2,4,11
80:10,16,22
81:13,14 82:9
84:9,12,19,23
85:3,5,6,7,25
86:6,23,25
87:2
88:8,10,16
90:9 91:3,25
92:2,3 93:8
97:5 98:23
99:19 101:2,6



102:4 103:21
104:9 105:12
108:6,7

**Therefore** 28:9

**there's** 20:18
23:11,12,15
24:20 25:1
38:8,17,18
42:1,18 43:3
44:15 51:24
52:24
53:11,16 71:4
72:4 77:16,19
78:8,11 87:10
97:1,7 98:16
100:1 101:3
106:1,24
107:5 108:6,7

**Thereupon** 5:21
10:2 41:12
73:12 89:17

**these** 8:15,18
11:24 13:19
17:13,14,22,23 18:1,5
19:25 22:2,21
24:6 26:8
27:12,16,24
28:10,22
33:24
34:4,5,14
35:21 36:6
37:16
41:18,22
44:22 45:8
46:23 47:13
51:10 57:2,8
59:8,12,16,19
60:21 62:12
63:2,15 66:15
75:23
78:23,24

79:23 80:17
81:11,14,20,22 84:14
86:22,23
88:14

**they** 9:16 18:7
19:23,24
24:2,7,12,15
28:7
29:7,20,23,24
30:1,11,14,15
31:14 32:11
34:8,10,11
36:3 37:23
39:16 40:19
41:6 42:16
46:13,14,15,21 49:14
51:19,20,21
52:10,14
53:12 57:15
58:19,20
59:13 62:13
67:2 71:6,20
74:20
75:3,5,10,12,14,20
76:1,4,9
77:2,3,9
78:21,22,24,25 79:1,13
81:4,5 84:4,6
85:9,16
86:5,11 87:15
88:24,25
90:25 93:23
96:11 97:9
98:9,12,18,21
99:1,4,7,14
102:16 104:3
107:6

**they'd** 34:7

**they'll** 74:22

**they're** 13:1
15:20 27:16
28:23 29:4,6
36:2 37:18
40:1 42:2,17
44:18 51:22
70:1
71:13,14,16
72:1,9 75:24
87:13 96:13
99:15,23
100:25 103:21
104:10 105:8

**they've** 41:4
51:23

**thing** 52:23

**things** 9:11
12:19
23:20,21,25
24:6,7 38:18
41:21 83:5,22

**think** 6:17
7:11 11:16
12:22 20:19
24:24 25:11
30:8 33:8,23
38:3 39:10
40:8,24 41:3
43:3 44:25
45:8,9 54:24
60:21 62:20
64:1,13 66:11
67:21 68:4,23
69:2 72:16,23
73:2 76:13,17
77:23 84:1,2
86:11 91:21
105:20
106:15,17
107:23 108:3

**thinking** 67:20

**third** 82:2

**third-party**
85:17

**thirty** 111:14

**this** 5:15,18
6:18 9:25
10:5,8,11,12,14,18 11:2,13
12:10,19,22
14:18 15:2,16
16:4,20
17:6,8 26:17
27:18 29:9
30:2,24,25
32:21
33:3,5,22
35:14,18
38:6,9,20,23,25
40:8,13,14,16,25 41:7,17
42:1,3,7,11,13
43:1,13,23,25
44:1,8
45:8,13,21
46:3,10,17
47:2,18
48:6,15,16
49:19,20,21
50:8,9,13,14
51:4 52:25
53:1,2,9 54:5
55:3,5,15,19
56:14,24,25
57:1,5,20
58:20,22
59:3,14 61:8
62:7 66:11,17
67:5,11,13



68:1,3,4,11,13 69:7
70:1,4,5,20
71:2,7,8,15,17,19,20
72:7,11,13,14,16,20
74:7,12,23
76:4,23 77:12
81:7 82:6,7
83:11,20,24
84:23
85:2,4,12,18,22 86:1,5,9
90:3 92:13
93:14,21
95:1,12 96:24
100:18 103:23
104:23
106:1,13
107:11 108:11
109:15 110:9
111:16

**Thomas** 1:6 6:3
8:8 111:5

**those**
9:11,17,18
13:1,9,15
17:16
18:11,23
21:24
22:14,18
23:7,24,25
25:18 26:1,3
27:1 28:3,7
29:15,19,23
32:24
34:18,22
35:2,4 36:24
37:6 38:6
40:12 42:4
46:25 47:16

49:21 51:22
52:5,10 53:7
59:6 60:2
62:16 66:1,3
74:22,25 75:6
77:10 79:19
80:23 83:5,22
93:14 97:25
101:10
104:16,20,22

**though** 35:9
58:23 76:22
101:7

**thought** 81:10

**three** 7:2
23:16 93:3

**through**
30:4,14 33:21
34:9 44:16
45:8,22 50:9
53:13 80:18
81:7,8
92:5,19 97:24

**throughout**
25:19,24

**Tier**
23:11,13,15

**tiers** 23:16

**time** 5:5 6:16
16:8 33:20
36:12,13
37:15 39:25
52:25 56:1,11
72:8,10,11
77:7 79:19
84:17 87:4,25
88:13 89:9
91:16,17
92:13,17
96:12 104:23

108:10 111:10

**timelines**
88:10

**times** 7:1,7,14
98:2

**timing** 80:3

**title** 8:25
13:25 26:1
38:1,2,10

**titled** 38:14

**titles**
19:19,23
22:14

**today** 8:7,10
22:6 24:5
27:7 104:18

**today's** 5:4
27:1

**together** 42:9
77:18

**told** 25:8
27:22 51:9
96:17

**toll** 81:4
99:12

**toll-free**
34:11

**took** 111:11

**tools** 99:10

**top** 25:2 34:19
38:8 42:15
56:16,19,20,21,24

**topic** 10:21
12:7,10,23
16:12,16,21
17:6,8 22:8

23:5
32:13,14,16,21 33:3,7
36:20 62:4,7
65:6

**topics** 11:24
12:20,23
13:2,4,8,9,19
15:20
17:15,23 18:5
19:25 20:11
22:2 27:16
28:14 37:3
40:8

**total** 33:9,14
60:1

**totality** 82:14

**towed** 99:14

**town** 90:18

**Towner** 6:8

**track** 51:19
57:6 87:5

**Traffic** 104:8

**transcribe**
109:7

**transcript**
108:1 109:8
111:24

**transferred**
91:10 93:1

**transfers**
31:12

**transmits**
96:11

**Transportation**
104:1

**tree** 57:11



trial 6:23
  60:24

trigger 31:18

trouble 35:24
  36:1
  72:3,4,5,8,15
  ,18,21

true 109:9

truly 111:17

Trust 1:5 5:7
  111:5

try 44:19 58:4
  70:15 82:24
  84:24
  87:14,17

trying 71:14
  87:7

turn 97:21

turned 103:9

twice 90:14

two 33:14
  39:14,15,17,2
  2 104:24

two-part
  106:24

type 36:19
  37:21 42:21
  44:21
  95:12,24,25
  96:10 98:14
  99:24

typed 48:5

types 9:11
  22:22 37:16
  47:13 60:2
  94:11,15
  95:23 101:16

typically
  35:25 45:19
  46:1 50:1
  86:7

typo 91:20,23

───────────
        U
UC 42:21

uh-uh 7:18

ultimate 25:20
  31:15

ultimately
  9:15 29:20
  36:7 57:25

um-hum 7:18
  78:10

unable 31:25
  35:20 36:21

uncomfortable
  99:15

undelivered
  87:1

under 11:24
  21:11 44:15
  51:25
  52:9,12,19
  53:15 95:5
  99:21 106:19

underneath
  97:15 101:18

undersigned
  110:5

understand
  7:20 8:14,17
  10:18,24
  11:10,18
  12:11 14:9
  15:2,10 25:11

35:16 36:10
63:21 67:2
74:15 107:15

understanding
  8:12 33:23
  66:20,22 97:5

understands
  62:7

unfair 68:5

unfortunately
  60:12 84:7

unique
  30:20,22
  36:13 37:19
  39:3 82:4

unit 106:9

United 1:1
  30:11

Universal 5:13
  111:19

universities
  91:6

University
  91:10,18

until 39:10,13
  55:11 73:6
  79:21

up 16:15 34:21
  42:3 43:8,9
  45:25 47:23
  48:6 51:22
  52:2 53:4,19
  56:18,20
  57:10,24 61:7
  63:14 66:7
  67:25 68:12
  69:17
  73:10,17
  83:17 86:23

90:2,5,6,8
92:8,18 93:19
94:23,25
100:16 102:4
103:17 104:25

update 53:5
  106:8 107:7

updated 87:10

upon 13:22
  14:4,12 15:6
  20:14 29:19
  30:19 36:15
  54:22 77:1
  78:22 95:7
  101:1 107:4

us 29:2,7
  31:18 34:8,10
  40:1,18 41:22
  42:7,11 45:22
  46:16 48:6
  50:6,12
  55:1,3,10
  58:21 63:16
  64:25
  74:20,22
  81:3,5,19
  82:3,23 83:1
  86:11,17
  90:13
  92:14,21
  99:16 111:16

use 44:21 75:5
  77:2 102:12

used 8:15
  23:17,21 24:4
  76:3 94:13
  95:19

uses 42:6

using 83:20


UNIVERSAL
COURT REPORTING

---
**V**
---
**Valley** 90:12

**variety** 98:17
99:3,5 100:2
102:22

**various** 16:23
18:4 22:22
23:2,7,9 31:9
44:20 57:6
104:2

**vehicle**
17:3,17 21:10
30:2,25
31:4,8,9,12,1
4,18,19 32:6
33:19 34:7
35:10
42:16,18,20
45:2,7
46:15,22
49:16 54:25
56:1 58:12
59:1 65:7,12
72:22 74:19
81:25
82:8,10,15,21
84:3,7,12,20
85:7,16,23
86:20 87:9,21
88:25 94:5
95:19 96:13
98:8,12 99:14
100:6
101:4,12
102:17
103:9,11

**vehicles** 12:4
22:24 23:8
24:14,17
25:16,17,18
29:2,16,19,23

30:14 32:19
35:5 59:12
79:23 86:22
88:24 94:5
100:5 101:18

**vehicle's**
82:25

**verbal** 7:17,19

**verse** 28:18

**version**
10:8,12 73:18

**versus** 19:9
52:21 77:2

**via** 2:6,10,15
52:6 111:24

**vice**
19:9,11,12
20:1 24:24
25:1

**video** 5:4
108:11

**VIDEOGRAPHER**
73:5,8,11,15
89:16,20
108:10

**videos**
23:20,24 24:7

**VIDEOTAPED**
1:15 5:1

**view** 83:7

**VM** 48:3

**voice** 48:1

**vs** 1:8 5:8
60:15 111:6

---
**W**
---
**Wager** 19:13

24:25

**W-A-G-E-R**
19:13

**wait** 10:10

**waiting** 52:15

**waive** 107:22
108:1
111:10,15,21

**want** 7:15
40:19 44:24
45:10 47:23
55:4,5,6 67:1
68:18,19,20
70:8 73:7
75:10 76:5
78:24 86:13
89:4 90:1
92:5 93:17
96:3 100:13
106:5 108:1

**wanted** 12:22
13:7 34:24
60:13

**warn** 84:11

**warning**
71:10,24 73:5
93:23
96:17,22
97:1,17,22
98:2,10,18
99:7 100:3,4
102:3,5,9
103:3,6,7
106:2,7,14,22
107:4

**warrants**
106:11

**warranty** 17:20
31:19 32:5,9

38:25
39:2,3,20
74:15,17,20,2
4 76:1 77:7
82:17 93:12

**wasn't** 15:4
58:14 86:14

**way** 46:14 48:5
50:2 92:8,18

**ways** 79:20
98:17 99:3,6
100:2

**we** 5:3,6 7:16
9:5,8 10:11
13:10 19:2,21
21:17,18,22
23:8,11,17
24:9,11 28:13
29:13,14,16,1
7,21 31:7,10
32:13,23
34:10,15
36:11,12,18
39:6,13 41:8
42:8,12
43:9,10
44:18,21,24
45:8
46:19,22,24
47:2,23
48:6,7
49:1,9,11,13,
18
50:2,4,11,12,
13 52:2,4
53:24
54:19,22,23
55:1,2,3,4,5,
6,9,17,18,21
56:9,10
57:5,6
58:4,11,17


UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

59:2,24 60:13
62:21 67:1
73:6 77:6,7
78:24
79:4,21,22
80:2
81:3,4,7,8,20
82:2,7,15,20,
24 83:6,7
84:15
86:11,12,13,1
4,15
87:3,5,8,12,1
6
88:10,11,14,1
5,24
89:3,4,5,12
90:3,5,7
91:2,5
92:14,19
93:8,14,19
95:5
96:5,6,24
97:2,15,21,24
100:14,16
101:15 102:4
103:2,17,18
106:4 108:8

**wear** 96:12
101:5,12,19

**wearing** 84:15
95:10 96:2
105:7,8

**web** 81:3

**web-based**
44:10

**website** 99:21

**we'd** 57:24
88:16

**week** 48:15

52:5 99:13

**welcome** 37:2
45:12

**we'll** 42:1
55:18 56:7,12
57:5 59:16
87:9,11
90:2,9 94:25

**went** 44:10
47:6,21,22
81:7 83:22,25
91:8

**were** 6:20 13:8
17:16 18:19
26:23
32:1,3,4,5,20
33:9,18 34:2
35:5 37:23
39:8 41:3
45:1 46:21
59:13 60:6,10
63:15 64:1,9
65:11 68:1,5
71:1,21
74:10,25
82:19 84:15
90:21 91:16
92:14 98:9
101:16 103:21
106:16

**we're** 17:1
29:16 35:16
40:17,20
43:2,10 50:14
55:22 62:20
70:13 83:18
84:18 86:18
87:5,6,22,25
90:6 94:23
105:20 107:23

**Were** 35:2 60:5

**We're** 81:1

**weren't** 41:6

**WEST** 2:4

**Western** 1:1
92:16 93:2

**we've** 9:6
13:11 39:21
52:5 54:21
93:14

**what** 6:4,7,10
8:25 9:2,12
10:12 11:17
15:9,25 16:20
17:4,7,16
18:16,17
19:19,23
20:9,21,24
21:2,14
22:13,20
23:10,11,19
25:7,11,13
28:5,10,18
30:2,17 32:20
33:16
36:10,15,17,2
2 38:6,23
39:1
40:3,6,14,17
41:25 42:6,14
43:10,15
46:9,10,18
47:15,18
48:6,12,16,17
49:16,24
50:4,8,11,17,
18 51:5,17,19
52:1,14
54:13,19,21
57:25
58:2,14,17

60:25
61:4,6,14,17
62:20
65:1,4,9
66:15,23
67:2,6
68:21,24
69:7,11,21,24
70:18
71:2,11,17,18
,19,20,25
73:20,25
74:16 75:7
76:2,3,6,25
77:1,13 79:13
80:19 82:15
83:1,18,19
84:25 85:3,21
87:3,6 88:3,4
92:19 94:6,7
98:10,23
100:3
104:10,15
105:14 106:18
107:9,10

**whatever** 7:18
40:1 52:23
74:24
75:15,21 76:9
77:2 82:22
83:2,3 86:1
102:18

**what's** 31:5
32:25 48:16
65:9 71:11,22
76:20 77:5
85:2 93:10

**when** 6:15
10:14 21:25
30:11 34:6
36:16
39:8,13,24



40:2,10 44:18
49:12,15 51:9
55:13,14
56:9,10,13
57:4 62:21
63:22 64:18
66:15,17
67:4,6,12
68:1,11,13,20
71:2,13 72:25
74:18 78:20
81:14 84:22
87:19 89:2,3
90:15
91:2,20,24
92:13 96:12
97:12,18,25
104:3 105:6

**whenever** 46:19
74:18 95:19

**where** 8:21
29:9,19 30:6
34:4,15 40:18
42:16 44:16
46:20 47:5,7
48:2,14 50:21
52:9 53:23
54:11,19
55:3,4,13
56:14 59:22
69:15 70:1
72:6 74:3
81:9 82:7
83:17 87:2
90:8 93:22
94:16 101:6

**Whereas** 13:4

**whether** 31:25
32:3 70:2
77:4 78:4
84:19 85:16
86:13 88:4,11

97:6 98:22
107:4

**which** 10:20
13:8 21:4,5
23:11,13,15
30:8 31:8,18
32:20 33:22
37:20,25
38:14 40:19
42:24 45:4
56:7 67:24
69:6,14 73:18
79:12,13
86:10,14
91:21 92:2
96:20,24
97:23 100:14
101:12
102:11,23
104:7,9
107:15 111:14

**whichever** 69:3

**while** 90:6
91:8,25

**who** 12:9,12,13
18:7 19:9
26:3 42:15
45:14 47:10
51:18 61:12
66:1,4,7
69:1,2
76:11,12,14,1
8 80:12 86:22
111:11

**whole** 34:1
106:15

**wholesale**
25:18

**whom** 10:16

**who's** 19:11

24:18,22 39:5

**why** 10:10
26:11
37:18,20 44:4
57:23 58:24
61:19 62:25
63:2 70:8
71:9 81:15
83:6,24
88:5,20 89:12
97:14 100:22
101:2

**will**
7:20,21,23,24
8:1,2,4,5
9:17 12:22
13:2,4,22
14:3,11
29:20,23,24
31:18 34:8
39:24,25
40:13 41:7
43:16 49:18
62:7 66:13,21
69:10 72:5
79:4 82:20
87:8 94:9,10
95:23 97:9,17
98:1,4,5
99:22 104:10
106:8,21,22
107:3

**WIP** 47:6 48:23

**wish** 111:15
112:2

**with** 5:12,20
11:23 13:3,5
15:15
16:1,3,20
17:13 20:17
22:14,24

23:14
24:8,12,13
25:10 27:5
29:13 31:5
32:1,21,24
34:6,15 35:3
36:2,11,18
37:16,22,24
38:21 39:1
40:9
42:1,3,12,25
44:3,14,19
47:14 48:8,10
50:14,18
52:3,22,23
53:1 54:14
55:16 57:1
58:8,18 59:23
60:16 61:2
63:4 65:9
66:14 67:7,13
71:10,25 73:8
78:9
81:9,13,20,21
,23
82:3,21,23
83:1,2,3,14,1
6,17,23 84:20
85:20
86:12,16,19
87:12
88:1,11,17
90:5,9,20
91:4 92:10
93:8,22
94:14,17,20
97:7 98:2,15
99:15,17
100:4,11,16
101:2,19,25
102:11,18
103:14,22,25
104:14,15,20



877.291.3376
www.UCRinc.com

**109**:13 **111**:14

**within** 12:13
17:25 24:1
25:14 44:22
72:3 74:19
75:15 81:2
83:15 84:13
98:4 100:6
111:13

**without** 86:19

**witness** 3:2
5:23 18:19
89:11
107:21,24
108:15 109:15
110:9

**Witnesses** 68:5

**won't** 7:14
57:17 108:6

**wording** 46:7

**work** 8:22 18:4
24:11,12
29:13
32:10,11
39:14,15
46:24 47:5
48:8,23 52:13
86:11 87:17

**worked**
91:1,24,25
92:8

**working** 16:22
17:13 24:13
37:14 47:14
91:8,14,16,21
92:1,18,21,23
93:7 97:8

**works** 53:13

**worn** 95:7

**would** 5:13
15:5 17:18
18:1,5,6,7,19
,22 19:24
21:4,8 22:1
23:13,20
24:2,14,15
25:2 27:15
29:7 31:1
32:9,11 33:10
34:14 38:15
40:21 42:11
43:7,8 46:15
51:20 55:25
56:14 58:11
60:23 62:22
65:3,15 66:6
70:11
72:16,25
74:4,7,8,9,11
75:4 76:16
77:1,3 81:1,7
82:12 83:8,10
84:6
85:13,18,21
86:5,7
87:6,19 90:7
92:6,23 94:7
95:12 96:25
97:2,6 100:15
102:8
105:9,14,18
107:12
108:3,8

**wouldn't** 27:3
38:22 59:13
76:5

**write** 48:4
51:12

**writer** 48:3,5
49:11,16,19
50:17

**writes** 49:15

**writing** 52:21

**written** 22:8
25:22 27:21
28:10

**wrong** 58:8
69:20 73:19
91:19

**wrote** 50:18

**WRT** 48:5

―――――――

Y

**yeah** 10:10
11:16 40:16
41:2 43:16
46:8 61:4
70:16 107:24
108:3

**year** 6:18 9:22
68:24
90:15,18 93:6

**years** 32:18
33:16 59:6
92:3,18
93:3,7

**yes** 6:14,25
7:6,12,18,21,
24
8:2,5,9,12,16
,20,24
10:6,8,11,13,
23 11:25
12:8,9
13:20,23
14:21
15:1,2,9,20
16:19 17:24
18:6,11 23:17
25:4,11,25
28:7 32:10

33:5,15 35:20
37:11 38:24
39:18 40:5
41:23 44:7
46:10 51:9
52:11 54:12
56:12,17
57:10,11,12
59:5 60:17
65:25 70:8,15
71:4 73:2,24
74:6 78:2
80:7,25
85:14,22
90:23 91:1
92:10 94:2,22
95:4,15,22
96:14,19,23
97:4,12,20
98:7,25 99:4
100:5,12,21
101:14,23
102:1,7,14
103:1,5,13,20
104:5

**yesterday**
10:15

**you**
6:12,16,20,23
7:3,4,7,11,19
,20,22,23
8:1,3,4,6,10,
14,17,21
9:13,19
10:5,12,14,18
,24,25
11:8,10,11,22
12:6,9,13,23
13:10,18,21,2
4 14:2,8,11
15:5,13,18,25
16:5,8,12,13,



15,17
17:4,7,22
18:14,22
19:7,14,17,23,24
20:1,12,13,19,24 21:3,4
22:5,17,20,22,23 23:4
24:18
25:5,7,10
26:8,25
27:8,11,21,22,24
28:9,16,20,21
31:1,20
33:2,6,24,25
34:3,17,20,21,23,24,25
35:7
36:10,17,23
37:6,9,12,18,21
38:5,6,10,14,23,24
39:8,15,18,23,24,25
40:2,3,13,14
41:18,25
42:5,11,14
43:7,8,18
44:1,5,6
45:10,11,20
46:13
47:4,5,20
48:2,11,13
49:10,12
51:1,4,10
53:5,21,22
55:3,10,22,24,25
56:2,6,13,18,19,21,25

57:11,12,13,14,16,17,22
58:6,7,9,13,18
59:3,5,17,24,25
60:5,9,12,15
61:6,7,14,19
62:11,13
63:1,16,22,24
64:7,9,10,12,15,18,21
65:2,23,24
66:15
67:7,10,12,24,25
68:1,4,7,8,12,23
69:1,5,7,9,14,15,17
70:4,6,24
71:1,8,18,20,23 72:6,25
73:3,7,10,21,22 75:5
76:12,14,17
77:11,24
78:1,3,4,6,17,23 79:7,25
80:5,19,21
81:8,16
82:4,6
83:7,9,13,16,21,22
84:6,14,15
85:8,9,10,25
86:2,7,9,16,19 88:5
89:8,10,11,25
90:7,8
91:6,13,16,17
92:6,7
93:9,17,18,22

,25
94:3,6,7,8,10,16,18,19,24
95:24
96:3,16,18
97:12 98:1
99:20
100:9,11,13
101:2,4,19
102:10
103:11,15,18
104:6,14,18
105:3,17
106:3,6,13,15,16,17,21
107:9,12,13,16,20,21,25
108:1,4,7
111:9,10,12,13,15

**you'd** 35:8
85:11

**you'll** 21:23
39:19 40:2
41:5 44:22
52:24 56:3
60:21 75:3
81:2 91:22

**your**
6:4,7,10,12,16 7:13
8:6,10,18,25
9:2 12:20
14:3,11,20
15:5 16:6,20
20:11,22
22:6,13
26:9,19,23
27:11,24
28:18 32:21
37:22,23 39:1
55:10,23

56:2,10 57:13
58:4,8,18
62:6,11 63:1
65:9 67:11
70:5 72:14
77:3 80:18,25
84:15,16
86:16,17 89:9
90:2,7,9
91:4,5,7,13
92:5,8 94:9
96:9 97:5
100:11 101:19
102:10,11,12
103:11
105:10,23
106:17 107:15
111:9,10,11,13,15

**you're** 17:5
18:16 19:8
21:14 25:8,11
27:7,20 28:5
31:25
35:13,20
36:21 37:2
41:19 45:12
61:2 62:1
64:2,23 68:11
71:1,2 77:12
86:17 89:2
90:20

**yours** 111:17

**yourself** 27:8

**you've** 7:7,13
28:23 37:9
58:5,18 77:12
91:22 98:16
102:22

**Yuma** 90:13


UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

Z

**zero** 76:22

**ZOOM** 2:6,10,15