# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH


ADOCACY TRUST, LLC, as Special Administrator
and Personal Representative of the Estate of
THOMAS ROY RODABAUGH, Deceased,

     Plaintiff,

vs.

KIA CORPORATION, KIA AMERICA, INC.,
and JOHN DOES 1-3,

     Defendants.

_____/




VIDEOTAPED DEPOSITION OF JAE HAENG YOO

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 25, 2022
7:34 P.M. TO 9:46 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
CATHERINE ROJAS, FPR, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



UNIVERSAL COURT REPORTING    877.291.3376    www.UCRinc.com

Yoo, Jae Haeng   09-25-2022

---

**Page 2**

```
 1          APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFF:
 3    JESSICA LATOUR, ESQUIRE
      ROMANO LAW GROUP
 4    POST OFFICE BOX 21349
      WEST PALM BEACH, FLORIDA 33416-1349
 5    561-533-6700
      JESSICA@ROMANOLAWGROUP.COM
 6    (REMOTELY VIA ZOOM)
 7    SAMUEL MASON, ESQUIRE
      FRIDAY, ELDREDGE & CLARK, LLP
 8    400 WEST CAPITOL AVENUE, SUITE 2000
      LITTLE ROCK, ARIZONA 72201
 9    (501) 370-1430
      SMASON@FRIDAYFIRM.COM
10    (REMOTELY VIA ZOOM)
11  ON BEHALF OF THE DEFENDANT:
12    ROBERT T. ADAMS, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P.
13    2555 GRAND BOULEVARD
      KANSAS CITY, MISSOURI 64108
14    816-474-6550
      RTADAMS@SHB.COM
15    (REMOTELY VIA ZOOM)
16    JENNIFER ARTMAN ESQUIRE
      BAILEY & OLIVER LAW FIRM
17    3606 SOUTHERN HILLS BOULEVARD
      ROGERS, ARIZONA 72758
18    (479) 202-5200
      SOLIVER@BAILEYOLIVERLAWFIRM.COM
19    (REMOTELY VIA ZOOM)
20  ALSO PRESENT:
21    DANIEL RAGLAND, VIDEOGRAPHER
      (REMOTELY VIA ZOOM)
22
      JULIE PARK, KOREAN INTERPRETER
23    (REMOTELY VIA ZOOM)
24    CONNOR SMITH, ESQUIRE
      (REMOTELY VIA ZOOM)
25
```

---

**Page 3**

```
 1          INDEX OF EXAMINATION
 2  WITNESS: JAE HAENG YOO
                                    PAGE
 3  DIRECT EXAMINATION
      BY JESSICA LATOUR, ESQUIRE       6
 4
    CROSS EXAMINATION
 5    BY ROBERT T. ADAMS, ESQUIRE      37
 6  RE-DIRECT EXAMINATION
      BY JESSICA LATOUR, ESQUIRE       41
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1          INDEX OF EXHIBITS
 2  EXHIBIT      DESCRIPTION       PAGE
 3  PLAINTIFFS':
 4    1      NOTICE              10
 5    2      SECOND NOTICE       12
 6  DEFENDANTS':
 7    1      CURRICULUM VITAE       37
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 5**

```
 1      VIDEOTAPED DEPOSITION OF JAE HAENG YOO
 2          SEPTEMBER 25, 2022
 3      THE VIDEOGRAPHER:  We are on the record for
 4  the video deposition of Jay Haeng Yoo taken in the
 5  matter of Advocacy Trust, LLC versus Kia
 6  Corporation.
 7      Today is September 25th, 2022.  The time is
 8  7:34 p.m.  This deposition is being conducted
 9  remotely.
10      The Court Reporter is Catherine Rojas.
11  Videographer is Daniel Ragland, both in
12  association with Universal Court Reporting.
13      Will counsel please introduce yourself for
14  the record after which the Court Reporter will
15  swear in the Interpreter and Witness?
16      MS. LATOUR:  This is Jessica Latour on behalf
17  of the Plaintiff.
18      MR. MASON:  Sam Mason for Plaintiff.
19      MR. ADAMS:  On behalf of the Defendant, Kia
20  Corporation, you got Robert Adams, my partner
21  Jennifer Artman, and our associate Connor Smith.
22  Thereupon:
23          JULIE PARK
24  Korean Interpreter, was called as a witness, and after
25  having been first duly sworn, testified as follows:
```

---



6

1    THE INTERPRETER:  I do.
2        JAE HAENG YOO
3  was called as a witness, and after having been first
4  duly sworn, testified as follows:
5    THE WITNESS:  Yes, I do.
6        DIRECT EXAMINATION
7  BY MS. LATOUR:
8    Q   Good morning.  My name is Jessica Latour and
9  I represent the Plaintiff in this case.
10       Would you just tell me how the proper way to
11  address you is?
12    A   Mr. Yoo is fine.
13    Q   Okay.  Mr. Yoo.  Thank you.  And Mr. Yoo,
14  what is your professional address?
15    A   My professional address is Seongbuk-dong,
16  Hwaseong City, Gyeonggi Province.
17    Q   Have you ever had your deposition taken
18  before?
19    A   Yes, I have.
20    Q   And have you been deposed on behalf of Kia
21  Corporation before?
22    A   Yes.
23    Q   And when is the last time you had your
24  deposition taken?
25    A   I don't know exactly when it was, but it was

7

1  about three months ago.
2    Q   And approximately how many times have you had
3  your deposition taken as a Kia designee?
4    A   I'm not sure exactly how many times, but I
5  think four times.
6    Q   Okay.  Have you ever testified at trial for
7  Kia Corporation?
8    A   No, I have not.
9    Q   Okay.  Have you ever testified for any sort
10  of hearing on behalf of Kia Corporation?
11    A   I don't really know well about the legal
12  terms.  So, by hearing, you mean I had to attend
13  somewhere?
14    Q   Yes.  Anything within the Court that's not
15  trial.
16    A   No, I haven't.  I don't have any experience
17  with that.
18    Q   Okay.  And just a couple of ground rules
19  before we start.  We do have a Court Reporter here
20  taking down everything we say and since we do have a
21  translator also, it's going to take a little bit longer
22  but just -- I guess maybe this rule doesn't even apply,
23  but I will go ahead and say my whole question before
24  you respond and then I'll do the same for you.
25       So, we have to let the Court or the

8

1  Interpreter get everything out before we answer the
2  questions or give an answer.
3    A   Okay.
4    Q   And if you need a break at any time, just let
5  us know, okay?
6       If you don't understand any of my question,
7  will you let me know?
8    A   Yes, I will.
9    Q   Okay.  And if you find any of my questions
10  confusing, will you let me know?
11    A   Okay.
12    Q   And if I assume any incorrect facts in a
13  question, will you let me know?
14    A   Okay.
15    Q   And will you tell me if you don't know the
16  answer to my question?
17    A   Okay.
18    Q   Are you aware that your testimony today is
19  about a lawsuit involving Thomas Rodabaugh?
20    A   Yes, but I'm not really familiar with foreign
21  names, so I just remember Rodabaugh, not Thomas.
22    Q   Okay.  And are you aware that your testimony
23  today is about a lawsuit involving Kia Corporation?
24    A   Yes, I have.
25    Q   Do you understand the answers to the

9

1  questions today may be used in Court?
2    A   Yes.
3    Q   And who are you currently employed by?
4    A   I'm employed by Kia Motors.
5    Q   Is that also known as Kia Corporation or is
6  that a separate entity?
7    A   I don't really understand your question, but
8  to specify my company name, I'm in the R&D division of
9  Hyundai Kia Motors Company.
10    Q   Okay.  What is your current title?
11    A   I'm a part leader.
12    Q   What does a part leader do?
13    A   Currently I'm a part leader of seatbelt, so I
14  oversee the seatbelt design of the sedan cars.
15    Q   Okay.  What were you prior to the part leader
16  of the seatbelt?
17    A   I worked as an airbag engineer for about 20
18  years.  And then currently I'm a seatbelt part leader,
19  and I've been a part leader for about four years.
20    Q   Will you briefly tell me your education?
21    A   I have a master's degree in mechanical
22  engineering.
23    Q   All right.  I am going to show you a document
24  and you can tell me if you've seen it or not.
25       I understand that this document is in



10

1 English. Can you see the screen -- the document on the
2 screen?
3    A   Yes.
4    Q   Have you seen this document before?
5    A   Yes, I have.
6    Q   Do you -- are you -- do you have the ability
7 to read English?
8    A   Yes.
9    Q   And did you read this document personally?
10   A   Yes.
11   Q   Okay.  I'm going to attach this as Exhibit 1.
12      (Thereupon, Plaintiff's Exhibit 1 was entered
13      into the record.)
14   MR. ADAMS:  And just for the record, this is
15 Robert Adams on behalf of Kia Corporation and I am
16 incorporating by reference our objection to this
17 notice that was served on September 19, 2022.
18      And I also note that Mr. Yoo is here to
19 testify on the 17 subject matters in that notice
20 and he will also testify on subject matter number
21 four that was addressed to Mr. Lee and that
22 specifics concerning diagnostic trouble code
23 B1620.
24      And Jessica, this is following up on the
25 e-mail that Jennifer sent you on Friday to state

11

1    that Mr. Yoo would address Topic Number 4.
2 BY MS. LATOUR:
3    Q   Okay.  Do you know when you received this
4 document?
5    A   Well, I don't remember exactly when, but it
6 was many months ago.
7    Q   And who did you receive it from?
8    A   I got it from the legal team in our HQ.
9    Q   What do you understand it to be?
10   A   I understand it to be a list of testimony
11 that is requested by the Plaintiff's attorney.
12   Q   Okay.  And then I'm going to stop this share
13 and just pull up the other notice and I don't -- and
14 pursuant to what Mr. Adams just said, he talked about
15 this Number 4 right here.
16      Have you actually seen this document or was
17 that a subject matter that was just discussed that you
18 would testify to?
19   A   I have seen the specification and then I
20 discussed it too.
21   MR. ADAMS:  And again, Jessica, for purposes
22 of the record, I incorporate the objections to the
23 notice you just showed which was addressed to
24 Mr. Lee.  And we have served those objections on
25 the same date which was September 19, 2022.

12

1    MS. LATOUR:  Okay.  And I will attach -- oh
2 sorry.  Go ahead, Interpreter.  -- last one.
3    THE COURT REPORTER:  Jessica, I was cut off
4 for about three seconds.  Can you repeat what you
5 just said, Ms. Latour?
6    MS. LATOUR:  Oh, I'm going to attach that
7 notice as the second notice.  If you need it, I
8 can provide to you as Exhibit 2 --
9    THE COURT REPORTER:  Okay.
10   MS. LATOUR:  -- referencing Number 4.
11   THE COURT REPORTER:  Thank you so much.
12      (Thereupon, Plaintiff's Exhibit 2 was entered
13      into the record.)
14   MS. LATOUR:  And Madam Interpreter, I don't
15 know if you were able to interpret all of that for
16 him yet.
17   THE INTERPRETER:  I did.
18   MS. LATOUR:  Okay.
19 BY MS. LATOUR:
20   Q   I'm going to pull up the first one again
21 that's how my numbers that pertains to you.
22      Mr. Yoo, do you understand that this notice
23 requires Kia Corporation to designate a person to
24 testify on its behalf regarding the topics listed
25 within this notice?

13

1    A   Yes.
2    Q   And do you understand that Kia Corporation is
3 required to fully prepare you to notice, to provide all
4 information known or reasonably available to Kia
5 Corporation in response to these topics listed in this
6 notice?
7    MR. ADAMS:  Objection as to form and also it
8 calls for legal conclusion.  Go ahead.
9    THE COURT REPORTER:  This is the Court
10 Reporter.  I was cut off for his answer.  Miss
11 Interpreter, do you mind repeating it, please?
12   THE INTERPRETER:  Sure.  "Yes, I reviewed the
13 documents with my attorneys."
14   THE COURT REPORTER:  Thank you.
15   MS. LATOUR:  You didn't hear my question?
16   THE COURT REPORTER:  I heard your last
17 question.  I didn't hear probably the one after he
18 responded to that.
19   MS. LATOUR:  Okay.  I said, "Do you have full
20 authority to speak on behalf of Kia Corporation?"
21   MR. ADAMS:  And objection as to the form and
22 also calls for legal conclusion.  He may go ahead
23 and answer.
24   A   Yes.
25 BY MS. LATOUR:



Yoo, Jae Haeng   09-25-2022

14

1    Q   And are you the person that Kia Corporation
2  has designated to speak on their behalf with respect to
3  the topics listed in this notice?
4    A   Yes.
5    Q   And are you aware that the answers you give
6  to my questions today will be binding upon Kia
7  Corporation?
8        MR. ADAMS:  Same objection as before, form
9     and calls for legal conclusion.
10   A   Yes.
11 BY MS. LATOUR:
12   Q   And are you prepared today to provide all
13 information known or reasonably known or reasonably
14 available to Kia Corporation with respect to the topics
15 listed in this notice?
16   A   Yes, I'm prepared to answer regarding Soul of
17 Kia Motors.
18   Q   What have you done to gather all of the
19 knowledge known or reasonably available to Kia
20 Corporation with respect to the topics listed in this
21 notice?
22   A   After I received this document, I checked
23 whether they are related documents to this.  And for
24 the ones that I had, I notified that I have related
25 documents.

15

1    Q   And would those be the documents that were
2  requested as a part of the notice?
3    A   Yes, I think I can answer that way.
4    Q   Do you have those documents in front of you
5  in case you need to reference them?
6    A   They're not in front of me, but the copies
7  are in the boxes next to me.
8    Q   What documents do you recall what you
9  specifically reviewed?
10       THE COURT REPORTER:  Hi, this is the Court
11    Reporter.  I was kicked off for some reason.
12    MS. LATOUR:  At what point?
13       THE COURT REPORTER:  You were in -- you were
14    starting your question and I was kicked off.  I
15    got Ms. Parker -- Ms. Park's answer.
16    MS. LATOUR:  Well, what was the last thing
17    you got?
18       THE COURT REPORTER:  Let me check.  It's not
19    playing back right now.  It was the last question
20    that I got from you, but it's not playing back.
21    MS. LATOUR:  I don't know what the last
22    question you got from me was though.  Do you
23    remember?
24       THE COURT REPORTER:  No, I don't because I
25    was typing as I was going, so I can't pull it up

16

1  for some reason.  I don't know why.  Hold on.
2        MS. LATOUR:  Okay.  I'm not sure how far back
3     to go.  Did you get when I asked about what
4     documents he reviewed?
5        THE COURT REPORTER:  Yes, I got that.
6        MS. LATOUR:  Okay.  Well, that was my last
7     question.
8        MS. LATOUR:  I didn't get his answer for that.
9        MS. LATOUR:  Okay.
10       THE COURT REPORTER:  Miss Interpreter?
11       THE INTERPRETER:  Okay. "I reviewed test
12    reports, key aspects and reports related to
13    quality and some others."
14 BY MS. LATOUR:
15   Q   Did anyone from Kia Corporation help you
16 prepare for your testimony today?
17   A   Well, yes, I talked to an ACU engineer about
18 the ACU.
19   Q   What was the name of that engineer?
20   A   His name Hyeon-jun Kim.
21   Q   Okay.  Anyone else?
22   A   Because I had to take a business trip up to
23 Seoul, I talked to my boss, reported what I was doing,
24 and what this lawsuit was about.
25   Q   Who is your boss's name?

17

1    A   His name is Beom Joong Kim.
2        THE COURT REPORTER:  Can I have a spelling on
3     that, please?
4        THE WITNESS:  I think it's B-E-O-M J-O-O-N-G
5     K-I-M, but I'm not sure if this is exact.  We
6     don't -- because we don't really use English name.
7        THE COURT REPORTER:  I appreciate your help.
8     Thank you.
9  BY MS. LATOUR:
10   Q   Approximately how much time did you spend
11 preparing to respond to the deposition notice topics
12 today?
13   A   I prepared for one day with my attorney.
14   Q   All right.  So, you're aware that this is
15 regarding a 2017 Kia Soul, correct?
16   A   Yes.
17   Q   That's also considered a second generation.
18 Is my understanding correct?
19   A   Yes, second generation.
20   Q   And what years were the first generation?
21   A   As far as I recall, it's 2008 MY, M-Y and
22 2012 MY.
23   Q   And then the second generation is 2014 and
24 2019, correct?
25   A   Yes, that's correct.



Yoo, Jae Haeng  09-25-2022

18

1    Q   You said you worked as an airbag engineer for
2    20 years, correct?
3        A   Yes, that's correct.
4        Q   Are you able to tell me if there is any
5    difference between the airbag system of the first
6    generation and the second generation?
7        A   The first and second generation or the second
8    and the third generation?
9        Q   The second and the third generation.
10       A   Well, like I said before, other than the
11   second generation, I wasn't able to check much about
12   the third generation so but I think my answer can be
13   the same since the regulations and tests requirements
14   have been improving and have been changed, so I believe
15   the airbag and the seatbelt system performances have
16   been upgraded.
17       Q   Was that solely due to the regulations
18   changing?
19       A   When we develop new vehicles, we have a lot
20   of goals for developing new vehicles at the initial
21   stage.  And one of them that we consider is laws,
22   regulations, and tests and we also consider lot of
23   other aspects when we develop cars.
24       Q   All right.  Just kind of switching gear. So,
25   I want to talk about the supplemental restraint system

19

1    in the 2017 Kia Soul.  Can you tell me what that system
2    consists of?
3        A   So, it consists of airbag in the driver seat,
4    and airbag in the passenger seat, side airbag, curtain
5    airbag, and driver sit anchor PT, and passenger sit
6    anchor PT.
7        Q   What is the anchor PT?
8        A   It's one of the components of the seatbelt,
9    so it plays a role of binding the legs when there is an
10   impact so it kind of pulls on the lap belt.
11       Q   That you said was part of the seatbelt,
12   correct?
13       A   Yes, that's correct.  It's a seatbelt system.
14       Q   Okay.  As far as the actual -- the airbag
15   part of the system, did you have any role in designing,
16   developing, programming, any role within that system of
17   the 2017 Kia Soul?
18       A   You mean Soul?
19       Q   Soul, but more specifically the 2017 Kia
20   Soul.
21       A   Yes, the responsible personnel of the Soul,
22   they have been transferred to other teams currently, so
23   they are not in my team anymore, but for '17 modern
24   year Soul, as I was developing airbag for a long time,
25   I set ES-SPEC for it. I also set the criteria for

20

1    design.
2        Q   Right.  Tell us what ES-SPEC means.
3        A   Simply put, it's a test criteria to ensure
4    the airbag performance and airbag quality during the
5    life of the vehicle.
6        And we distribute this ES-SPEC to suppliers,
7    and the suppliers have to make this ES-SPEC and mass
8    produce airbag after meeting the spec.
9        Q   What about the SRS airbag module, is that
10   something that you provide ESSPEC for?
11       A   Yes.
12       Q   And then in this particular vehicle, the 2017
13   Kia Soul, who designed the SRS airbag module?
14       A   Are you asking me about the designer?
15       Q   Oh, was the designer of an employee of Kia?
16       A   Yes, he was a Kia engineer and his name was
17   Tongwoo Park.
18       Q   Do you know how to spell that?
19       THE COURT REPORTER:  Can you spell Tongwoo
20   please for me?
21       THE INTERPRETER:  T-O-N-G-W-O-O P-A-R-K.
22       THE COURT REPORTER:  Thank you.
23   BY MS. LATOUR:
24       Q   And how does Mobis fit into designing the
25   airbag module?

21

1        A   We consider the whole of the vehicle and then
2    we decide the location of the airbag and the
3    specification of the airbag that will go into the
4    vehicle.
5        And then Mobis receives requirements from us
6    and then they design the details of it.
7        Q   When you say design the details, does that
8    mean they actually design the product?
9        A   Yes, that's correct.
10       Q   And I used the word design, but I meant
11   rather manufacture the product.
12       A   Yes, in the design division of Mobis, they
13   design the details of the soft parts, and then with
14   design the production division of Mobis manufactures
15   airbag, and then they supply that airbag to us.
16       Q   Then what specifications are given from Kia
17   to Mobis?
18       A   So, the first one is called a sourcing
19   request, which goes out before selecting a supplier.
20       And then at the stage of drawing, we send a
21   design requirement and then we also give ES-SPEC and
22   MS-SPEC.
23       Q   We already talked about ES-SPEC. What's
24   MS-SPEC?
25       A   It's a material specification.



Yoo, Jae Haeng  09-25-2022

---

22

1    Q    And who's responsible for programming the
2    module?
3    A    Are you talking about ACU programming?
4    Q    Yes.
5    A    Mobis.
6    Q    And what role does Kia play in programming
7    the ACU?  I know you said Mobis, but does Kia assist in
8    that?
9    A    We give Mobis a criteria for deployment
10   standard, so when it should be deployed, at what speed
11   and in what kind of crash mode it should be deployed in
12   what way.
13        And with the standard, we also give a pulse
14   for Mobis for actual vehicle crash.
15        And with this pulse, Mobis designs their own
16   algorithm and then use that to produce the product or
17   the program, the product.
18   Q    When it comes to airbag deployment, what
19   factors are considering -- are considered when you
20   determine whether an airbag will deploy or not?
21        I know you said speed, crash modes.  Is there
22   anything else?
23   A    Yes, for the crash, we have frontal impact,
24   oblique impact, and offset impacts.
25        And other criteria could be airbag should not

---

23

1    be deployed in -- on the road -- rough road.
2    Q    Are you able to tell me in the 2017 Soul --
3    Kia Soul what the deployment standards are?
4    A    One thing I would like to ask you first is
5    that do you want a simple overview or detailed
6    explanation?
7    Q    Best you can give me.
8    A    Well, then I would like to refer to a
9    document.  If you could put that up on the screen.  One
10   of the document that we produced, we have a logic
11   document.  If you could put that up on the screen.
12   Q    A logic document is -- let me see.  Is there
13   a title of it?
14   A    I don't recall the title right now.  I'm
15   going to check.
16       THE INTERPRETER:  The Witness is referring to
17   the list of the document that have been produced.
18   A    It's called a deployment condition chart.
19   BY MS. LATOUR:
20   Q    Do your documents have the number at the
21   bottom, the KC number?
22   A    Yes, it's KC1162, 001162.
23   Q    Okay.  Yeah.  I would've never been able to
24   tell that's what you're referring to.  Is this the
25   document?

---

24

1    A    Yes.  Should I explain?
2    Q    Yes, please.
3    A    It's going to be a long explanation, so I'm
4    going to go bit by bit.  So, at the top of the diagram,
5    it's in Korean, but it says frontal impact and it's a
6    crash criteria -- rigid crash criteria.  It says 16, 22,
7    26, 26, 26, and 32.
8         And if you follow down the dotted line, it
9    says under 16 KPH, the airbag pretensioner does not
10   deploy.
11        From 22 KPH, airbag and pretensioner are
12   deployed.  And up to 26 KPH for airbag, the deployment
13   is low output.  And above 32 KPH, airbag is high output.
14   So, this was explanation about frontal rigid wall
15   crash.
16        And below this, if you see the three blue
17   lines, it says oblique offset and small overlap.
18        As you can see from this document, to ensure
19   the safety of the customer, we have many different test
20   modes at many different crash impact.
21        And we provide these guidelines for low
22   output deployment, high output deployment as well as
23   non-deployment to Mobis.
24   Q    What is high output?
25   A    The airbag has two levels of deployment, so

---

25

1    the inflator of the airbag can be low output or it
2    could be high output.
3    Q    My question is what is the output though, is
4    that the force or is that something different?
5    A    It's pressure.  We call it KPH, it's
6    kilopascal.
7    Q    Okay.  Is this airbag system designed to
8    still deploy if the parameters have met even though a
9    driver's not wearing their seatbelt?
10       MR. ADAMS:  Objection, vague and ambiguous.
11   A    Yes, airbag deploys at the unbelted condition
12   too.
13   BY MS. LATOUR:
14   Q    And these that are on this chart right here,
15   is that for a belted or unbelted?
16   A    The threshold for airbag deployment for
17   belted and unbelted are not different.
18   Q    So then it's fair to say this document is for
19   both belted and unbelted?
20   A    Yes, that's correct.
21   Q    What is the protocol for determining airbag
22   fault codes?
23   A    I don't understand your question.  Could you
24   please rephrase it?
25   Q    Sure.  Is there a specific person or a

---



26

1  specific department within KIA Corporation that works
2  with determining what fault codes are used and what the
3  response to those fault codes are?
4      A  Fault codes are specified by the ACU ES-SPEC.
5      Q  That's determined by Kia Corporation,
6  correct?
7      A  That's correct.
8      Q  And you're here to talk about the Fault Code
9  B1260, correct?
10     A  Yes.
11     Q  And is that fault code for a specific
12  condition or are there multiple conditions that that
13  fault code could appear?
14     A  Is this question regarding B162000?
15     Q  Yes.  I think I learned from a different
16  corporate designee that it was shortened to B1260, but
17  if you want to refer to B126000, then I believe it's
18  the same thing.
19     A  Okay.  This code is an internal fault of ACU
20  and there are a lot of causes.
21     Q  What are the most common causes?
22     A  Mainly it's a code that appears due to the
23  manufacturing error of the suppliers.  So, if there's
24  an error in the process of manufacture -- sorry --
25  manufacturing PCB within the ACU, this code appears.

27

1      Q  And then as far as response to that internal
2  fault, what is that response?
3      A  When this fault appears, the airbag warning
4  light appears so that a driver can recognize that
5  there's a problem.
6      And when the driver recognizes this problem,
7  he or she can go to the dealership, and the dealership
8  will replace the ACU.
9      Q  And then what is the internal response the
10  vehicle gives if an accident occurs and the airbag
11  light is on and that fault code appears?
12     A  When the B162000 fault code appears, the
13  airbag warning light comes on.
14     And are you talking about a crash or an
15  accident after that?
16     MS. LATOUR:  Can we go off the record for
17  just one minute, please?
18     (Thereupon, a short discussion was held off
19     record.)
20     (Deposition resumed.)
21     THE VIDEOGRAPHER:  Time is 8:48 p.m.  We are
22  back on the record.
23     MS. LATOUR:  And I apologize.  My computer
24  decided it was going to do some sort of update and
25  I couldn't focus, so I don't even know the last

28

1  thing that was said.  Do you happen to have that,
2  Ms. Rojas?
3      THE COURT REPORTER:  I'm looking for it now.
4  My computer is acting up as well, so I just want
5  to give you the heads up.
6      He was -- I know he was saying his answer and
7  then we took a break, so I didn't get
8  completely -- I didn't get his whole answer for
9  the record.
10     MS. LATOUR:  Madam Interpreter, do you mind
11  re-reading his last answer?
12     THE INTERPRETER:  Okay.  "When the fault code
13  B162000 appears, the airbag warning light comes
14  on.  Are you talking about a crash or an accident
15  after this?"
16     MS. LATOUR:  I remember that.
17  BY MS. LATOUR:
18     Q  And then just for the record, I apologize.
19  When you were clarifying the code, I think I was
20  transposing two of the numbers and I was saying B1620,
21  but you clarified and said B162000.  That is the one I
22  was referring to.
23     I mean I am referring to if a crash goes on
24  after the warning light is on.
25     A  Because there are many causes of the internal

29

1  fault of ACU, depending on the causes, the -- what
2  happens after a crash can differ.
3      So, for example, if a certain component has a
4  fault, it has a failure, depending on the crash
5  condition, airbag can deploy or it might not deploy.
6      And for some other causes, even with the
7  crash, airbag may not deploy due to the conditions.
8  So, there are many different outcomes depending on many
9  different causes.
10     Q  The ones that do not deploy, what
11  significance -- strike that.
12     For the crash condition that happened and the
13  airbag does not deploy, why -- what would be the
14  purpose of not deploying it?
15     A  For example, at the 16 KPH rigid wall crash
16  mode, below 16 KPH, the airbag is not deployed.  We
17  make it that way because in that condition if airbag is
18  deployed, it might cause damage to the passengers due
19  to the airbag.
20     And in that condition, even without the
21  airbag deployment, the passenger can be protected
22  sufficiently.
23     And if airbag is deployed in that condition,
24  repair cost might be burdens to the passengers too.
25     Q  So, the -- less than 16 KPH, there are



Yoo, Jae Haeng  09-25-2022

30

1  instances when the airbag will deploy?
2      A   It's not that it's for all the condition --
3  sorry -- all the crash conditions for 16 KPH.  It's for
4  the 16 KPH when it crashes into a rigid wall and if
5  it's below crash severity.
6      Q   So, in the case -- so in -- and I'm sure
7  you're familiar with the recall regarding this fault
8  code, correct?
9      A   Actually, the internal fault code of the ACU,
10 the exact list is with Mobis, so Mobis has the list.
11     What I know is that just approximately when
12 there's a certain fault, the B162000 code appears.
13     Q   Okay. Maybe this is a better question for the
14 person tomorrow. I just don't want to ask them the
15 question, then they refer back to you, which is why I'm
16 going to ask it.
17     So, in that instance where the -- in that --
18 so in this recall, it's where the cover of the ACU is
19 touching the chip and the fault code will appear, the
20 B162000. The response is that the airbags do not
21 deploy.
22     My question is why is that response not to
23 deploy?
24         MR. ADAMS:  Objection, vague and ambiguous
25     and also object to the statement by Counsel.

31

1      A   So, this recall was due to the damage on the
2  EEPROM that was caused by the ACU cover.  And the role
3  of EEPROM is to save the situations or the conditions
4  when a crash or an accident happens.  And when this
5  part has an error or fault, airbag cannot be deployed.
6  BY MS. LATOUR:
7      Q   And the fact that the airbag cannot be
8  deployed -- the fact that it doesn't deploy, was that
9  something that was pre-programmed to happen in those
10 conditions?
11     A   Rather than it has been programmed that way,
12 it's just that when there's a fault with the EEPROM,
13 the airbag cannot be deployed due to that fault.
14     Q   So, is it your position that regardless of
15 programming, it would not deploy in those conditions?
16         MR. ADAMS:  Objection, vague and ambiguous.
17     A   The algorithm, which is a programming in
18 other words, I -- as far as I know, the algorithm is
19 owned by Mobis, its own algorithm.
20     And as far as I know, it wasn't about the
21 issue of the Mobis algorithm, but it was an issue that
22 comes from the manufacturing of PCB and ACU by Mobis.
23 BY MS. LATOUR:
24     Q   So, are you telling me that Mobis was the one
25 that determine that the damage on the EEPROM because of

32

1  the ACU cover and then resulting in a non- deployment
2  was a decision made by Mobis?
3          MR. ADAMS:  Objection, vague and ambiguous.
4      A   No.  I think I should explain it this way to
5  make it a little easier.  When you put up a computer,
6  if the car disc driver has a fault, the computer will
7  not put up.
8          And just like this, if EEPROM has a fault
9  within the ACU, airbag cannot be deployed.
10 BY MS. LATOUR:
11     Q   I'm sorry.  One moment, please, if you don't
12 mind.  Sorry about that.
13         I guess what I'm trying to find out is how
14 did this -- who made the decision not to deploy the
15 airbags, but this fault code shows up based on the
16 conditions that we just talked about, the damage on the
17 EEPROM from the ACU cover?
18         MR. ADAMS:  Objection, vague and ambiguous.
19     A   That's not something that someone decides on.
20 It just happens in terms of mechanism, so it just
21 happens that way.
22 BY MS. LATOUR:
23     Q   So, then let me see if I understand
24 correctly.  It's your position that the response that
25 the airbags do not deploy is not something that's

33

1  programmed into the module that tells it to not deploy
2  when that fault code shows up.  Is that correct?
3          MR. ADAMS:  Objection, form, vague and
4      ambiguous.
5      A   Well, I think I keep repeating myself, but
6  when there's a fault with EEPROM, regardless of the
7  programming, since it's a fault of something that saves
8  data, airbag cannot be deployed.
9  BY MS. LATOUR:
10     Q   My understanding is though that the fix to
11 this -- to the recall, one of the options is that if
12 they own the vehicle, they can come in and it can be
13 reprogrammed to deploy the airbags even if that fault
14 code shows up down the road.  Is that correct?
15         MR. ADAMS:  Objection, vague and ambiguous.
16     A   I think it is better that tomorrow's deponent
17 answers your questions. I know that for the recall, the
18 fix was two ways, replacing ACU or reprogramming, but I
19 don't really know why it was decided that way, and I
20 think it's best that tomorrow's deponent answers that.
21 BY MS. LATOUR:
22     Q   Okay. Fair enough.  Moving into the test,
23 just to ask a few question about frontal impact tests
24 that were conducted.
25         Are you able to tell me if any of the crash



Yoo, Jae Haeng   09-25-2022

34

1  **tests resulted in a DTC of the B162000 fault code?**
2      A   There was no such problem in our development
3  tests with the actual vehicle crash tests.
4      **Q   And prior to or I guess the B162000, if that**
5  **fault code came up, was it always that you just**
6  **replaced the ACU to fix it?**
7      A   Oh, yes. The name of the fault code is
8  internal fault replace ACU. So, in the field, if the
9  actual fault code of B162000 appears, dealers replace
10  ACU.
11      **Q   Who determined that, that was the proper fix,**
12  **just replacing the ACU rather than another fix?**
13      A   This B162000 fault is an internal fault of
14  ACU that could be caused by many faults within the ACU,
15  so the dealers cannot really open up the cover of the
16  ACU and check each part of the PCB to see what is
17  causing the problem.  So, typically, the replacing ACU
18  is the fix.
19      **Q   In any reprogramming of the ACU that needs to**
20  **be done for any reason, who does that, is it the**
21  **dealer, is it Mobis or is it some other way?**
22      A   The programming itself is done by Mobis and
23  the vehicles in the field that needs updating is done
24  by the after service division.
25      **Q   What is the after service division?**

35

1      A   So, it would be dealership in the state.
2      **Q   Okay.  Has Kia ever performed whole impact or**
3  **underride type crash test on their vehicles?**
4          MR. ADAMS:  Objection, vague and ambiguous
5      and overbroad.
6      A   We didn't do the frontal whole impact test,
7  but as far as I recall, we did underride test.
8  BY MS. LATOUR:
9      **Q   And were they performed on this subject**
10  **vehicle?**
11      A   Yes, but my memory is not clear.  For the
12  frontal whole test, I'm sure that we didn't do it, but
13  for the underride test for the Soul vehicle, I'm not
14  sure whether or not we did it, but I think we did.
15  BY MS. LATOUR:
16      **Q   And does Kia routinely evaluate the survival**
17  **of the front crash zone sensors and crash tests?**
18      A   By testing routinely, are you asking me if we
19  are doing a test after mass production?
20      **Q   Yes.**
21      A   After mass production, we don't routinely do
22  actual vehicle crash test.
23      **Q   All right.  And do you do them before?**
24      A   Yes, before, we do a lot of tests.
25      **Q   And what design guidelines does Kia follow**

36

1  **for protecting crash zone sensors and routing wiring in**
2  **the crash zone to minimize the risk of premature**
3  **destruction of the crash zone sensors before they can**
4  **complete their function in a crash?**
5          MR. ADAMS:  Objection, form, vague and
6      ambiguous.
7      A   So, in the front of the vehicle, there is an
8  FI sensor and wiring is connected.
9          And at the stage of designing, to prevent
10  wiring from being damaged, we do an evasive design and
11  we check whether it is damaged after crash by doing a
12  lot of actual vehicle crash tests.
13          And if we see any damages after tests, we do
14  improvement on it.
15  BY MS. LATOUR:
16      **Q   What are the Kia guidelines for setting the**
17  **total time that energy reserve in the SRS SIM will be**
18  **available?**
19          MR. ADAMS:  Objection, vague and ambiguous.
20      A   It's -- I'm not sure if this is accurate, but
21  as far as I know, it's 10 seconds.
22  BY MS. LATOUR:
23      **Q   Okay.  And what functionality does Kia expect**
24  **to achieve in conditions where energy reserve has to be**
25  **activated in the SRS SIM?**

37

1      A   We put in the energy reservoir because in --
2  with any reason, if there is no power to the battery
3  and there's no supply of power to ACU, if there is a
4  crash in the condition, airbag can be deployed.
5      **Q   Has Kia had any vehicles with the ZFTRW or**
6  **other similar SRSCM designs where it has identified or**
7  **experienced EOS leading to failure to deploy a no crash**
8  **reporting?**
9          MR. ADAMS:  Let me just object, vague,
10      ambiguous, and it's way outside the notice that
11      he's been prepared to testify about.
12          MS. LATOUR:  He can answer.
13      A   I don't know about that.
14  BY MS. LATOUR:
15      **Q   Okay.  Well, Mr. Yoo, I appreciate your time.**
16  **I don't have any other questions for you.**
17          **CROSS EXAMINATION**
18  BY MR. ADAM:
19      **Q   I have a couple of follow-up questions for**
20  **Mr. Yoo.**
21          **And Mr. Yoo, just for purposes of the record**
22  **that Robert Adams and I represent Kia Motors or Kia**
23  **Corporation and Kia of America.  I'm going to put up**
24  **what we will mark as Defendant's Exhibit Number 1.**
25          (Thereupon, Defendant's Exhibit 1 was entered



Yoo, Jae Haeng  09-25-2022

38

1     into the record.)
2  BY MR. ADAM:
3      Q   Is this your curriculum vitae or your resume?
4      A   Yes, that's correct.
5      Q   And you mentioned that you have a master's
6  degree in 1997.  Do you also have a bachelor's degree
7  in industrial engineering that you have obtained before
8  that?
9      A   Yes, that's correct.
10      Q   And obviously you live in South Korea.
11  Describe to the Jury the area that you live in.
12      MS. LATOUR:  Form.
13      A   Yes. I live in Gyeonggi Province, which is in
14  the outskirt of Seoul.  It takes about 30 minutes from
15  Seoul.
16  BY MR. ADAM:
17      Q   In response to some questions that Ms. Latour
18  asked you about with respect to testing that was done
19  on the generation of Kia Soul that we're talking about,
20  you indicated that there was no such problem in any of
21  the developmental tests.  Is that right?
22      A   That's right, while we were developing Soul
23  vehicle, no error.
24      Q   And the sort of error that we were -- we are
25  referring to is the error that is described in the

39

1  recall.  Is that correct?
2      A   That's correct.
3      Q   You also commented that before the generation
4  of Kia Soul that -- the 2017 is within, that Kia did a
5  lot of testing on that vehicle.  Do you recall that
6  testimony?
7      A   Yes.
8      Q   And let's just limit this question to frontal
9  impacts.  Describe to the Jury all of the different
10  types of tests that were done on the generation of Kia
11  Soul that includes 2017.
12      A   Okay.  We have tests for prototype stage as
13  well as pilot stage.  And for the prototype stage, we
14  use prototype for test.  And for the pilot stage, we
15  use the mass production vehicle, pilot type vehicle for
16  the test, so the tests are done separately,
17  And for the actual vehicle tests, we have tests that
18  I've explained for -- from the chart that we saw about
19  the frontal impact deployment logic chart.
20      So, the list goes 16 KPH frontal, 22 KPH
21  frontal, 26 KPH frontal, 32 KPH frontal.  And for the
22  32 KPH, LH and RH oblique and 40 KPH offset, 64 KPH
23  offset, and 64 KPH 25% small overlap.
24      And there are misuse tests and rough road
25  tests and a lot of other tests. And in addition to

40

1  that, more severely, we do NCAP tests as well as IIHS
2  tests.
3      Q   Let's talk about the testing that Kia did on
4  the model year of 2017 Kia Soul.  Did that model year
5  pass all of the tests that are set by the United States
6  Government and the Federal Motor Vehicle Safety
7  Standards also referred to as FMVSS?
8      A   Yes.
9      Q   And you mentioned tests that were done that
10  are called NCAP tests.  Are those tests also referred
11  to as New Car Assessment Program tests?
12      A   That's correct.
13      Q   And did the vehicle meet or exceed all of the
14  performance standards in the NCAP test?
15      A   Yes.
16      Q   You also mentioned testing that was done that
17  you referred to as IIHS.  Is that voluntary testing
18  that is done pursuant to standards set by the Insurance
19  Institute for Highway Safety?
20      A   That's correct.
21      Q   And did the 2017 model year Soul also meet or
22  exceed all of the applicable performance standards in
23  the IIHS test?
24      A   Yes.
25      Q   You also mentioned that the B162000 fault

41

1  code has many potential causes that will generate that
2  code.  Is that correct?
3      A   That's correct.
4      Q   Is it fair to say that the only way to
5  determine what the actual cause of the fault code being
6  generated is to actually examine the airbag control
7  module?
8      A   Yes.
9      Q   Is it also fair to say that any time the
10  B162000 fault code is generated, the airbag warning
11  light will go on inside the vehicle?
12      A   Yes, that's exactly right.
13      Q   And does the owner's manual that comes with
14  the 2017 Kia Soul direct an owner to immediately take
15  the car to a dealer to have it examined when the airbag
16  warning light goes on?
17      A   Yes, it warns the owner as a warning.
18      Q   Okay.  I don't have any further questions.
19  Thank you very much for your time.
20      RE-DIRECT EXAMINATION
21  BY MS. LATOUR:
22      Q   I have two -- I have two follow-up questions.
23  Mr. Yoo, can you give an instant on the B16 --B1 -- I'm
24  getting tired now.  Sorry. The B162000 fault code, when
25  it appears that an airbag will still deploy, a reason?



Yoo, Jae Haeng  09-25-2022

42

1    A   Yes, if the damages within the ACU is on the
2  parts that has nothing to do with the airbag
3  deployment, even though the B162000 fault code appears
4  and airbag warning light comes in, the deployment logic
5  works normally.  So, if a crash above certain points
6  happens, an airbag will deploy.
7          However, in that case also, if the crash
8  severity is low, airbag will not deploy.
9    Q   Okay.  And there -- is there any warning when
10  that light will come on?
11        MR. ADAMS:  Objection, vague and ambiguous.
12    A   In that case, the warning light comes on,
13  that's the only warning.
14        But with your question, I was reminded of
15  another warning.  When a driver does not wear a
16  seatbelt, a seatbelt alarm will go off for 100 seconds
17  and it's very loud, so it sufficiently warn the
18  passenger or the driver for about 100 seconds to put on
19  seatbelt.
20  BY MS. LATOUR:
21    Q   And that seatbelt warning, how does that
22  affect the airbag light?
23    A   When the driver does not wear a seatbelt,
24  there is a separate warning light for the seatbelt, so
25  it's different from the airbag warning light.  So, when

43

1  seatbelt is not worn, seatbelt warning light comes on.
2    Q   Okay.  So, just to clarify it, one doesn't
3  affect the other, correct?
4    A   That's right.  Even though you don't wear a
5  seatbelt, it doesn't make airbag warning light to come
6  on.
7    Q   Would it prevent the airbag warning light
8  from coming on immediately and staying on?
9        MR. ADAMS:  Objection to form, vague and
10  ambiguous.
11    A   Could you please specify your question?
12  Do you mean when seatbelt is not put on, would it
13  affect -- would it affect airbag warning light?
14  BY MS. LATOUR:
15    Q   Yes.
16    A   No, that's not the case.  When there is an
17  internal fault within the ACU, airbag warning light
18  comes on no matter what.
19    Q   Could that airbag warning like come on as
20  someone's driving down the road?
21    A   Yes.  If any problems are -- sorry.  If any
22  problems happen within the airbag system, the airbag
23  warning night will come on even while driving.
24    Q   So, you would agree that the airbag warning
25  light could come on and then 10 seconds later someone

44

1  could get in a crash that triggers the deploy
2  parameters that they have this trouble or this fault
3  code with the condition that exist in the recall, then
4  the airbag wouldn't deploy, correct?
5        MR. ADAMS:  Objection to form, vague and
6  ambiguous and improper hypothetical.
7    A   I believe tomorrow's witness will provide
8  more accurate testimony on this, but as far as I know,
9  and as far as I heard, when there was no fault at the
10  time of kin, and when a driver is driving and if a
11  fault from EEPROM happens, which was a cause for the
12  recall, the airbag will still deploy normally.
13        MS. LATOUR:  Okay.  I have no further
14  questions.
15        MR. ADAMS:  I don't have any other questions.
16  Thank you for your time.
17        THE VIDEOGRAPHER:  The time now is 9:45 p.m.
18  This concludes the deposition of Jae Haeng Yoo.
19        MS. LATOUR:  And Mr. Haeng Yoo, Mr. Haeng
20  Yoo, would you like to read or waive?
21        MR. ADAMS:  He would like to read.
22        (Deposition concluded at 9:45 p.m.)
23        (Reading and signing of the deposition by the
24        witness has been reserved.)
25

45

1          CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF BROWARD
4
5    I, CATHERINE ROJAS, FPR, CER, Court Reporter and
6  Notary Public for the State of Florida, do hereby
7  certify that I was authorized to and did digitally
8  report and transcribe the foregoing proceedings, and
9  that the transcript is a true and complete record of my
10  notes.
11    I further certify that I am not a relative,
12  employee, attorney or counsel of any of the parties, nor
13  am I a relative or employee of any of the parties'
14  attorneys or counsel connected with the action, nor am I
15  financially interested in the action.
16
       Witness my hand this 9th day of October, 2022.
17
18
19
20
    _____
21  CATHERINE ROJAS, FPR, CER, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25



877.291.3376
www.UCRinc.com

Case 5:21-cv-05064-PKH     Document 111-3     Filed 04/28/23     Page 14 of 35 PageID #: 3754

```
Yoo, Jae Haeng  09-25-2022
```

46

```
 1          CERTIFICATE OF OATH
 2  STATE OF FLORIDA
 3  COUNTY OF BROWARD
 4
 5       I, CATHERINE ROJAS, FPR, CER, the undersigned
 6  authority, certify that Jae Haeng Yoo, appeared before
 7  me remotely pursuant to Florida Supreme Court Order
 8  AOSC20-23 and was duly sworn on the 25th day of
 9  September, 2022.
10
        Witness my hand this 9th day of October, 2022.
11
12
13
14
15  _____
    CATHERINE ROJAS, FPR, CER, COURT REPORTER
16  NOTARY PUBLIC, STATE OF FLORIDA
    Commission No.:  GG 264216
17  Commission Exp:  January 16, 2023
18
19
20
21
22
23
24
25
```

48

```
 1            E R R A T A
 2  I wish to make the following changes, for the following
 3  reasons:
 4
 5  PAGE  LINE
 6  ------ ---- CHANGE:----------------------------------------
 7        REASON:----------------------------------------
 8  ------ ---- CHANGE:----------------------------------------
 9        REASON:----------------------------------------
10  ------ ---- CHANGE:----------------------------------------
11        REASON:----------------------------------------
12  ------ ---- CHANGE:----------------------------------------
13        REASON:----------------------------------------
14  ------ ---- CHANGE:----------------------------------------
15        REASON:----------------------------------------
16  ------ ---- CHANGE:----------------------------------------
17        REASON:----------------------------------------
18  ------ ---- CHANGE:----------------------------------------
19        REASON:----------------------------------------
20  ------ ---- CHANGE:----------------------------------------
21        REASON:----------------------------------------
22
23  --------------------   --------------
24  WITNESS' SIGNATURE        DATE
```

47

```
 1  DATE:   October 9, 2022
    TO:    Jae Haeng Yoo
 2  C/O
        Robert T. Adams, Esquire
 3      Shook, Hardy & Bacon, L.L.P.
        2555 Grand Boulevard
 4      Kansas City, Missouri 64108
 5  IN RE:  Advocacy Trust, LLC/Thomas Roy Rodabaugh vs.
    Kia Corporation
 6  CASE NO: 5:21-CV-5064-PKH
 7
    Dear Mr. Yoo,
 8
       Please take notice that on September 25, 2022, you
 9  gave your deposition in the above-referenced matter.  At
    that time, you did not waive signature.  It is now
10  necessary that you sign your deposition.  You may do so
    by contacting your own attorney or the attorney who took
11  your deposition and make an appointment to do so at
    their office.  You may also contact our office at the
12  below number, Monday - Friday, 9:00 AM - 5:00 PM, for
    further information and assistance.
13     If you do not read and sign your deposition within
    thirty (30) days, the original, which has already been
14  forwarded to the ordering attorney, may be filed with
    the Clerk of the Court.
15     If you wish to waive your signature, sign your name
    in the blank at the bottom of this letter and promptly
16  return it to us.
17  Very truly yours,
18  CATHERINE ROJAS, FPR, Court Reporter
    Universal Court Reporting
19  (954)712-2600
20
    I do hereby waive my signature.
21
22
23  _____
    Jae Haeng Yoo
24  Cc: via transcript:
        Jessica Latour, Esquire
25        Samuel Mason, Esquire
```



| | | | |
|---|---|---|---|
| **0** | 46:9,10 | **5:21-CV-5064-** | 23:2,23 33:25 |
| **001162** 23:22 | 47:1,8 | **PKH** 1:3 47:6 | **about** 7:1,11 |
| | **2023** 46:17 | **501** 2:9 | 8:19,23 |
| **1** | **202-5200** 2:18 | **561-533-6700** | 9:17,19 11:14 |
| **1** 4:4,7 | **21349** 2:4 | 2:5 | 12:4 |
| 10:11,12 | **22** 24:6,11 | | 16:3,17,24 |
| 37:24,25 | 39:20 | **6** | 18:11,25 |
| **10** 4:4 36:21 | **25** 1:17 5:2 | **6** 3:3 | 20:9,14 21:23 |
| 43:25 | 47:8 | **64** 39:22,23 | 22:3 24:14 |
| **100** 42:16,18 | **25%** 39:23 | **64108** 2:13 | 26:8 27:14 |
| **12** 4:5 | **2555** 2:13 47:3 | 47:4 | 28:14 31:20 |
| **1-3** 1:9 | **25th** 5:7 46:8 | | 32:12,16 |
| **16** 24:6,9 | **26** 24:7,12 | **7** | 33:23 |
| 29:15,16,25 | 39:21 | **7:34** 1:17 5:8 | 37:11,13 |
| 30:3,4 39:20 | **264216** 46:16 | **72201** 2:8 | 38:14,18,19 |
| 46:17 | | **72758** 2:17 | 39:18 40:3 |
| **17** 10:19 19:23 | **3** | | 42:18 |
| **19** 10:17 11:25 | **30** 38:14 47:13 | **8** | **above** 24:13 |
| **1997** 38:6 | **32** 24:7,13 | **8:48** 27:21 | 42:5 |
| | 39:21,22 | **816-474-6550** | **above-** |
| **2** | **33416-1349** 2:4 | 2:14 | **referenced** |
| **2** 4:5 12:8,12 | **3606** 2:17 | | 47:9 |
| **20** 9:17 18:2 | **37** 3:5 4:7 | **9** | **accident** |
| **2000** 2:8 | **370-1430** 2:9 | **9** 47:1 | 27:10,15 |
| **2008** 17:21 | | **9:00** 47:12 | 28:14 31:4 |
| **2012** 17:22 | **4** | **9:45** 44:17,22 | **accurate** 36:20 |
| **2014** 17:23 | **4** 11:1,15 | **9:46** 1:17 | 44:8 |
| **2017** 17:15 | 12:10 | **954)712-2600** | **achieve** 36:24 |
| 19:1,17,19 | **40** 39:22 | 47:19 | **acting** 28:4 |
| 20:12 23:2 | **400** 2:8 | **9th** 45:16 | **action** |
| 39:4,11 | **41** 3:6 | 46:10 | 45:14,15 |
| 40:4,21 41:14 | **479** 2:18 | | **activated** |
| **2019** 17:24 | | **A** | 36:25 |
| **2022** 1:17 | **5** | **ability** 10:6 | **actual** 19:14 |
| 5:2,7 10:17 | **5:00** 47:12 | **able** 12:15 | 22:14 34:3,9 |
| 11:25 45:16 | | 18:4,11 | 35:22 36:12 |
| | | | 39:17 41:5 |
| | | | **actually** 11:16 |
| | | | 21:8 30:9 |



41:6

**ACU** 16:17,18
22:3,7
26:4,19,25
27:8 29:1
30:9,18
31:2,22
32:1,9,17
33:18
34:6,8,10,12,
14,16,17,19
37:3 42:1
43:17

**ADAM** 37:18
38:2,16

**Adams** 2:12 3:5
5:19,20
10:14,15
11:14,21
13:7,21 14:8
25:10 30:24
31:16 32:3,18
33:3,15 35:4
36:5,19
37:9,22 42:11
43:9
44:5,15,21
47:2

addition 39:25

address
6:11,14,15
11:1

addressed
10:21 11:23

**Administrator**
1:5

**ADOCACY** 1:5

**Advocacy** 5:5
47:5

**affect** 42:22
43:3,13

**after** 5:14,24
6:3 13:17
14:22 20:8
27:15
28:15,24 29:2
34:24,25
35:19,21
36:11,13

**again** 11:21
12:20

**ago** 7:1 11:6

**agree** 43:24

**ahead** 7:23
12:2 13:8,22

**airbag** 9:17
18:1,5,15
19:3,4,5,14,2
4
20:4,8,9,13,2
5 21:2,3,15
22:18,20,25
24:9,11,12,13
,25
25:1,7,11,16,
21 27:3,10,13
28:13
29:5,7,13,16,
17,19,21,23
30:1
31:5,7,13
32:9 33:8
37:4
41:6,10,15,25
42:2,4,6,8,22
,25
43:5,7,13,17,
19,22,24
44:4,12

**airbags** 30:20
32:15,25
33:13

**alarm** 42:16

**algorithm**
22:16
31:17,18,19,2
1

**all** 1:18 9:23
12:15 13:3
14:12,18
17:14 18:24
30:2,3 35:23
39:9
40:5,13,22

**already** 21:23
47:13

**also** 2:20 7:21
9:5 10:18,20
13:7,22 17:17
18:22 19:25
21:21 22:13
30:25 38:6
39:3
40:7,10,16,21
,25 41:9 42:7
47:11

**always** 34:5

**am** 9:23 10:15
28:23
45:11,13,14
47:12

**ambiguous**
25:10 30:24
31:16 32:3,18
33:4,15 35:4
36:6,19 37:10
42:11 43:10
44:6

**America** 1:9

37:23

**anchor**
19:5,6,7

**another** 34:12
42:15

**answer**
8:1,2,16
13:10,23
14:16 15:3,15
16:8 18:12
28:6,8,11
37:12

**answers** 8:25
14:5 33:17,20

**any** 7:9,16
8:4,6,9,12
18:4 19:15,16
33:25
34:19,20
36:13
37:2,5,16
38:20 41:9,18
42:9 43:21
44:15
45:12,13

**anymore** 19:23

**anyone**
16:15,21

**anything** 7:14
22:22

**AOSC20-23** 1:19
46:8

**apologize**
27:23 28:18

**appear** 26:13
30:19

**APPEARANCES**
2:1



appeared 1:18
  46:6

appears
  26:22,25
  27:3,4,11,12
  28:13 30:12
  34:9 41:25
  42:3

applicable
  40:22

apply 7:22

appointment
  47:11

appreciate
  17:7 37:15

approximately
  7:2 17:10
  30:11

area 38:11

ARIZONA 2:8,17

ARKANSAS 1:1

Artman 2:16
  5:21

ask 23:4
  30:14,16
  33:23

asked 16:3
  38:18

asking 20:14
  35:18

aspects 16:12
  18:23

Assessment
  40:11

assist 22:7

assistance

47:12

associate 5:21

association
  5:12

assume 8:12

attach 10:11
  12:1,6

attend 7:12

attorney 11:11
  17:13 45:12
  47:10,14

attorneys
  13:13 45:14

authority
  13:20 46:6

authorized
  45:7

available 13:4
  14:14,19
  36:18

AVENUE 2:8

aware 8:18,22
  14:5 17:14

──────────
          B
──────────
B1 41:23

B1260 26:9,16

B126000 26:17

B16 41:23

B1620 10:23
  28:20

B162000 26:14
  27:12
  28:13,21
  30:12,20
  34:1,4,9,13

40:25
  41:10,24 42:3

bachelor's
  38:6

back 15:19,20
  16:2 27:22
  30:15

Bacon 2:12
  47:3

BAILEY 2:16

based 32:15

battery 37:2

BEACH 2:4

because 15:24
  16:22 17:6
  28:25 29:17
  31:25 37:1

before 6:18,21
  7:19,23 8:1
  10:4 14:8
  18:10 21:19
  35:23,24 36:3
  38:7 39:3
  46:6

behalf 1:16
  2:2,11
  5:16,19 6:20
  7:10 10:15
  12:24 13:20
  14:2

believe 18:14
  26:17 44:7

below 24:16
  29:16 30:5
  47:12

belt 19:10

belted

25:15,17,19

Beom 17:1

B-E-O-M 17:4

best 23:7
  33:20

better 30:13
  33:16

between 18:5

binding 14:6
  19:9

bit 7:21 24:4

blank 47:15

blue 24:16

boss 16:23

boss's 16:25

both 5:11
  25:19

bottom 23:21
  47:15

Boulevard
  2:13,17 47:3

BOX 2:4

boxes 15:7

break 8:4 28:7

briefly 9:20

BROWARD 45:3
  46:3

burdens 29:24

business 16:22

──────────
          C
──────────
C/O 47:2

call 25:5

called 5:24



6:3 21:18
23:18 40:10

**calls** 13:8,22
14:9

**came** 34:5

**can** 9:24 10:1
12:4,8 15:3
17:2 18:12
19:1 20:19
23:7 24:18
25:1
27:4,7,16
29:2,5,21
33:12 36:3
37:4,12 41:23

**cannot**
31:5,7,13
32:9 33:8
34:15

**can't** 15:25

**CAPITOL** 2:8

**car** 32:6 40:11
41:15

**cars** 9:14
18:23

**case** 1:3 6:9
15:5 30:6
42:7,12 43:16
47:6

**Catherine** 1:24
5:10 45:5,21
46:5,15 47:18

**cause** 29:18
41:5 44:11

**caused** 31:2
34:14

**causes**
26:20,21

28:25
29:1,6,9 41:1

**causing** 34:17

**Cc** 47:24

**CER** 1:24
45:5,21
46:5,15

**certain** 29:3
30:12 42:5

**CERTIFICATE**
45:1 46:1

**certify**
45:7,11 46:6

**CHANGE**
48:6,8,10,12,
14,16,18,20

**changed** 18:14

**changes** 48:2

**changing** 18:18

**chart** 23:18
25:14
39:18,19

**check** 15:18
18:11 23:15
34:16 36:11

**checked** 14:22

**chip** 30:19

**City** 2:13 6:16
47:4

**clarified**
28:21

**clarify** 43:2

**clarifying**
28:19

**CLARK** 2:7

**clear** 35:11

**Clerk** 47:14

**code** 10:22
26:8,11,13,19
,22,25
27:11,12
28:12,19
30:8,9,12,19
32:15 33:2,14
34:1,5,7,9
41:1,2,5,10,2
4 42:3 44:3

**codes** 25:22
26:2,3,4

**come** 33:12
42:10
43:5,19,23,25

**comes** 22:18
27:13 28:13
31:22 41:13
42:4,12
43:1,18

**coming** 43:8

**commented** 39:3

**Commission**
46:16,17

**common** 26:21

**company** 9:8,9

**complete** 36:4
45:9

**completely**
28:8

**component** 29:3

**components**
19:8

**computer** 27:23
28:4 32:5,6

**concerning**
10:22

**concluded**
44:22

**concludes**
44:18

**conclusion**
13:8,22 14:9

**condition**
23:18 25:11
26:12
29:5,12,17,20
,23 30:2 37:4
44:3

**conditions**
26:12 29:7
30:3
31:3,10,15
32:16 36:24

**conducted** 5:8
33:24

**confusing** 8:10

**connected** 36:8
45:14

**Connor** 2:24
5:21

**consider**
18:21,22 21:1

**considered**
17:17 22:19

**considering**
22:19

**consists**
19:2,3

**contact** 47:11

**contacting**
47:10



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

control 41:6

copies 15:6

corporate
26:16

Corporation
1:9 5:6,20
6:21 7:7,10
8:23 9:5
10:15 12:23
13:2,5,20
14:1,7,14,20
16:15 26:1,5
37:23 47:5

correct
17:15,18,24,2
5 18:2,3
19:12,13 21:9
25:20
26:6,7,9 30:8
33:2,14
38:4,9 39:1,2
40:12,20
41:2,3 43:3
44:4

correctly
32:24

cost 29:24

could 22:25
23:9,11
25:2,23 26:13
34:14
43:11,19,25
44:1

couldn't 27:25

counsel 2:1
5:13 30:25
45:12,14

COUNTY 45:3
46:3

couple 7:18
37:19

Court
1:1,19,24
5:10,12,14
7:14,19,25
9:1 12:3,9,11
13:9,14,16
15:10,13,18,2
4 16:5,10
17:2,7
20:19,22 28:3
45:5,21
46:7,15
47:14,18

cover 30:18
31:2 32:1,17
34:15

crash
22:11,14,21,2
3 24:6,15,20
27:14
28:14,23
29:2,4,7,12,1
5 30:3,5 31:4
33:25 34:3
35:3,17,22
36:1,2,3,4,11
,12 37:4,7
42:5,7 44:1

crashes 30:4

criteria 19:25
20:3 22:9,25
24:6

CROSS 3:4
37:17

current 9:10

currently
9:3,13,18
19:22

curriculum 4:7
38:3

curtain 19:4

customer 24:19

cut 12:3 13:10

_____

D

damage 29:18
31:1,25 32:16

damaged
36:10,11

damages 36:13
42:1

Daniel 2:21
5:11

data 33:8

date 11:25
47:1 48:24

day 17:13
45:16 46:8,10

days 47:13

dealer 34:21
41:15

dealers
34:9,15

dealership
27:7 35:1

Dear 47:7

Deceased 1:6

decide 21:2

decided 27:24
33:19

decides 32:19

decision
32:2,14

Defendant 2:11
5:19

Defendants
1:10

Defendant's
37:24,25

DEFENDANTS 4:6

degree 9:21
38:6

department
26:1

depending
29:1,4,8

deploy 22:20
24:10 25:8
29:5,7,10,13
30:1,21,23
31:8,15
32:14,25
33:1,13 37:7
41:25 42:6,8
44:1,4,12

deployed
22:10,11 23:1
24:12
29:16,18,23
31:5,8,13
32:9 33:8
37:4

deploying
29:14

deployment
22:9,18
23:3,18
24:12,22,25
25:16 29:21
32:1 39:19
42:3,4

deploys 25:11


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

deponent
  33:16,20

deposed 6:20

deposition
  1:15 5:1,4,8
  6:17,24 7:3
  17:11 27:20
  44:18,22,23
  47:9,10,11,13

Describe 38:11
  39:9

described
  38:25

DESCRIPTION
  4:2

design 9:14
  20:1
  21:6,7,8,10,1
  2,13,14,21
  35:25 36:10

designate
  12:23

designated
  14:2

designed 20:13
  25:7

designee 7:3
  26:16

designer
  20:14,15

designing
  19:15 20:24
  36:9

designs 22:15
  37:6

destruction
  36:3

detailed 23:5

details
  21:6,7,13

determine
  22:20 31:25
  41:5

determined
  26:5 34:11

determining
  25:21 26:2

develop
  18:19,23

developing
  18:20
  19:16,24
  38:22

development
  34:2

developmental
  38:21

diagnostic
  10:22

diagram 24:4

didn't
  13:15,17 16:8
  28:7,8
  35:6,12

differ 29:2

difference
  18:5

different
  24:19,20
  25:4,17 26:15
  29:8,9 39:9
  42:25

digitally 45:7

direct 3:3 6:6

41:14

disc 32:6

discussed
  11:17,20

discussion
  27:18

distribute
  20:6

DISTRICT 1:1

division 1:2
  9:8 21:12,14
  34:24,25

document
  9:23,25
  10:1,4,9
  11:4,16 14:22
  23:9,10,11,12
  ,17,25 24:18
  25:18

documents
  13:13
  14:23,25
  15:1,4,8 16:4
  23:20

doesn't 7:22
  31:8 43:2,5

done 14:18
  34:20,22,23
  38:18
  39:10,16
  40:9,16,18

don't 6:25
  7:11,16
  8:6,15 9:7
  11:5,13 12:14
  15:21,24 16:1
  17:6 23:14
  25:23 27:25
  30:14 32:11

33:19 35:21
  37:13,16
  41:18 43:4
  44:15

dotted 24:8

down 7:20 24:8
  33:14 43:20

drawing 21:20

driver 19:3,5
  27:4,6 32:6
  42:15,18,23
  44:10

driver's 25:9

driving
  43:20,23
  44:10

DTC 34:1

due 18:17
  26:22 29:7,18
  31:1,13

duly 5:25 6:4
  46:8

during 20:4

_____
        E
_____
each 34:16

easier 32:5

education 9:20

EEPROM
  31:2,3,12,25
  32:8,17 33:6
  44:11

ELDREDGE 2:7

else 16:21
  22:22

e-mail 10:25



employed 9:3,4

employee 20:15
  45:12,13

energy
  36:17,24 37:1

engineer 9:17
  16:17,19 18:1
  20:16

engineering
  9:22 38:7

English 10:1,7
  17:6

enough 33:22

ensure 20:3
  24:18

entered 10:12
  12:12 37:25

entity 9:6

EOS 37:7

error 26:23,24
  31:5
  38:23,24,25

Esquire
  2:3,7,12,16,2
  4 3:3,5,6
  47:2,24,25

ESSPEC 20:10

ES-SPEC 19:25
  20:2,6,7
  21:21,23 26:4

Estate 1:5

evaluate 35:16

evasive 36:10

everything
  7:20 8:1

exact 17:5

30:10

exactly 6:25
  7:4 11:5
  41:12

EXAMINATION
  3:1,3,4,6 6:6
  37:17 41:20

examine 41:6

examined 41:15

example
  29:3,15

exceed
  40:13,22

Exhibit 4:2
  10:11,12
  12:8,12
  37:24,25

EXHIBITS 4:1

exist 44:3

Exp 46:17

expect 36:23

experience
  7:16

experienced
  37:7

explain 24:1
  32:4

explained
  39:18

explanation
  23:6 24:3,14

───────────
       F
───────────

fact 31:7,8

factors 22:19

facts 8:12

failure 29:4
  37:7

fair 25:18
  33:22 41:4,9

familiar 8:20
  30:7

far 16:2 17:21
  19:14 27:1
  31:18,20 35:7
  36:21 44:8,9

fault 25:22
  26:2,3,4,8,11
  ,13,19
  27:2,3,11,12
  28:12 29:1,4
  30:7,9,12,19
  31:5,12,13
  32:6,8,15
  33:2,6,7,13
  34:1,5,7,8,9,
  13 40:25
  41:5,10,24
  42:3 43:17
  44:2,9,11

faults 34:14

FAYETTEVILLE
  1:2

Federal 40:6

few 33:23

FI 36:8

field 34:8,23

filed 47:14

financially
  45:15

find 8:9 32:13

fine 6:12

FIRM 2:16

first 5:25 6:3
  12:20 17:20
  18:5,7 21:18
  23:4

fit 20:24

fix 33:10,18
  34:6,11,12,18

Florida
  1:19,25 2:4
  45:2,6,21
  46:2,7,16

FMVSS 40:7

focus 27:25

follow 24:8
  35:25

following
  10:24 48:2

follows 5:25
  6:4

follow-up
  37:19 41:22

force 25:4

foregoing 45:8

foreign 8:20

form 13:7,21
  14:8 33:3
  36:5 38:12
  43:9 44:5

forwarded
  47:14

four 7:5 9:19
  10:21

FPR 1:24
  45:5,21
  46:5,15 47:18

Friday 2:7



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

10:25 47:12

**from** 11:7,8
15:20,22
16:15 21:5,16
24:11,18
26:15 31:22
32:17 36:10
38:14 39:18
42:25 43:8
44:11

**front** 15:4,6
35:17 36:7

**frontal** 22:23
24:5,14 33:23
35:6,12
39:8,19,20,21

**full** 13:19

**fully** 13:3

**function** 36:4

**functionality**
36:23

**further** 41:18
44:13 45:11
47:12

———————
G
**gather** 14:18

**gave** 47:9

**gear** 18:24

**generate** 41:1

**generated**
41:6,10

**generation**
17:17,19,20,2
3
18:6,7,8,9,11
,12 38:19
39:3,10

**get** 8:1 16:3,8
28:7,8 44:1

**getting** 41:24

**GG** 46:16

**give** 8:2 14:5
21:21 22:9,13
23:7 28:5
41:23

**given** 21:16

**gives** 27:10

**go** 7:23 12:2
13:8,22 16:3
21:3 24:4
27:7,16 41:11
42:16

**goals** 18:20

**goes** 21:19
28:23 39:20
41:16

**going** 7:21
9:23 10:11
11:12 12:6,20
15:25 23:15
24:3,4 27:24
30:16 37:23

**Good** 6:8

**Government**
40:6

**Grand** 2:13
47:3

**ground** 7:18

**GROUP** 2:3

**guess** 7:22
32:13 34:4

**guidelines**
24:21 35:25
36:16

**Gyeonggi** 6:16
38:13

———————
H
**had** 6:17,23
7:2,12 14:24
16:22 37:5

**Haeng** 1:15 3:2
5:1,4 6:2
44:18,19 46:6
47:1,23

**hand** 45:16
46:10

**happen** 28:1
31:9 43:22

**happened** 29:12

**happens** 29:2
31:4 32:20,21
42:6 44:11

**Hardy** 2:12
47:3

**has** 14:2 24:25
29:3,4 30:10
31:5,11
32:6,8 35:2
36:24 37:5,6
41:1 42:2
44:24 47:13

**have**
6:17,19,20
7:2,6,8,9,16,
19,20,25 8:24
9:21 10:4,5,6
11:16,19,24
13:19
14:18,24 15:4
17:2
18:14,15,19
19:15,22 20:7
22:23

23:10,17,20
24:19 25:8
28:1 37:16,19
38:5,6,7
39:12,17
41:15,18,22
44:2,13,15

**haven't** 7:16

**having** 5:25
6:3

**he** 10:20 11:14
13:17,22 16:4
20:16 27:7
28:6 37:12
44:21

**heads** 28:5

**hear** 13:15,17

**heard** 13:16
44:9

**hearing**
7:10,12

**held** 27:18

**help** 16:15
17:7

**here** 7:19
10:18 11:15
25:14 26:8

**hereby** 45:6
47:20

**he's** 37:11

**Hi** 15:10

**high**
24:13,22,24
25:2

**Highway** 40:19

**HILLS** 2:17



him 12:16

his 13:10
 16:8,20 17:1
 20:16
 28:6,8,11

Hold 16:1

HQ 11:8

Hwaseong 6:16

Hyeon-jun
 16:20

hypothetical
 44:6

Hyundai 9:9

---
I
---

identified
 37:6

IIHS
 40:1,17,23

I'll 7:24

I'm 7:4 8:20
 9:4,8,11,13,1
 8 10:11 11:12
 12:6,20 14:16
 16:2 17:5
 23:14 24:3
 28:3 30:6,15
 32:11,13
 35:12,13
 36:20 37:23
 41:23

immediately
 41:14 43:8

impact 19:10
 22:23,24 24:5
 33:23 35:2,6
 39:19

impacts 22:24

39:9

improper 44:6

improvement
 36:14

improving
 18:14

INC 1:9

includes 39:11

incorporate
 11:22

incorporating
 10:16

incorrect 8:12

INDEX 3:1 4:1

indicated
 38:20

industrial
 38:7

inflator 25:1

information
 13:4 14:13
 47:12

initial 18:20

inside 41:11

instance 30:17

instances 30:1

instant 41:23

Institute
 40:19

Insurance
 40:18

interested
 45:15

internal 26:19
 27:1,9 28:25

30:9 34:8,13
 43:17

interpret
 12:15

Interpreter
 2:22 5:15,24
 6:1 8:1
 12:2,14,17
 13:11,12
 16:10,11
 20:21 23:16
 28:10,12

into 10:13
 12:13 20:24
 21:3 30:4
 33:1,22 38:1

introduce 5:13

involving
 8:19,23

issue 31:21

its 12:24
 31:19

it's 7:21
 15:18,20
 17:4,21
 19:8,13 20:3
 21:25
 23:18,22
 24:3,5
 25:5,18
 26:17,22
 30:2,3,5,18
 31:12 32:24
 33:7,20
 36:20,21
 37:10
 42:17,25

itself 34:22

I've 9:19

39:18

---
J
---

Jae 1:15 3:2
 5:1 6:2 44:18
 46:6 47:1,23

January 46:17

Jay 5:4

Jennifer 2:16
 5:21 10:25

Jessica 2:3
 3:3,6 5:16
 6:8 10:24
 11:21 12:3
 47:24

JESSICA@ROMANO
 LAWGROUP.COM
 2:5

JOHN 1:9

Joong 17:1

J-O-O-N-G 17:4

JULIE 2:22
 5:23

Jury 38:11
 39:9

just 6:10
 7:18,22
 8:4,21 10:14
 11:13,14,17,2
 3 12:5,20
 18:24 27:17
 28:4,18
 30:11,14
 31:12
 32:8,16,20
 33:23 34:5,12
 37:9,21 39:8
 43:2



### K

**Kansas** 2:13
  47:4

**KC** 23:21

**KC1162** 23:22

**keep** 33:5

**key** 16:12

**Kia** 1:9 5:5,19
  6:20 7:3,7,10
  8:23 9:4,5,9
  10:15 12:23
  13:2,4,20
  14:1,6,14,17,
  19 16:15
  17:15
  19:1,17,19
  20:13,15,16
  21:16 22:6,7
  23:3 26:1,5
  35:2,16,25
  36:16,23
  37:5,22,23
  38:19 39:4,10
  40:3,4 41:14
  47:5

**kicked**
  15:11,14

**kilopascal**
  25:6

**Kim** 16:20 17:1

**K-I-M** 17:5

**kin** 44:10

**kind** 18:24
  19:10 22:11

**know** 6:25 7:11
  8:5,7,10,13,1
  5 11:3 12:15
  15:21 16:1

20:18 22:7,21
27:25 28:6
30:11
31:18,20
33:17,19
36:21 37:13
44:8

**knowledge**
  14:19

**known** 9:5 13:4
  14:13,19

**Korea** 38:10

**Korean** 2:22
  5:24 24:5

**KPH**
  24:9,11,12,13
  25:5
  29:15,16,25
  30:3,4
  39:20,21,22,2
  3

### L

**L.L.P** 2:12
  47:3

**lap** 19:10

**last** 6:23 12:2
  13:16
  15:16,19,21
  16:6 27:25
  28:11

**later** 43:25

**Latour** 2:3
  3:3,6 5:16
  6:7,8 11:2
  12:1,5,6,10,1
  4,18,19
  13:15,19,25
  14:11

15:12,16,21
16:2,6,8,9,14
17:9 20:23
23:19 25:13
27:16,23
28:10,16,17
31:6,23
32:10,22
33:9,21
35:8,15
36:15,22
37:12,14
38:12,17
41:21 42:20
43:14
44:13,19
47:24

**LAW** 2:3,16

**laws** 18:21

**lawsuit**
  8:19,23 16:24

**leader**
  9:11,12,13,15
  ,18,19

**leading** 37:7

**learned** 26:15

**Lee** 10:21
  11:24

**legal** 7:11
  11:8 13:8,22
  14:9

**legs** 19:9

**less** 29:25

**let's** 39:8
  40:3

**letter** 47:15

**levels** 24:25

**LH** 39:22

**life** 20:5

**light**
  27:4,11,13
  28:13,24
  41:11,16
  42:4,10,12,22
  ,24,25
  43:1,5,7,13,1
  7,25

**limit** 39:8

**line** 24:8 48:5

**lines** 24:17

**list** 11:10
  23:17 30:10
  39:20

**listed** 12:24
  13:5
  14:3,15,20

**little** 2:8
  7:21 32:5

**live**
  38:10,11,13

**LLC** 1:5 5:5

**LLC/Thomas**
  47:5

**LLP** 2:7

**location** 21:2

**logic** 23:10,12
  39:19 42:4

**long** 19:24
  24:3

**longer** 7:21

**looking** 28:3

**lot** 18:19,22
  26:20 35:24



36:12 39:5,25

loud 42:17

low 24:13,21
25:1 42:8

_____

M

Madam 12:14
28:10

made 32:2,14

Mainly 26:22

make 20:7
29:17 32:5
43:5 47:11
48:2

manual 41:13

manufacture
21:11 26:24

manufactures
21:14

manufacturing
26:23,25
31:22

many 7:2,4
11:6 24:19,20
28:25 29:8
34:14 41:1

mark 37:24

Mason 2:7 5:18
47:25

mass 20:7
35:19,21
39:15

master's 9:21
38:5

material 21:25

matter 5:5
10:20 11:17

43:18 47:9

matters 10:19

may 9:1 13:22
29:7
47:10,11,14

maybe 7:22
30:13

me 6:10
8:7,10,13,15
9:20,24
15:6,7,18,22
18:4 19:1
20:14,20
23:2,7,12
31:24 32:23
33:25 35:18
37:9 46:7

mean 7:12
19:18 21:8
28:23 43:12

means 20:2

meant 21:10

mechanical
9:21

mechanism
32:20

meet 40:13,21

meeting 20:8

memory 35:11

mentioned 38:5
40:9,16,25

met 25:8

might
29:5,18,24

mind 13:11
28:10 32:12

minimize 36:2

minute 27:17

minutes 38:14

Miss 13:10
16:10

Missouri 2:13
47:4

misuse 39:24

Mobis 20:24
21:5,12,14,17
22:5,7,9,14,1
5 24:23 30:10
31:19,21,22,2
4 32:2
34:21,22

mode 22:11
29:16

model 40:4,21

modern 19:23

modes 22:21
24:20

module
20:9,13,25
22:2 33:1
41:7

moment 32:11

Monday 47:12

months 7:1
11:6

more 19:19
40:1 44:8

morning 6:8

most 26:21

Motor 40:6

Motors 9:4,9
14:17 37:22

Moving 33:22

MS-SPEC
21:22,24

much 12:11
17:10 18:11
41:19

multiple 26:12

my 5:20 6:8,15
7:23 8:6,9,16
9:8 12:21
13:13,15 14:6
16:6,23
17:13,18,21,2
2 18:12 19:23
25:3 27:23
28:4 30:22
33:10 35:11
45:9,16 46:10
47:20

M-Y 17:21

myself 33:5

_____

N

name 6:8 9:8
16:19,20,25
17:1,6 20:16
34:7 47:15

names 8:21

NCAP
40:1,10,14

necessary
47:10

need 8:4 12:7
15:5

needs 34:19,23

never 23:23

new 18:19,20
40:11



next 15:7

night 43:23

no 1:3 7:8,16
  15:24 32:4
  34:2 37:2,3,7
  38:20,23
  43:16,18
  44:9,13 46:16
  47:6

non 32:1

non-deployment
  24:23

nor 45:12,14

normally 42:5
  44:12

not 7:4,8,14
  8:20,21 9:24
  15:6,18,20
  16:2 17:5
  19:23
  22:20,25 24:9
  25:9,17
  29:5,7,10,13,
  14,16
  30:2,20,22
  31:15
  32:7,14,19,25
  33:1
  35:11,13,14
  36:20
  42:8,15,23
  43:1,12,16
  45:11 47:9,13

Notary 1:25
  45:6,21 46:16

note 10:18

notes 45:10

nothing 42:2

notice 4:4,5
  10:17,19
  11:13,23
  12:7,22,25
  13:3,6
  14:3,15,21
  15:2 17:11
  37:10 47:8

notified 14:24

now 15:19
  23:14 28:3
  41:24 44:17
  47:9

number 10:20
  11:1,15 12:10
  23:20,21
  37:24 47:12

numbers 12:21
  28:20

―――――――――

O

OATH 46:1

object 30:25
  37:9

objection
  10:16 13:7,21
  14:8 25:10
  30:24 31:16
  32:3,18
  33:3,15 35:4
  36:5,19 42:11
  43:9 44:5

objections
  11:22,24

oblique 22:24
  24:17 39:22

obtained 38:7

obviously
  38:10

occurs 27:10

October 45:16
  46:10 47:1

off 12:3 13:10
  15:11,14
  27:16,18
  42:16

office 2:4
  47:11

offset 22:24
  24:17
  39:22,23

oh 12:1,6
  20:15 34:7

okay 6:13
  7:6,9,18
  8:3,5,9,11,14
  ,17,22
  9:10,15 10:11
  11:3,12
  12:1,9,18
  13:19
  16:2,6,9,11,2
  1 19:14 23:23
  25:7 26:19
  28:12 30:13
  33:22 35:2
  36:23 37:15
  39:12 41:18
  42:9 43:2
  44:13

OLIVER 2:16

on 1:16 2:2,11
  5:3,16,19
  6:20 7:10
  10:1,15,17,19
  ,20,24,25
  11:24 12:24
  13:20 14:2
  16:1 17:2

19:10
  23:1,9,11
  25:14
  27:11,13,22
  28:14,23,24
  29:1,4,8
  31:1,25
  32:15,16,19
  35:3,9 36:14
  38:19 39:5,10
  40:3
  41:11,16,23
  42:1,10,12,18
  43:1,6,8,12,1
  8,19,23,25
  44:8 46:8
  47:8

one 12:2,20
  13:17 17:13
  18:21 19:8
  21:18 23:4,9
  27:17 28:21
  31:24 32:11
  33:11 43:2

ones 14:24
  29:10

only 41:4
  42:13

open 34:15

options 33:11

Order 1:19
  46:7

ordering 47:14

original 47:13

other 11:13
  18:10,23
  19:22 22:25
  29:6 31:18
  34:21 37:6,16
  39:25 43:3



44:15

others 16:13

our 5:21 10:16
11:8 34:2
47:11

out 8:1 21:19
32:13

outcomes 29:8

output
24:13,22,24
25:1,2,3

outside 37:10

outskirt 38:14

overbroad 35:5

overlap 24:17
39:23

oversee 9:14

overview 23:5

own 22:15
31:19 33:12
47:10

owned 31:19

owner 41:14,17

owner's 41:13

_____
         P
_____
p.m 1:17 5:8
27:21
44:17,22

PAGE 3:2 4:2
48:5

PALM 2:4

parameters
25:8 44:2

Park 2:22 5:23

20:17

P-A-R-K 20:21

Parker 15:15

Park's 15:15

part
9:11,12,13,15
,18,19 15:2
19:11,15 31:5
34:16

particular
20:12

parties 1:18
45:12,13

partner 5:20

parts 21:13
42:2

pass 40:5

passenger
19:4,5 29:21
42:18

passengers
29:18,24

PCB 26:25
31:22 34:16

performance
20:4 40:14,22

performances
18:15

performed
35:2,9

person 12:23
14:1 25:25
30:14

Personal 1:5

personally
10:9

personnel
19:21

pertains 12:21

pilot
39:13,14,15

Plaintiff
1:7,16 2:2
5:17,18 6:9

Plaintiff's
10:12 11:11
12:12

PLAINTIFFS 4:3

play 22:6

playing
15:19,20

plays 19:9

please 5:13
13:11 17:3
20:20 24:2
25:24 27:17
32:11 43:11
47:8

PM 47:12

point 15:12

points 42:5

position 31:14
32:24

POST 2:4

potential 41:1

power 37:2,3

premature 36:2

prepare 13:3
16:16

prepared
14:12,16
17:13 37:11

preparing
17:11

pre-programmed
31:9

PRESENT 2:20

pressure 25:5

pretensioner
24:9,11

prevent 36:9
43:7

prior 9:15
34:4

probably 13:17

problem 27:5,6
34:2,17 38:20

problems
43:21,22

proceedings
45:8

process 26:24

produce 20:8
22:16

produced
23:10,17

product
21:8,11
22:16,17

production
21:14
35:19,21
39:15

professional
6:14,15

program 22:17
40:11

programmed



31:11 33:1

**programming**
19:16
22:1,3,6
31:15,17 33:7
34:22

**promptly** 47:15

**proper** 6:10
34:11

**protected**
29:21

**protecting**
36:1

**protocol** 25:21

**prototype**
39:12,13,14

**provide** 12:8
13:3 14:12
20:10 24:21
44:7

**Province** 6:16
38:13

**PT** 19:5,6,7

**Public** 1:25
45:6,21 46:16

**pull** 11:13
12:20 15:25

**pulls** 19:10

**pulse** 22:13,15

**purpose** 29:14

**purposes** 11:21
37:21

**pursuant** 1:19
11:14 40:18
46:7

**put** 20:3

23:9,11
32:5,7
37:1,23 42:18
43:12

———————
Q
**quality** 16:13
20:4

**question** 7:23
8:6,13,16 9:7
13:15,17
15:14,19,22
16:7 25:3,23
26:14
30:13,15,22
33:23 39:8
42:14 43:11

**questions**
8:2,9 9:1
14:6 33:17
37:16,19
38:17
41:18,22
44:14,15

———————
R
**R&D** 9:8

**Ragland** 2:21
5:11

**rather** 21:11
31:11 34:12

**RE** 47:5

**read** 10:7,9
44:20,21
47:13

**Reading** 44:23

**really** 7:11
8:20 9:7 17:6
33:19 34:15

**reason** 15:11
16:1 34:20
37:2 41:25
48:7,9,11,13,
15,17,19,21

**reasonably**
13:4 14:13,19

**reasons** 48:3

**recall** 15:8
17:21 23:14
30:7,18 31:1
33:11,17 35:7
39:1,5
44:3,12

**receive** 11:7

**received** 11:3
14:22

**receives** 21:5

**recognize** 27:4

**recognizes**
27:6

**record** 5:3,14
10:13,14
11:22 12:13
27:16,19,22
28:9,18 37:21
38:1 45:9

**RE-DIRECT** 3:6
41:20

**refer** 23:8
26:17 30:15

**reference**
10:16 15:5

**referencing**
12:10

**referred**
40:7,10,17

**referring**
23:16,24
28:22,23
38:25

**regarding**
12:24 14:16
17:15 26:14
30:7

**regardless**
31:14 33:6

**regulations**
18:13,17,22

**related**
14:23,24
16:12

**relative**
45:11,13

**remember** 8:21
11:5 15:23
28:16

**reminded** 42:14

**remotely** 1:18
2:6,10,15,19,
21,23,24 5:9
46:7

**repair** 29:24

**repeat** 12:4

**repeating**
13:11 33:5

**rephrase** 25:24

**replace** 27:8
34:8,9

**replaced** 34:6

**replacing**
33:18
34:12,17

**report** 45:8



reported 1:24
    16:23

Reporter 1:24
    5:10,14 7:19
    12:3,9,11
    13:9,10,14,16
    15:10,11,13,1
    8,24 16:5,10
    17:2,7
    20:19,22 28:3
    45:1,5,21
    46:15 47:18

reporting 5:12
    37:8 47:18

reports 16:12

represent 6:9
    37:22

Representative
    1:5

reprogrammed
    33:13

reprogramming
    33:18 34:19

request 21:19

requested
    11:11 15:2

required 13:3

requirement
    21:21

requirements
    18:13 21:5

requires 12:23

re-reading
    28:11

reserve
    36:17,24

reserved 44:24

reservoir 37:1

respect
    14:2,14,20
    38:18

respond 7:24
    17:11

responded
    13:18

response 13:5
    26:3 27:1,2,9
    30:20,22
    32:24 38:17

responsible
    19:21 22:1

restraint
    18:25

resulted 34:1

resulting 32:1

resume 38:3

resumed 27:20

return 47:16

reviewed 13:12
    15:9 16:4,11

RH 39:22

right 9:23
    11:15 15:19
    17:14 18:24
    20:2 23:14
    25:14 35:23
    38:21,22
    41:12 43:4

rigid 24:6,14
    29:15 30:4

risk 36:2

road 23:1
    33:14 39:24

43:20

Robert 2:12
    3:5 5:20
    10:15 37:22
    47:2

ROCK 2:8

Rodabaugh 1:6
    8:19,21 47:5

ROGERS 2:17

Rojas 1:24
    5:10 28:2
    45:5,21
    46:5,15 47:18

role
    19:9,15,16
    22:6 31:2

ROMANO 2:3

rough 23:1
    39:24

routinely
    35:16,18,21

routing 36:1

Roy 1:6 47:5

RTADAMS@SHB.CO
    M 2:14

rule 7:22

rules 7:18

_____
         S
_____

safety 24:19
    40:6,19

said 11:14
    12:5 13:19
    18:1,10 19:11
    22:7,21
    28:1,21

Sam 5:18

same 7:24
    11:25 14:8
    18:13 26:18

Samuel 2:7
    47:25

save 31:3

saves 33:7

saw 39:18

say 7:20,23
    21:7 25:18
    41:4,9

saying 28:6,20

says
    24:5,6,9,17

screen 10:1,2
    23:9,11

seat 19:3,4

seatbelt
    9:13,14,16,18
    18:15
    19:8,11,13
    25:9
    42:16,19,21,2
    3,24
    43:1,5,12

second 4:5
    12:7
    17:17,19,23
    18:6,7,9,11

seconds 12:4
    36:21
    42:16,18
    43:25

sedan 9:14

see 10:1 23:12
    24:16,18



32:23 34:16
36:13

**seen** 9:24 10:4
11:16,19

**selecting**
21:19

**send** 21:20

**sensor** 36:8

**sensors** 35:17
36:1,3

**sent** 10:25

**Seongbuk-dong**
6:15

**Seoul** 16:23
38:14,15

**separate** 9:6
42:24

**separately**
39:16

**September** 1:17
5:2,7 10:17
11:25 46:9
47:8

**served** 10:17
11:24

**service**
34:24,25

**set** 19:25
40:5,18

**setting** 36:16

**severely** 40:1

**severity** 30:5
42:8

**share** 11:12

**she** 27:7

**Shook** 2:12

47:3

**short** 27:18

**shortened**
26:16

**should**
22:10,11,25
24:1 32:4

**show** 9:23

**showed** 11:23

**shows** 32:15
33:2,14

**side** 19:4

**sign**
47:10,13,15

**signature**
47:9,15,20
48:24

**significance**
29:11

**signing** 44:23

**SIM** 36:17,25

**similar** 37:6

**simple** 23:5

**Simply** 20:3

**since** 7:20
18:13 33:7

**sit** 19:5

**situations**
31:3

**small** 24:17
39:23

**SMASON@FRIDAYF**
**IRM.COM** 2:9

**Smith** 2:24
5:21

**soft** 21:13

**solely** 18:17

**SOLIVER@BAILEY**
**OLIVERLAWFIRM**
**.COM** 2:18

**some** 15:11
16:1,13 27:24
29:6 34:21
38:17

**someone** 32:19
43:25

**someone's**
43:20

**something**
20:10 25:4
31:9 32:19,25
33:7

**somewhere** 7:13

**sorry** 12:2
26:24 30:3
32:11,12
41:24 43:21

**sort** 7:9 27:24
38:24

**Soul** 14:16
17:15
19:1,17,18,19
,20,21,24
20:13 23:2,3
35:13
38:19,22
39:4,11
40:4,21 41:14

**sourcing** 21:18

**South** 38:10

**SOUTHERN** 2:17

**speak** 13:20

14:2

**spec** 20:8

**Special** 1:5

**specific** 25:25
26:1,11

**specifically**
15:9 19:19

**specification**
11:19 21:3,25

**specifications**
21:16

**specifics**
10:22

**specified** 26:4

**specify** 9:8
43:11

**speed** 22:10,21
24:20

**spell** 20:18,19

**spelling** 17:2

**spend** 17:10

**SRS** 20:9,13
36:17,25

**SRSCM** 37:6

**stage** 18:21
21:20 36:9
39:12,13,14

**standard**
22:10,13

**standards** 23:3
40:7,14,18,22

**start** 7:19

**starting** 15:14

**state** 1:25
10:25 35:1



| | | | |
|---|---|---|---|
| 45:2,6,21<br>46:2,16 | 46:8<br>**system**<br>18:5,15,25<br>19:1,13,15,16<br>25:7 43:22 | 39:14,16<br>40:14,23 | 15:1,3,20<br>16:5,6,8,19<br>17:3,14 |

45:2,6,21
46:2,16

**statement**
30:25

**States** 1:1
40:5

**staying** 43:8

**still** 25:8
41:25 44:12

**stop** 11:12

**strike** 29:11

**subject**
10:19,20
11:17 35:9

**sufficiently**
29:22 42:17

**SUITE** 2:8

**supplemental**
18:25

**supplier** 21:19

**suppliers**
20:6,7 26:23

**supply** 21:15
37:3

**Supreme** 1:19
46:7

**sure** 7:4 13:12
16:2 17:5
25:25 30:6
35:12,14
36:20

**survival** 35:16

**swear** 5:15

**switching**
18:24

**sworn** 5:25 6:4

46:8

**system**
18:5,15,25
19:1,13,15,16
25:7 43:22

───────────
T
───────────

**take** 7:21
16:22 41:14
47:8

**taken** 1:16 5:4
6:17,24 7:3

**takes** 38:14

**taking** 7:20

**talk** 18:25
26:8 40:3

**talked** 11:14
16:17,23
21:23 32:16

**talking** 22:3
27:14 28:14
38:19

**team** 11:8
19:23

**teams** 19:22

**tell** 6:10 8:15
9:20,24 18:4
19:1 20:2
23:2,24 33:25

**telling** 31:24

**tells** 33:1

**terms** 7:12
32:20

**test** 16:11
20:3 24:19
33:22
35:3,6,7,12,1
3,19,22

39:14,16
40:14,23

**testified** 5:25
6:4 7:6,9

**testify**
10:19,20
11:18 12:24
37:11

**testimony**
8:18,22 11:10
16:16 39:6
44:8

**testing** 35:18
38:18 39:5
40:3,16,17

**tests** 18:13,22
33:23 34:1,3
35:17,24
36:12,13
38:21
39:10,12,16,1
7,24,25
40:1,2,5,9,10
,11

**than** 18:10
29:25 31:11
34:12

**Thank** 6:13
12:11 13:14
17:8 20:22
41:19 44:16

**that** 7:17
8:18,22
9:5,6,25
10:17,18,19,2
1,25
11:1,11,17
12:6,15,21,22
13:2,18
14:1,5,24

15:1,3,20
16:5,6,8,19
17:3,14
18:17,21
19:1,11,16
20:9,10,18
21:3,7,15
22:8,16
23:5,9,10,11,
17 25:4,14,15
26:1,11,12,16
,22
27:1,2,4,11,1
5 28:1,16,21
29:10,11,12,1
7,20,23
30:2,11,17,20
,22
31:2,7,8,9,11
,12,13,14,21,
24,25
32:12,16,19,2
1,24
33:1,2,7,10,1
1,13,14,16,17
,19,20,24
34:4,5,11,14,
19,20,23
35:12 36:17
37:10,13,22
38:5,7,8,11,1
7,18,19,20,21
,24,25
39:1,3,4,5,10
,11,17,18
40:1,3,4,5,9,
16,17,18,25
41:1,2,4,9,13
,25
42:2,7,10,12,
21 43:19,24
44:1,2,3
45:7,9,11



**UNIVERSAL**
**COURT REPORTING**

46:6
47:8,9,10

**that's** 7:14
12:21
17:17,25 18:3
19:13 21:9
23:24 25:20
26:5,7
32:19,25
38:4,9,22
39:2 40:12,20
41:3,12 42:13
43:4,16

**their** 14:2
22:15 25:9
35:3 36:4
47:11

**them** 15:5
18:21 30:14
35:23

**then** 7:24 9:18
11:12,19
17:23 20:12
21:1,5,6,13,1
5,16,20,21
22:16 23:8
25:18 26:17
27:1,9
28:7,18 30:15
32:1,23 43:25
44:3

**there** 18:4
19:9 22:21
23:12 25:25
26:12,20
28:25 29:8,25
34:2 36:7
37:2,3 38:20
39:24 42:9,24
43:16 44:9

**there's** 26:23

27:5 30:12
31:12 33:6
37:3

**Thereupon** 5:22
10:12 12:12
27:18 37:25

**these** 13:5
24:21 25:14

**they** 14:23
19:22,23
21:6,8,12,15
30:15 33:12
35:9 36:3
44:2

**They're** 15:6

**thing** 15:16
23:4 26:18
28:1

**think** 7:5 15:3
17:4 18:12
26:15 28:19
32:4
33:5,16,20
35:14

**third**
18:8,9,12

**thirty** 47:13

**this** 5:8,16
6:9 7:22 9:25
10:4,9,11,14,
16,24
11:3,12,15,16
12:22,25
13:5,9
14:3,15,20,22
,23 15:10
16:24 17:5,14
20:6,7,12
22:15 23:24
24:14,16,18

25:7,14,18
26:14,19,25
27:3,6 28:15
30:7,13,18
31:1,4
32:4,8,14,15
33:11 34:13
35:9 36:20
38:3 39:8
44:2,8,18
45:16 46:10
47:15

**Thomas** 1:6
8:19,21

**those** 11:24
15:1,4 26:3
31:9,15 40:10

**though** 15:22
25:3,8 33:10
42:3 43:4

**three** 7:1 12:4
24:16

**threshold**
25:16

**time** 5:7 6:23
8:4 17:10
19:24 27:21
36:17 37:15
41:9,19
44:10,16,17
47:9

**times** 7:2,4,5

**tired** 41:24

**title** 9:10
23:13,14

**today** 5:7
8:18,23 9:1
14:6,12 16:16
17:12

**tomorrow** 30:14

**tomorrow's**
33:16,20 44:7

**Tongwoo**
20:17,19

**T-O-N-G-W-O-O**
20:21

**took** 28:7
47:10

**top** 24:4

**Topic** 11:1

**topics** 12:24
13:5
14:3,14,20
17:11

**total** 36:17

**touching** 30:19

**transcribe**
45:8

**transcript**
45:9 47:24

**transferred**
19:22

**translator**
7:21

**transposing**
28:20

**trial** 7:6,15

**triggers** 44:1

**trip** 16:22

**trouble** 10:22
44:2

**true** 45:9

**truly** 47:17

**Trust** 1:5 5:5



47:5

**trying** 32:13

**two** 24:25 28:20 33:18 41:22

**type** 35:3 39:15

**types** 39:10

**typically** 34:17

**typing** 15:25

---
U
---

**unbelted** 25:11,15,17,1 9

**under** 24:9

**underride** 35:3,7,13

**undersigned** 46:5

**understand** 8:6,25 9:7,25 11:9,10 12:22 13:2 25:23 32:23

**understanding** 17:18 33:10

**United** 1:1 40:5

**Universal** 5:12 47:18

**up** 10:24 11:13 12:20 15:25 16:22 23:9,11 24:12 28:4,5 32:5,7,15 33:2,14

34:5,15 37:23

**update** 27:24

**updating** 34:23

**upgraded** 18:16

**upon** 14:6

**us** 8:5 20:2 21:5,15 47:16

**use** 17:6 22:16 39:14,15

**used** 9:1 21:10 26:2

---
V
---

**vague** 25:10 30:24 31:16 32:3,18 33:3,15 35:4 36:5,19 37:9 42:11 43:9 44:5

**vehicle** 20:5,12 21:1,4 22:14 27:10 33:12 34:3 35:10,13,22 36:7,12 38:23 39:5,15,17 40:6,13 41:11

**vehicles** 18:19,20 34:23 35:3 37:5

**versus** 5:5

**via** 2:6,10,15,19, 21,23,24 47:24

**video** 5:4

**Videographer** 2:21 5:3,11 27:21 44:17

**VIDEOTAPED** 1:15 5:1

**vitae** 4:7 38:3

**voluntary** 40:17

**vs** 1:8 47:5

---
W
---

**waive** 44:20 47:9,15,20

**wall** 24:14 29:15 30:4

**want** 18:25 23:5 26:17 28:4 30:14

**warn** 42:17

**warning** 27:3,13 28:13,24 41:10,16,17 42:4,9,12,13, 15,21,24,25 43:1,5,7,13,1 7,19,23,24

**warns** 41:17

**wasn't** 18:11 31:20

**way** 6:10 15:3 22:12 29:17 31:11 32:4,21 33:19 34:21 37:10 41:4

**ways** 33:18

**we** 5:3 7:19,20,25 8:1 11:24 17:5,6 18:19,21,22,2 3 20:6 21:1,2,20,21, 23 22:9,13,23 23:10 24:19,21 25:5 27:16,21 28:7 29:16 32:16 35:6,7,12,14, 18,21,24 36:10,11,13 37:1,24 38:22,24 39:12,13,14,1 7,18 40:1

**wear** 42:15,23 43:4

**wearing** 25:9

**were** 9:15 12:15 15:1,13 17:20 28:19 33:24 35:9 38:22,24 39:10 40:9

**we're** 38:19

**WEST** 2:4,8

**WESTERN** 1:1

**what** 6:14 9:10,12,15 11:9,14 12:4 14:18 15:8,12,16,21 16:3,19,23,24 17:20 19:1,7 20:2,9 21:16 22:6,10,11,12



,18 23:3,24
24:24 25:3,21
26:2,21
27:2,9
29:1,10,13
30:11 32:13
34:16,25
35:25
36:16,23
37:24 41:5
43:18

**What's** 21:23

**when** 6:23,25
11:3,5 16:3
18:19,23 19:9
21:7
22:10,18,19
27:3,6,12
28:12,19
30:1,4,11
31:4,12 32:5
33:2,6
41:15,24
42:9,15,23,25
43:12,16
44:9,10

**where** 30:17,18
36:24 37:6

**whether** 14:23
22:20 35:14
36:11

**which** 5:14
11:23,25
21:19 30:15
31:17 38:13
44:11 47:13

**while** 38:22
43:23

**who** 9:3 11:7
16:25 20:13

32:14
34:11,20
47:10

**whole** 7:23
21:1 28:8
35:2,6,12

**who's** 22:1

**why** 16:1 29:13
30:15,22
33:19

**will** 5:13,14
7:23
8:7,8,10,13,1
5 9:20 10:20
12:1 14:6
21:3 22:20
27:8 30:1,19
32:6 36:17
37:24
41:1,11,25
42:6,8,10,16
43:23 44:7,12

**wiring**
36:1,8,10

**wish** 47:15
48:2

**with** 5:12 7:17
8:20 13:13
14:2,14,20
17:13 21:13
22:13,15 26:2
29:6 30:7,10
31:12 33:6
34:3 37:2,5
38:18 41:13
42:2,14 44:3
45:14 47:14

**within** 7:14
12:25 19:16
26:1,25 32:9

34:14 39:4
42:1 43:17,22
47:13

**without** 29:20

**witness** 3:2
5:15,24 6:3,5
17:4 23:16
44:7,24 45:16
46:10 48:24

**word** 21:10

**words** 31:18

**worked** 9:17
18:1

**works** 26:1
42:5

**worn** 43:1

**would** 6:10
11:1,18 15:1
23:4,8 29:13
31:15 35:1
43:7,12,13,24
44:20,21

**wouldn't** 44:4

**would've** 23:23

————————
        Y
————————
**Yeah** 23:23

**year** 19:24
40:4,21

**years** 9:18,19
17:20 18:2

**yes** 6:5,19,22
7:14
8:8,20,24 9:2
10:3,5,8,10
13:1,12,24
14:4,10,16
15:3 16:5,17

17:16,19,25
18:3 19:13,21
20:11,16
21:9,12
22:4,23 23:22
24:1,2
25:11,20
26:10,15 34:7
35:11,20,24
38:4,9,13
39:7
40:8,15,24
41:8,12,17
42:1 43:15,21

**yet** 12:16

**Yoo** 1:15 3:2
5:1,4
6:2,12,13
10:18 11:1
12:22
37:15,20,21
41:23
44:18,19,20
46:6
47:1,7,23

**you** 5:20
6:10,11,13,17
,20,23
7:2,6,9,12,24
8:4,6,7,9,10,
13,15,18,22,2
5
9:3,15,20,23,
24
10:1,4,6,9,25
11:3,7,9,16,1
7,23
12:4,7,8,11,1
5,21,22
13:2,3,11,14,
15,19
14:1,5,12,18



```
15:4,5,8,13,1
7,20,22
16:3,15
17:8,10
18:1,4
19:1,11,15,18
20:10,14,18,1
9,22 21:7
22:3,7,19,21
23:2,4,5,7,9,
11 24:8,16,18
25:23 26:17
27:14
28:1,5,10,14,
19,21 30:15
31:24 32:5,11
33:25 34:5
35:18,23
37:16
38:5,6,7,10,1
1,18,20
39:3,5
40:9,16,17,25
41:19,23
43:4,11,12,24
44:16,20
47:8,9,10,11,
13,15
```

**your**
```
6:14,17,23
7:3 8:18,22
9:7,10,20
13:16 15:14
16:16,25 17:7
23:20 25:23
31:14 32:24
33:17 37:15
38:3 41:19
42:14 43:11
44:16
47:9,10,11,13
,15
```

**you're** 17:14
 23:24 26:8
 30:7

**yours** 47:17

**yourself** 5:13

**you've** 9:24

———————

**Z**

**ZFTRW** 37:5

**zone** 35:17
 36:1,2,3

**ZOOM**
 2:6,10,15,19,
 21,23,24

