# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH


ADVOCACY TRUST, LLC, AS SPECIAL ADMINISTRATOR
AND PERSONAL REPRESENTATIVE OF THE ESTATE
OF THOMAS ROY RODABAUGH,
DECEASED,

     Plaintiff,

vs.

KIA CORPORATION, KIA AMERICA, INC.,
AND JOHN DOES 1-3,

     Defendants.
_____/




DEPOSITION OF KYO IL LEE

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 26, 2022
8:30 P.M. TO 10:33 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
MARIA M. ESPINOZA-WRIGHT, CER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

Lee, Kyo Il 09-26-2022

**2**

1            APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFF:
3    JESSICA L. LATOUR, ESQUIRE
     ROMANO LAW GROUP
4    P.O. BOX 21349
     WEST PALM BEACH, FLORIDA 33416
5    (561) 533-6700
     JESSICA@ROMANOLAWGROUP.COM
6    (REMOTELY VIA ZOOM)
7    SAMUEL W. MASON, ESQUIRE
     BAILEY & OLIVER LAW FIRM
8    3606 SOUTHERN HILLS BOULEVARD
     ROGERS, ARKANSAS 72758
9    (479) 202-5200
     SMASON@BAILEYOLIVERLAWFIRM.COM
10   (REMOTELY VIA ZOOM)
11 ON BEHALF OF THE DEFENDANTS:
12   ROBERT T. ADAMS, ESQUIRE
     CONNOR W. SMITH, ESQUIRE
13   JENNIFER J. ARTMAN, ESQUIRE
     SHOOK, HARDY & BACON, LLP
14   2555 GRAND BOULEVARD
     KANSAS CITY, MISSOURI 64108
15   (816) 474-6550
     RTADAMS@SHB.COM
16   JARTMAN@SHB.COM
     (REMOTELY VIA ZOOM)
17
   ALSO PRESENT:
18
     JULIE PARKS, Interpreter
19   (REMOTELY VIA ZOOM)
20
21
22
23
24
25

**3**

1            INDEX OF EXAMINATION
2  WITNESS:  KYO IL LEE
                              PAGE
3  DIRECT EXAMINATION
     BY JESSICA L. LATOUR, ESQUIRE          6
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1            INDEX OF EXHIBITS
2  EXHIBIT       DESCRIPTION         PAGE
3  Plaintiff's
4    1     NOTICE OF VIDEOTAPED DEPOSITION
           DUCES TECUM               11
5
     2     IMPORTANT SAFETY RECALL NOTICE    17
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**5**

1   VIDEOTAPED DEPOSITION DUCES TECUM OF KYO IL LEE
2        SEPTEMBER 26, 2022
3        THE VIDEOGRAPHER:  We are on the record for
4   the Video Deposition of Kyo Il Lee, taken in the
5   matter of Advocacy Trust, LLC v. Kia Corporation.
6   Today is September 26th, 2022, the time is 08:31
7   p.m.  This deposition is being conducted remotely.
8   The Court Reporter is Maria Espinoza, the
9   Videographer is Daniel Ragland, both an association
10  with Universal Court Reporting.  Would Counsels
11  please introduce yourselves for the record after
12  which the Court Reporter will swear in the witness?
13       MS. LATOUR:  Jessica Latour on behalf of the
14  Plaintiff.
15       MR. MASON:  Sam Mason for Plaintiff.
16       MR. ADAMS:  Hello, I'm Robert Adams and I'm
17  with my Associate, Connor Smith and we represent
18  the Defendants, Kia Corporation and Kia America.
19       MS. ARTMAN:  Jennifer Artman also for Kia
20  Corporation and Kia America.
21  Thereupon:
22       JULIE PARKS, Interpreter,
23  having been first duly sworn, testified as follows:
24       THE INTERPRETER:  Yes, I do.
25            KYO IL LEE,



Lee, Kyo Il 09-26-2022

6

1  was called as a witness, and after having been first
2  duly sworn, testified as follows:
3        THE WITNESS: Yes, I do.
4              DIRECT EXAMINATION
5  BY MS. LATOUR:
6    Q  Good morning, Mr. Lee. My name is Jessica
7  Latour and I represent the Plaintiff in this case. Have
8  you ever had your deposition taken before?
9    A  No. This is my first time.
10   Q  Okay. So, just a couple of ground rules. We
11 do have an Interpreter here, so, I just ask that -- and
12 we also have a Court Reporter, so, I ask that you just
13 allow her to finish the interpretation of my question
14 before you go ahead and answer and then I will do the
15 same, I will let her finish her interpretation of your -
16 - I'm sorry, my question and then I will let her finish
17 the interpretation of your answer before I ask the next
18 one.
19   A  Okay. Understood.
20   Q  And just from your response when you stated
21 your name I see that you do speak some English, but I'm
22 sure your Attorney would agree with you that just make
23 sure that all your responses are in Korean so that they
24 can be properly translated into English.
25   A  Okay.

7

1    Q  If you need a break at anytime, just let me
2  know and I'd be happy to take a few minutes to allow you
3  to take a break.
4    A  Okay.
5    Q  And if you don't understand any of my
6  questions, will you let me know?
7    A  Okay, I will.
8    Q  And if you find any of my questions to be
9  confusing, will you let me know?
10   A  Okay.
11   Q  And if I have assumed any incorrect facts in a
12 question, will you tell me?
13   A  Okay, I will.
14   Q  And will you tell me if you don't know the
15 answer to a question?
16   A  Okay, I will.
17   Q  Are you aware that your testimony today is
18 regarding a lawsuit involving Thomas Rodabaugh?
19   A  Yes, I am.
20   Q  And are you aware that your testimony today is
21 involving a lawsuit or regarding a lawsuit involving Kia
22 Corporation?
23   A  Yes.
24   Q  Do you understand that the answers to these
25 questions may be used in a Court -- in Court?

8

1    A  Yes.
2    Q  And do you understand your answers to any of
3  my questions today may be presented to a Jury in this
4  case?
5    A  Yes.
6    Q  Who are you currently employed by?
7    A  I'm currently employed by Kia Corporation.
8    Q  And what is your current title?
9    A  I'm a Senior Manager.
10   Q  Are you a senior manager of a specific
11 department or tell me what you are the manager of?
12   A  It's a typical position name at Kia
13 Corporation.
14   Q  Okay. And what does your -- what do your job
15 duties entail?
16   A  Well, currently, my work includes reviewing
17 safety issues, as well as supporting the decisions for
18 recalls that are made by Kia America.
19   Q  When it comes to supporting decisions made by
20 Kia America, can you be a little more specific?
21   A  When Kia America confirms that there are
22 claims from customers or there are a certain trend of
23 the customers, they ask us if there are potential safety
24 issues. And with that question, within Korea, we talk
25 to our R&D center, the quality assurance department as

9

1  well as our suppliers and we get together to review
2  those questions and then we deliver the result back to
3  Kia America.
4    Q  And how long have you been a senior manager
5  with Kia Corporation?
6    A  It has been about eight years.
7    Q  And how long have you been with Kia
8  Corporation?
9    A  It has been about 23 years.
10   Q  And what did you do prior to senior manager?
11   A  I worked on developing new vehicles as well as
12 quality assurance work at the quality HQ.
13   Q  Can you just briefly tell me what your
14 education is?
15   A  I graduated from a university, and I majored
16 in Chemical Engineering.
17   Q  What type of degree was that?
18   A  It was a bachelor's degree.
19   Q  And what year was that?
20   A  February of 1999.
21   Q  Okay. I'm going to show you a document. Have
22 you seen this document before? And I will go through
23 the pages, and more specifically this one here where it
24 says Exhibit A.
25   A  I have seen this part before.



10

1    Q  I'm sorry.  I didn't hear you.
2    A  I have seen this section before.
3    Q  Okay.  And do you have the ability to read
4  English?
5    A  Just a little bit.
6    Q  Okay.  Was this document translated to you?
7    A  No.  It was a original copy in English.
8    Q  And were you able to understand what's written
9  on this page?
10    A  Some of it I was able to understand, but some
11  other parts I couldn't understand.
12    Q  Okay.  Did you seek clarification of the parts
13  that you didn't understand?
14    A  Yes.  For the part that I couldn't understand,
15  I was able to get understanding when I was reviewing
16  this document with my Attorney.
17    Q  And what do you understand this document to
18  be?
19    A  As far as I understand, these are the
20  questions that the Plaintiff wants to ask Kia
21  Corporation.
22    MR. ADAMS:  And just -- Jessica, just for the
23    record, I want to incorporate the objections that
24    Kia Corporation made to this Notice that was served
25    on September 19th, 2022.  I had also noticed as you

11

1    would recognize that Item Number 4, we had notified
2    you before and we had notified you last night
3    during the deposition of Mr. Yu that he would --
4    Mr. Yu would cover Number 4.  So, Mr. Lee is solely
5    addressing Topics 1 to 3 on Exhibit A that's on the
6    screen.
7    THE WITNESS:  Okay.
8  BY MS. LATOUR:
9    Q  I will attach this document as Exhibit 1.
10    (Thereupon, Plaintiff's Exhibit 1 was entered
11    into the record.)
12    THE WITNESS:  Okay.
13  BY MS. LATOUR:
14    Q  Mr. Lee, do you understand that this document
15  is the Deposition Notice which requires Kia Corporation
16  to designate a person to testify as its behalf regarding
17  Topics 1 through 3 that are listed on this Notice?
18    A  Yes, I do.
19    Q  And do you understand that Kia Corporation is
20  required to fully prepare you to provide all information
21  known or reasonably available to Kia Corporation in
22  response to Topics 1 through 3 they are listed on this
23  notice?
24    MR. ADAMS:  Objection.  Let me object.
25    Objection, form and legal conclusion, but the

12

1    Witness should go ahead and answer.
2    THE WITNESS:  Yes.
3  BY MS. LATOUR:
4    Q  And do you have a full authority to speak on
5  behalf of Kia Corporation?
6    A  Yes, I do.  One thing I would like to say is
7  that the Topic Number 2 on this document, I believe it
8  would be more proper for Kia America to answer this
9  question rather than Kia Corporation.
10    Q  Okay.  Noted.  Mr. Lee, are you aware that the
11  answers you give to my questions today will be binding
12  upon Kia Corporation, Inc?
13    MR. ADAMS:  Objection, form.  Objection, form
14    and legal conclusion.  Go ahead and answer.
15    THE WITNESS:  Yes.
16  BY MS. LATOUR:
17    Q  And are you prepared to provide all the
18  information known or reasonably available to Kia
19  Corporation with respect to Topics 1 through 3 in this
20  Deposition Notice?
21    A  Yes.
22    Q  What have you done to gather all knowledge
23  known or reasonably available to Kia Corporation with
24  respect to Topics 1 through 3 in this Notice?
25    A  First, I reviewed any issues of in Korea that

13

1    have been raised with related departments and then I
2    delivered those -- America.
3    MS. LATOUR:  You cut out on that last
4    sentence.  Can you repeat that?
5    THE INTERPRETER:  I delivered those results to
6    Kia America.
7  BY MS. LATOUR:
8    Q  Did you review any documents in preparation of
9  your deposition today?
10    A  Yes.  I reviewed documents that were produced
11  by KC as well as KA with my Attorney.
12    Q  Did anyone from Kia Corporation help you
13  prepare for your testimony today?
14    A  I had the help from a personnel in quality
15  assurance who was responsible for recall.
16    Q  Who is that person?
17    A  Should I tell you the name?
18    Q  Yes.
19    A  His name is Tae Woong Kim, he is a senior
20  manager.
21    Q  And can you do the best of your ability to
22  spell that in English?
23    A  T-A-E W-O-O-N-G K-I-M.
24    Q  And when you say responsible for recall, what
25  does that mean?



14

1     A   He was responsible for the vehicles at issue,
2   and he wrote an approval sheet for the recall and he
3   approved the recall.
4     Q   Do you know when he wrote the approval sheet
5   for the recall?
6     A   I don't recall exactly when it was as I sit
7   here.
8     Q   Did you speak with anyone else from Kia?
9     A   No.
10     Q   And how much time did you spend preparing to
11   respond to the topics in the Deposition Notice?
12     A   I prepared for about a month.
13     Q   Regarding the NHTSA, N-H-T-S-A, recall Number
14   22V031, can you just describe what the subject defect
15   is?
16     A   Yes.  The defect was about the contact between
17   AC Copper and the EEPROM chip within the ACU which
18   result in airbag warning lights and a trouble code being
19   shown up.  And this issue was from an error of the
20   production from the supplier.
21     Q   When you say an error from production, what
22   was the error?
23     A   Since the ACU Copper and EEPROM chip were too
24   close together, it can cause crack on the joint.
25     Q   And who was it that -- strike that.  Who was

15

1   the supplier of the ACU?
2     A   It was Hyundai Mobis.
3     Q   And who determine -- rather, what entity
4   determine where the EEPROM chip would be placed within
5   the ACU?
6     A   Hyundai Mobis designs that and produces that.
7     Q   Does Kia have any input in the design?
8     A   No.
9     Q   So, just to clarify, or rather, Kia does not
10   provide any specs when it comes to the ACU, correct?
11     A   I don't think that's something I can answer.  I
12   believe that something -- someone from the R&D Center
13   can answer.
14     MR. ADAMS:  And Jessica, as you know, that was
15   a topic for Mr. Yu.
16     MS. LATOUR:  And he couldn't answer that,
17   right?  Well, he did answer that.  He answered
18   something different.
19     MR. ADAMS:  Well, and he was -- that was not a
20   designated topic for Mr. Yu who is our Witness
21   tonight.  So, your question is outside of the scope
22   of the Notice.  And you did asked Mr. Yu that
23   question and he did tell you and responded to that
24   question.
25     MS. ARTMAN:  You are correct.

16

1   BY MS. LATOUR:
2     Q   I'm going to show you another document.  Do
3   you see the document on the screen?  He disappeared on
4   my screen.
5     THE INTERPRETER:  We don't see anything on the
6   screen.  This is from the Interpreter.
7     MS. LATOUR:  Let me try it again then.
8   Something -- he is completely on black on mine.
9     THE VIDEOGRAPHER:  I can see him.  I think he
10   is just frozen.  There we are.
11   BY MS. LATOUR:
12     Q   Okay.  I'm going to try that again.  Can you
13   see the document on the screen?
14     A   I don't see it yet.
15     Q   It looks frozen again.
16     THE VIDEOGRAPHER:  I can see it on my screen,
17   Jessica.
18     MR. ADAMS:  So, can I Jessica.
19     MS. LATOUR:  Did he drop off?  I don't see him
20   anymore.
21     THE VIDEOGRAPHER:  Yeah, it looks like it.  The
22   time is 09:06 p.m.  We are going off the record.
23     (Thereupon, a short discussion was held off
24     record.)
25     (Deposition resumed.)

17

1     THE VIDEOGRAPHER:  Time is 09:12 p.m., we are
2   back on the record.
3   BY MS. LATOUR:
4     Q   All right.  So, let me try this again bringing
5   up the document.  All right.  Do you see it on the
6   screen now?
7     A   Not yet.
8     THE INTERPRETER:  It's up now.  It's from the
9   Interpreter.
10   BY MS. LATOUR:
11     Q   Okay.  Are you familiar with this document?
12     A   Yes.  I have seen this document before.
13     Q   And what do you know it to be?
14     A   This is a letter of notice to the customer
15   sent out by Kia America after recall.
16     Q   Okay.  So, I'm going to attach this as Exhibit
17   2.
18     (Thereupon, Plaintiff's Exhibit 2 was entered
19     into the record.)
20     THE WITNESS:  Okay.
21   BY MS. LATOUR:
22     Q   And I'm going to -- if I can do this right,
23   zoom in to where it says, "What is the problem?"  Just a
24   little bit of information about that.  It says, "Due to
25   the variances in the manufacturing of the airbag control



Lee, Kyo Il 09-26-2022

18

1  unit." What does that mean, variances?
2      A    This document was authored by Kia America. So,
3  I believe it is better to talk to the responsible
4  personnel at KA and I think this is outside of my range
5  of testimony.
6          MR. ADAMS:  And Jessica, just for purposes of
7  the record, I would object and that we are -- have
8  already produced Michelle Cameron in this case who
9  testified on the topic and actually on this Notice
10  and she explained that this is authored by Kia
11  America to explain the issue to their customers.
12  So, while this Witness knows of the existence of
13  the document, he is not designated to testify about
14  the content, just simply the fact that Kia America
15  has generated it as a result of the decision to
16  conduct a recall.  And again, Ms. Cameron testified
17  at length about it document.
18          THE WITNESS:  Okay.
19  BY MS. LATOUR:
20      Q    Referring back to Exhibit 1, Number 2 says,
21  "Information identified in the Important Safety Recall
22  Notice for NHTSA Recall Number 22V031 that pertains to
23  Kia Corporation."  Is it your position that the
24  information in -- specific information in that notice is
25  not a topic that you're prepared to testify to?

19

1          MR. ADAMS:  And I just object to that.  He is
2  prepared to testify regarding the background of the
3  recall, but with respect to the language of the
4  specific notice drafted by Kia America, that is not
5  in a topic that is appropriately addressed to him.
6  You are welcome to, and he is prepared to testify
7  about details regarding the ACU and all of the
8  information that led to the recall.  So, it is
9  related in addressing that topic.  But, again, the
10  actual document that you are referring to was
11  authored by Kia America which Ms. Cameron testified
12  to.
13          MS. LATOUR:  And just for the record, Topic
14  Number 2 was not identified as a topic Ms. Cameron
15  would testify to.  Any objections that were made
16  have not been -- overruled by the Court.  And I
17  will move on, although I don't believe he answered
18  my question.
19          MR. ADAMS:  Yeah.  Unfortunately, it looks
20  like we lost the Witness.
21          THE VIDEOGRAPHER:  Time is 09:19, we are going
22  off the record.
23          (Thereupon, a short discussion was held off
24          record.)
25          (Deposition resumed.)

20

1          THE VIDEOGRAPHER:  Time is 09:22 p.m., we are
2  back on the record.
3  BY MS. LATOUR:
4      Q    Mr. Lee, is it fair to say that you are unable
5  to tell me what variances in the manufacturing is
6  referring to?
7      A    No.  It just that I cannot really answer
8  because I don't really know with what intention Kia
9  America wrote that.  So, it is hard for me to answer the
10  question.
11          MR. ADAMS:  So, and again, I just object as I
12  did before.  You can talk to him about what went
13  into the recall, and he can talk about, you know,
14  in detail the problem related to the EEPROM and the
15  ACU and those were related to variances.  But,
16  again, I think the miscommunication is, is that you
17  are asking him to interpret a document authored by
18  Kia America that Ms. Cameron already testified to.
19  So, I'd ask you can refer and ask him questions
20  about what went into the recall according to the
21  notice and he'll explain to you what the issue was.
22  BY MS. LATOUR:
23      Q    Mr. Lee, how does contact between the ACU
24  cover and the EEPROM chip caused damage to the soldering
25  joints?

21

1      A    Well, when ACU copper and EEPROM are in
2  contact, the vehicle, car itself is something that is
3  exposed to any shock.  So, when the ACU copper and the
4  EEPROM are in contact, if car has above rebound or any
5  kind of shock, the contacted part can push the joint and
6  as a result it can damage the joint.
7      Q    And what's the result of a damage joint?
8      A    As a result, the airbag warning light comes on
9  and the Trouble Code B1620 come on.
10      Q    And regarding NHTSA recall 22V031, what
11  prompted the investigation into whether or not there
12  needed to be a recall?
13      A    In July of 2021 in Korea, we got information -
14  - that at the 2019 model ER Sedona vehicle there was a
15  problem of airbag warning light showing up as well as
16  Trouble Code B1620 showing up.
17          MS. LATOUR:  You cut out a little bit.  You
18  said, in July 2021 information from where?
19          THE INTERPRETER:  Information from the service
20          department in Korea.
21  BY MS. LATOUR:
22      Q    You said the 2019 ER Sedona vehicle, did that
23  have the same ACU as the 2017 Kia Soul?
24      A    Yes.  It has the same ACU, so, they are being
25  recalled at the same time.



22

1   **Q**   You said 2019 ER Sedona vehicle?

2   **A**   Could I refer to a document?

3   **Q**   Yes. And if you could let me know what the

4 number at the bottom of the document is?

5   **A**   It's KMA002050. And it is 2019 Sedona.

6   **Q**   Okay. What information was received from the

7 service department in Korea?

8   **A**   On the 2019 Sedona vehicle there was a problem

9 of airbag warning light coming on and the Trouble Code

10 B1620 coming on. So, because of the internal damage of

11 the ACU, customer vehicle came into the service

12 department.

13   **Q**   And how was it determined that there was

14 internal damage to the ACU?

15   **A**   It was not confirmed in the vehicle that came

16 in, but Diagnostic Trouble Code B1620 means there is an

17 internal damage within the ACU.

18   **Q**   And you already told me the 2019 ER Sedona.

19 What other vehicles were affected by this recall?

20   **A**   If you refer to the document numbered

21 KMA002050, you can see there are five different cars.

22   **Q**   Okay. Will you just list them for me please?

23   **A**   It's Kia Soul, Kia Soul EV, Kia Sedona, Kia

24 Forte and Kia Forte Koup.

25   **Q**   And all these vehicles all have the same ACU?

23

1   **A**   Yes.

2   **Q**   Was there any research done to determine if

3 there were any other vehicles that had this issue prior

4 to the information received in July 2021?

5     MR. ADAMS: Objection, vague and ambiguous. Go

6 ahead.

7     THE WITNESS: There is no such confirmation

8 about that from our side.

9 BY MS. LATOUR:

10   **Q**   Did Kia Corporation go back and review any

11 prior customer complaints that appeared to be associated

12 with the same issue?

13   **A**   When we do a review on a recall we do review

14 on those -- such things.

15   **Q**   And were any found to exist?

16   **A**   What we were able to confirm was that the Kia

17 America confirmed that there was customer complaints

18 about the airbag warning light coming on and being

19 replaced with warranty claim.

20   **Q**   And were those ever communicated to Kia

21 Corporation when those complaints came into Kia America?

22   **A**   In January of 2022, the confirmed issues from

23 Korea was delivered to Kia America and then Kia America

24 checked additional claims and complaints from their

25 side, and they delivered that result of investigation to

24

1 Kia Corporation.

2   **Q**   My question is a little bit different from

3 that. So, you testified that you received information

4 from the service department in July of 2021 regarding

5 2019 ER Sedona vehicle. The question is, any prior

6 complaint that were said to be found through Kia America

7 regarding similar issues at the time they were

8 complained of, did that information make it to the

9 service department in Korea?

10     MR. ADAMS: Objection, vague and ambiguous. Go

11 ahead and answer.

12     THE WITNESS: There was no information

13 received from Kia America prior to that. This

14 issue was a domestic issue, so, there was an

15 investigation within Korea. And then, we delivered

16 the result to Kia America.

17 BY MS. LATOUR:

18   **Q**   Regarding this recall, when the warning light

19 comes on and it's due to Diagnostic Trouble Code B1620,

20 what is the airbag response if a crash occurs assuming

21 that the crash met the deployment threshold?

22     MR. ADAMS: Let me object, this is outside the

23 scope of the Notice, and this was a topic that Mr.

24 Yu addressed last night.

25     MS. LATOUR: And you can answer if it -- if

25

1 you can answer, please do.

2     MR. ADAMS: Objection. That is outside the

3 scope of the Notice. And with this is the specific

4 letter we informed you about yesterday and you

5 asked Mr. Yu about it and this is outside the

6 Notice.

7     MS. LATOUR: He is here to testify regarding

8 the recall and that's part of the recall.

9     MR. ADAMS: No, it's not. It's a hypothetical

10 question having to do with specific concerning

11 Diagnostic Trouble Code B1620, which is Subject

12 Matter Number 4, which we told you last night and

13 again tonight Mr. Yu addressed. But he can go

14 ahead and answer if he knows.

15     THE WITNESS: Okay. There could be two

16 scenarios. So, in first case scenario, when driver

17 turns on the car and if there is the airbag warning

18 lights showing up and when the car gets into a

19 crash, the airbag might not deploy in this case.

20 However, in the second case scenario, when there

21 was no issue at the time of key on and when the car

22 starts driving, then airbag would normally deploy.

23 Could I take a break, please?

24     MS. LATOUR: Sure.

25     MR. ADAMS: Want to come back --



Lee, Kyo Il  09-26-2022

26

1    MS. LATOUR:  Five minutes?
2    THE WITNESS:  Yes.
3    MR. ADAMS:  Okay.  Thank you.
4    THE VIDEOGRAPHER:  Time is 09:45, we are going
5    off the record.
6    (Thereupon, a short discussion was held off
7    record.)
8    (Deposition resumed.)
9    THE VIDEOGRAPHER:  Time is 09:54 p.m., we are
10   back on the record.
11 BY MS. LATOUR:
12   **Q    Regarding this recall, the vehicle's warning**
13 **light is illuminated, what's the fix?**
14   MR. ADAMS:  Objection, vague and ambiguous.  Go
15   ahead and answer.
16   THE WITNESS:  There are many causes of warning
17   light coming on, so, it is difficult for me to give
18   you an exact facts.
19 BY MS. LATOUR:
20   **Q    Okay.  If the warning light is illuminated and**
21 **the Diagnostic Trouble Code B1620 appears, what's the**
22 **remedy for the light?**
23   A    The remedy is to replace the ACU.  The reason
24   is that because there is a problem with the ACU hardware
25   itself.

27

1    **Q    And that replacement hardware, how is it**
2    **different?**
3    A    Regarding this recall and the remedy of this
4    recall since the design of the hardware has changed,
5    with the new hardware, the ACU cover and the EEPROM do
6    not come into contact.
7    **Q    Do you have any information as to why the**
8    **design of the hardware was changed?**
9    A    There is a part called G sensor within the
10   hardware and the original supplier has stopped
11   manufacturing the G sensor and the company has changed,
12   the supplier has changed.  So, the ACU itself, the
13   design spec has changed from the mobis side.
14   **Q    Who supplies the new hardware?**
15   A    I'm not sure who it is now.
16   **Q    And then, regarding this recall, if a vehicle**
17   **was recalled and they bring it into the dealership and**
18   **there is no Diagnostic Trouble Code B1620, what is the**
19   **remedy?**
20   A    The remedy for that is to upgrade the
21   software.
22   **Q    And what does the upgrade do?  What's the**
23   **result of the upgrade for that vehicle?**
24   A    The software has been modified so that even
25   with the damage to EEPROM in any situation airbag will

28

1  deploy.
2    **Q    When was that software modified?**
3    A    It was modified after a decision for recall
4  was made.
5    **Q    Before the recall when this ACU was originally**
6  **programmed, was, you know, programming decision to have**
7  **the airbag not deploy with this Diagnostic Trouble Code**
8  **and this type of ACU box where the cover could come in**
9  **contact with the EEPROM?**
10   MR. ADAMS:  I'm going to object, it's outside
11   the scope of the notice.  And again, Mr. Yu
12   addressed these topics last night.
13   MS. LATOUR:  He also said that the guy tonight
14   would be the better person to ask these questions
15   to.
16   MR. ADAMS:  I don't think so, not on this
17   topic because Mr. Yu was very familiar with the
18   original design.  And again, the Witness can answer
19   if he knows based upon his own experience.
20   THE WITNESS:  To be frank, I don't know what
21   sort of guideline the R&D Center provides to them,
22   Hyundai Mobis, which is the supplier.  And I don't
23   know what sort of steps that the supplier takes
24   after they design and validate their design.  So,
25   since I'm not a part of the R&D Center, it is

29

1    difficult for me to answer the question.
2  BY MS. LATOUR:
3    **Q    Are you able to tell me who within Kia**
4  **Corporation would be able to discuss the programming of**
5  **the ACU in regard to this issue with the cover touching**
6  **the EEPROM and the diag -- in conjunction with the**
7  **Diagnostic Trouble Code B1620?**
8    MR. ADAMS:  Objection, vague and ambiguous.
9    And just for clarification, Jessica, do you mean in
10   the original specs or are you talking about for the
11   fix for the recall?
12   MS. LATOUR:  I'm talking about the original
13   specs because the gentleman last night he couldn't
14   tell me why if it was a programming decision of
15   whether it could deploy, you can change that or
16   not.  So, I need to know who can tell me that.
17   MR. ADAMS:  Okay.  He can answer to the extent
18   he knows.
19   THE WITNESS:  To be frank, there are a lot of
20   people in the R&D Center, and I don't know who is
21   responsible for this and who is in what department.
22   So, I don't think I can answer this question as I
23   sit here.
24 BY MS. LATOUR:
25   **Q    Okay.  Thank you.  If there is damage to the**



Lee, Kyo Il 09-26-2022

30

1  soldering joints -- strike that. The modified, the
2  software update, how does that bypass a damage soldering
3  joint?
4      A   Could you put up a document on the screen?
5      Q   Sure. Do you know which document?
6      A   It's document numbered KC002191, 2002192.
7      Q   Do you see it?
8          THE INTERPRETER: This is from the
9  Interpreter. It's not on the screen.
10         MS. LATOUR: Yeah. It seems to be when I
11 share it, it seems to take a little bit longer to
12 get to you guys. It also seems to freeze him.
13         MR. ADAMS: Yeah. I think it does, too.
14         THE WITNESS: Then, can I just explain it
15 without it?
16         MS. LATOUR: If you can. I think he's gone. I
17 do have questions regarding the documents, so, I'm
18 going to need to pull it up.
19         MR. ADAMS: Yeah. I think we can do that. He
20 is -- I think he has got the actual document. So,
21 it seems like we have problems every time you pull
22 one up. So, maybe when they reconnect, he can just
23 have it in front of him and you guys verify it.
24         And Jessica, you could verify it's the same
25 document and then ask him questions about it.

31

1          THE VIDEOGRAPHER: Let me just go off the
2  record. The time is 10:12 p.m., we are going off
3  the record.
4          (Thereupon, a short discussion was held off
5          record.)
6          (Deposition resumed.)
7          THE VIDEOGRAPHER: The time is 10:17 p.m., we
8  are back on the record.
9          THE WITNESS: So, in the ACU, there are MYCOM
10 and EEPROM, they are two separate things. The
11 EEPROM saves the data regarding airbag deployment.
12 And when the car is key on, the data from EEPROM
13 lose to MYCOM. But with the remedy for the recall
14 and with the software update, the data in the
15 EEPROM is copied to the internal ROM of the MYCOM.
16 So, even with the damage for the EEPROM, the data
17 is already saved in the internal ROM of MYCOM.
18         So, in any situation, airbag can be deployed.
19 BY MS. LATOUR:
20     Q   Do you have that document in front of you, Mr.
21 Lee?
22     A   Yes, I do.
23     Q   Okay. Instead of bringing it up, if you could
24 look at it and just to confirm the top says, "Contact
25 between ACU cover and EEPROM", and the page numbers are

32

1  KC002191 through KC002192.
2      A   That's correct. This document is up to
3  KC002192.
4      Q   Okay. Do you see where it says Number 3
5  Claim?
6      A   Yes.
7      Q   And then, under it, it says, "Model" and then
8  under that, it says, "Rate." What does that rate --
9      A   Yes.
10     Q   What does that rate mean?
11     A   It's the rate of customer complaint which is a
12 result of dividing the number of sales for the total of
13 five models by 921 issues for ACU.
14     Q   And were these issues associated with the
15 recall?
16     A   It wasn't confirmed exactly. However, this is
17 the number that we got from checking the warranty
18 replaced parts and the number -- the cases that we
19 checked that there was the Trouble Code B1620.
20     Q   And when you say it wasn't confirmed, is that
21 because you -- it wasn't actually opened up to see if
22 that was -- if the top -- if the cover was touching the
23 EEPROM?
24     A   That is correct. We were not able to open up
25 all the ACU covers because there are some products that

33

1  were sold way before that, so, we weren't able to
2  collect everything. And this is a figure that we
3  calculated based on the claim data.
4      Q   Were these 921 cases, were those prior to July
5  of 2021?
6      A   This -- these cases were found from the ones
7  that were produced between July 2016 to November 2019.
8      Q   Okay. Thank you. If this defect exists, is
9  it always associated with Trouble Code B1620?
10     A   Could you please repeat your questions?
11     Q   If this defect -- if there is a -- the car Kia
12 Soul, let's say in this one, a 2017 Kia Soul and the
13 defect exists, that subject of the recall, will
14 Diagnostic Trouble Code B1620 always appear?
15     A   The subject vehicle of this lawsuit, which was
16 in the accident, that vehicle is still under
17 investigation, so, it is difficult to find connection
18 between that vehicle and this recall. However, if a car
19 has B1620 appearing in the car, you can think that there
20 is a relationship between that car and the recall.
21     Q   Sir, that wasn't exactly my question. What I
22 want to know is, if the defect exist in a vehicle, then
23 -- we don't have to say the subject vehicle, I was just
24 using the 2017 Kia Soul as an example. But if the
25 defect exist, will the Diagnostic Trouble Code B1620



34

1  always show up if a fall check is run?
2      MR. ADAMS:  Let me object, vague and
3  ambiguous.  The one -- Jessica, the one part that
4  may be causing a lapse in communication is that,
5  you know, whether the EEPROM has been damaged
6  because the condition may be capable of being
7  present, but until the damage occurs, the fall code
8  will not go on.  So, I just adding that so you
9  could correct your question.
10     MS. LATOUR:  Sure.
11     THE WITNESS:  There are many causes for the
12  trouble code B1620.  So, when B1620 appears, it
13  doesn't always mean that the vehicle is subject to
14  the recall.  We investigated the cases where EEPROM
15  was damaged due to the contact with the ACU cover.
16  So, that was the result of our investigation.
17  BY MS. LATOUR:
18     Q   And then, taking Mr. Adams' advise just to
19  rephrase my question again.  If the recall -- if this
20  defect exist, meaning, the defect is there and the cover
21  touching the EEPROM has caused damage to the EEPROM, the
22  soldering joints, if that occurs, will that Diagnostic
23  Trouble Code B1620 always show up on a volco check?
24     A   As far as I know, yes.
25     Q   Okay.  And if you are able to answer this,

35

1  given that, is there anything that would prevent the
2  warning light from illuminating --
3      MR. ADAMS:  Under that scenario?  And I'm
4  sorry, Jessica, just objection, vague and
5  ambiguous.  You mean, under the scenario, you just
6  described, is there anything that will prevent the
7  airbag warning light from illuminating?
8      MS. LATOUR:  Correct.  Yeah, any -- in that
9  situation.
10     THE WITNESS:  When the EEPROM is damaged,
11  there is nothing to prevent illumination of the
12  airbag warning light.
13     MS. LATOUR:  Okay.  Mr. Lee, I don't have any
14  other questions for you.  I thank you very much for
15  your time.  However, your Attorney may have some
16  follow up.
17     MR. ADAMS:  And I don't have any other follow
18  ups.  So, we would like to have Mr. Lee read and
19  sign, and I think we are done.
20     (Deposition concluded at 10:32 p.m.)
21     (Reading and signing of the deposition by the
22     Witness has been reserved.)
23
24
25

36

1              CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF POLK
4
5      I, Maria Espinoza-Wright, Court Reporter and
6  Notary Public for the State of Florida, do hereby
7  certify that I was authorized to and did digitally
8  report and transcribe the foregoing proceedings, and
9  that the transcript is a true and complete record of my
10  notes.
11
       I further certify that I am not a relative,
12  employee, attorney or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorneys or counsel connected with the action, nor am
15  I financially interested in the action.
16
17  Witness my hand this 12th day of October, 2022.
18
19
20
21
22  _____
    MARIA M. ESPINOZA-WRIGHT, CER
    NOTARY PUBLIC, STATE OF FLORIDA
23
24
25

37

1              CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF POLK
4
5      I, Maria Espinoza-Wright, the undersigned
6  authority, certify that Kyo Il Lee, appeared before me
7  remotely pursuant to Florida Supreme Court Order
8  AOSC20-23 and was duly sworn on the 26th day of
9  September, 2022.
10
    Witness my hand this 11th day of October, 2022.
11
12
13
14  _____
    MARIA M. ESPINOZA-WRIGHT, CER
15  NOTARY PUBLIC, STATE OF FLORIDA
    COMMISSION NO.:  HH 319512
16  COMMISSION EXP.: 10/06/2026
17
18
19
20
21
22
23
24
25



Lee, Kyo Il 09-26-2022

38

1  DATE:    October 12, 2022
   TO:      Kyo Il Lee
2  C/O      Robert T. Adams, Esquire
            Shook, Hardy & Bacon, LLP
3           2555 Grand Boulevard
            Kansas City, Missouri 64108
4
   IN RE:    Advocacy Trust, LLC, as Special
5  Administrator and Personal Representative of the Estate
   of Thomas Roy Rodabaugh, Deceased, vs. Kia
6  Corporation, Kia America, Inc., & John Does 1-3
7  CASE NO.: 5:21-CV-5064-PKH
8  Dear Mr. Lee,
9  Please take notice that on September 26, 2022, you gave
   your deposition in the above-referenced matter.  At
10 that time, you did not waive signature.  It is now
   necessary that you sign your deposition.  You may do so
11 by contacting your own attorney or the attorney who
   took your deposition and make an appointment to do so
12 at their office.  You may also contact our office at
   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
13 for further information and assistance.
14 If you do not read and sign your deposition within
   thirty (30) days, the original, which has already been
15 forwarded to the ordering attorney, may be filed with
   the Clerk of the Court.
16
   If you wish to waive your signature, sign your name in
17 the blank at the bottom of this letter and promptly
   return it to us.
18
   Very truly yours,
19
   Maria M. Espinoza-Wright, CER
20 Universal Court Reporting
   (954)712-2600
21
   I do hereby waive my signature.
22
   _____
23 Kyo Il Lee
   Cc: via transcript:      Jessica L. Latour, Esquire
24                          Robert T. Adams, Esquire
25

39

1          ERRATA SHEET

2  I wish to make the following changes, for the following
   reasons:
3
   PAGE NO.  LINE NO.
4
   _____  _____  CHANGE_____
5
             REASON_____
6
   _____  _____  CHANGE_____
7
             REASON_____
8
   _____  _____  CHANGE_____
9
             REASON_____
10
   _____  _____  CHANGE_____
11
             REASON_____
12
   _____  _____  CHANGE_____
13
             REASON_____
14
   _____  _____  CHANGE_____
15
             REASON_____
16
   _____  _____  CHANGE_____
17
             REASON_____
18
   _____  _____  CHANGE_____
19
             REASON_____
20
   _____  _____  CHANGE_____
21
             REASON_____
22
   _____  _____  CHANGE_____
23
             REASON_____
24
   _____  _____
25 SIGNATURE           DATE



| | | | |
|---|---|---|---|
| **0** | **2017** 21:23 | **5:00** 38:12 | 29:10,12 |
| **08:31** 5:6 | 33:12,24 | **5:21-CV-5064-** | 30:25 |
| **09:06** 16:22 | **2019** 21:14,22 | **PKH** 1:3 38:7 | **above** 21:4 |
| **09:12** 17:1 | 22:1,5,8,18 | **533-6700** 2:5 | **above-** |
| **09:19** 19:21 | 24:5 33:7 | **561** 2:5 | **referenced** |
| **09:22** 20:1 | **2021** 21:13,18 | | 38:9 |
| **09:45** 26:4 | 23:4 24:4 | **6** | **AC** 14:17 |
| **09:54** 26:9 | 33:5 | **6** 3:3 | **accident** 33:16 |
| | **2022** 1:17 | **64108** 2:14 | **according** |
| **1** | 5:2,6 10:25 | 38:3 | 20:20 |
| **1** 4:4 | 23:22 36:17 | | **action** |
| 11:5,9,10,17, | 37:9,10 | **7** | 36:14,15 |
| 22 12:19,24 | 38:1,9 | **72758** 2:8 | **actual** 19:10 |
| 18:20 | **202-5200** 2:9 | | 30:20 |
| **10/06/2026** | **21349** 2:4 | **8** | **actually** 18:9 |
| 37:16 | **22V031** 14:14 | **8:30** 1:17 | 32:21 |
| **10:12** 31:2 | 18:22 21:10 | **816** 2:15 | **ACU** 14:17,23 |
| **10:17** 31:7 | **23** 9:9 | | 15:1,5,10 |
| **10:32** 35:20 | **2555** 2:14 38:3 | **9** | 19:7 20:15,23 |
| **10:33** 1:17 | **26** 1:17 5:2 | **9:00** 38:12 | 21:1,3,23,24 |
| **11** 4:4 | 38:9 | **921** 32:13 33:4 | 22:11,14,17,2 |
| **11th** 37:10 | **26th** 5:6 37:8 | **954)712-2600** | 5 26:23,24 |
| **12** 38:1 | | 38:20 | 27:5,12 |
| **12th** 36:17 | **3** | | 28:5,8 29:5 |
| **1-3** 1:10 38:6 | **3** 11:5,17,22 | **A** | 31:9,25 |
| **17** 4:5 | 12:19,24 32:4 | **ability** 10:3 | 32:13,25 |
| **1999** 9:20 | **30** 38:14 | 13:21 | 34:15 |
| **19th** 10:25 | **319512** 37:15 | **able** | **Adams** 2:12 |
| | **33416** 2:4 | 10:8,10,15 | 5:16 10:22 |
| **2** | **3606** 2:8 | 23:16 29:3,4 | 11:24 12:13 |
| **2** 4:5 12:7 | | 32:24 33:1 | 15:14,19 |
| 17:17,18 | **4** | 34:25 | 16:18 18:6 |
| 18:20 19:14 | **4** 11:1,4 25:12 | **about** 9:6,9 | 19:1,19 20:11 |
| **2002192** 30:6 | **474-6550** 2:15 | 14:12,16 | 23:5 24:10,22 |
| **2016** 33:7 | **479** 2:9 | 17:24 18:13 | 25:2,9,25 |
| | | 19:7 | 26:3,14 |
| | **5** | 20:12,13,20 | 28:10,16 |
| | | 23:8,18 | 29:8,17 |
| | | 25:4,5 | 30:13,19 |
| | | | 34:2,18 |



35:3,17
38:2,24

**adding** 34:8

**additional**
23:24

**addressed** 19:5
24:24 25:13
28:12

**addressing**
11:5 19:9

**Administrator**
1:5 38:5

**advise** 34:18

**Advocacy** 1:5
5:5 38:4

**affected** 22:19

**after** 5:11 6:1
17:15 28:3,24

**again**
16:7,12,15
17:4 18:16
19:9 20:11,16
25:13
28:11,18
34:19

**agree** 6:22

**ahead** 6:14
12:1,14 23:6
24:11 25:14
26:15

**airbag** 14:18
17:25 21:8,15
22:9 23:18
24:20
25:17,19,22
27:25 28:7
31:11,18
35:7,12

**all** 1:18 6:23
11:20
12:17,22
17:4,5 19:7
22:25 32:25

**allow** 6:13 7:2

**already** 18:8
20:18 22:18
31:17 38:14

**also** 2:17 5:19
6:12 10:25
28:13 30:12
38:12

**although** 19:17

**always** 33:9,14
34:1,13,23

**am** 7:19
36:11,13,14
38:12

**ambiguous** 23:5
24:10 26:14
29:8 34:3
35:5

**America** 1:9
5:18,20
8:18,20,21
9:3 12:8
13:2,6 17:15
18:2,11,14
19:4,11
20:9,18
23:17,21,23
24:6,13,16
38:6

**another** 16:2

**answer** 6:14,17
7:15
12:1,8,14
15:11,13,16,1
7 20:7,9

24:11,25
25:1,14 26:15
28:18
29:1,17,22
34:25

**answered** 15:17
19:17

**answers** 7:24
8:2 12:11

**any** 7:5,8,11
8:2 12:25
13:8 15:7,10
19:15 21:3,4
23:2,3,10,15
24:5 27:7,25
31:18
35:8,13,17
36:12,13

**anymore** 16:20

**anyone** 13:12
14:8

**anything** 16:5
35:1,6

**anytime** 7:1

**AOSC20-23** 1:19
37:8

**appear** 33:14

**APPEARANCES**
2:1

**appeared** 1:18
23:11 37:6

**appearing**
33:19

**appears** 26:21
34:12

**appointment**
38:11

**appropriately**

19:5

**approval**
14:2,4

**approved** 14:3

**ARKANSAS** 1:1
2:8

**Artman** 2:13
5:19 15:25

**ask** 6:11,12,17
8:23 10:20
20:19 28:14
30:25

**asked** 15:22
25:5

**asking** 20:17

**assistance**
38:13

**Associate** 5:17

**associated**
23:11 32:14
33:9

**association**
5:9

**assumed** 7:11

**assuming** 24:20

**assurance** 8:25
9:12 13:15

**attach** 11:9
17:16

**attorney** 6:22
10:16 13:11
35:15 36:12
38:11,15

**attorneys**
36:14

**authored**
18:2,10 19:11



20:17

**authority** 12:4
37:6

**authorized**
36:7

**available**
11:21
12:18,23

**aware** 7:17,20
12:10

---
B
---
**B1620** 21:9,16
22:10,16
24:19 25:11
26:21 27:18
29:7 32:19
33:9,14,19,25
34:12,23

**bachelor's**
9:18

**back** 9:2 17:2
18:20 20:2
23:10 25:25
26:10 31:8

**background**
19:2

**Bacon** 2:13
38:2

**BAILEY** 2:7

**based** 28:19
33:3

**BEACH** 2:4

**because** 20:8
22:10 26:24
28:17 29:13
32:21,25 34:6

**before**
6:8,14,17

9:22,25 10:2
11:2 17:12
20:12 28:5
33:1 37:6

**behalf** 1:16
2:2,11 5:13
11:16 12:5

**believe** 12:7
15:12 18:3
19:17

**below** 38:12

**best** 13:21

**better** 18:3
28:14

**between** 14:16
20:23 31:25
33:7,18,20

**binding** 12:11

**bit** 10:5 17:24
21:17 24:2
30:11

**black** 16:8

**blank** 38:17

**both** 5:9

**bottom** 22:4
38:17

**Boulevard**
2:8,14 38:3

**box** 2:4 28:8

**break** 7:1,3
25:23

**briefly** 9:13

**bring** 27:17

**bringing** 17:4
31:23

**bypass** 30:2

---
C
---
**C/O** 38:2

**calculated**
33:3

**called** 6:1
27:9

**came** 22:11,15
23:21

**Cameron**
18:8,16
19:11,14
20:18

**can** 6:24 8:20
9:13 13:4,21
14:14,24
15:11,13
16:9,12,16,18
17:22
20:12,13,19
21:5,6 22:21
24:25 25:1,13
28:18
29:15,16,17,2
2
30:14,16,19,2
2 31:18 33:19

**cannot** 20:7

**capable** 34:6

**car** 21:2,4
25:17,18,21
31:12
33:11,18,19,2
0

**cars** 22:21

**case** 1:3 6:7
8:4 18:8
25:16,19,20
38:7

**cases** 32:18

33:4,6 34:14

**cause** 14:24

**caused** 20:24
34:21

**causes** 26:16
34:11

**causing** 34:4

**Cc** 38:23

**center** 8:25
15:12
28:21,25
29:20

**CER** 1:24 36:22
37:14 38:19

**certain** 8:22

**CERTIFICATE**
36:1 37:1

**certify**
36:7,11 37:6

**change** 29:15
39:4,6,8,10,1
2,14,16,18,20
,22

**changed**
27:4,8,11,12,
13

**changes** 39:2

**check** 34:1,23

**checked** 23:24
32:19

**checking** 32:17

**Chemical** 9:16

**chip** 14:17,23
15:4 20:24

**City** 2:14 38:3

**claim** 23:19



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

| | | | |
|---|---|---|---|
| 32:5 33:3 | 23:17,21,24 | 38:12 | 37:3 |

**claims** 8:22
  23:24

**clarification**
  10:12 29:9

**clarify** 15:9

**Clerk** 38:15

**close** 14:24

**code** 14:18
  21:9,16
  22:9,16 24:19
  25:11 26:21
  27:18 28:7
  29:7 32:19
  33:9,14,25
  34:7,12,23

**collect** 33:2

**come** 21:9
  25:25 27:6
  28:8

**comes** 8:19
  15:10 21:8
  24:19

**coming** 22:9,10
  23:18 26:17

**COMMISSION**
  37:15,16

**communicated**
  23:20

**communication**
  34:4

**company** 27:11

**complained**
  24:8

**complaint** 24:6
  32:11

**complaints**

**complete** 36:9

**completely**
  16:8

**compliants**
  23:11

**concerning**
  25:10

**concluded**
  35:20

**conclusion**
  11:25 12:14

**condition** 34:6

**conduct** 18:16

**conducted** 5:7

**confirm** 23:16
  31:24

**confirmation**
  23:7

**confirmed**
  22:15
  23:17,22
  32:16,20

**confirms** 8:21

**confusing** 7:9

**conjunction**
  29:6

**connected**
  36:14

**connection**
  33:17

**Connor** 2:12
  5:17

**contact** 14:16
  20:23 21:2,4
  27:6 28:9
  31:24 34:15

**contacted** 21:5

**contacting**
  38:11

**content** 18:14

**control** 17:25

**copied** 31:15

**copper**
  14:17,23
  21:1,3

**copy** 10:7

**Corporation**
  1:9 5:5,18,20
  7:22 8:7,13
  9:5,8
  10:21,24
  11:15,19,21
  12:5,9,12,19,
  23 13:12
  18:23
  23:10,21 24:1
  29:4 38:6

**correct**
  15:10,25
  32:2,24 34:9
  35:8

**could** 22:2,3
  25:15,23 28:8
  29:15 30:4,24
  31:23 33:10
  34:9

**couldn't**
  10:11,14
  15:16 29:13

**counsel** 2:1
  36:12,14

**Counsels** 5:10

**COUNTY** 36:3

**couple** 6:10

**Court** 1:1,19
  5:8,10,12
  6:12 7:25
  19:16 36:5
  37:7 38:15,20

**cover** 11:4
  20:24 27:5
  28:8 29:5
  31:25 32:22
  34:15,20

**covers** 32:25

**crack** 14:24

**crash** 24:20,21
  25:19

**current** 8:8

**currently**
  8:6,7,16

**customer** 17:14
  22:11
  23:11,17
  32:11

**customers**
  8:22,23 18:11

**cut** 13:3 21:17

---
D

**damage** 20:24
  21:6,7
  22:10,14,17
  27:25 29:25
  30:2 31:16
  34:7,21

**damaged**
  34:5,15 35:10

**Daniel** 5:9

**data**



31:11,12,14,16 33:3

**DATE** 38:1
39:25

**day** 36:17
37:8,10

**days** 38:14

**dealership**
27:17

**Dear** 38:8

**Deceased** 1:6
38:5

**decision** 18:15
28:3,6 29:14

**decisions**
8:17,19

**defect**
14:14,16
33:8,11,13,22
,25 34:20

**Defendants**
1:11 2:11
5:18

**degree** 9:17,18

**deliver** 9:2

**delivered**
13:2,5
23:23,25
24:15

**department**
8:11,25 21:20
22:7,12
24:4,9 29:21

**departments**
13:1

**deploy**
25:19,22

**deployed** 31:18

**deployment**
24:21 31:11

**deposition**
1:15 4:4
5:1,4,7 6:8
11:3,15 12:20
13:9 14:11
16:25 19:25
26:8 31:6
35:20,21
38:9,10,11,14

**describe** 14:14

**described** 35:6

**DESCRIPTION**
4:2

**design** 15:7
27:4,8,13
28:18,24

**designate**
11:16

**designated**
15:20 18:13

**designs** 15:6

**detail** 20:14

**details** 19:7

**determine**
15:3,4 23:2

**determined**
22:13

**developing**
9:11

**diag** 29:6

**Diagnostic**
22:16 24:19
25:11 26:21

27:18 28:7
29:7 33:14,25
34:22

**didn't** 10:1,13

**different**
15:18 22:21
24:2 27:2

**difficult**
26:17 29:1
33:17

**digitally** 36:7

**DIRECT** 3:3 6:4

**disappeared**
16:3

**discuss** 29:4

**discussion**
16:23 19:23
26:6 31:4

**DISTRICT** 1:1

**dividing** 32:12

**DIVISION** 1:2

**document**
9:21,22
10:6,16,17
11:9,14 12:7
16:2,3,13
17:5,11,12
18:2,13,17
19:10 20:17
22:2,4,20
30:4,5,6,20,25 31:20 32:2

**documents**
13:8,10 30:17

**doesn't** 34:13

**domestic** 24:14

**done** 12:22

23:2 35:19

**don't** 7:5,14
14:6 15:11
16:5,14,19
19:17 20:8
28:16,20,22
29:20,22
33:23
35:13,17

**drafted** 19:4

**driver** 25:16

**driving** 25:22

**drop** 16:19

**DUCES** 4:4 5:1

**due** 17:24
24:19 34:15

**duly** 5:23 6:2
37:8

**during** 11:3

**duties** 8:15

———— E ————

**education** 9:14

**EEPROM**
14:17,23 15:4
20:14,24
21:1,4
27:5,25 28:9
29:6
31:10,11,12,15,16,25 32:23
34:5,14,21
35:10

**eight** 9:6

**else** 14:8

**employed** 8:6,7

**employee**



36:12,13

**Engineering**
9:16

**English**
6:21,24
10:4,7 13:22

**entail** 8:15

**entered** 11:10
17:18

**entity** 15:3

**ER** 21:14,22
22:1,18 24:5

**ERRATA** 39:1

**error**
14:19,21,22

**Espinoza** 5:8

**Espinoza-**
**Wright** 1:24
36:5,22
37:5,14 38:19

**Esquire**
2:3,7,12,13
3:3
38:2,23,24

**Estate** 1:5
38:5

**EV** 22:23

**every** 30:21

**everything**
33:2

**exact** 26:18

**exactly** 14:6
32:16 33:21

**EXAMINATION**
3:1,3 6:4

**example** 33:24

**Exhibit** 4:2
9:24
11:5,9,10
17:16,18
18:20

**EXHIBITS** 4:1

**exist** 23:15
33:22,25
34:20

**existence**
18:12

**exists** 33:8,13

**EXP** 37:16

**experience**
28:19

**explain** 18:11
20:21 30:14

**explained**
18:10

**exposed** 21:3

**extent** 29:17

————————
F
————————
**fact** 18:14

**facts** 7:11
26:18

**fair** 20:4

**fall** 34:1,7

**familiar** 17:11
28:17

**far** 10:19
34:24

**FAYETTEVILLE**
1:2

**February** 9:20

**few** 7:2

**figure** 33:2

**filed** 38:15

**financially**
36:15

**find** 7:8 33:17

**finish**
6:13,15,16

**FIRM** 2:7

**first** 5:23
6:1,9 12:25
25:16

**five** 22:21
26:1 32:13

**fix** 26:13
29:11

**Florida**
1:19,25 2:4
36:2,6,22
37:2,7,15

**follow**
35:16,17

**following** 39:2

**follows** 5:23
6:2

**foregoing** 36:8

**form** 11:25
12:13

**Forte** 22:24

**forwarded**
38:15

**found** 23:15
24:6 33:6

**frank** 28:20
29:19

**freeze** 30:12

**Friday** 38:12

**from** 6:20 8:22
9:15 13:12,14
14:8,19,20,21
15:12 16:6
17:8 21:18,19
22:6
23:8,22,24
24:2,4,13
27:13 30:8
31:12 32:17
33:6 35:2,7

**front** 30:23
31:20

**frozen**
16:10,15

**full** 12:4

**fully** 11:20

**further** 36:11
38:13

————————
G
————————
**gather** 12:22

**gave** 38:9

**generated**
18:15

**gentleman**
29:13

**get** 9:1 10:15
30:12

**gets** 25:18

**give** 12:11
26:17

**given** 35:1

**go** 6:14 9:22
12:1,14
23:5,10 24:10
25:13 26:14
31:1 34:8



**going** 9:21
  16:2,12,22
  17:16,22
  19:21 26:4
  28:10 30:18
  31:2
**gone** 30:16
**Good** 6:6
**graduated** 9:15
**Grand** 2:14
  38:3
**ground** 6:10
**GROUP** 2:3
**guideline**
  28:21
**guy** 28:13
**guys** 30:12,23

———————
        H
**had** 6:8 10:25
  11:1,2 13:14
  23:3
**hand** 36:17
  37:10
**happy** 7:2
**hard** 20:9
**hardware** 26:24
  27:1,4,5,8,10
  ,14
**Hardy** 2:13
  38:2
**has** 9:6,9
  18:15 21:4,24
  27:4,10,11,12
  ,13,24 30:20
  33:19 34:5,21
  35:22 38:14

**have** 6:7,11,12
  7:11
  9:4,7,21,25
  10:2,3
  12:4,22 13:1
  15:7 17:12
  18:7 19:16
  21:23 22:25
  27:7 28:6
  30:17,21,23
  31:20 33:23
  35:13,15,17,1
  8
**having** 5:23
  6:1 25:10
**he** 11:3 13:19
  14:1,2,4
  15:16,17,19,2
  3 16:3,8,9,19
  18:13
  19:1,6,17
  20:13
  25:7,13,14
  28:13,19
  29:13,17,18
  30:19,20,22
**hear** 10:1
**held** 16:23
  19:23 26:6
  31:4
**he'll** 20:21
**Hello** 5:16
**help** 13:12,14
**her** 6:13,15,16
**here** 6:11 9:23
  14:7 25:7
  29:23
**hereby** 36:6
  38:21

**he's** 30:16
**HH** 37:15
**HILLS** 2:8
**him** 16:9,19
  19:5
  20:12,17,19
  30:12,23,25
**his** 13:19
  28:19
**HQ** 9:12
**hypothetical**
  25:9
**Hyundai** 15:2,6
  28:22

———————
        I
**I'd** 7:2 20:19
**identified**
  18:21 19:14
**Il** 1:15 3:2
  5:1,4,25 37:6
  38:1,23
**illuminated**
  26:13,20
**illuminating**
  35:2,7
**illumination**
  35:11
**I'm** 5:16
  6:16,21 8:7,9
  9:21 10:1
  16:2,12
  17:16,22
  27:15
  28:10,25
  29:12 30:17
  35:3
**Important** 4:5

  18:21
**Inc** 1:9 12:12
  38:6
**includes** 8:16
**incorporate**
  10:23
**incorrect** 7:11
**INDEX** 3:1 4:1
**information**
  11:20 12:18
  17:24
  18:21,24 19:8
  21:13,18,19
  22:6 23:4
  24:3,8,12
  27:7 38:13
**informed** 25:4
**input** 15:7
**Instead** 31:23
**intention** 20:8
**interested**
  36:15
**internal**
  22:10,14,17
  31:15,17
**interpret**
  20:17
**interpretation**
  6:13,15,17
**Interpreter**
  2:18 5:22,24
  6:11 13:5
  16:5,6 17:8,9
  21:19 30:8,9
**into** 6:24
  11:11 17:19
  20:13,20
  21:11 22:11



23:21 25:18 27:6,17

**introduce** 5:11

**investigated**
34:14

**investigation**
21:11 23:25
24:15 33:17
34:16

**involving**
7:18,21

**issue** 14:1,19
18:11 20:21
23:3,12 24:14
25:21 29:5

**issues** 8:17,24
12:25 23:22
24:7 32:13,14

**Item** 11:1

**its** 11:16

**it's** 8:12 17:8
22:5,23 24:19
25:9 28:10
30:6,9,24
32:11

**itself** 21:2
26:25 27:12

─────── J ───────

**January** 23:22

**JARTMAN@SHB.CO**
**M** 2:16

**Jennifer** 2:13
5:19

**Jessica** 2:3
3:3 5:13 6:6
10:22 15:14
16:17,18 18:6

29:9 30:24
34:3 35:4
38:23

**JESSICA@ROMANO**
**LAWGROUP.COM**
2:5

**job** 8:14

**John** 1:10 38:6

**joint** 14:24
21:5,6,7 30:3

**joints** 20:25
30:1 34:22

**JULIE** 2:18
5:22

**July** 21:13,18
23:4 24:4
33:4,7

**Jury** 8:3

**just**
6:10,11,12,20
,22 7:1 9:13
10:5,22 14:14
15:9 16:10
17:23 18:6,14
19:1,13
20:7,11 22:22
29:9 30:14,22
31:1,24 33:23
34:8,18
35:4,5

─────── K ───────

**KA** 13:11 18:4

**Kansas** 2:14
38:3

**KC** 13:11

**KC002191** 30:6
32:1

**KC002192**
32:1,3

**key** 25:21
31:12

**Kia** 1:9
5:5,18,19,20
7:21
8:7,12,18,20,
21 9:3,5,7
10:20,24
11:15,19,21
12:5,8,9,12,1
8,23 13:6,12
14:8 15:7,9
17:15
18:2,10,14,23
19:4,11
20:8,18 21:23
22:23,24
23:10,16,20,2
1,23
24:1,6,13,16
29:3
33:11,12,24
38:5,6

**Kim** 13:19

**K-I-M** 13:23

**kind** 21:5

**KMA002050**
22:5,21

**know**
7:2,6,9,14
14:4 15:14
17:13 20:8,13
22:3
28:6,20,23
29:16,20 30:5
33:22 34:5,24

**knowledge**
12:22

**known** 11:21
12:18,23

**knows** 18:12
25:14 28:19
29:18

**Korea** 8:24
12:25
21:13,20 22:7
23:23 24:9,15

**Korean** 6:23

**Koup** 22:24

**Kyo** 1:15 3:2
5:1,4,25 37:6
38:1,23

─────── L ───────

**language** 19:3

**lapse** 34:4

**last** 11:2 13:3
24:24 25:12
28:12 29:13

**Latour** 2:3 3:3
5:13 6:5,7
11:8,13
12:3,16
13:3,7 15:16
16:1,7,11,19
17:3,10,21
18:19 19:13
20:3,22
21:17,21 23:9
24:17,25
25:7,24
26:1,11,19
28:13
29:2,12,24
30:10,16
31:19
34:10,17
35:8,13 38:23



**LAW** 2:3,7

**lawsuit**
7:18,21 33:15

**led** 19:8

**Lee** 1:15 3:2
5:1,4,25 6:6
11:4,14 12:10
15:20 20:4,23
31:21
35:13,18 37:6
38:1,8,23

**legal** 11:25
12:14

**length** 18:17

**let's** 33:12

**letter** 17:14
25:4 38:17

**light** 21:8,15
22:9 23:18
24:18
26:13,17,20,2
2 35:2,7,12

**lights** 14:18
25:18

**LINE** 39:3

**list** 22:22

**listed**
11:17,22

**little** 8:20
10:5 17:24
21:17 24:2
30:11

**LLC** 1:5 5:5
38:4

**LLP** 2:13 38:2

**long** 9:4,7

**longer** 30:11

**look** 31:24

**looks** 16:15,21
19:19

**lose** 31:13

**lost** 19:20

**lot** 29:19

———————

M

**made** 8:18,19
10:24 19:15
28:4

**majored** 9:15

**make** 6:22 24:8
38:11 39:2

**manager**
8:9,10,11
9:4,10 13:20

**manufacturing**
17:25 20:5
27:11

**many** 26:16
34:11

**Maria** 1:24 5:8
36:5,22
37:5,14 38:19

**Mason** 2:7 5:15

**matter** 5:5
25:12 38:9

**may** 7:25 8:3
34:4,6 35:15
38:10,12,15

**maybe** 30:22

**me**
7:1,6,9,12,14
8:11 9:13
11:24 16:7
17:4 20:5,9
22:3,18,22

24:22 26:17
29:1,3,14,16
31:1 34:2
37:6

**mean** 13:25
18:1 29:9
32:10 34:13
35:5

**meaning** 34:20

**means** 22:16

**met** 24:21

**Michelle** 18:8

**might** 25:19

**mine** 16:8

**minutes** 7:2
26:1

**miscommunicati
on** 20:16

**Missouri** 2:14
38:3

**mobis** 15:2,6
27:13 28:22

**model** 21:14
32:7

**models** 32:13

**modified** 27:24
28:2,3 30:1

**Monday** 38:12

**month** 14:12

**more** 8:20 9:23
12:8

**morning** 6:6

**move** 19:17

**much** 14:10
35:14

**my** 5:17

6:6,9,13,16
7:5,8 8:3,16
10:16 12:11
13:11 16:4,16
18:4 19:18
24:2 33:21
34:19 36:9,17
37:10 38:21

**MYCOM**
31:9,13,15,17

———————

N

**name** 6:6,21
8:12 13:17,19
38:16

**necessary**
38:10

**need** 7:1 29:16
30:18

**needed** 21:12

**new** 9:11
27:5,14

**next** 6:17

**NHTSA** 14:13
18:22 21:10

**N-H-T-S-A**
14:13

**night** 11:2
24:24 25:12
28:12 29:13

**no** 1:3 6:9
10:7 14:9
15:8 20:7
23:7 24:12
25:9,21 27:18
37:15 38:7
39:3

**nor** 36:13,14

**normally** 25:22



not 15:9,19
  17:7 18:13,25
  19:4,14,16
  21:11 22:15
  25:9,19
  27:6,15
  28:7,16,25
  29:16 30:9
  32:24 34:8
  36:11
  38:10,14

Notary 1:25
  36:6,22 37:15

Noted 12:10

notes 36:10

nothing 35:11

notice 4:4,5
  10:24
  11:15,17,23
  12:20,24
  14:11 15:22
  17:14
  18:9,22,24
  19:4 20:21
  24:23 25:3,6
  28:11 38:9

noticed 10:25

notified
  11:1,2

November 33:7

now 17:6,8
  27:15 38:10

number 11:1,4
  12:7 14:13
  18:20,22
  19:14 22:4
  25:12
  32:4,12,17,18
  38:12

numbered 22:20

30:6

numbers 31:25

─────────────
          O
─────────────

OATH 37:1

object 11:24
  18:7 19:1
  20:11 24:22
  28:10 34:2

objection
  11:24,25
  12:13 23:5
  24:10 25:2
  26:14 29:8
  35:4

objections
  10:23 19:15

occurs 24:20
  34:7,22

October 36:17
  37:10 38:1

off
  16:19,22,23
  19:22,23
  26:5,6
  31:1,2,4

office 38:12

Okay
  6:10,19,25
  7:4,7,10,13,1
  6 8:14 9:21
  10:3,6,12
  11:7,12 12:10
  16:12
  17:11,16,20
  18:18 22:6,22
  25:15 26:3,20
  29:17,25
  31:23 32:4
  33:8 34:25

35:13

OLIVER 2:7

on 1:16 2:2,11
  5:3,13 9:11
  10:9,25
  11:5,17,22
  12:4,7 13:3
  14:24
  16:3,5,8,13,1
  6 17:2,5
  18:9,17 19:17
  20:2 21:8,9
  22:8,9,10
  23:13,14,18
  24:19
  25:17,21
  26:10,17
  28:16 30:4,9
  31:8,12 33:3
  34:8,23 37:8
  38:9

one 6:18 9:23
  12:6 30:22
  33:12 34:3

ones 33:6

open 32:24

opened 32:21

Order 1:19
  37:7

ordering 38:15

original 10:7
  27:10 28:18
  29:10,12
  38:14

originally
  28:5

other 10:11
  22:19 23:3
  35:14,17

our 8:25 9:1
  15:20 23:8
  34:16 38:12

out 13:3 17:15
  21:17

outside 15:21
  18:4 24:22
  25:2,5 28:10

overruled
  19:16

own 28:19
  38:11

─────────────
          P
─────────────

p.m 1:17 5:7
  16:22 17:1
  20:1 26:9
  31:2,7 35:20

P.O 2:4

page 3:2 4:2
  10:9 31:25
  39:3

pages 9:23

PALM 2:4

PARKS 2:18
  5:22

part 9:25
  10:14 21:5
  25:8 27:9
  28:25 34:3

parties 1:18
  36:12,13

parts 10:11,12
  32:18

people 29:20

person 11:16
  13:16 28:14

Personal 1:5



38:5

**personnel**
13:14 18:4

**pertains** 18:22

**placed** 15:4

**Plaintiff**
1:7,16 2:2
5:14,15 6:7
10:20

**Plaintiff's**
4:3 11:10
17:18

**please** 5:11
22:22 25:1,23
33:10 38:9

**PM** 38:12

**POLK** 36:3 37:3

**position** 8:12
18:23

**potential** 8:23

**preparation**
13:8

**prepare** 11:20
13:13

**prepared** 12:17
14:12 18:25
19:2,6

**preparing**
14:10

**present** 2:17
34:7

**presented** 8:3

**prevent**
35:1,6,11

**prior** 9:10
23:3,11
24:5,13 33:4

**problem** 17:23
20:14 21:15
22:8 26:24

**problems** 30:21

**proceedings**
36:8

**produced** 13:10
18:8 33:7

**produces** 15:6

**production**
14:20,21

**products** 32:25

**programmed**
28:6

**programming**
28:6 29:4,14

**prompted** 21:11

**promptly** 38:17

**proper** 12:8

**properly** 6:24

**provide** 11:20
12:17 15:10

**provides** 28:21

**Public** 1:25
36:6,22 37:15

**pull** 30:18,21

**purposes** 18:6

**pursuant** 1:19
37:7

**push** 21:5

**put** 30:4

─────────────
Q
─────────────

**quality** 8:25
9:12 13:14

**question**
6:13,16
7:12,15 8:24
12:9
15:21,23,24
19:18 20:10
24:2,5 25:10
29:1,22 33:21
34:9,19

**questions**
7:6,8,25 8:3
9:2 10:20
12:11 20:19
28:14
30:17,25
33:10 35:14

─────────────
R
─────────────

**R&D** 8:25 15:12
28:21,25
29:20

**Ragland** 5:9

**raised** 13:1

**range** 18:4

**rate**
32:8,10,11

**rather** 12:9
15:3,9

**RE** 38:4

**read** 10:3
35:18 38:14

**Reading** 35:21

**really** 20:7,8

**reason** 26:23
39:5,7,9,11,1
3,15,17,19,21
,23

**reasonably**
11:21

12:18,23

**reasons** 39:2

**rebound** 21:4

**recall** 4:5
13:15,24
14:2,3,5,6,13
17:15
18:16,21,22
19:3,8
20:13,20
21:10,12
22:19 23:13
24:18 25:8
26:12
27:3,4,16
28:3,5 29:11
31:13 32:15
33:13,18,20
34:14,19

**recalled** 21:25
27:17

**recalls** 8:18

**received** 22:6
23:4 24:3,13

**recognize** 11:1

**reconnect**
30:22

**record** 5:3,11
10:23 11:11
16:22,24
17:2,19 18:7
19:13,22,24
20:2
26:5,7,10
31:2,3,5,8
36:9

**refer** 20:19
22:2,20

**referring**
18:20 19:10


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

20:6

**regard** 29:5

**regarding**
7:18,21 11:16
14:13 19:2,7
21:10
24:4,7,18
25:7 26:12
27:3,16 30:17
31:11

**related** 13:1
19:9 20:14,15

**relationship**
33:20

**relative**
36:11,13

**remedy**
26:22,23
27:3,19,20
31:13

**remotely** 1:18
2:6,10,16,19
5:7 37:7

**repeat** 13:4
33:10

**rephrase** 34:19

**replace** 26:23

**replaced** 23:19
32:18

**replacement**
27:1

**report** 36:8

**REPORTED** 1:24

**Reporter**
5:8,12 6:12
36:1,5

**Reporting** 5:10

38:20

**represent** 5:17
6:7

**Representative**
1:5 38:5

**required** 11:20

**requires** 11:15

**research** 23:2

**reserved** 35:22

**respect**
12:19,24 19:3

**respond** 14:11

**responded**
15:23

**response** 6:20
11:22 24:20

**responses** 6:23

**responsible**
13:15,24 14:1
18:3 29:21

**result** 9:2
14:18 18:15
21:6,7,8
23:25 24:16
27:23 32:12
34:16

**results** 13:5

**resumed** 16:25
19:25 26:8
31:6

**return** 38:17

**review** 9:1
13:8 23:10,13

**reviewed** 12:25
13:10

**reviewing** 8:16

10:15

**right** 15:17
17:4,5,22

**Robert** 2:12
5:16 38:2,24

**Rodabaugh** 1:6
7:18 38:5

**ROGERS** 2:8

**ROM** 31:15,17

**ROMANO** 2:3

**Roy** 1:6 38:5

**RTADAMS@SHB.CO
M** 2:15

**rules** 6:10

**run** 34:1

————————
S

**safety** 4:5
8:17,23 18:21

**said** 21:18,22
22:1 24:6
28:13

**sales** 32:12

**Sam** 5:15

**same** 6:15
21:23,24,25
22:25 23:12
30:24

**SAMUEL** 2:7

**saved** 31:17

**saves** 31:11

**say** 12:6 13:24
14:21 20:4
32:20
33:12,23

**says** 9:24

17:23,24
18:20 31:24
32:4,7,8

**scenario**
25:16,20
35:3,5

**scenarios**
25:16

**scope** 15:21
24:23 25:3
28:11

**screen** 11:6
16:3,4,6,13,1
6 17:6 30:4,9

**second** 25:20

**section** 10:2

**Sedona**
21:14,22
22:1,5,8,18,2
3 24:5

**see** 6:21
16:3,5,9,13,1
4,16,19 17:5
22:21 30:7
32:4,21

**seek** 10:12

**seems**
30:10,11,12,2
1

**seen** 9:22,25
10:2 17:12

**senior** 8:9,10
9:4,10 13:19

**sensor** 27:9,11

**sent** 17:15

**sentence** 13:4

**separate** 31:10



**September** 1:17 5:2,6 10:25 37:9 38:9

**served** 10:24

**service** 21:19 22:7,11 24:4,9

**share** 30:11

**she** 18:10

**sheet** 14:2,4 39:1

**shock** 21:3,5

**Shook** 2:13 38:2

**short** 16:23 19:23 26:6 31:4

**should** 12:1 13:17

**show** 9:21 16:2 34:1,23

**showing** 21:15,16 25:18

**shown** 14:19

**side** 23:8,25 27:13

**sign** 35:19 38:10,14,16

**signature** 38:10,16,21 39:25

**signing** 35:21

**similar** 24:7

**simply** 18:14

**since** 14:23

27:4 28:25

**Sir** 33:21

**sit** 14:6 29:23

**situation** 27:25 31:18 35:9

**SMASON@BAILEYO LIVERLAWFIRM. COM** 2:9

**Smith** 2:12 5:17

**software** 27:21,24 28:2 30:2 31:14

**sold** 33:1

**soldering** 20:24 30:1,2 34:22

**solely** 11:4

**some** 6:21 10:10 32:25 35:15

**someone** 15:12

**something** 15:11,12,18 16:8 21:2

**sorry** 6:16 10:1 35:4

**sort** 28:21,23

**Soul** 21:23 22:23 33:12,24

**SOUTHERN** 2:8

**speak** 6:21 12:4 14:8

**spec** 27:13

**Special** 1:5 38:4

**specific** 8:10,20 18:24 19:4 25:3,10

**specifically** 9:23

**specs** 15:10 29:10,13

**spell** 13:22

**spend** 14:10

**starts** 25:22

**State** 1:25 36:2,6,22 37:2,15

**stated** 6:20

**STATES** 1:1

**steps** 28:23

**still** 33:16

**stopped** 27:10

**strike** 14:25 30:1

**subject** 14:14 25:11 33:13,15,23 34:13

**supplier** 14:20 15:1 27:10,12 28:22,23

**suppliers** 9:1

**supplies** 27:14

**supporting** 8:17,19

**Supreme** 1:19 37:7

**sure** 6:22,23

25:24 27:15 30:5 34:10

**swear** 5:12

**sworn** 5:23 6:2 37:8

───────────

T

**Tae** 13:19

**T-A-E** 13:23

**take** 7:2,3 25:23 30:11 38:9

**taken** 1:16 5:4 6:8

**takes** 28:23

**taking** 34:18

**talk** 8:24 18:3 20:12,13

**talking** 29:10,12

**TECUM** 4:4 5:1

**tell** 7:12,14 8:11 9:13 13:17 15:23 20:5 29:3,14,16

**testified** 5:23 6:2 18:9,16 19:11 20:18 24:3

**testify** 11:16 18:13,25 19:2,6,15 25:7

**testimony** 7:17,20 13:13 18:5



**than** 12:9

**thank** 26:3
  29:25 33:8
  35:14

**that**
  6:11,12,21,22
  ,23
  7:17,20,24
  8:18,21,24
  9:17,19
  10:13,14,20,2
  3,24
  11:1,3,14,17,
  19 12:7,10,25
  13:3,4,10,16,
  22,25 14:25
  15:6,12,14,16
  ,17,19,22,23
  16:12 17:24
  18:1,7,10,14,
  17,22,23,24,2
  5
  19:1,4,5,8,9,
  10,15
  20:4,7,9,16,1
  8 21:2,14,22
  22:13,15
  23:3,8,11,16,
  17,25
  24:3,6,8,13,2
  1,23 25:2
  26:24
  27:1,20,23,24
  28:2,13,23
  29:15,16
  30:1,2,19
  31:20
  32:8,10,17,18
  ,19,20,22,24,
  25
  33:1,2,7,13,1
  6,18,19,20,21
  34:3,4,8,13,1

6,22
35:1,3,6,8
36:7,9,11
37:6 38:9,10

**that's** 11:5
  15:11 25:8
  32:2

**their** 18:11
  23:24 28:24
  38:12

**them** 22:22
  28:21

**then** 6:14,16
  9:2 13:1 16:7
  23:23 24:15
  25:22 27:16
  30:14,25 32:7
  33:22 34:18

**there**
  8:21,22,23
  16:10
  21:11,14
  22:8,13,16,21
  23:2,3,7,17
  24:12,14
  25:15,17,20
  26:16,24
  27:9,18
  29:19,25 31:9
  32:19,25
  33:11,19
  34:11,20
  35:1,6,11

**Thereupon** 5:21
  11:10 16:23
  17:18 19:23
  26:6 31:4

**these** 7:24
  10:19 22:25
  28:12,14
  32:14 33:4,6

**they** 6:23 8:23
  11:22 21:24
  23:25 24:7
  27:17 28:24
  30:22 31:10

**thing** 12:6

**things** 23:14
  31:10

**think** 15:11
  16:9 18:4
  20:16 28:16
  29:22
  30:13,16,19,2
  0 33:19 35:19

**thirty** 38:14

**this** 5:7 6:7,9
  8:3
  9:22,23,25
  10:2,6,9,16,1
  7,24
  11:9,14,17,22
  12:7,8,19,24
  14:19 16:6
  17:4,11,12,14
  ,16,22
  18:2,4,8,9,10
  ,12 22:19
  23:3
  24:13,18,22,2
  3 25:3,5,19
  26:12 27:3,16
  28:5,7,8,16
  29:5,21,22
  30:8 32:2,16
  33:2,6,8,11,1
  2,15,18
  34:19,25
  36:17 37:10
  38:17

**Thomas** 1:6
  7:18 38:5

**those** 9:2
  13:2,5 20:15
  23:14,20,21
  33:4

**threshold**
  24:21

**through** 9:22
  11:17,22
  12:19,24 24:6
  32:1

**time** 5:6 6:9
  14:10 16:22
  17:1 19:21
  20:1 21:25
  24:7 25:21
  26:4,9 30:21
  31:2,7 35:15
  38:10

**title** 8:8

**today** 5:6
  7:17,20 8:3
  12:11 13:9,13

**together** 9:1
  14:24

**told** 22:18
  25:12

**tonight** 15:21
  25:13 28:13

**took** 38:11

**top** 31:24
  32:22

**topic** 12:7
  15:15,20
  18:9,25
  19:5,9,13,14
  24:23 28:17

**topics**
  11:5,17,22
  12:19,24



14:11 28:12

**total** 32:12

**touching** 29:5
32:22 34:21

**transcribe**
36:8

**transcript**
36:9 38:23

**translated**
6:24 10:6

**trend** 8:22

**trouble** 14:18
21:9,16
22:9,16 24:19
25:11 26:21
27:18 28:7
29:7 32:19
33:9,14,25
34:12,23

**true** 36:9

**truly** 38:18

**Trust** 1:5 5:5
38:4

**try** 16:7,12
17:4

**turns** 25:17

**two** 25:15
31:10

**type** 9:17 28:8

**typical** 8:12

_____
U
_____

**unable** 20:4

**under** 32:7,8
33:16 35:3,5

**undersigned**
37:5

**understand**
7:5,24 8:2
10:8,10,11,13
,14,17,19
11:14,19

**understanding**
10:15

**Understood**
6:19

**Unfortunately**
19:19

**unit** 18:1

**UNITED** 1:1

**Universal** 5:10
38:20

**university**
9:15

**until** 34:7

**up** 14:19
17:5,8
21:15,16
25:18
30:4,18,22
31:23
32:2,21,24
34:1,23 35:16

**update** 30:2

**upgrade**
27:20,22,23
31:14

**upon** 12:12
28:19

**ups** 35:18

**us** 8:23 38:17

**used** 7:25

**using** 33:24

_____
V
_____

**vague** 23:5
24:10 26:14
29:8 34:2
35:4

**validate** 28:24

**variances**
17:25 18:1
20:5,15

**vehicle**
21:2,14,22
22:1,8,11,15
24:5 27:16,23
33:15,16,18,2
2,23 34:13

**vehicles** 9:11
14:1 22:19,25
23:3

**vehicle's**
26:12

**verify**
30:23,24

**via**
2:6,10,16,19
38:23

**Video** 5:4

**Videographer**
5:3,9
16:9,16,21
17:1 19:21
20:1 26:4,9
31:1,7

**VIDEOTAPED** 4:4
5:1

**volco** 34:23

**vs** 1:8 38:5

_____
W
_____

**waive**
38:10,16,21

**want** 10:23
25:25 33:22

**wants** 10:20

**warning** 14:18
21:8,15 22:9
23:18 24:18
25:17
26:12,16,20
35:2,7,12

**warranty** 23:19
32:17

**wasn't**
32:16,20,21
33:21

**way** 33:1

**we** 5:3,17
6:10,12 8:24
9:1,2 11:1,2
16:5,10,22
17:1 18:7
19:20,21 20:1
21:13
23:13,16
24:15 25:4,12
26:4,9
30:19,21
31:2,7
32:17,18,24
33:1,2,23
34:14
35:18,19

**welcome** 19:6

**went** 20:12,20

**were** 10:8
13:10 14:23
19:15 20:15
22:19
23:3,15,16,20



24:6,7
32:14,24
33:1,4,6,7
**weren't** 33:1
**WEST** 2:4
**WESTERN** 1:1
**what** 8:8,11,14
9:10,13,17,19
10:17 12:22
13:24
14:14,21 15:3
17:13,23 18:1
20:5,8,12,20,
21 21:10
22:3,6,19
23:16 24:20
27:18,22
28:20,23
29:21 32:8,10
33:21
**what's** 10:8
21:7 26:13,21
27:22
**when** 6:20
8:19,21 10:15
13:24
14:4,6,21
15:10 21:1,3
23:13,21
24:18
25:16,18,20,2
1 28:2,5
30:10,22
31:12 32:20
34:12 35:10
**where** 9:23
15:4 17:23
21:18 28:8
32:4 34:14
**whether** 21:11

29:15 34:5
**which** 5:12
11:15 14:17
19:11
25:11,12
28:22 30:5
32:11 33:15
38:14
**while** 18:12
**who** 8:6
13:15,16
14:25 15:3,20
18:8 27:14,15
29:3,16,20,21
38:11
**why** 27:7 29:14
**will** 5:12
6:14,15,16
7:6,7,9,12,13
,14,16 9:22
11:9 12:11
19:17 22:22
27:25
33:13,25
34:8,22 35:6
**wish** 38:16
39:2
**with** 5:10,17
6:22 8:24
9:5,7 10:16
12:19,23
13:1,11 14:8
17:11 19:3
20:8 23:12,19
25:3,10 26:24
27:5,25
28:7,9,17
29:5,6
31:13,14,16
32:14 33:9
34:15 36:14

38:15
**within** 8:24
14:17 15:4
22:17 24:15
27:9 29:3
38:14
**without** 30:15
**witness** 3:2
5:12 6:1,3
11:7,12
12:1,2,15
15:20 17:20
18:12,18
19:20 23:7
24:12 25:15
26:2,16
28:18,20
29:19 30:14
31:9 34:11
35:10,22
36:17 37:10
**Woong** 13:19
**W-O-O-N-G**
13:23
**work** 8:16 9:12
**worked** 9:11
**would** 5:10
6:22 11:1,3,4
12:6,8 15:4
18:7 19:15
25:22 28:14
29:4 35:1,18
**written** 10:8
**wrote** 14:2,4
20:9

_____
                Y
_____
**Yeah** 16:21
19:19
30:10,13,19

35:8
**year** 9:19
**years** 9:6,9
**yes** 5:24 6:3
7:19,23 8:1,5
10:14 11:18
12:2,6,15,21
13:10,18
14:16 17:12
21:24 22:3
23:1 26:2
31:22 32:6,9
34:24
**yesterday** 25:4
**yet** 16:14 17:7
**you**
6:8,12,14,20,
21,22
7:1,2,5,6,8,9
,12,14,17,20,
24
8:2,6,10,11,2
0
9:4,7,10,13,2
1,22
10:1,3,6,8,12
,13,17,25
11:2,14,19,20
12:4,10,11,17
,22
13:3,4,8,12,1
7,21,24
14:4,8,10,14,
21
15:14,22,23,2
5 16:2,3,12
17:5,11,13
19:6,10
20:4,12,13,16
,19,21
21:17,22



| | | | |
|---|---|---|---|
| 22:1,3,18,20, 21,22 24:3,25 25:1,4,12 26:3,18 27:7 28:6 29:3,9,10,15, 25 30:4,5,7,12,1 6,21,23,24 31:20,23 32:4,20,21 33:8,10,19 34:5,8,25 35:5,14 38:9,10,12,14 ,16 | | | |

**your**
  6:8,15,17,20,
  21,22,23
  7:17,20
  8:2,8,14 9:13
  13:9,13,21
  15:21 18:23
  33:10 34:9
  35:15
  38:9,10,11,14
  ,16

**you're** 18:25

**yours** 38:18

**yourselves**
  5:11

**Yu** 11:3,4
  15:15,22
  24:24 25:5,13
  28:11,17

_____
          Z
**zoom**
  2:6,10,16,19
  17:23

