IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH



ADVOCACY TRUST, LLC, as Special
Administrator and Personal
Representative of the Estate of
THOMAS ROY RODABAUGH, Deceased,

    Plaintiff,
v.

KIA CORPORATION,
KIA AMERICAN, INC.,
And JOHN DOES 1-3,

    Defendants.
_____/

VIDEOTAPED DEPOSITION OF ALAN DOW

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 2, 2022
11:34 A.M. TO 2:17 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
GABRIELA GONZALEZ, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1      Q    So, my question is, was any of the
 2   information-- well, my question is, so you found that
 3   in-- let me go down a little bit.
 4           And it identifies diagnostic trouble code
 5   B1620. Is that the same diagnostic trouble code you
 6   found when you ran the data from the subject vehicle?
 7      A    Yes. And to clarify, that code used to be
 8   called B1620.  And then it changed and they added two
 9   zeros.  So, that's why that document doesn't have the
10   two zeros at the end.  It is the same code.
11      Q    Okay.  So, when you found that code, had this
12   investigation regarding this recall already been
13   underway?
14      A    So, I don't have the timeline memorized. So,
15   I-- I'm not sure.
16      Q    The information that you gathered from the
17   subject vehicle, was it used in the investigation about
18   this diagnostic trouble code in this recall?
19      A    No.
20      Q    Okay.  Was it who or what department is
21   responsible for within KA for managing recall
22   information?
23      A    The North American Safety Office.
24      Q    And did you report that the subject vehicle
25   showed that DTC to the North American Safety Office?
```



```
 1                    CERTIFICATE OF OATH
 2   STATE OF FLORIDA
 3   COUNTY OF BROWARD
 4
 5       I, GABRIELA GONZALEZ, the undersigned authority,
 6   certify that ALAN DOW, appeared before me remotely
 7   pursuant to Florida Supreme Court Order AOSC20-23 and
 8   was duly sworn on the 2nd day of September, 2022.
 9
10       Witness my hand this 19th day of September, 2022.
11
12
13
14
15
16
17
18   _____
     GABRIELA GONZALEZ, CER, COURT REPORTER
19   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  GG 953243
20   Commission Exp.:  02/23/2024
21
22
23
24
25
```

