IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASE NO.: 5:21-CV-5064-PKH



ADVOCACY TRUST, LLC, AS SPECIAL ADMINISTRATOR
AND PERSONAL REPRESENTATIVE OF THE ESTATE
OF THOMAS ROY RODABAUGH,
DECEASED,

    Plaintiff,

vs.

KIA CORPORATION, KIA AMERICA, INC.,
AND JOHN DOES 1-3,

    Defendants.
_____/

DEPOSITION OF KYO IL LEE

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 26, 2022
8:30 P.M. TO 10:33 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
MARIA M. ESPINOZA-WRIGHT, CER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

```
 1      Q     You said 2019 ER Sedona vehicle?
 2      A     Could I refer to a document?
 3      Q     Yes.  And if you could let me know what the
 4  number at the bottom of the document is?
 5      A     It's KMA002050.  And it is 2019 Sedona.
 6      Q     Okay.  What information was received from the
 7  service department in Korea?
 8      A     On the 2019 Sedona vehicle there was a problem
 9  of airbag warning light coming on and the Trouble Code
10  B1620 coming on.  So, because of the internal damage of
11  the ACU, customer vehicle came into the service
12  department.
13      Q     And how was it determined that there was
14  internal damage to the ACU?
15      A     It was not confirmed in the vehicle that came
16  in, but Diagnostic Trouble Code B1620 means there is an
17  internal damage within the ACU.
18      Q     And you already told me the 2019 ER Sedona.
19  What other vehicles were affected by this recall?
20      A     If you refer to the document numbered
21  KMA002050, you can see there are five different cars.
22      Q     Okay.  Will you just list them for me please?
23      A     It's Kia Soul, Kia Soul EV, Kia Sedona, Kia
24  Forte and Kia Forte Koup.
25      Q     And all these vehicles all have the same ACU?
```



```
 1                CERTIFICATE OF OATH
 2   STATE OF FLORIDA
 3   COUNTY OF POLK
 4
 5        I, Maria Espinoza-Wright, the undersigned
 6   authority, certify that Kyo Il Lee, appeared before me
 7   remotely pursuant to Florida Supreme Court Order
 8   AOSC20-23 and was duly sworn on the 26th day of
 9   September, 2022.
10
     Witness my hand this 11th day of October, 2022.
11
12
13   Maria Espinoza
14   _____
     MARIA M. ESPINOZA-WRIGHT, CER
15   NOTARY PUBLIC, STATE OF FLORIDA
     COMMISSION NO.:  HH 319512
16   COMMISSION EXP.: 10/06/2026
17
18
19
20
21
22
23
24
25
```

