UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADVOCACY TRUST, LLC, as Special
Administrator and Personal Representative of
the Estate of Thomas Roy Rodabaugh, Deceased                                    PLAINTIFF

v.                                              No. 5:21-CV-05064

KIA CORPORATION, et al.                                                         DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss this case with prejudice (Doc. 122). The motion represents that the parties have settled. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss an action at a plaintiff's request on terms that the Court considers proper. The Court considers these terms proper.

IT IS THEREFORE ORDERED that the motion (Doc. 122) is GRANTED, and this case is DISMISSED WITH PREJUDICE. The Court will retain jurisdiction to enforce the parties' separate settlement agreement.

IT IS SO ORDERED this 17th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE